## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam

        Plaintiff,

v.

        Case No.: 3:23–cv–50301
        Honorable Iain D. Johnston

Melissa Mobile, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 18, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiff's motion for leave to proceed in forma pauperis [5] is granted and he is excused from paying the filing fee. The plaintiff's motion for counsel [4] is denied. According to his motion, Mr. Sam has completed some college work, and in his complaint and attachments he has been able to explain his claims. In a motion to stay filed with the complaint, see Dkt. 3, he states that a lawyer and legal services group are representing him. That lawyer has not filed an appearance, but the filing suggests that he is already obtaining legal counseling. The motion for counsel is denied without prejudice to raising the request again if circumstances warrant as the litigation continues. The motion to stay [3] seeks to stay this case while Mr. Sam gathers additional evidence needed to answer. But the defendants will answer the complaint, see Federal Rule of Civil Procedure 12(a)(1)(A)(i), so the motion [3] is denied. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.