**FILED**

AUG 28 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In the United States District Court Of
Northern District Of Illinois

Robert Sam.
    Plaintiff.        |

                |      Case number: 23-CV-50301

      VS.         |
Melissa Mobile
 BKA Holdings.      |
The Law office Of Riley Oncken PC.
    Defendants.    |

## Motion for fee waiver of service

I Robert Sam the Plaintiff, respectfully asks this court for a waiver of service fees to allow
the US marshals to serve my summons and complaint. I am not working as I take care of my
wife and daughter, both whom are disabled. I am asking the courts help in allowing he fees for
service to be waived. Thank you Honorable fjfnjdn for your consideration in this matter.

Robert Sam      8/22/2023