**FILED**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

AUG 28 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)

Robert Sam

v.

Melissa mobie
Law office Riley onclin p.c
Dhe holdm
Defendant(s

)
)
)
)
)
)
)
)
)
)

Case Number: 2J-CV-50301

Judge: Lain D. Johnston

## MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **Robert Sam**, declare that I am the (check appropriate box) ☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**

   Prarie State
   Bar Association

   but I have been unable to find an attorney because: *Can't afford Lawyer*

3. I declare that (check all that apply):

   *(Now:)*
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.

   **OR**

   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.

   **OR**

   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☑ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school  ☐ Some high school  ☐ High school graduate
☑ Some college  ☐ College graduate  ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Movant

**639 Stonegate Dr.**
Street Address

**8-22-23**
_____
Date

**Sycamore Il 60178**
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| | |
|---|---|
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Motion for attorney representation  case number 23-cv- 50301

To the Honorable Judge,
Lain D Johnston

I want to start out and apology for any mistakes and misunderstandings I may have made

In my motion to ask for a emergency stay. I asked this court to allow me a attorney and have

the court pay for that, the court and the Honorable Lain D Johnston answer was " The plaintiff's motion for counsel [4] is denied. According to his motion, Mr. Sam has completed some college work, and in his complaint and attachments he has been able to explain his claims. In a motion to stay filed with the complaint, see Dkt. 3, he states that a lawyer and legal services group are representing him. That lawyer has not filed an appearance, but the filing suggests that he is already obtaining legal counseling. The motion for counsel is denied without prejudice to raising the request again if circumstances warrant as the litigation continues."

I would like to clear up this misunderstanding and re-ask for the court's help in allowing me a

attorney and help in paying for this. When I drafted my complaint and filed the proper

documentation, there was no actual motion forms, so I needed to create my own motion form

and I wanted to make something respectful and presentable to the court. Back in April prairie

state and there lawyer Arron Hanford represented us in this eviction matter. So I tried

replicating there motion layout and while doing that, instead of replacing Aaron Hanford and

prairie state with my own name, I accidentally left that in my motion for a stay with this court.

No lawyer or organization is representing me in this matter. My family and myself  are on

Medicaid and food stamps and can not afford a lawyer. We feel we will be successful in our

claims and complaint. My wife and daughter are disabled and I care for them 24 hours a day,

so being able to learn laws and cases will be very hard for me. My college that I did receive

was in fire service and medical, nothing in law. Also, we may need to Amed this complaint as

new issues have come forward. Doing this is going to take someone with significant background

and education in law and federal law and that is something I seriously lack. So, I would

respectfully like to ask again for the courts and the Honorable Judge Lain D Johnston to please

grant my request for a attorney paid for my the court. I certify under penalties of perjury that my statements are all true under god.

Robert Sam