**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam

             Plaintiff,

v.

                                       Case No.: 3:23−cv−50301
                                       Honorable Iain D. Johnston

Melissa Mobile, et al.

             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 31, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court is in receipt of Plaintiff's motion for attorney representation [9], and motion for service of process at government expense [8]. The Court denies Plaintiff's motion for attorney representation [9] without prejudice at this time. A litigant does not have a right to court−appointed counsel in federal civil litigation, but the Court has discretion to request that an attorney represent a litigant who cannot afford one. Pennewell v. Parish, 923 F3d. 486, 490 (7th Cir. 2019). The Court notes Plaintiff's filed complaint is clearly worded and readily coherent. Additionally, in Plaintiff's supplement to his motion for attorney representation, he advised the Court he may need to amend his complaint. At this stage in the litigation, the Court is satisfied that Plaintiff can draft an amended complaint without the assistance of counsel. Plaintiff is granted until 09/15/23 to file an amended complaint. If no amended complaint is filed by 09/15/23, the case will proceed with Plaintiff's complaint at [7]. Plaintiff's motion for service of process at government expense [8] is denied without prejudice. Plaintiff may renew his motion for service of process at government expense once an amended complaint is filed including all defendants, or after the time to file an amended complaint has expired. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.