In the United States District Court for the
Northern District of Illinois

Robert Sam                                    (          Case Number:  23-50301
  Plaintiff
                                              (          Jury Demand
  VS                                             (

Melissa Mobile                                (
BKA holdings LLC.
The Law Office Of Riley N Oncken P.C.         (
Riley N. Oncken                               (

  Defendants                                  (

### Motion of service of process
### At government expense

Now comes the Plaintiff, Robert Sam and through pro se. I am asking this honorable

Margaret J Schneider to please waive all fees for service. We are on Medicaid and snap and do

not have any income coming in other then my daughters SSI once a month.

Robert Sam

09/11/23

**FILED**

SEP 15 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT