**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam

                Plaintiff,

v.                                   Case No.: 3:23–cv–50301
                                   Honorable Iain D. Johnston

Melissa Mobile, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's motion for service of process at government expense [11], is granted. The Clerk shall: (1) issues summonses of the amended complaint on Defendants Melissa Mobile, BKA Holdings, LLC, The Law Office of Riley N. Oncken, P.C., and Riley N. Oncken; and (2) send Plaintiff four blank USM–285 (Marshals service) forms and a copy of this order. Plaintiff must complete and return a USM–285 form for service for each Defendant. Failure to return the USM–285 form may result in dismissal of the unserved Defendant, as well as dismissal of this case in its entirety. The Marshal is appointed to effect service and is authorized to send a request for waiver of service in the manner prescribed by Fed. R. Civ. P. 4(d) before attempting personal service. The Court directs the Marshal to make all reasonable efforts to serve Defendants. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.