In the United States District court for the
Northern District Of Illinois

Robert Sam               (         Case number: 23-50301
  Plaintiff

                                (         Jury Demand
  VS

                                (

Melissa Mobile

BKA Holdings LLC.                    (

The Law Office Of Riley N Oncken P.C.

Riley N. Oncken                   (

  Defendants

**F I L E D**

SEP 28 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Motion for extension of time to respond to
defendants motion to dismiss

Now comes the Plaintiff, Robert Sam and through pro se, and is asking the court and the

Honorable Margaret J Schneider for a extension to file my response to the defendants
motion to dismiss. I would like to ask the court to make a ruling on my motion to
disqualify Nicholas Cronauer and Cronauer law prior to my response to defendants
motion to dismiss. If my motion to disqualify is granted then the motion to dismiss and
it's response would be moot.

Robert Sam

9-26-23