# U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

ROBERT SAM,                                    )
                                               )
      Plaintiff                          )
                                               )
      vs.                                )          No.  3:23-cv-50301
                                               )
MELISSA MOBILE, et al.                         )
                                               )
      Defendants.                        )

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION REGARDING DISQUALIFICATION

NOW COME the DEFENDANTS, MELISSA MOBILE, BKA HOLDINGS, LLC, by and through their attorney, CRONAUER LAW, LLP, and in support of their motion to strike and dismiss Plaintiff's complaint pursuant to FRCP 12(f) and 12(b)(6), and 12(b)(1), states the following:

Plaintiff's Motion, ECF # 18, references a motion to disqualify Defendant's counsel. This issue was already raised by Plaintiff in his pending appeal. Defendant's response to the motion is attached hereto as Exhibit 1.  Plaintiff's identical request was denied by the Second District Appellate Court. Exhibit 2 attached hereto. As cited in Defendant's pending motion to dismiss, ECF # 16t, this Court must take judicial notice of the public records regarding Plaintiff's identical claims. The same issue Plaintiff raises in ECF # 18 has already been decided among the same parties by a court of competent of jurisdiction, thus issue preclusion a/k/a collateral estoppel now bars Plaintiff from attempting to re-litigate the issue. See *U.S. v. Egan Marine Corp.*, 843 F.3d 576, 676 (7th Cir. 2016) (holding that preclusion applies where party fails to fulfill to meet its burden in one case then seeks to carry its burden again in another case). WHEREFORE, this court must find that issue preclusion a/k/a collateral estoppel precludes Plaintiff's second motion to disqualify undersigned counsel given the appellate court order already addressing the same issues against the same parties.

Respectfully Submitted,

1

By: <u>/s/ C. Nicholas Cronauer</u><br>
One of its Attorneys

CRONAUER LAW, LLP
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
(815) 895-8585 / (815) 895-4070 Fax

## <u>CERTIFICATE OF SERVICE</u>

Defendants, by and through their undersigned counsel, electronically served Defendants' Melissa

Mobile and BKA Holdings, LLC to all parties of record through the PACER/ECF system, and by

mailing a copy to Robert Sam at:

Robert Sam<br>
639 Stonegate DR.<br>
Sycamore, IL 60178<br>
Harpees5@yahoo.com

Dated: September 28, 2023.

<u>s/Nicholas Cronauer</u>
CRONAUER LAW, LLP
1101 DeKalb Ave Ste 2
Sycamore, IL 60178
Telephone: (815) 895-8585
Email: nc@cronauerlaw.com