

# ILLINOIS APPELLATE COURT
# SECOND DISTRICT

**55 SYMPHONY WAY**
**ELGIN, IL 60120**
**(847) 695-3750**

---

September 15, 2023

Robert Sam
639 Stonegate Dr.
Sycamore, IL 60178

RE:   BKA Holding, LLC v. Sam, Robert, et al.
      Appeal No.: 2-23-0163
      County: DeKalb County
      Trial Court No.: 23EV102

The court has this day, September 15, 2023, entered the following order in the above entitled case:

Appellant's motion to disqualify appellee's counsel is denied pursuant to appellee's response.

Jeffrey H. Kaplan
Clerk of the Court

cc:   Christopher Nicholas Cronauer
      Jessica Marie Parsons
      Karen Sam