# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Western Division

Robert Sam

               Plaintiff,

v.

Melissa Mobile, et al.

               Defendant.

Case No.: 3:23–cv–50301
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court has reviewed Plaintiff's motion for extension of time to respond to Defendants' motion to dismiss [18] and Defendants' response [19]. Plaintiff's motion for extension of time [18], is denied. Plaintiff's response remains due 10/24/23. Any reply is due 11/07/23. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.