FILED

OCT 0 2 2023

MAGISTRATE JUDGE
MARGARET SCHNEIDER

**In the United States District court for the
Northern District Of Illinois**

Robert Sam                              (              Case number: 23-50301
  Plaintiff

                              (              **Jury Demand**

  VS

                              (

Melissa Mobile
BKA Holdings LLC.                       (
The Law Office Of Riley N Oncken P.C.
Riley N. Oncken                         (

  Defendants

**Motion to disqualify council under rules
Model Rules: 1.7, 1.18 and 3.7**

**Now comes the Plaintiff, Robert Sam and through pro se, and is asking the court and the**

**Honorable Margaret J Schneider to disqualify Nicholas Cronauer and Cronauer law for**

**the following reasons.**

I wan to start out by apologizing to this court and the Honorable Margaret J Schneider for this

motion lacking legal and professional writings as I am not a lawyer and doing my best pro se.

1.  I am asking the court to Barr and disqualify Nicolas Cronauer and Cronauer law from
    representing BKA Holdings LLC, Melissa Mobile and any other party in this matter for
    violations rule 1.7, rule 1.18 and 3.7

2. My motion is based on facts, so accompanying this motion is my signed and notarized

affidavit as per 1-109 of the Code of Civil Procedure.

3. I am going to reconstruct for this court the situation that took place between myself,

Nicholas Cronauer and Cronauer law as my allegations need to show the legal standard. A

motion to disqualify requires a two-step analysis where a court (1.) considers whether there is a

ethical violation and then, if so, (2.) determines whether disqualification is appropriate to

remedy violations.

4.                                    Background:

The principal purpose of my complaint filed in this court is for the federal violations that occurred during a wrongful eviction. This eviction was also part of the action taken against myself and my family due to illegal criminal charges pressed against me back in 2022. I was a firefighter, Kankakee county sheriff, Illinois state corrections officer and a officer for the braidwood nuclear plant. I never ever have been convicted of any crime ever. I also have no criminal record other then this now wrongful arrest. My wife and daughter are both disabled and I am there caretakers 24 hours a day. My wife and daughters medications come to 70k per month, so I had to get us on Medicaid as we lost everything because of this medical situation. The reason for the explanation is to show the court that we had and have no money for lawyers, so I would either represent us, as I am doing or I would call

Firms and hope they would help me pro bono, which brings us to Mr. Cronauer and Cronauer law. Last year in 2022 I was wrongly charged for helping my elderly neighbors. There daughters abandoned them and I filed 3 separate complaints with elder care for elder abuse. Because of my complaints and the fact the detective was friends with the alleged victims, I was charged. Not having money I reached out to Cronauer law for there help in hopes they would take my case pro bono. Nicholas Cronauer reached back out to me and explained they no longer take on criminal matters but would look over my case and see about helping me. So over a three month period I sent emails and documents including the actual indictment. I was very hopeful with how much time Nicholas was taking on reviewing my case he would take this on. Throughout the three months of emailing Nicholas Cronauer, never did he ask me to stop emailing him, never did he tell me that he can not help me while I was sending him documents. I was certain Cronauer law would be representing me in my case. As the court knows, you don't have to retain a lawyer for rule 1.18 to take effect. Rule 1.18 clearly states that "A person who consults with a lawyer about the possibility of forming a client-lawyer relationship with respect to a matter is a prospective client." this is exactly what happened here. Rule 1.18 does not state that only by speaking to a potential lawyer by phone

or in person, does rule 1.18 apply. It applies no matter the means of discussing the case with the lawyer and law firm, But something far worse happened along the way, something that takes trust or oath or professionalism that lawyers are to be held to or are suppose to live up to and basically shatters that. I mentioned to Nicholas Cronauer that we would be getting evicted because of these charges and we also would be losing our housing vouchers amongst many other things that will come from these false charges. After the three months of emailing back and forth with Nicholas Cronauer, he eventually stop responding, but never officially said he would not help me. Well, as expected this year a eviction was started, a wrongful eviction that this entire case is based on for federal violations. But, when the eviction started my wife and myself contacted the Illinois Department of Human Rights to file a discrimination case against BKA Holdings and Melissa Mobile. The Illinois Department of human rights and HUD filed cross complaints against Melissa Mobile and BKA Holdings and filed charges against them ( complaint by Illinois Department of Human Rights is attached to my complaint". We also appealed the lower courts ruling and this eviction is still being heard in the appeals Court. When I found out that Nicholas Cronauer and his firm were representing Mobile and BKA I immediately filed a motion to disqualify them. Now, in Cronauer response they weighed heavily on a technicality that I did not have a affidavit attached, so my motion was denied. But in there response, Mr. Cronauer actually lies to the appeals court on a affidavit he signed. He explains our communications back and fourth, he admits to my allegations in fact but he says to the appeals court " No information shared in 2022 involved this case, nor did affiant learn anything adverse about this case given that the eviction filing was not even in existence until spring of 2023. Nothing in Robert Sam's emails is, was, nor can it, be used again him factually not legally. The record on appeal is based upon what happened in the trial court, which affiant did not handle." ( please see attached exhibit A)

Mr. Nicholas Cronauer actually tells the appeals court that none of the information I shared with him and his firm was ever used against me in this matter. When the Illinois Department of human rights asked the defendants to respond to my complaint, on paper in writing, Cronauer

law firm and Nicholas Cronauer on behalf of there client Melissa Mobile and BKA Holdings, they tell the department of human rights that the reasons for the eviction were do to my arrest charges from last year and then they start explaining that exact criminal case that I told everything about to Nicholas Cronauer all while making references to statements I made to the police on that very case that I was emailing Cronauer law to help me with. I have never been convicted of anything but they used what I gave them against me in the eviction complaint with the Illinois department of human rights. Now, by doing so they violated a civil right by discrimination of a criminal record, that violation is actually one of my charges in this complaint with this federal court. I'll be calling Nicholas Cronauer as a witness in this matter. If the court would like the evidence of Mr. Cronauer and his firms response to the Illinois department of human rights, because the matter is still open they explained I would need to file a subpoena and they can release the response by Cronauer law, or if Mr. Nicholas Cronauer would be willing to supply that response to this court voluntarily? Based on what has taken place rule 1.18 clearly was put in place to protect someone who was potentially retaining counsel from having the information shared with that said counsel, from being used against them. Further, there would be no way this law firm and its lawyer could represent the defendants as the law firm and its lawyer are a witness in this matter. ( please reference case Lectric Limited Inc vs DGW inc dba melrose t top international case number 15 C 7744).

Robert Sam          9-26-23

11:20

Resp.Mot.Disqualify.FS.pdf ⌄    **Done**

Exhibit A

No. 2-23-0163
## IN THE APPELLATE COURT OF ILLINOIS
### SECOND JUDICIAL DISTRICT

| | | |
|---|---|---|
| BKA HOLDINGS, LLC, an Illinois Limited Liability Company, | ) ) ) | On appeal from DeKalb County Circuit Number Twenty-Third |
| Plaintiff-Appellee, | ) ) | |
| v. | ) ) | Presiding Judge: Honorable Stephanie P. Klein |
| ROBERT SAM and KAREN SAM | ) ) | Case No. 2023 EV 102 |
| Defendants-Appellants | ) ) ) | |

### AFFIDAVIT OF C. NICHOLAS CRONAUER

NOW COMES Affiant, C. Nicholas Cronauer, being first sworn upon oath deposes and states that if called as a witness, Affiant would competently testify as follows:

1. I have been made aware of Robert Sam's Motion to Disqualify filing in this court alleging that he was in contact with myself "regarding not only this matter but also many other matters that contributed to this matter." Additionally, Robert Sam alleges he sent many documents to the firm.

2. These allegations are not true nor accurate and there is no relationship nor overlap in any prior contact and this matter.

3. Robert Sam sent various emails in 2022 to Admin@CronauerLaw.com for an issue unrelated to this appeal or any civil eviction issue. Robert Sam never contacted this firm about any civil eviction issues or this appeal.

4. The emails Robert Sam sent pre-dates by a year the eviction filing and also was well before anything connected to this appeal or the underlying eviction was filed.

5. Robert Sam sent no documents to the firm other than screen shots and letters unrelated to any eviction or this appeal, and the firm did not receive any other documents

Ex. D

A7

from Robert Sam or his family in 2022. The only other documents received about Robert Sam have come through service on this appeal or from the appellee or public records searches by this firm's staff.

6. No case file was opened nor was any attorney-retainer agreement offered let alone sent given the subject matter of Robert's Sam inquiries and the firm's primary focus on civil law and not the issue he was requesting help with.

7. No information shared in 2022 involved this case, nor did affiant learn anything adverse about this case given that the eviction filing was not even in existence until spring of 2023. Nothing in Robert Sam's emails is, was, nor can it, be used again him factually nor

   

**In the United States District court for the
Northern District Of Illinois**

Robert Sam                      (          **Case number: 23-50301**
  Plaintiff

                              (          **Jury Demand**

  VS

                              (

Melissa Mobile
BKA Holdings LLC.                   (
The Law Office Of Riley N Oncken P.C.
Riley N. Oncken                     (

  Defendants


**Affidavit Of Robert Sam**

Now comes affiant, Robert Sam, being first sworn upon oath deposes and states that if called as a witness, affiant would competently testify as follows:


1.  Last year I was in contact with Nicholas Cronauer and Cronauer law regarding my criminal case that also included what would come from the charges including this eviction and loss of vouchers.

2. I shared everything about the criminal case with Nicholas Cronauer and Cronauer law and even gave them the actual indictment of the charges.

3. I was expecting Nicholas Cronauer and Cronauer law To take on my case and represent me in these matters as they continued to be in contact with me via email For months while looking into my matters. They never stated to me to stop contacting them regarding these matters, so I assumed they were taking my cases.

4. Nicholas Cronauer and Cronauer law used the information I gave them against me in these current matters including the eviction. They used the information I gave them in there response on behalf of Melissa Mobile and BKA holdings to the  Illinois Department of humane rights complaint.

5. I am 100% convinced that there was only two reasons Nicholas Cronauer and Cronauer law kept me on the hoof for months sharing my case info. One It was either to always plan to use the info against me or two, to consider representing me. I am hopeful it was the ladder.

6.  Nicholas Cronauer will be called as a witness in this matter and complaint with the federal court case that is filed against BKA holdings and Melissa Mobile.

7. Rules 1.7, 1.18 and 3.7 absolutely apply in this matter and Cronauer law
And it's attorneys should be disqualified and barred from further proceedings in this
matter.

**Robert Sam**
**dated this 25th day of** September, 2023

Official Seal
Mary Apolonia
Notary Public State of Illinois
My Commission Expires 10/5/2026