**RECEIVED**

SEP 1 1 2023

JEFFREY H. KAPLAN
APPELLATE COURT 2nd DISTRICT

No. 2-23-0163
IN THE APPELLATE COURT OF ILLINOIS
SECOND JUDICIAL DISTRICT

**FILED**

SEP 1 1 2023

JEFFREY H. KAPLAN
APPELLATE COURT 2nd DISTRICT

BKA Holdings LLC.
Plaintiff-Appellee,

VS

Robert and Karen Sam.
Defendants-Appellants.

)  On appeal from Dekalb
)  County circuit number
)  Twenty- third
)
)
)  Presiding Judge: Stephanie Klyn
)  Case number: 2023 EV 102

Motion to Disqualify and Bar council

I Robert Sam the Defendant and Appellant is asking this court to disqualify Jessica Parsons, Nicholas Cronauer and Cronauer Law firm and bar them from any further proceedings in this matter.

Crooner law and its lawyer are in violation of Supreme Court rule 1.18. I was not only in contact with Nicholas Cronauer but also his father Charles Cronauer regarding not only this matter but also many other matters that contributed to this matter. I sent them many documents and trusted in them that they were going to help me and take my case. I have many emails between myself and Nicholas about my cases and Mr. Cronauer even went as far as saying " stay strong, the truth will come out." Now this attorney and his firm have used all the information I gave them against me. I have witnesses from the Illinois Department of Humane rights proving all of this. Rule 1.18 clearly says :( b)  Even when no client-lawyer relationship ensues, a lawyer who has learned information from a prospective client shall not use or reveal that information,

Rule 1.9 would permit with respect to information of a former client. c)  A lawyer subject to paragraph (b) shall not represent a client with interests materially adverse to those of a prospective client in the same or a substantially related matter if the lawyer received



information from the prospective client that could be significantly harmful to that person in the matter, except as provided in paragraph (d). If a lawyer is disqualified from representation under this paragraph, no lawyer in a firm with which that lawyer is associated may knowingly undertake or continue representation in such a matter, except as provided in paragraph (d).) This attorney and law firm has not only violated a Supreme Court rule but also intentionally violated and tricked me into giving them information so they can use it against me. I have sent this to the ARDC of Chicago as well. I am asking this court to disqualify and Barr Cronauer law and it's lawyers.

Robert Sam

9-11-23