

Begin forwarded message:

**From:** robert sam <harpees5@yahoo.com>
**Date:** October 3, 2023 at 1:17:45 PM CDT
**To:** Bradley Melzer <bm@cronauerlaw.com>
**Subject: Re: Sam v. Oncken, et al. (23 LA 40)**

Thank you for this. I'll be filing my motion to disqualify next week and I'll send you that via email if that works for you? I am also filing my deformation and slander and violation of attorney client privilege lawsuit against Nick and your firm next week.

On Oct 3, 2023, at 9:12 AM, Bradley Melzer <bm@cronauerlaw.com> wrote:

Mr. Sam,

Please see the attached per your request in court yesterday.

Thank you,

Bradley D. Melzer
Attorney At Law
bm@cronauerlaw.com
815-895-8585