FILED

OCT 10 2023

MAGISTRATE JUDGE
MARGARET SCHNEIDER

In the United States District Court for the
Northern District of Illinois

Robert Sam                      |               NO. 3:23-cv-50301

  Plaintiff                 |

    VS                    |              Jury Demand

                         |

BKA Holdings            |
Melissa Mobile
Riley Oncken
The law office of Riley N Oncken pc

                         |

Defendants

Response to defendants response to motion to disqualify

Your honor thank you for the time to respond to the defendants answer to my motion to disqualify. I would like to ask this court for a hearing on this motion as it's a very important motion as Christopher Nicholas Cronauer will be called as a witness in this case.

Mr. Cronauer has again lied to this court as well as the appeals court many times. I did not file this same motion in the appeals court. This motion also includes rule 3.7, I incorrectly on my motion put rule 3.8, I meant 3.7. I never filed that motion with the appeals court this is a new motion and honestly I don't know how the law is not in my favor here. Mr. Cronauer intentionally for months made me believe he was going to represent me in a matter that this case is based on, there two in the same. Mr. Cronauer does not dispute that allegation, in fact he stated it in a affidavit. Mr. Cronauer on the response to the Illinois department of human rights which has everything to do with this case used that info against me. If the court would simply ask Mr. Cronauer to turn over his response to the Illinois department of human right on behalf of BKA holdings, this court would see Mr. Cronauer has lied to this court and the appeals court. If this court would call Erika Ayala who is the investigator for the Illinois

Department of human rights, this court would see Mr. Cronauer did lie and he did use the information I trusted him with against me. Everything I told him was protected under attorney client confidentially as I was under the impression he was taking my case, and after 3 months of trading emails why wouldn't I? Mr. Cronauer says I use these techniques to harass, like I did to Mr. Oncken who is a defendant in this case. I did file a no contact order against Mr. Oncken because the sycamore police told me to. Also, Mr. Oncken has violated state and federal laws that are criminal acts that this court will see in trial. Everything I say to this court I swear under oath and under god and I am happy to take a polygraph. I can supply the court with the emails between myself and Mr. Cronauer but he offered to do this with the appeals court on his affidavit so why won't he here? If he did nothing wrong, and there is no emails about the case that has to do with this case and he didn't say anything in his asnswer about the case I was asking his help for, then why not turn over to this court the evidence and clear this whole thing up super quick? He also speaks about a simple Google search is how he found the info that was used against me. First, a simple Google search brings up only a newspaper article that you can only read if you pay for the service. Second there is nothing in the article about me telling the cops anything. Now, why would there need to have been a Google search anyway since we have lived here for 3 years and the last lawyer Oncken who did this illegal eviction never ever ever ever once brought this case up? So why did cronauer when the eviction never said this was the reason for the eviction? Why did he state things that he could only get from me and my emails? Judge, please, allow the truth to come out this one time. This guy is the kind of attorney that people always assume attorneys are. He lies, he uses big words and case law to hide his illegal activities. Please, this once see who is really lieing and after you demand Cronauer to turn over the response and emails, if you don't see what I am telling you, I'll drop this whole case. This is what happens to pro se people, these dirty lawyers take advantage by hiding the crimes behind words and case law. I swear to you your honor, this man violated rule 1.7, 1.18 and 3.8 and used it again me. You your honor have the power to compel the truth in this case, will you please allow that to come to light?

10-5-23

Robert Sam