**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF Robert Sam | COURT CASE NUMBER 3:23-CV-50301 |
|---|---|
| DEFENDANT Melissa Mobile | TYPE OF PROCESS Civil -Service by US marshall |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Melissa Mobile

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
330 W elm st Sycamore IL 60178

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Robert Sam<br>639 Stonegate Pl.<br>Sycamore IL 60178 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

**FILED** JXM 11/2/2023 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold | Fold

| Signature of Attorney other Originator requesting service on behalf of | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 708-830-9995 | DATE 9-23-23 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 3/4 | District of Origin No. 24 | District to Serve No 24 | Signature of Authorized USMS Deputy or Clerk DF | Date 10/28/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Melissa Remec | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 11/1/23 | Time 1520 ☐ am ☑ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | **RECEIVED** OCT 30 2023 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|

THOMAS G BRUTON CLERK, U.S. DISTRICT COURT

REMARKS:
Melissa Mobile was notified by phone.

One DUSM RT hours 2, RT miles 74. Served to Melissa Remec, an employee of Hometown Realty

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80