In the United States District Court For The
Northern District Of Illinois

Robert Sam.                                    (         Case number: 23-50301
  Defendant.
                                               (         Jury Demand
     Vs.
                                               (         **F I L E D**

Melissa Mobile
BKA Holdings LLC.                              (         **NOV 20 2023**
Riley Oncken
Law Office of Riley N Oncken P.C.             (
                                                        THOMAS G. BRUTON
                                                CLERK, U.S. DISTRICT COURT

Motion for Default Judgment against Melissa Mobile and BKA Holdings LLC.

Now comes the Plaintiff Robert Sam Pro Se

Defendant was served with process at their current address of record;

Defendant failed to answer or otherwise plead in response to Plaintiff's Complaint filed with this
Court; and

Plaintiff is entitled to an entry of Default entered against Defendant.

Robert Sam