In the United States District Court For The
Northern District Of Illinois

| | | |
|---|---|---|
| Robert Sam.<br>  Defendant. | ( | Case number: 23-50301 |
| | ( | Jury Demand |
| Vs. | ( | |
| Melissa Mobile<br>BKA Holdings LLC.<br>Riley Oncken<br>Law Office of Riley N Oncken P.C. | (<br><br>( | |

Affidavit Of Robert Sam.

Now comes the Plaintiff Robert Sam Pro Se

Defendant was served with process at their current address of record;

Defendant failed to answer or otherwise plead in response to Plaintiff's Complaint filed with this Court; and

Plaintiff is entitled to an entry of Default entered against Defendant.

Defendant is not a infant, active in the military or deployed overseas and is not a incompetent person.

Robert Sam                                      11-15-23

Official Seal
Mary Apolonia
Notary Public State of Illinois
My Commission Expires 10/5/2026