In the United States District Court For The
Northern District Of Illinois

Robert Sam.                                    (          Case number: 23-50301
  Defendant.

                                               (          Jury Demand    **F I L E D**
    Vs.

                                               (                         **NOV 20 2023**
Melissa Mobile
BKA Holdings LLC.                              (
Riley Oncken                                              THOMAS G. BRUTON
Law Office of Riley N Oncken P.C.             (           CLERK, U.S. DISTRICT COURT


          Motion for status of service on Riley Oncken and The law office of Riley N Oncken
P.C..

Now comes the Plaintiff Robert Sam Pro Se

The US Marshals have acknowledged they received everything needed from me for service but

as of date the two defendants mentioned have not been served. I am asking the court of a

status of service.

Robert Sam