**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam
                    Plaintiff,

v.                                                    Case No.: 3:23−cv−50301
                                                      Honorable Iain D. Johnston

Melissa Mobile, et al.
                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 21, 2023:

          MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's motion for default judgment against Defendants Melissa Mobile and BKA Holdings, LLC [28], is denied. Defendants Melissa Mobile and BKA Holdings, LLC have filed a motion to dismiss in lieu of an answer to Plaintiff's complaint [16]. Therefore, default judgment is not appropriate. The Court notes that Plaintiff was directed to file a response to the motion to dismiss by 10/24/23. No response has been filed. The Court grants Plaintiff until 12/05/23 to respond to Defendants' motion to dismiss. Defendants have until 12/12/23 to file any reply. Plaintiff's motion for status of service [29], is granted. It appears from the docket that Defendant Riley N. Oncken was served and has an answer or other responsive pleading due on 12/04/23. See [27]. The docket does not reflect that the Law Office of Riley N. Oncken has been served. Plaintiff is directed to file a status report by 11/30/23 updating the Court on the status of service of the Law Office of Riley N. Oncken. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.