Robert Sam
639 Stonegate Dr.
Sycamore IL, 60178

CAROL STREAM IL 601
22 NOV 2023 PM 5 L

United States District Court
Northern District of Illinois
Clerks office
327 S. Church St.
Rockford, IL 61101

SCREEN...
NOV 24 2023
US MARSHALS

FOREVER USA
RUTH BADER GINSBURG