## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam

Plaintiff,

v.

Case No.: 3:23–cv–50301
Honorable Iain D. Johnston

Melissa Mobile, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's "motion for status" [31], is granted to the extent that the Court advises Plaintiff that his motion to disqualify counsel [22] is under consideration. To the extent Plaintiff's motion is additional argument in support of his motion to disqualify counsel, the motion is stricken as the Court has not permitted additional argument. Plaintiff is reminded his response to Defendants' motion to dismiss is due 12/05/23. This deadline is not contingent on the Court's ruling on Plaintiff's motion to disqualify. As to the motion to disqualify [22], the parties are directed to submit to the Court, for an in camera review, any and all email correspondence between the parties as they relate to the issues presented in the briefs. The parties have until 12/04/23 to submit the emails to Schneider_Chambers@ilnd.uscourts.gov. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.