[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Robert San

**Plaintiff**

v.

DBA holdings
Melissa Mobile

**Defendant**

**Case Number:** 23-50301

**Judge:** Margret Schneider

**Magistrate Judge:**

Motion on Status of Summons on Riley N. Oncken Law PC.

**FILED**

DEC 05 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]