**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam
                    Plaintiff,

v.                                                    Case No.: 3:23−cv−50301
                                                      Honorable Iain D. Johnston

Melissa Mobile, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 7, 2023:

        MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's motion to disqualify counsel [22] is entered and continued and will be taken up upon Plaintiff's recruited counsel's appearance. Plaintiff's motion for status of summons [34] is denied. It is Plaintiff's responsibility to follow−up with service issues to ensure all Defendants are served. The Court gives Plaintiff until 01/03/24 to file a status report with the Court updating the Court on status of service of The Law Office of Riley N. Oncken. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.