# EXHIBIT A

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Dekalb COUNTY | | |

**Instructions ▼**

Enter above the county name where the case was filed.

**Robert Sam**
Plaintiff / Petitioner (First, middle, last name)

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/ Respondents.

v.

**Riley Oncken**
Defendant / Respondent (First, middle, last name)

Enter the Case Number given by the Circuit Clerk.

**23LA40**
Case Number

In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent.

1. **Information about the lawsuit:**
   Amount claimed: $ **85,000.00**

In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

2. **Contact information for the Plaintiff/Petitioner:**
   Name (First, Middle, Last): Robert San
   Street Address, Apt #: 639 Stonesake Dr
   City, State, ZIP: Sycanoe IL 60178
   Telephone: 708 830 9965
   ☐ See attached for additional Plaintiff/Petitioner contact information

In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

3. **Contact information for the Defendant/Respondent:**
   Name (First, Middle, Last): Riley Oncken
   Street Address, Apt #: 21h S. Main St
   City, State, ZIP: Sycanoe IL 60178
   Telephone: 815-991-2098
   ☐ See attached for additional Defendant/Respondent contact information

**Important Information for the person receiving this form:**

**You have been sued.**
Follow the instructions on the next page on how to appear/answer.
- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp

If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees*.
You should read all of the documents attached.

SU-S 1503.1        Page 1 of 4        (09/18)

Enter the Case Number given by the Circuit Clerk: _____

<table>
<tr><td>In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/ Respondent must file their response.</td></tr>
</table>

**4.    Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐    Go to court:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____ Court Room: _____

City, State, ZIP: _____

☐    File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☑    File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _5-23-23_ at this time: _7:76_ ☑ a.m. ☐ p.m.

Address: _17) W Stak St_

City, State, ZIP: _Cycrn 7c 607V_

**STOP!**

The Circuit Clerk will fill in this section.

**Witness this Date:** _5-23-23_

**Clerk of the Court:** _[signature]_

*Seal of Court*

**STOP!**

The officer or process server will fill in the Date of Service.

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

**Plaintiff/Petitioner:**

To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

**Attention:**

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office.

In the circuit court of Dekalb County, Illinois
County Department, Law Division

**FILED**

**MAY 23 2023**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

Robert Sam

|

| NO. 23LA40

Plaintiff,

|

NOTICE | Jury Demand

VS

BY ORDER OF COURT THIS CASE IS
HEREBY SET FOR CASE MANAGEMENT

Melissa Mobile
BKA Holdings LLC.
Riley Oncken
Hometown Reality

CONFERENCE TO BE CONDUCTED AT
THE DeKALB COUNTY COURTHOUSE,
SYCAMORE, IL IN ACCORDANCE WITH
SUPREME COURT RULE 218 BEFORE
JUDGE Waller ON 8/14/23

A true copy of the original on file in my office

Attested to this _____ day of _____ 20 ___

LORI GRUBBS
Clerk of the Circuit Court
23rd Judicial Circuit
DeKalb County, Illinois

AT 9:00 AM PM . FAILURE

Defendants,

TO APPEAR MAY RESULT IN THE CASE
BEING DISMISSED OR AN ORDER OF
DEFAULT BEING ENTERED.

Complaint At Law

By_____

Circuit Clerk

Now Comes The Plaintiff, Robert Sam by and through pro se, and complains of defendants, Melissa Mobile, BKA holdings llc and Riley Oncken, and Hometown reality as follows:

General Allegations

1. The cause of action set fourth in this complaint arise out of a wrongful eviction and multiple violations of discrimination, that began in 2019 through 2023.

2. The plaintiff Robert Sam was a renter renting the property at 639 stonegate dr in sycamore Illinois, 60178. This property is owned by the defendant Melissa Mobile and BKA Holdings LLC

3. The cause of action took place in Dekalb, Illinois making venue appropriate under the Illinois code of civil procedure.

4. On and around October of 2019 the Plaintiff signed into a lease with the defendant and her husband Mike Mobile.

5. Prior to signing the lease the plaintiff Robert Sam explained his family situations with severe medical issues and disabilities. The Plaintiffs wife is disabled and suffers from MS, CVID, hashimoto and much more. The plaintiffs daughter is disabled and suffers from Double Cortex syndrome and severe epilepsy and seizures.

6. The Plaintiff Robert Sam also explained to the Defendants that the Plaintiffs daughter has a IEP for school and that it's necessary once she is set up to make sure they are allowed to stay while she finishes school.

7. The Plaintiff also explained to the defendants that there will be times he will be late on rent due to the medical situation, the plaintiff explained that they have been through 5 evictions and that the plaintiff was trying to find stable housing and home section 8 vouchers.

8. The Defendants agreed to all the terms explained by Robert Sam and they entered into a signed lease agreement.

9. The Defendants Robert Sam and his family were tenants and were injured at 639 stonegate dr in sycamore Illinois, 60178.


## COUNT 1
### (Discrimination Reasonable Accommodations)


10. Robert Sam incorporates by reference the general allegations in paragraph 1 through 9.

11. On a about October 5th 2019 the Plaintiff Robert Sam reported to Defendants husband Mike mobile that the basement was damp and that the dining room and bedroom windows were severely taking in water.

12. On and about October 10th Mike Mobile explained he would send someone to repair the foundation and windows.

13. On and about October 18th the Plaintiff called Defendants husband Mike Mobile again about the repairs that were promised to be made. The Plaintiff left multiple voicemails on Mike Mobile cell phone.

14. On and about November 1st 2019 the Plaintiff emailed the Defendants husband Mike Mobile about the repairs and explained there was a horrible draft now coming from the front door. The Plaintiff also explained he will be late a few weeks on the rent.

15. On or about November 10th the Defendants and there lawyer Riley Oncken filed a eviction against Robert Sam and his wife for failure to pay rent.

16. BKA Holdings LLC through its officers, agents, employees, servants, joint ventures and/or representatives was guilty of one or more of the following acts and/or omissions:

A. Failed to make all repairs in a timely manor and to date no repairs have been made.

B. By not making the repairs the Defendants violated the Reasonable Accommodation act under FHAA section 504 Act, 29 U.S.C. § 794.

C. Reasonable accommodation defenses under the FHAA, Section 504, and the ADA are all subject to the same analysis. Churney v. Chicago Housing Auth., 2013 WL 589599, *3 (N.D. Ill. 2013) ("The FHAA, ADA, and Rehabilitation Act each contain a requirement of reasonable accommodation, and courts interpret the requirements similarly). For purposes of simplicity, this outline section focuses on the FHAA.

D. In Douglas v. Kriegsfeld Corp., 884 A.2d 1109, 1129 (D.C. 2005), the court set forth the standard for establishing a reasonable accommodation defense. The tenant must demonstrate that:

- She suffers from a "handicap" or "disability;"
- The landlord knew or should have known of this disability;
- An accommodation of the disability may be necessary to afford the tenant an equal opportunity to use and enjoy her apartment;
- The tenant requested a reasonable accommodation;
  - In Roseborough v. Cottonwood Apts., 1996 WL 490717, at *2 (N.D. Ill. 1997), the court omitted a reference to this fourth element, but it is generally still required and a failure to establish the element could prove fatal.
- The landlord refused to grant this request.

17. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions by BKA Holdings LLC, Melissa Mobile, Riley Oncken. Robert Sam and his family have been injured and sustained injury's including but not limited to pain, suffering, disability, loss of normal life, emotional distress, medical expenses. These losses have been incurred in the past and will be incurred in the future; all or some of these losses are permanent.

WHEREFORE, Robert Sam respectfully requests judgment in his favor against BKA Holdings LLC, Melissa Mobile and Riley Oncken for a amount in excess of eighty-five thousand (85,000.00) DOLLARS that the jury finds to be fair and reasonable, plus costs of this lawsuit.

**COUNT 2**
**( Discrimination of Income)**

18. Robert Sam incorporates by reference the general allegations above in paragraphs 1 through 9.

19. BKA Holdings LLC, Melissa Mobile and Riley Oncken had a duty to refrain from willful and wanton conduct which would endanger Robert Sam and his family, yet notwithstanding, and a breach of this duty on April 10th 2023, BKA Holdings LLC, Melissa Mobile and Riley Oncken acted in conscious disregard for the laws that govern and prevent discrimination of income. BKA Holdings LLC, Melissa Mobile and Riley Oncken was guilty of, among other things, the following willful and wanton acts/or emissions:

A. Robert Sam fell behind if his portion of the 1900.00 rent, the housing authority through section 8 vouchers paid 1700.00 of Robert Sam's rent directly to Melissa Mobile. Robert Sam's portion was 255.00, due to medical Robert Sam fell behind two months.

B. Prairie Sate legal services turned Robert Sam on to court appointed rental assistance which falls under HUD's guidelines for income. Mr. Sam was approved for the court appointed rental assistance that would have brought him current on his rent and would have paid his portion of the 255.00 for the next 12 months.

C. Melissa Mobile and Riley Oncken intentionally and willfully violated Illinois humans rights act ( House Bill 2775). This law prevents landlords from discriminating against any means of income to pay for rent.

D. The legislation defines "source of income" as the lawful manner by which someone supports themselves and their dependents. The Illinois Department of Human Rights said refusing to rent to a housing applicant because of their income disproportionately impacts renters of color, women and people with disabilities.

E. This Human Right that was awarded to Robert Sam and his family so they may enjoy the right of having housing was intentionally and illegally taken away by BKA Homdings, Melissa Mobile and Riley Oncken.

F. Due to the willful violation of the state law ( House Bill 2775) BKA Holdings LLC, Melissa Mobile and Riley Oncken have put the life of Mrs. Karen Sam in a irreparable situation. Without a home for Mrs. Sam's meds to be shipped to, she is certain to pass away. Leaving there daughter without a mother and Mr. Sam without his wife.

G. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions by BKA Holdings LLC, Melissa Mobile, Riley Oncken. Robert Sam and his family have been injured and sustained injury's including but not limited to pain, suffering, disability, loss of normal life, emotional distress, medical expenses. These losses have been incurred in the past and will be incurred in the future; all or some of these losses are permanent.

20. WHEREFORE, Robert Sam respectfully requests judgment in his favor against BKA Holdings LLC, Melissa Mobile and Riley Oncken for a amount in excess of eighty-five thousand (85,000.00) DOLLARS that the jury finds to be fair and reasonable, plus costs of this lawsuit.

<u>COUNT 3</u>
( Intimidation and Retaliation by a lawyer)

21. Robert Sam incorporates by reference the general allegations above in paragraphs 1 through 9.

22. The Defendant Riley Oncken committed a act of a crime against Robert Sam. On or about May 17th 2023, Mr. Riley Oncken threaten Mr. Sam in a email ( please see exhibit A). By doing this Mr. Oncken committed a criminal act.

A. The crime of Intimidation in Illinois is charged under **720 ILCS 5/12-6.** Under this statute, a person commits the crime of intimidation when, with the intent to cause another person to perform or omit to perform any act, he or she communicates to another, either directly or indirectly, a threat to perform any of the following acts:

1. Inflict physical harm on the person threatened or any other person or property; or
2. Subject anyone to physical confinement or restraint; or
3. Commit a felony or Class A misdemeanor; or

4. Accuse any person of an offense; or
5. Expose another person to hatred, ridicule, or contempt; or
6. Take action as a public official against anyone, or withhold action, or cause such action or withholding; or
7. Bring about or continue a boycott, strike, or collective action.

A conviction for the crime of intimidation does not require that the defendant follow through with the threat. Rather, it is sufficient that the defendant made the threat to the victim for a conviction to stand.

B. By doing this acid and violating the law Riley Oncken violated rule 8.4 of the attorney misconduct of the American Bar Association.

C. It is a professional misconduct to:

a) violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another;

(b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;

(c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation;

(d) engage in conduct that is prejudicial to the administration of justice;

(e) state or imply an ability to influence improperly a government agency or official or to achieve results by

means that violate the Rules of Professional Conduct or other law;

(f) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law; or

(g) engage in conduct that the lawyer knows or reasonably should know is harassment or discrimination on the basis of race, sex, religion, national origin, ethnicity, disability, age, sexual orientation, gender identity, marital status or socioeconomic status in conduct related to the practice of law. This paragraph does not limit the ability of a lawyer to accept, decline or withdraw from a representation in accordance with Rule 1.16. This paragraph does not preclude legitimate advice or advocacy consistent with these Rules.

23. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions by BKA Holdings LLC, Melissa Mobile, Riley Oncken. Robert Sam and his family have been injured and sustained injury's including but not limited to pain, suffering, disability, loss of normal life, emotional distress, medical expenses. These losses have been incurred in the past and will be incurred in the future; all or some of these losses are permanent.

24. WHEREFORE, Robert Sam respectfully requests judgment in his favor against BKA Holdings LLC, Melissa Mobile and Riley Oncken for a amount in excess of eighty-five thousand (85,000.00) DOLLARS that the jury finds to be fair and reasonable, plus costs of this lawsuit.

## Count 4

### ( Discrimination on criminal history)

-25. On or about May 17th 2023 Defendant Riley Oncken in a email ( please see exhibit A) made reference to Mr. Sam's criminal record.

26. Mr. Sam has had no criminal history and was a civil servant, in our about August 2022 Mr. Sam suffered intentional police misconduct and charges were filed. Mr. Sam is fighting those charges today.

27. Mr. Oncken a criminal defense lawyer is aware that all people are innocent until proven guilty, made reference that Mr. Sam's unfounded criminal charges are what is keeping him from obtaining a rental property while he included Mr. Sam's current landlord Melissa Mobile.

28. Mr. Oncken in the same email made reference that Mr. Sam was in-fact guilty of these charges without Mr. Sam even having a hearing. This leads to the belief that either Mr. Oncken is ignorant to law and justice or he has a first hand personal involvement in these charges. Either way, this again is a violation of the code of ethics

(PIH 2015-19/H2015-10) with the bar association and a violation of attorney misconduct.

29. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions by BKA Holdings LLC, Melissa Mobile, Riley Oncken. Robert Sam and his family have been injured and sustained injury's including but not limited to pain, suffering, disability, loss of normal life, emotional distress, medical expenses. These losses have been incurred in the past and will be incurred in the future; all or some of these losses are permanent.

30. WHEREFORE, Robert Sam respectfully requests judgment in his favor against BKA Holdings LLC, Melissa Mobile and Riley Oncken for a amount in excess of eighty-five thousand (85,000.00) DOLLARS that the jury finds to be fair and reasonable, plus costs of this lawsuit.

Robert Sam

By

639 stonegate dr

Sycamore Illinois, 60178

5:06      .ul 🛜 93

Exhibit A

**RO**    **Riley Oncken**      Yesterday
       To: robert & 3 more... >

## RE: Robert Sam

Bob:

You can do whatever you wish, but we stand by our reputations and how we have handled you and your family as tenants. I have no fear of the ARDC as it relates to your false allegations against me. I now realize why you can't find anyone to rent to you, you have pending felony charges. Your own actions resulting in felony charges are the reason why you can't find othre housing for your family, not anything that we have done. You have to live with the consequences of those actions. I can't imagine that Fox 32 or any other news outlet will give you much credibility under the circumstances. I have copied your public defender on this and would encourage you to talk to her before you do things that may result in further criminal charges or a stalking-no-contact order for harassing Melissa or me.

Sincerely,

Riley N. Oncken
Attorney at Law
Law Office of Riley N. Oncken, P.C.
212 S. Main Street
Sycamore, IL 60178
Phone: (815) 991-2098
Fax:    (815) 991-2128
www.OnckenLaw.com

**_Due to the heightened risk of wire fraud, The Law_**
_Office of Riley N. Oncken, P.C. WILL NOT PROVIDE_

**Division of Pediatric Neurology**
**Ann & Robert H. Lurie**
**Children's Hospital of Chicago**
**At Northwestern Medicine Central DuPage**
**Hospital**
25 N. Winfield Rd
Winfield, IL, 60190
630-933-4954
Fax 630-933-4225
www.luriechildrens.org

Ann & Robert H. Lurie
Children's Hospital of Chicago™

*Affiliated with*
*Northwestern University's*
*Feinberg School of Medicine*

4/11/2018

Re: Harper Sam
DOB: 5/20/2009
Medical Record Number: 1845978

TO WHOM IT MAY CONCERN:

Harper Sam is being followed in our Pediatric Neurology Clinic for bilateral band heterotopia of gray matter, epilepsy, right sided weakness, learning difficulty due to cognitive limitations and speech delays.

Subcortical band heterotopia, also known as double cortex syndrome, is a condition of abnormal brain development that is present from birth. This condition which primarily affects females, occurs when neurons migrate to an area of the brain where they are not supposed to be (heterotopia), and form abnormal areas that appear as band-like clusters of white tissue underneath the gray tissue of the cerebral cortex (subcortical), creating the appearance of a double cortex. Symptoms associated with subcortical band heterotopia include intellectual disability and epilepsy, both of which Harper has. The condition is not progressive and children can benefit greatly from therapies and educational assistance.

If more specific information is needed such as IQ, memory, or attention testing, we would refer Harper for neuropsychological testing.

Sincerely,

Electronically signed by
Diana Sieciechowicz, MD
Division of Pediatric Neurology

Exhibit
B

1

**LOYOLA MEDICINE**

*We also treat the human spirit.*

July 1, 2016

To Whom It May Concern:

Karen K Sam is a patient of mine who I have been taking care of for years. she has the following diagnosis:

## Past Medical History

| Diagnosis | Date |
|---|---|
| • Asthma | |
| *triggers: weather changes, allergies - dogs and cats - has both* | |
| • CVID (common variable immunodeficiency) | 2/3/2016 |
| • DJD (degenerative joint disease) | |
| *thoracic region* | |
| • Hashimoto's thyroiditis | |
| • Migraines | |
| *with aura* | |
| • Scoliosis | |
| • Septic shock | |
| *due to possible food poisoning* | |

Due to her various medical conditions, she is totally disabled and unable to work. She cannot drive due to her thyroid disease affecting her vision. She cannot be in public places for any duration of time due to her immunodeficiency. She also has chronic migraines, causing her pain nearly every day, which we are in the process of trying to get under control.



**LOYOLA MEDICINE**

*We also treat the human spirit.*

December 29, 2016

To Whom It May Concern:

Karen K Sam has been a patient of mine since 5/2014. She has the following medical issues:

**Patient Active Problem List**
Diagnosis
- Migraines
- DJD (degenerative joint disease)
- Scoliosis
- Septic shock
- Asthma, moderate persistent
- Microscopic colitis
- CVID (common variable immunodeficiency)
- Allergic rhinitis due to cats
- Allergic rhinitis due to dogs
- Graves disease

As you can see, she suffers from CVID, an immunodeficiency which makes her more susceptible to infection. She has suffered from infections over the course of her life, and once was critically ill as a result, leading to septic shock. She has been actively getting treatment for CVID but is still at risk of infection. Due to this, as well as some of her other medical problems, Karen has been unable to work. It is my medical opinion that she has been unable to work for a long period of time (well before 2012) and probably for her whole life, and has a chronic disability.

Please do not hesitate if you have any questions.



Sincerely,

Sara Doss, MD
Center For Health At Homer Glen Medicine Pediatrics
15750 Marian Drive
Homer Glen IL 60491
PH: 708-645-3400



**THE CITY OF**
**ROCKFORD**
*ILLINOIS, USA*

*Human Services Department*
*Community Services Division*
*A Community Action Agency*

November 27, 2019

To Whom It May Concern:

Mr. Robert Sams and his family are eligible for a mainstream HUD voucher that will provide them with the ability to afford their housing. They have begun the application process and we believe they could have the voucher within a few weeks. Mr. Sam's family has been devastated by the debilitating illnesses that have affected his wife and daughter and he was placed in the unfortunate position of having to quit a good job so that he was eligible for Medicaid so he could afford medicine for his wife and daughter.

Recognizing that these unfortunate circumstances are not the responsibility of the landlord, we are requesting that the court allow for a reasonable amount of time of at least fourteen days to allow Mr. Sams and the agencies assisting him time to either produce the funds needed to halt the eviction through payment in full or complete the HUD voucher process.

Sincerely,

Jennifer Jaeger
Community Services Director
Boone/DeKalb/Winnebago Counties
Continuum of Care

City of Rockford, Illinois USA

Name: Karen K AUKSI-SAM | DOB: 12/16/1977 | MRN: 1962859 | PCP: Sara Doss, MD | Legal Name: Karen K AUKSI-SAM

# Letter Details

 **LOYOLA MEDICINE**
*We also treat the human spirit.*



May 7, 2023

To Whom It May Concern:

Karen K AUKSI-SAM has been a patient of mine since 2014. She has the following medical conditions:

**Patient Active Problem List**

Diagnosis

- Migraines
- DJD (degenerative joint disease)
- Scoliosis
- Septic shock
- Asthma, moderate persistent
- Microscopic colitis
- CVID (common variable immunodeficiency)
- Allergic rhinitis due to cats
- Allergic rhinitis due to dogs
- Graves disease
- Migraine without aura and without status migrainosus, not intractable
- CIN III (cervical intraepithelial neoplasia grade III) with severe dysplasia

Ms. Auksi-Sam suffers from CVID, an immunodeficiency which makes her more susceptible to infection. She has suffered from infections over the course of her

life, and once was critically ill as a result, leading to septic shock. She has been actively getting treatment for CVID but is still at risk of infection. Due to this, as well as some of her other medical problems, Karen has to have stable housing to receive her treatments and try to remain healthy.

Sincerely,


Sara Doss, MD

Loyola Medicine Homer Glen
15750 Marian Drive
Homer Glen IL 60491-6200
PH: 708-645-3400


*This letter was initially viewed by Karen K AUKSI-SAM at 5/7/2023 4:09 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

# EXHIBIT B

# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT
### DEKALB COUNTY, ILLINOIS

Sam
_____
Plaintiff(s)

vs.

Mobile, et. al + Oncken
_____
Defendant(s)

) Case No. 23-LA-40
)
)
)
)
)
)
)
)
)

**FILED**
IN OPEN COURT

**OCT 02 2023**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

## ORDER - BLANK

| JUDGE: Waller | COURT REPORTER: | PLAINTIFF ATTORNEY: Pro Se |
|---|---|---|
| DEPUTY CLERK: Mckenna | COPY OF ORDER SENT TO: All    MM | DEFENDANT ATTORNEY: Melzer/Shook |

Δ oncken files appearance and files motion to dismiss;
P requests time to reply until (11-2-23) Δ oncken given until
11-16-23 to respond; courtesy copies 1 week before:
Hearing on Sam/Oncken motion to dismiss on 11-28-23 @ 10AM:

On Mobile, et al Motion: P given until 11-2-23 to reply; Δ leave
to respond in writing; Δ to give courtesy copies to court:
Hearing on Mobile/Sam motion to dismiss on 11-9-23 @
2PM:

DATED: 10-02-23

_Melzer_
ATTORNEY DRAFTING ORDER

ENTERED: _____
JUDGE

Order - Blank
Rev. 03-07-2022

# EXHIBIT C

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at Ilcourts.Info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT | MOTION | For Court Use Only |
|---|---|---|

**STATE OF ILLINOIS, CIRCUIT COURT**

_DeKalb_ **COUNTY**

**MOTION**

*For Court Use Only*

**FILED**

**NOV 17 2023**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

| Instructions ▾ | |
|---|---|

**Instructions ▾**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the names of the people and businesses sued as Defendants/ Respondents.

Enter the Case Number given by the Circuit Clerk.

_Robert Son_

**Plaintiff / Petitioner** *(First, middle, last name)*

v.

_Riley Oncken, Belissa nobr Ant horn_

**Defendants / Respondents** *(First, middle, last name, or business name)*

**Case Number**

_23 LA50_

In **1**, title your *Motion*. Explain in a few words what you are asking the judge to do. This should match the title you wrote in 1 on the *Notice of Court Date for Motion*.

In **2**, check if you are the Plaintiff/Petitioner or Defendant/Respondent.

**1.   Motion to:** _reconsider dismissal_

**2.   Motion by:**   ☒ Plaintiff/Petitioner       ☐ Defendant/Respondent

**3.   Write what you are asking the judge to do and the reasons why the judge should agree with you:**

_See Attach_

MN-M 703.5                                              Page 1 of 3                                              (05/23)

Enter the Case Number given by the Circuit Clerk: _23 LA40_

☐ I need more room to explain and I have listed additional information on the attached *Additional Motion* form.

| | |
|---|---|
| **Under the Code of Civil Procedure, 735 ILCS 5/1-109,** making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the *Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |

/s/ _[signature]_     _679 stm_
Your Signature            Street Address

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

_Robyt Cm_       _Sym 2c_
Print Your Name       City, State, ZIP

_748 830-5986_     _linpss_
Telephone          Email

Enter your complete address, telephone number, and email address, if you have one.

Atty # (if any) _____

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

## PROOF OF DELIVERY

In 1a, enter the name, mailing address, and email address of the party you are sending the document to. If they have a lawyer, you must enter the lawyer's information.

In 1b, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you must use one of the first two options. Otherwise, you may use one of the other options.

1. I am sending the *Motion*
   a. To:
   Name: _Bradly_       _M.(7m_
        First       Middle       Last

   Address: _____
       Street, Apt #      City     State    ZIP
   Email address: _bm at cronmu/a , cs_

   b. By:
   ☐ An approved electronic filing service provider (EFSP)
   ☑ Email *(not through an EFSP)*
   Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.
   ☐ Personal hand delivery to:
   ☐ The party
   ☐ The party's family member who is 13 or older, at the party's residence
   ☐ The party's lawyer
   ☐ The party's lawyer's office
   ☐ Mail or third-party carrier

MN-M 703.5            Page 2 of 3            (05/23)

I would like to ask the court to Reconsider dismissing my case. My wife went in for a medical procedure at Loyola and I was unable to attend court. This was a last minute decision for her to get in and I needed to make that happen for her. The day after the procedure my wife was very very sick from the anesthesia and biopsies,I was going to ask for leave to amend the complaints as new evidence has come forward. I apologize to the court for not being able to attend court. I would like to ask the court if the court grants me the reconsideration to allow me 60 days to amend the complaint.  Neither motions to dismiss should be granted based on all the facts of this case.



12:02　　　　　　　　　　　.ıll 🛜 49

Photo ⌄　　　　　　　Done

ıı I-Mobile Wi-Fi 🛜　　9:22 AM

Back　　　　K　Test Details　　Close

**CPRpt**　　　　　　　📈 View trends

Value

Patient Name: AUKSI-SAM, KAREN K.
Specimen #: S23-24874
Med. Rec. #:1962859
Obtained: 11/8/2023
Reported: 11/10/2023

Specimen(s) Received
A: TERMINAL ILEUM BX
B: RANDOM COLON BX
C: SIGMMID COLON BX

FINAL DIAGNOSIS
A. TERMINAL ILEUM, BIOPSY:-SMALL
INTESTINAL MUCOSA WITHIN NORMAL
LIMITS
B. RANDOM COLON, BIOPSY:-
LYMPHOCYTIC COLITIS
C. SIGMOID COLON, BIOPSY:-
LYMPHOCYTIC COLITIS

The attending pathologist whose
signature appears on this report has
reviewed
the diagnostic slides and has edited the

# EXHIBIT D

**IN THE CIRCUIT COURT FOR THE TWENTY-THIRD**
**JUDICIAL CIRCUIT**
**DEKALB COUNTY, ILLINOIS**

Robert Sam
_____
Plaintiff(s)

) Case No. 23 LA 40
)
)
VS. )
)
)
Mobile, et al )
_____ )
Defendant(s) )

**FILED**
IN OPEN COURT

NOV 28 2023

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

## ORDER - BLANK

| JUDGE: | COURT REPORTER: | PLAINTIFF ATTORNEY: |
|--------|-----------------|---------------------|
| Waller | | Pro Se |
| DEPUTY CLERK: | COPY OF ORDER SENT TO: | DEFENDANT ATTORNEY: |
| McKenna | All | Melzer / Vagun |

① Δ oncken's motion to dismiss is granted without prejudice.

② Plaintiff's request to reconsider dismissal and for leave to file an amended complaint is granted.

③ Plaintiff is to file an amended complaint on or before December 28, 2023.

④ Plaintiff's failure to file an amended complaint by December 28, 2023 will result in this Court entering a dismissal order with prejudice.

⑤ All parties are to return on December 29, 2023 at 9 a.m. for status on the amended pleadings.

DATED: 11/28/2023

Vagun
_____
ATTORNEY DRAFTING ORDER

ENTERED: _____
JUDGE

Order - Blank
Rev. 03-07-2022