## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam

           Plaintiff,

v.

Melissa Mobile, et al.

           Defendant.

Case No.: 3:23–cv–50301
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 8, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court has received Defendant Riley N. Oncken's Motion to Stay Proceedings Pending Resolution of State Court Action [39]. The motion is entered and continued and will be taken up upon Plaintiff's recruited counsel's appearance. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.