**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | | |
|---|---|---|
| Robert Sam, | ) | |
| | ) | Case No. 23-CV-50301 |
| Plaintiff, | ) | |
| | ) | Judge: Ian D. Johnston |
| v. | ) | |
| | ) | Magistrate Judge: Margaret Schneider |
| Melissa Mobile, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATUS REPORT**

Pursuant to the Court's December 7, 2023 Minute Entry, Plaintiff Robert Sam ("Plaintiff"), by his counsel Golan Christie Taglia LLP, respectfully submits the following update regarding effectuating service on Riley N. Oncken P.C. ("Defendant"):

1.      On November 12, 2023, The United States Marshals Service served Gabby Graves, the Defendant's Assistant Office Manager, with Plaintiff's Amended Complaint.

2.      On January 2, 2024, The United States Marshals Service filed the executed summons with the Court, ECF 45, attached hereto as **Exhibit A**.

3.      Additionally, on January 2, 2024 Plaintiff's counsel contacted Cray Huber Horstman Heil & VanAusdal LLC ("Cray Huber") – Riley Oncken's personal attorneys – to determine whether Cray Huber represents the Defendant in this litigation.  Zachary Shook, an attorney at Cray Huber, informed Plaintiff's counsel that he was awaiting a response from Riley Oncken regarding the same.

4.      On January 3, 2024, Alice Vagun, an attorney at Cray Huber, informed Plaintiff's counsel that Cray Huber was still waiting to hear back from Riley Oncken regarding whether it will be retained to represent Defendant.  Ms. Vagun further informed Plaintiff's counsel that she

believes the November 12, 2023 service of Defendant was improper because Ms. Graves is not the registered agent of Defendant.

5.      Plaintiff disagrees that service was improper, as Ms. Graves is an employee of the Defendant and Defendant's registered agent, Riley Oncken.

6.      In the event that his Court disagrees, Plaintiff's counsel intends to effectuate service upon Defendant's registered agent, Riley Oncken, in accordance with Federal Rule of Civil Procedure 4.

Respectfully submitted,

/s/ Margaret A. Gisch

Margaret A. Gisch
Bradley S. Lohsl
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602
312-696-2039
magisch@gct.law
bslohsl@gct.law

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certify that I caused a copy of the foregoing **Status Report** to be served upon the following:

Christopher Nicholas Cronauer
Cronauer Law, LLP
1101 DeKalb Ave. Ste., 2
Sycamore, IL 60178
(815) 895-8585
nc@cronauerlaw.com

Zachary Gordon Shook
Cray Huber Horstman Heil & Vanausdal LLC
303 W. Madison St., Ste. 2200
Chicago, IL 60606
312-332-8450
zgs@crayhuber.com

Alice Sarah Vagun
Cray Huber Horstman Heil & Vanausdal LLC
303 W. Madison St., Ste. 2200
Chicago, IL 60606
(312) 332-8450
asv@crayhuber.com

by causing a copy of same to be filed via CM/ECF, this 3rd day of January, 2024.

By: ___*/s/ Chase Thede*___

# EXHIBIT
# A

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Robert Sam | COURT CASE NUMBER 3:23-CV-50301 |
|---|---|
| DEFENDANT The law office of Riley N. Oncken P.C. | TYPE OF PROCESS Civil-Service by US marshal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The law office of Riley N Ocken P.C.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
212 S Main St Sycamore IL 60178

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert San
639 Stonesak P.
Sycamore Fl 60178

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                 Fold

| Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 708-830-9991 | DATE 9-23-23 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 2/4 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk DF | Date 10/28/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Gabby Grouss      Asst Office Manager | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* **RECEIVED** ~~DEC~~ 2023 | Date 10/12/23 | Time 2:25 ☐ am ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* THOMAS G BRUTON CLERK, U.S DISTRICT COURT | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

2 hrs          41.4 m Ls
RT= 82.8 m Les

| PRINT 5 COPIES: | 1. CLERK OF THE COURT |
|---|---|

2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80