**U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT SAM, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 3:23-cv-50301 |
| | ) | |
| MELISSA MOBILE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DEFENDANTS' RULE 36 REQUESTS FOR ADMISSION TO PLAINTIFF ROBERT SAM</u>

Defendant BKA HOLDINGS, LLC and MELISSA MOBILE in the above-captioned matter, by and through counsel, CRONAUER LAW, LLP, hereby requests the below admissions pursuant to Federal Rule of Civil Procedure 36 **within 30 days**. This request is made to Plaintiff Robert Sam ("Plaintiff").

Specific requests for admission:

1. Admit that as of March 8, 2023, you were past due on rent to Defendant BKA Holding, LLC for the premises at 461 White Street, Sycamore, IL 60178 ("the premises").

2. Admit that for at least 365 days before March 8, 2023, you have not paid any water bill nor reimbursed Defendant BKA Holding, LLC for any water bill for water you used living at 461 White Street, Sycamore, Illinois.

3. Admit the genuineness of the cancelled checks and supporting documents attached hereto as Exhibit A, that Plaintiff wrote in order move into 461 White Street, Sycamore, Illinois in 2019, owned by the Defendant BKA Holdings, LLC, being specifically check #0999 for $1,700, and check 1000 for $5,090.

4. Admit that the two checks you issued for $5,090 and $1700 was done in order to move into 461 White Street, Sycamore, IL 60178, was not honored by your financial institute due to insufficient funds in your account.

5. Admit you issued the checks found in Exhibit A knowing you had insufficient funds to cover the amount written on the checks.

6. Admit that the checks in Exhibit A were not honored by your financial institution after you moved into the premises;

7. Admit the genuineness of Exhibit B, being a November 2019 5 day notice Plaintiff

received.

8.	Admit you did not become current for the amount of the rent due in the November 2019 5-day notice within 5 days of receiving it.

9.	Admit that the terms of your lease required you to stay current to Defendant BKA Holdings for all rent and the payment of the water bills.

10.	Admit you are not current with the rents owed nor the water bills incurred by the meter affixed to the Defendant's property you are residing through January 16, 2024.

11.	Admit that you have been late or past due with rent consistently since August 2019.

12.	Admit that your lease term has expired for the premises but you refuse to voluntarily vacate the premises.

13.	Admit that you are currently living at 461 White Street, Sycamore, IL 60178 without your lease being extended

14.	Admit that because you refuse to vacate the premises voluntarily, a forcible entry action is necessary and lawful in order to forcible remove you from the premises.

15.	Admit that because you refuse to pay past due rent and water, a forcible entry action is necessary and lawful means to recover the rents you owe.

16.	Admit that you have made no additional lease payments to Defendant BKA Holdings, LLC since March 8, 2023, in order to become current on rent through present date.

17.	Admit that the premise at 461 White Street, Sycamore, IL 60178 has never failed any inspection done for maintaining your housing voucher before you filed this lawsuit in September 2023.

Respectfully submitted,

/s/ C. Nicholas Cronauer
One of Defendant's Attorneys

### CERTIFICATE OF SERVICE

Defendants, by and through their undersigned counsel, electronically served Defendants' Melissa Mobile and BKA Holdings, LLC to all parties of record through the PACER/ECF system its FRCP 36 Requests to Admit.

Dated: January 16, 2024.

s/Nicholas Cronauer

CRONAUER LAW, LLP
1101 DeKalb Ave Ste 2
Sycamore, IL 60178
Telephone: (815) 895-8585
Email: nc@cronauerlaw.com