**ResourceBank**
A NATIONAL BANK

Main Bank Office (815) 756-6321 (800) 845-4122
Tele-Banking (815) 758-BANK (800) 565-1516
www.ResourceBank.com
Mobile Banking App - MyResourceBank

| | | | |
|---|---|---|---|
| Cortland | (815) 756-2266 | Malta | (815) 825-2074 |
| DeKalb | (815) 748-3108 | Serena | (815) 496-6306 |
| Genoa | (815) 784-6301 | Shabbona | (815) 824-1210 |
| Hampshire | (847) 792-8080 | Somonauk | (815) 498-1280 |
| Hinckley | (815) 286-3241 | Sycamore | (815) 895-1703 |
| Leland | (815) 495-7040 | Member FDIC | |

Account:

Date: 9/18/2019

Page: 1

HOMETOWN REALTY GROUP INC
330 W ELM ST
SYCAMORE IL 60178

---

### Notice of Deposited Items Charged Back to Your Account

---

The items listed below have been returned and charged back to your account. For your convenience, we have provided substitute items which can be used in place of the original items. If you have any questions or need any assistance, please call Resource Bank, NA at (815) 756-6321. Thank you for doing business at Resource Bank.

**Charge Back Items**

| Payor R/T | Return Reason | Amount |
|---|---|---|
| | 'A' - NSF - Not Sufficient Funds | $1,700.00 |

**Summary**

| | |
|---|---|
| Total Item Count: | 1 |
| Total Amount of Items Charged Back: | $1,700.00 |
| Handling Charges: | $10.00 |
| Total Account Deduction: | $1,710.00 |
| Balance After Activity: | $1,090.00 |

---

09/18/2019
b

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

09/18/2019

7758166   [0719143587 09/16/2019

Dracula's house Ent.
Robert SAM

0999
2-50/710 IL
50119

DATE 9-16-19

PAY TO THE ORDER OF Hometown Property Management    $ 1700.00

One thousd seven hundd dolla 00

DOLLARS

**Bank of America**

FOR Security deposit

⑈000999⑈

**Resource Bank**
A NATIONAL BANK

Main Bank Office (815) 756-6321 (800) 845-4122
Tele-Banking (815) 758-BANK (800) 565-1516
www.ResourceBank.com
Mobile Banking App - MyResourceBank

| | | | |
|---|---|---|---|
| Cortland | (815) 756-2266 | Malta | (815) 825-2074 |
| DeKalb | (815) 748-3108 | Serena | (815) 496-6308 |
| Genoa | (815) 784-8301 | Shabbona | (815) 824-1210 |
| Hampshire | (847) 792-8080 | Somonauk | (815) 498-1280 |
| Hinckley | (815) 286-3241 | Sycamore | (815) 895-1703 |
| Leland | (815) 495-7040 | Member FDIC | |

Account:

Date: 9/18/2019

Page: 1

HOMETOWN REALTY GROUP INC
330 W ELM ST
SYCAMORE IL 60178

## Notice of Deposited Items Charged Back to Your Account

The items listed below have been returned and charged back to your account. For your convenience, we have provided substitute items which can be used in place of the original items. If you have any questions or need any assistance, please call Resource Bank, NA at (815) 756-6321. Thank you for doing business at Resource Bank.

### Charge Back Items

| Payor R/T | Return Reason | Amount |
|---|---|---|
| | 'A' - NSF - Not Sufficient Funds | $5,090.00 |

| Summary | |
|---|---|
| Total Item Count: | 1 |
| Total Amount of Items Charged Back: | $5,090.00 |
| Handling Charges: | $10.00 |
| Total Account Deduction: | $5,100.00 |
| Balance After Activity: | $-1,515.38 |

09/18/2019

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS