## LANDLORD'S TEN DAY NOTICE TO QUIT

TO:   ROBERT & KAREN SAM

      639 STONEGATE DRIVE, SYCAMORE, IL 60178

YOU ARE HEREBY NOTIFIED, PURSUANT TO 735 ILCS 5/9-210, THAT YOU HAVE VIOLATED THE TERMS OF THE LEASE FOR THE PREMISES SITUATED AT: 639 STONEGATE DRIVE, SYCAMORE, ILLINOIS   by:

    A. Failing to pay rent by the due date, as required by the Lease; and
    B. Failing to pay the non-refundable pet deposit, as required by the Lease.

YOU ARE HEREBY NOTIFIED THAT, AS A RESULT OF THE AFOREMENIONTED BREACHES OF SAID LEASE, I HAVE ELECTED TO TERMINATE YOUR LEASE EFFECTIVE TEN (10) DAYS FROM THE DATE OF THIS NOTICE.

DEMAND IS HEREBY MADE THAT YOU VACATE THE PREMISES AND DELIVER UP POSSESSION THEREOF TO THE UNDERSIGNED AT THAT TIME.  NO FURTHER DEMAND SHALL BE NECESSARY BEFORE BRINGING LEGAL PROCEEDINGS TO RECOVER THE PREMISES.

Dated this 20th day of November, 2019

_____
LANDLORD OR LANDLORD'S AGENT

---

STATE OF ILLINOIS    )
COUNTY OF DeKalb  )

Michael Mobile _____, being duly sworn, on oath deposes and says that on the 20th day of November , 20 19 , he/she served the above notice on the tenant named above:

[X]   By hand delivering a copy thereof to the above-named tenant.

[ ]   By delivering a copy thereof to _____, a person above the age of thirteen (13) years, residing in or in charge of the above-described premises.

[ ]   By sending a copy thereof to said tenant by certified mail, return receipt requested.

[ ]   By mailing a true copy of the notice to the within named tenant by first-class mail and posting a copy thereof on the main door of the above-described premises, no person being in actual possession thereof.

Subscribed and Sworn to before me

this 20 day of November, 20 19 .

_____
NOTARY PUBLIC

_____
Signature of Person Serving Notice

"OFFICIAL SEAL"
LISA M. BORYLA
Notary Public, State of Illinois
My Commission Expires 07-31-2020

Prepared By:  Riley N. Oncken, Attorney at Law, 212 S. Main Street, Sycamore, IL 60178
      Phone: (815) 991-2098     Riley@OnckenLaw.com

FRCP 36 RTA EXHIBIT B