## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam

                    Plaintiff,

v.                                                      Case No.: 3:23−cv−50301
                                                        Honorable Iain D. Johnston

Melissa Mobile, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 16, 2024:

        MINUTE entry before the Honorable Margaret J. Schneider: Telephonic status conference held on 01/16/24 to discuss the status of the case. Plaintiff's oral Motion for Leave to File an Amended Complaint is unopposed and granted. Plaintiff has until 02/13/24 to file an amended complaint. Defendants are directed to answer or otherwise respond to the anticipated amended complaint by 03/05/24. Additionally, Plaintiff's oral Motion for Leave to File a Supplement to his Motion to Disqualify Counsel [22] is unopposed and granted. Plaintiff has until 02/13/24 to file a supplement and Defendants BKA Holdings, LLC and Melissa Mobile have until 02/27/24 to reply to the supplement. Furthermore, Plaintiff reported to the Court that his parallel state proceeding has been voluntarily dismissed. Accordingly, Defendant Riley N. Oncken's oral Motion to Withdraw his Motion to Stay Proceedings [39] is unopposed and granted. Finally, counsel for Defendant Law Office of Riley N. Oncken P.C. reported that service disputes have been resolved. Counsel for Defendant Law Office of Riley N. Oncken P.C. is directed to enter an appearance on the docket by 01/24/24. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.