**U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT SAM, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 3:23-cv-50301 |
| | ) | |
| MELISSA MOBILE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF ECF # 47

Notice is hereby given that Defendants hereby withdraws its Request to Admit docketed as ECF # 47

due to an unintentional error and will file amended and corrected requests to admit *instantor*.

Respectfully submitted,

/s/ C. Nicholas Cronauer

## CERTIFICATE OF SERVICE

Defendants, by and through their undersigned counsel, electronically served Defendants' Melissa

Mobile and BKA Holdings, LLC to all parties of record through the PACER/ECF system its FRCP

36 Requests to Admit.

Dated: January 20, 2024.

*s/Nicholas Cronauer*

CRONAUER LAW, LLP
1101 DeKalb Ave Ste 2
Sycamore, IL 60178
Telephone: (815) 895-8585
Email: Service@cronauerlaw.com