**ResourceBank**
A NATIONAL BANK

Main Bank Office (815) 756-6321 (800) 845-4122
Tele-Banking (815) 758-BANK (800) 565-1516
www.ResourceBank.com
Mobile Banking App - MyResourceBank

| | | | |
|---|---|---|---|
| Cortland | (815) 756-2266 | Malta | (815) 825-2074 |
| DeKalb | (815) 748-3108 | Serena | (815) 496-6306 |
| Genoa | (815) 784-8301 | Shabbona | (815) 824-1210 |
| Hampshire | (847) 792-8080 | Somonauk | (815) 498-1280 |
| Hinckley | (815) 286-3241 | Sycamore | (815) 895-1703 |
| Leland | (815) 495-7040 | Member FDIC | |

Account:
Date: 9/18/2019
Page: 1

HOMETOWN REALTY GROUP INC
330 W ELM ST
SYCAMORE IL 60178

---

### Notice of Deposited Items Charged Back to Your Account

---

The items listed below have been returned and charged back to your account. For your convenience, we have provided substitute items which can be used in place of the original items. If you have any questions or need any assistance, please call Resource Bank, NA at (815) 756-6321. Thank you for doing business at Resource Bank.

**Charge Back Items**

| Payor R/T | Return Reason | Amount |
|---|---|---|
| | 'A' - NSF - Not Sufficient Funds | $1,700.00 |

**Summary**

| | |
|---|---|
| Total Item Count: | 1 |
| Total Amount of Items Charged Back: | $1,700.00 |
| Handling Charges: | $10.00 |
| Total Account Deduction: | $1,710.00 |
| Balance After Activity: | $1,090.00 |

---

09/18/2019
*
b

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

09/16/2019
7758166
[0719143581

Dracula's house Ent.
Robert SAM

DATE 9-16-19

0999
2-50/710 IL
50119

PAY TO THE ORDER OF Hometown Property Management        $ 1700.00

One thousd seven hudd dolla 00/100        DOLLARS

**Bank of America**

FOR Security deposit

⑈000999⑈

**ResourceBank**
A N A T I O N A L  B A N K

Main Bank Office  (815) 756-6321  (800) 845-4122
Tele-Banking  (815) 758-BANK  (800) 565-1516
www.ResourceBank.com
Mobile Banking App - MyResourceBank

| | | | |
|---|---|---|---|
| Cortland | (815) 756-2266 | Malta | (815) 825-2074 |
| DeKalb | (815) 748-3108 | Serena | (815) 496-6308 |
| Genoa | (815) 784-8301 | Shabbona | (815) 824-1210 |
| Hampshire | (847) 792-8080 | Somonauk | (815) 498-1280 |
| Hinckley | (815) 286-3241 | Sycamore | (815) 895-1703 |
| Leland | (815) 495-7040 | Member FDIC | |

Account:

Date:    9/18/2019

Page:    1

HOMETOWN REALTY GROUP INC
330 W ELM ST
SYCAMORE IL  60178

## Notice of Deposited Items Charged Back to Your Account

The items listed below have been returned and charged back to your account.  For
your convenience, we have provided substitute items which can be used in place of
the original items.  If you have any questions or need any assistance, please call
Resource Bank, NA at (815) 756-6321. Thank you for doing business at Resource Bank.

### Charge Back Items

| Payor R/T | Return Reason | Amount |
|---|---|---|
| | 'A' - NSF - Not Sufficient Funds | $5,090.00 |

| Summary | |
|---|---|
| Total Item Count: | 1 |
| Total Amount of Items Charged Back: | $5,090.00 |
| Handling Charges: | $10.00 |
| Total Account Deduction: | $5,100.00 |
| Balance After Activity: | $-1,515.38 |

09/18/2019

This is a LEGAL COPY of your
check. You can use it the
same way you would use the
original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

NSF

Draculas House Ent.
Robert SAM

1000
2-50/710 IL
90119

DATE  9-16-19

PAY TO THE ORDER OF  Hometown Property Mangenot                    $ 5,090.00

Five thousm ninty - doller Zoo                                    DOLLARS

**Bank of America**

FOR  Rent through October