**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | | |
|---|---|---|
| Robert Sam, | ) | |
| | ) | Case No. 23-CV-50301 |
| Plaintiff, | ) | |
| | ) | Judge: Ian D. Johnston |
| v. | ) | |
| | ) | Magistrate Judge: Margaret Schneider |
| BKA Holding, LLC Melissa Mobile, | ) | |
| Riley Oncken, and Riley N. Oncken, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**ROBERT SAM'S UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff, Robert Sam ("Plaintiff"), by and through his attorneys Golan Christie Taglia LLP, hereby moves this Honorable Court to extend the deadline for Plaintiff to file its Second Amended Complaint to March 5, 2024, stating as follows.

1.　Plaintiff's Second Amended Complaint is currently due to this Court on February 13, 2024.

2.　In addition to this current action, Plaintiff is currently a party in the following cases:

　　a. *BKA Holding, LLC v. Robert and Karen Sam*, Case No. 23-EV-102 (the "Eviction Case");

　　b. *People of the State of Illinois v. Robert Sam*, Case No. 22-CF-546 (the "Criminal Case"); and

　　c. *Robert and Karen Sam v. Melissa Mobile and BKA Holding, LLC*, IDHR Charge No. 2023-CH-1772 and HUD No. 05-23-8696-8 (the "IDHR/HUD Case").

3.　The Eviction Case and the IDHR/HUD Case both arise out of the same or a similar set of facts as the instant case.

4.　On January 9, 2024, BKA Holding, LLC ("BKA Holding") filed a Motion to File an Amended Complaint in the Eviction Case.

5.      On January 11, 2024, Plaintiff filed a Response in Opposition to BKA's Motion to Amend Complaint.

6.      The court in the Eviction Case (the "Eviction Court") is scheduled to rule on BKA Holding's motion on February 13, 2024 – the same day that Plaintiff's Second Amended Complaint is currently due to this court.

7.      The Eviction Court's ruling on BKA Holding's Motion to File an Amended Complaint could have a direct impact Plaintiff's litigation strategy in the instant case.

8.      Additionally, Plaintiff's counsel is diligently attempting to procure the filings in the IDHR/HUD Case.

9.      Plaintiff's counsel has made several requests for information to the Illinois Department of Human Rights.

10.      In addition to trying to obtain the IDHR/HUD Case filings, Plaintiff's counsel is still in the process of reviewing more than 3,000 documents relating to Plaintiff's claims against the defendants in the instant litigation.

11.      Pursuant to such review, it has become apparent to Plaintiff's counsel that Plaintiff may have claims against other defendants than those previously named.

12.      As such, Plaintiff's counsel needs additional time to complete its review of the remaining documents in order to fully understand all of Plaintiff's claims and who Plaintiff's claims are against.

13.      Plaintiff's counsel has conferred with counsel for Defendants Melissa Mobile and BKA Holdings, Nicholas Cronauer, who has indicated that he and his clients have no objection to this extension of time.

14.     Plaintiff's counsel has conferred with counsel for Defendants Riley Oncken and Riley N. Oncken P.C., Zachary Shook, who has indicated that he and his clients have no objection to this extension of time.

15.     Plaintiff has not previously sought an extension of time in relation to filing a Second Amended Complaint.

16.     Plaintiff has previously sought one other extension of time – Plaintiff's Motion for Extension of Time to Respond to Defendants Motion to Dismiss [ECF No. 18], which this Court denied.

17.     This Motion is made timely and in good faith and the granting of this Motion will not prejudice any party.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court enter an order granting the following relief:

a.      Extending the deadline for Plaintiff, Robert Sam to file his Second Amended Complaint until March 5, 2024.

Respectfully submitted,

Date:   February 9, 2024                          /s/ Margaret A. Gisch

Margaret A. Gisch (6204431)
Bradley S. Lohsl (6332989)
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison Street, Suite 1500
Chicago, IL 60602
312-696-2039
magisch@gct.law
bslohsl@gct.law

3

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certifies that he caused a copy of **Robert Sam's Unopposed Motion to Extend Deadline to File Second Amended Complaint** to be served upon the following:

Christopher Nicholas Cronauer  
Cronauer Law, LLP  
1101 DeKalb Ave. Ste., 2  
Sycamore, IL 60178  
(815) 895-8585  
nc@cronauerlaw.com

Zachary Gordon Shook  
Cray Huber Horstman Heil & Vanausdal LLC  
303 W. Madison St., Ste. 2200  
Chicago, IL 60606  
312-332-8450  
zgs@crayhuber.com

Alice Sarah Vagun  
Cray Huber Horstman Heil & Vanausdal LLC  
303 W. Madison St., Ste. 2200  
Chicago, IL 60606  
(312) 332-8450  
asv@crayhuber.com

by causing a copy of the same to filed via CM/ECF, this 9th day of February, 2024.

By: __/s/ Chase Thede____

4