## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam

                Plaintiff,

v.

                                        Case No.: 3:23–cv–50301

Melissa Mobile, et al.

                                        Honorable Iain D. Johnston

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 14, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court will consider Plaintiff's Supplemental Motion to Disqualify Cronauer Law [56] as the operative motion to disqualify for purposes of ruling on this issue, but will take into consideration the information contained in the previously filed pleadings regarding this Motion at [22, 23, 25]. Defendants BKA Holdings, LLC and Melissa Mobile's supplemental reply remains due 02/27/24.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.