STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 23RD JUDICIAL CIRCUIT
DEKALB COUNTY

FILED

NOV 21 2022

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

CASE NAME: ROBERT SAM
GEN. NUMBER: 22 CF 546

ORDER

The foregoing indictment was returned in open Court on ____11- 18____, 2022.

Bail was set at $____APO____.

The Bill of Indictment supersedes following Counts charged by complaint:

_____.

The following Counts not included on Bill of Indictment shall remain charged by complaint or traffic citation:

_____.

court on ____12- 8- 22____ at ____9:45____ AM/PM, before the

Honorable ____Buick - 280____ or such Judge as may be sitting in his/her place.

Enter: ____11-21____, 2022
          DATE

_____
                JUDGE

NOT AN OFFICIAL COPY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 23RD JUDICIAL CIRCUIT
DEKALB COUNTY

**FILED**

NOV 21 2022

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

|  |  |  |  |
|---|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| v. | ) | No. | 22 CF 546 |
| | ) | | |
| ROBERT SAM | ) | | |
| Defendant | ) | | |

## INDICTMENT

Count 1

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about August 17, 2022, ROBERT SAM committed the offense of AGGRAVATED HOME REPAIR FRAUD (Class 2 FELONY), IN THAT SAID DEFENDANT KNOWINGLY ENTER INTO AN ORAL AGREEMENT IN THE AMOUNT OF $1000.00 WITH WILLIAM GODFREY, A PERSON OVER 60 YEARS OF AGE, FOR THE REPAIR OF THE HOME OF WILLIAM GODFREY LOCATED AT 619 STONEGATE DRIVE, SYCAMORE, ILLINOIS, AND IN SO DOING, KNOWINGLY PROMISED PERFORMANCE WHICH THE DEFENDANT DID NOT INTEND TO PREFORM, OR KNEW WOULD NOT BE PERFORMED, in violation of Chapter 815, Section 515/5(a)(1) of the Illinois Compiled Statutes.

All of the foregoing occurred in DeKalb County, Illinois.


NOT AN OFFICIAL COPY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 23RD JUDICIAL CIRCUIT
DEKALB COUNTY



FILED

NOV 21 2022

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

PEOPLE OF THE STATE OF ILLINOIS   )
                         Plaintiff   )
                                       )

                          v.   )     No.    22 CF 546
                                       )

ROBERT SAM   )
                     Defendant   )

### <u>INDICTMENT</u>

Count 2

      At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about August 17, 2022, ROBERT SAM committed the offense of AGGRAVATED HOME REPAIR FRAUD (Class 2 FELONY), IN THAT SAID DEFENDANT KNOWINGLY ENTERED INTO AN ORAL AGREEMENT IN THE AMOUNT OF $1000.00 WITH WILLIAM GODFREY, A PERSON OVER 60 YEARS OF AGE, FOR THE REPAIR OF THE HOME OF WILLIAM GODFREY LOCATED AT 619 STONEGATE DRIVE, SYCAMORE, ILLINOIS, AND IN SO DOING, USED DECEPTION, FALSE PRETENSE AND FALSE PROMISES IN ORDER TO INDUCE, ENCOURAGE, AND SOLICIT WILLIAM GODFREY TO ENTER IN TO THE AGREEMENT, in violation of Chapter 815, Section 515/5(a)(2) of the Illinois Compiled Statutes.

All of the foregoing occurred in DeKalb County, Illinois.

NOT AN OFFICIAL COPY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 23RD JUDICIAL CIRCUIT
DEKALB COUNTY

**FILED**

**NOV 21 2022**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

PEOPLE OF THE STATE OF ILLINOIS )
                    Plaintiff )
                         )
         v. )     No.    22 CF 546
                         )
ROBERT SAM )
                     )
             Defendant )

## INDICTMENT

Count 3

At least nine Grand Jurors, chosen, selected, and sworn, in and for the County of DeKalb, in the State of Illinois, IN THE NAME AND BY THE AUTHORITY OF THE PEOPLE OF THE STATE OF ILLINOIS, upon their oaths present that on or about May 11, 2022, ROBERT SAM committed the offense of THEFT (Class 3 FELONY), IN THAT SAID DEFENDANT KNOWINGLY OBTAINED UNAUTHORIZED CONTROL OVER PROPERTY OF WILLIAM GODFREY, BEING ONE ANTIQUE BAYONET AND ONE ANTIQUE SWORD, HAVING A TOTAL VALUE IN EXCESS OF $500, INTENDING TO DEPRIVE WILLIAM GODFREY PERMANENTLY OF THE USE OF THE PROPERTY, in violation of Chapter 720, Section 5/16-1(a)(1)(A) of the Illinois Compiled Statutes.

All of the foregoing occurred in DeKalb County, Illinois.

TRUEBILL

_____
Foreperson of the Grand Jury

NOT AN OFFICIAL COPY