**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT FOR THE TWENTY THIRD JUDICIAL CIRCUIT**
**COUNTY OF DEKALB**

PEOPLE OF THE STATE OF ILLINOIS:  )
                                  )
      **Plaintiff,**                 )
                                    )
                                    )
-vs-                           )   **No.    22CF546**
                                    )
**ROBERT SAM,**               )
                                    )
      **Defendant.**            )

*Lori Grubbs*
Electronically Filed
DeKalb County, Illinois
Transaction ID : 1703741681
**2022CF546**
**FILED ATE : 10/11/2022**

## APPEARANCE

I, Robert P. Nolan, hereby enter my appearance as attorney for the ROBERT SAM by

applicable statutory and constitutional provisions, State and Federal; ROBERT SAM herein

pleads not guilty.

This 11 Day of October 2022.

                                      ____/s/ Robert P. Nolan_____
                                        Robert P. Nolan

Robert P. Nolan
114 West State Street
Sycamore, Illinois 60178
815.748.0532
**rpnlaw@comcast.net**

NOT AN OFFICIAL COPY