# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
# JUDICIAL CIRCUIT
# DEKALB COUNTY, ILLINOIS

State of Illinois
_____
Plaintiff(s),

-VS-

Robert Sam
_____
Defendant(s).

)
)
)
)
)
)
)
)
)

CASE NO.: 2022 CF 546

FILED
IN OPEN COURT
DEC 29 2022

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

# APPEARANCE

I HEREBY ENTER THE APPEARANCE OF

Sam Robert
_____
(Insert the name of the party for whom you are entering your appearance)
AND MY OWN AS

[✓] REGULAR COUNSEL

[ ] SPECIAL & LIMITED APPEARANCE

[ ] PRO-SE

[ ] ADDITIONAL COUNSEL

[ ] GUARDIAN AD LITEM

[ ] TRIAL COUNSEL

[✓] SUBSTITUTE COUNSEL

[ ] COUNSEL IN FORCIBLE ENTRY

[ ] APPELLATE COUNSEL

AND AS  (HIS)⊙     (HER)◯     (THEIR)◯   COUNSEL IN THE ABOVE ENTITLED CASE.

Name: Scott P. Larson

Attorney No.: 6225417

Attorney for: Sam Robert

Address: 200 West Main Street

City/State/Zip: St. Charles, IL 60174

Telephone: 630-513-9800

Email: slarson@vlklawfirm.com

STATUS DATE: 12-29-22

_____
Signature of Attorney

Scott P. Larson
_____
Print or Type Name

Appearance
REV: 04/26/17

NOT AN OFFICIAL COPY

2/6/2023 4:43 PM
2022CF000546

*Lori Grubbs*

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

## IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
## DeKALB COUNTY, ILLINOIS

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2022 CF 546 |
| ROBERT SAM, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW

NOW COMES Scott P. Larson of Vanek, Larson & Kolb, LLC and move this Honorable Court for leave to withdraw as attorney of record for Defendant ROBERT SAM, and states as follows:

1. Movant is the attorney of record for the Defendant, ROBERT SAM.

2. Movant represented ROBERT SAM in good faith and to the best of his ability.

3. However, the attorney-client relationship between undersigned counsel and Defendant no longer functions: (1) The communication between ROBERT SAM and counsel has broken down; (2) counsel has been told via email Defendant wishes to retain other counsel and (3) Defendant (after a small initial partial retainer payment) promised payment of the balance of the retainer in a timely manner, which did not happen.

4. Therefore, it is impossible for counsel to continue to represent Defendant ROBERT SAM.

5. ROBERT SAM's last known address is: 629 Stonegate Dr., Sycamore, IL 60178.

WHEREFORE, Scott P. Larson of Vanek, Larson & Kolb, LLC, prays that he may be granted leave to withdraw as attorney of record for ROBERT SAM, in the above- entitled case.

BY: _____
Scott P. Larson, Esq.
Scott P. Larson, Esq.

Vanek, Larson & Kolb, LLC
200 W. Main Street
St. Charles, Illinois 60174
(630) 513-9800
slarson@vlklawfirm.com
Attorney No. 6225417

Page 1 of 1

NOT AN OFFICIAL COPY