Case: 3:23-cv-50301 Document #: 58-5 Filed: 02/15/24 Page 1 of 5 PageID #:374

2/15/24, 12:39 PM

 
# Sycamore man arrested for defrauding elderly for home repairs: Cops

By Kelsey Rettke

⤢ Expand

Sycamore man arrested for defrauding elderly for home repairs: cops - Shaw Local
Case: 3:23-cv-50301 Document #: 58-5 Filed: 02/15/24 Page 2 of 5 PageID #:375
2/15/24, 12:39 PM



Robert J. Sam, 43, of the 600 block of Stonegate Drive in Sycamore, is charged with felony aggravated home repair fraud and theft, a class 3 felony, according to DeKalb County court records. If convicted, Sam could face up to five years in jail. (Inset provided by Sycamore Police Department Oct. 25, 2022, courthouse photo by Mark Black for Shaw Local) (Shaw Local News Network)

November 01, 2022 at 12:00 pm CDT

SYCAMORE – A Sycamore man is accused of defrauding elderly residents amid a home repair scheme dating back to at least August, Sycamore police said.

Robert J. Sam, 43, of the 600 block of Stonegate Drive in Sycamore is charged with felony aggravated home repair fraud and theft, a class 2 felony, according to DeKalb County court records. If convicted, Sam could face up to seven years in jail.

According to court records, Sam defrauded several people older than 60 in a scheme worth more than $500.

According to a news release from the Sycamore Police Department, an investigation was launched Aug. 17 by Sycamore police and DeKalb County Elder Care Services. The investigation revolved around reports of possible home repair fraud and financial exploitation of the elderly.

Case: 3:23-cv-50301 Document #: 58-5 Filed: 02/15/24 Page 3 of 5 PageID #:376

Police said a two-month investigation ensued involving multiple interviews with Sam and victims, and a followup investigation with area businesses.

Police obtained a warrant for Sam's arrest on Oct. 11 and served him the next day, records show.

Sam was held in custody at the DeKalb County Jail during his bond hearing Oct. 12, records show. DeKalb County Judge Joseph Pedersen issued a $5,000 recognizance bond in Sam's case, meaning he was released from jail without posting money.

Sam is due back in court at 9:45 a.m. Dec. 8.

The Sycamore Police Department stated officers aren't aware of any more victims in the case, however, anyone with additional information is asked to call Sycamore Police Det. Greyson Scott at 815-895-3435.

HAVE A QUESTION ABOUT THIS DAILY CHRONICLE ARTICLE?

Interested in items for sale?

Post anything and get featured!





2/15/24, 12:39 PM







**Fashion nova crop top**

$40

JAISENAPPLE N. | sellwild.com

**Fashion nova Windbreaker**

$45

JAISENAPPLE N. | sellwild.com

**Sapphire Blue Watch**

$120

SANCHEZ M. | sellwild.com













**Seagull Entourage Rustic Guitar**

$300

TRISTAN P. | sellwild.com

**2017 Tesla Model X**

$37,704

MYEV M. | sellwild.com

**Men's Ski Boots Size 24 and Poles**

$190

SELLA S. | sellwild.com







**1978 Chevrolet Corvette**

$36,000

GATEWAY C. | sellwild.com

Powered by Sellwild

Sycamore man arrested for defrauding elderly for home repairs: Cops – Shaw Local
Case: 3:23-cv-50301 Document #: 58-5 Filed: 02/15/24 Page 5 of 5 PageID #:378
2/15/24, 12:39 PM



Copyright © 2022 Shaw Local News Network

**SHAW LOCAL** News Network