**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam
                Plaintiff,

v.
                                    Case No.: 3:23−cv−50301

Melissa Mobile, et al.
                                    Honorable Iain D. Johnston

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 16, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff has until 03/01/24 to reply to Defendant's supplemental response to Plaintiff's motion to disqualify counsel.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.