## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, hereby certifies that he caused a copy of **Plaintiffs' Second Amended Complaint** to be served upon the following:

Christopher Nicholas Cronauer
Cronauer Law, LLP
1101 DeKalb Ave. Ste., 2
Sycamore, IL 60178
(815) 895-8585
nc@cronauerlaw.com

Zachary Gordon Shook
Cray Huber Horstman Heil & Vanausdal LLC
303 W. Madison St., Ste. 2200
Chicago, IL 60606
312-332-8450
zgs@crayhuber.com

Alice Sarah Vagun
Cray Huber Horstman Heil & Vanausdal LLC
303 W. Madison St., Ste. 2200
Chicago, IL 60606
(312) 332-8450
asv@crayhuber.com

by causing a copy of the same to filed via CM/ECF, this 5th day of March, 2024.

By: _/s/ Chase Thede_

2