# EXHIBIT A

# Housing Quality Standards
# Self-Inspection Checklist

| Major Areas of Unit | | Questions to Ask | Yes or No | Repairs Needed |
|---|---|---|---|---|
| Mechanical Items | Electricity | 1. Do all fixtures and outlets work? (At least 2 outlets per room or one outlet and one light fixture per room.) Are all globes/covers for light fixtures intact? | | |
| | | 2. Is there lighting in the common hallways and porches? | | |
| | | 3. Are all outlets, light switches and fuse boxes properly covered with no cracks or breaks in the cover plates/doors? (Are all three-prong outlets grounded properly?) | | |
| | | 4. Are light/electrical fixtures securely fastened without any hanging or exposed wires in areas where the tenant has access? | | |
| | | 5. Have you arranged for all utilities to be on the day of the inspection? | | |
| | HVAC | 6. Is there adequate heat in all living spaces? | | |
| | | 7. If there is an A/C in unit present, does it cool properly? | | |
| Plumbing | Bathroom | 8. Is toilet securely fastened with no leaks or gaps? Does it flush properly? | | |
| | | 9. Sink - Is there hot and cold running water, proper drainage and no leaks? | | |
| | | 10. Bathtub/shower - Is there hot and cold running water, proper drainage and no leaks? | | |
| | | 11. Is bathroom vented with either an exterior window or exhaust fan? | | |
| | | 12. Is bathroom free of any sewer odor or drainage problem? | | |
| | Kitchen | 13. Sink - Is there hot and cold running water, proper drainage and no leaks? | | |
| | | 14. Stove –If gas operated, is there a hand-operated gas shut-off valve? | | |
| | | 15. Do all burners on the stovetop ignite? Does the oven work? Are all knobs present? | | |
| | | 16. Does refrigerator/freezer cool properly? | | |
| | | 17. Is refrigerator/freezer large enough for the size of the family occupying the unit? | | |
| | | 18. Do all appliances operate as intended? (Any that do not operate should be removed.) | | |
| | Other | 19. Does hot water tank work? | | |
| | | 20. Does hot water tank have an extension pipe? | | |
| | | 21. Do radiators function with no leaks? | | |
| Interior of Unit | Wall Condition | 22. Are walls free of air and moisture leaks, large holes and cracks? | | |
| | Ceiling Condition | 23. Are ceilings free of air and moisture leaks, large holes, cracking, and bulging? | | |
| | Floor Condition | 24. Are floors free of weak spots or missing floorboards? | | |
| | | 25. Are floors free of tripping hazards from loose flooring or covering? | | |
| | Cabinetry/Interior Doors | 26. Are cabinets securely fastened to the wall? | | |
| | | 27. Is there space for food preparation and storage? | | |
| | | 28. Are all cabinet doors securely hung? | | |
| | Security | 29. Is there free and clear access to all exits? | | |
| | | 30. Are there deadbolt locks on entry doors to the unit? Do they open with a key from the outside and a knob/latch from the inside? | | |
| | | 31. Do first floor windows and those opening to a stairway, i .e. escape or landing have locks? | | |
| | Health and Safety | 32. Is there at least one battery-operated CO detector present and functioning within 15 feet of every room used for sleeping and | | |

# Housing Quality Standards
# Self-Inspection Checklist

| | | | | |
|---|---|---|---|---|
| **Exterior of Unit** | | every source of carbon monoxide, and any area with a furnace and boilers? | | |
| | | 33. Is there a working smoke detector on each level of the unit? | | |
| | | 34. Are smoke detectors installed on walls at least 4" and not more than 12" from ceiling? Are smoke detectors installed on ceilings at least 4" from the wall? Are smoke detectors installed within 15 ft. of and inside of each sleeping area? | | |
| | | 35. Is unit free of any evidence of insect or rodent infestation? | | |
| | | 36. Is unit free of any evidence of mold or mildew? | | |
| | Windows | 37. Is there at least one exterior window in each bedroom and in the living room? | | |
| | | 38. Do windows open, close and lock properly? Windows designed to open must either operable/able to open, or be screwed shut. | | |
| | | 39. Is unit free of any cracked, broken or leaky windows? | | |
| | Other | 40. Is roof free of leaks? | | |
| | | 41. Are gutters firmly attached? | | |
| | | 42. Are exterior surfaces in a condition to prevent moisture leakage and rodent infestation? | | |
| | | 43. Is all siding present and securely attached? | | |
| | | 44. Is chimney secure? Is flue tightly sealed with no gaps? | | |
| | | 45. Is foundation sound? | | |
| | | 46. Are openings around doors and windows weather-tight? | | |
| | | 47. Are sidewalks free of tripping hazards? Large cracks and uneven surfaces must be addressed. | | |
| **Common Areas** | Stairways: Interior and Exterior | 48. Are all handrails properly secured? | | |
| | | 49. Is a handrail present when there are 4 or more consecutive steps? | | |
| | | 50. Are stairs free of any loose, broken or missing steps? | | |
| | | 51. Are stairways free of any tripping hazards? | | |
| | | 52. Are there proper exit signs? | | |
| | | 53. Are there secure railings on porches, balconies and landings that are 30" high or higher? This includes cellar/basement entrance areas that are 30" or more below ground. | | |
| **General** | | 54. Is unit free of debris inside and outside of unit? | | |
| | | 55. INTERIOR AND EXTERIOR of units, BUILT BEFORE 1978, rented to families with children under the age of six: is unit free of any chipping, peeling, flaking, chalking or cracking painted surfaces ,including windows, window wells, door frames, walls, ceilings ,porches, garages, fences or play equipment? | | |
| | | 56. Are there covered receptacles for disposal of waste? | | |

*Disclaimer: The criteria listed above is provided as a generalized checklist to determine if a unit is rent ready for Housing Choice Voucher Program Participants. This checklist is to be used as guide only as other items not listed may cause the unit to fail an HQS inspection. In addition, all city, county and state codes must be followed. For multi-unit properties and cooperatives, comm areas are the responsibility of the Property Owner/Manager.*

NOTES: