# EXHIBIT
# B

| | |
|---|---|
| **From:** | robert sam |
| **To:** | Margaret A. Gisch; Amanda Leon; Ernest Crosby; Bradley S. Lohsl |
| **Subject:** | Fwd: Robert Sam |
| **Date:** | Thursday, January 18, 2024 5:40:20 PM |

**From:** HCV <hcv@dekcohousing.com>
**Date:** January 18, 2024 at 3:00:08 PM CST
**To:** robert sam <harpees5@yahoo.com>
**Subject: Fw: Robert Sam**

Mr. Sam,

HACD is in receipt of your communications. Please find below, the information you requested. For clarity, under the Housing Choice Voucher (HCV) Program, tenants contribute 30% of their adjusted gross income towards rent and HAP covers the remainder. This information serves as proof that HAP was made on each occasion listed. It does not verify, nor disprove that tenant rent was paid. Tenant rent payments would need to be verified with a banking institution, as tenant rent is paid directly to the landlord.

| Tenant Name | Tenant Address | HAP Payment Number | HAP Payment Date | Payment Amount | Payee Name | Trans Code | Description | Payment Method | Payment Status | VMS Month |
|---|---|---|---|---|---|---|---|---|---|---|
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86431 | 1/1/2024 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 1/2024 | D | P | Jan-24 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86269 | 12/1/2023 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 12/2023 | D | P | Dec-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86112 | 11/1/2023 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 11/2023 | D | P | Nov-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 85952 | 10/1/2023 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 10/2023 | D | P | Oct-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 85793 | 9/1/2023 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 9/2023 | D | P | Sep-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 85636 | 8/1/2023 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 8/2023 | D | P | Aug-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 85475 | 7/1/2023 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 7/2023 | D | P | Jul-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 85317 | 6/1/2023 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 6/2023 | D | P | Jun-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 85159 | 5/1/2023 | $1,805.00 | Hometown Property Management | LL000 | AUTO HAP FOR 5/2023 | D | P | May-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 85001 | 4/1/2023 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 4/2023 | D | P | Apr-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 84840 | 3/1/2023 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 3/2023 | D | P | Mar-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 84679 | 2/1/2023 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 2/2023 | D | P | Feb-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 84519 | 1/1/2023 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 1/2023 | D | P | Jan-23 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 84359 | 12/1/2022 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 12/2022 | D | P | Dec-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 84197 | 11/1/2022 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 11/2022 | D | P | Nov-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 84036 | 10/1/2022 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 10/2022 | D | P | Oct-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 83874 | 9/1/2022 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 9/2022 | D | P | Sep-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 83708 | 8/1/2022 | $1,695.00 | Hometown Property Management | LL000 | AUTO HAP FOR 8/2022 | D | P | Aug-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 83541 | 7/1/2022 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 7/2022 | D | P | Jul-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 83375 | 6/1/2022 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 6/2022 | D | P | Jun-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 83208 | 5/1/2022 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 5/2022 | D | P | May-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 83042 | 4/1/2022 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 4/2022 | D | P | Apr-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 82879 | 3/1/2022 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 3/2022 | D | P | Mar-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 82712 | 2/1/2022 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 2/2022 | D | P | Feb-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 82547 | 1/1/2022 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 1/2022 | D | P | Jan-22 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 82383 | 12/1/2021 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 12/2021 | D | P | Dec-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 82215 | 11/1/2021 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 11/2021 | D | P | Nov-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 82045 | 10/1/2021 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 10/2021 | D | P | Oct-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 81877 | 9/1/2021 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 9/2021 | D | P | Sep-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 81707 | 8/1/2021 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 8/2021 | D | P | Aug-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 81537 | 7/1/2021 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 7/2021 | D | P | Jul-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 81364 | 6/1/2021 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 6/2021 | D | P | Jun-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 81190 | 5/1/2021 | $1,700.00 | Hometown Property Management | LL000 | AUTO HAP FOR 5/2021 | D | P | May-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 81016 | 4/1/2021 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 4/2021 | D | P | Apr-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 80839 | 3/1/2021 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 3/2021 | D | P | Mar-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 80663 | 2/1/2021 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 2/2021 | D | P | Feb-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 80486 | 1/1/2021 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 1/2021 | D | P | Jan-21 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 80309 | 12/1/2020 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 12/2020 | D | P | Dec-20 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 80133 | 11/1/2020 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 11/2020 | D | P | Nov-20 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 79954 | 10/1/2020 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 10/2020 | D | P | Oct-20 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 79781 | 9/1/2020 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 9/2020 | D | P | Sep-20 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 79607 | 8/1/2020 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 8/2020 | D | P | Aug-20 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 79432 | 7/1/2020 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 7/2020 | D | P | Jul-20 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 79252 | 6/1/2020 | $1,650.00 | Hometown Property Management | LL000 | AUTO HAP FOR 6/2020 | D | P | Jun-20 |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 79252 | 6/1/2020 | $1,650.00 | Hometown Property Management | LL004 | LATE LEASE UP MAY HAP | D | P | May-20 |

**Housing Authority of the County of DeKalb**
310 N. 6th Street
DeKalb, IL 60115
815.758.2692 - phone
815.758.4190 – fax

This message contains confidential information and is intended only for the individual named. If you are not the named addressee ou should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail

transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. The Housing Authority of the County of DeKalb 310 N 6th St., DeKalb, IL  60115
https://link.edgepilot.com/s/e43c6817/lil29zeW9Ee6uYNfEHD_pQ?u=http://www.dekcohousing.com/

### Housing Authority of the County of DeKalb

Housing Authority of the County of DeKalb assists low and moderate income families with safe, decent and affordable housing opportunities.

https://link.edgepilot.com/s/e43c6817/lil29zeW9Ee6uYNfEHD_pQ?u=http://www.dekcohousing.com/

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Thursday, January 18, 2024 5:59 PM
**To:** HCV <hcv@dekcohousing.com>
**Subject:** Robert Sam

EXTERNAL EMAIL NOTICE: DO NOT CLICK on links or open attachments unless you are sure the content is safe. If you suspect phishing, click the "Report Phishing" button in your toolbar.

I would like a copy of all payments to BKA holdings and when those payments began please.