# EXHIBIT
# D

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT FOR THE TWENTY-THIRD JUDICIAL CIRCUIT**
**DEKALB COUNTY**

BKA Holding, LLC,                   )     NO: 23 EV 102
an Illinois Limited Liability Company )
         Plaintiff,            )
                         )
     v.                  )
                         )
ROBERT SAM & KAREN SAM,    )
        Defendants.        )

**FILED**
3/10/2023
2023EV000102

*Lori Grubbs*
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

## AGREED ORDER

This matter coming before the Court by Agreement with respect to the Plaintiff's Complaint For Forcible Entry and Detainer and Monetary Damages and the court being fully advised;

IT IS ORDERED AS FOLLOWS:

1. Defendants waive the requirements of being served with a 5-day or 30-day notice.
2. Defendants submit to the jurisdiction of this Court and waive formal service of the Complaint and Summons.
3. Defendants shall pay the sum of $914.00 to Plaintiff by March 25, 2023.
4. Defendants shall pay the sum of $255.00 to Plaintiff by April 25, 2023.
5. Defendants shall pay the sum of $255.00 to Plaintiff by May 25, 2023.
6. Defendants shall pay any water bills incurred through May 31, 2023.
7. The lease term shall terminate on May 31, 2023, by which time Defendants shall vacate the premises.
8. An Order for Possession shall enter, enforceable on June 1, 2023, if Defendants have not vacated the premises.
9. This court shall retain jurisdiction of the case to enforce the terms of this order. This Court shall retain jurisdiction to adjudicate any damages claimed by Plaintiff from Defendants following Defendants vacating the premises.
10. Provided Defendants make payments as agreed, vacate the premises as agreed, and do not cause any damage to the premises, Plaintiff shall dismiss this case with prejudice and refund the security deposit within 30 days. Plaintiff may deduct the cost necessary repairs or cleaning, if any, from the security deposit, as provided in the lease.
11. This matter is continued to June 6 , 2023 at 9:00 a.m. for status of compliance with this Order.

_____
Riley N. Oncken, For Plaintiff

_____
Robert Sam, Defendant

_____
Karen Sam, Defendant

DATED: 3/10/2023
_____

ENTER: /s/ Stephanie Klein
_____
               Judge

**#492.1**