# EXHIBIT F

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | | **EVICTION ORDER** | *For Court Use Only* |
|---|---|---|---|

DeKalb _____ **COUNTY**

**FILED**
3/10/2023
**2023EV000102**

*Lori Grubbs*
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the full names of Plaintiff, Defendants, and the case number as listed on the *Eviction Complaint*.

Check the box for Unknown Occupants if it was checked on the *Eviction Complaint*.

**Plaintiff** *(For example, the landlord or owner)*:

BKA HOLDING, LLC, an Illinois Limited Liability Company

_____

_____

v.

**Defendants** *(For example, the tenants or occupants)*:

ROBERT SAM and KAREN SAM

_____

_____

☐ **Unknown Occupants**

23 EV 102
**Case Number**

**This Order is entered:**

Check the box for the type of order that is entered.

☐ By default *(Defendants not in court)*
☐ After contested hearing or trial
☐ After compliance hearing, the Defendants having failed to comply with a previous Agreed Order
☑ By agreement *(the court having made no factual findings)*

Signed and agreed to,
See Agreed Order
_____   _____
*Plaintiff (or lawyer)*                      *Defendant (or lawyer)*
See Agreed Order
_____   _____
*Defendant (or lawyer)*                    *Defendant (or lawyer)*

All parties (or their lawyer) who agree to this *Eviction Order* should sign it.

**Notice to Defendants:**

This *Order* is a judgment against you. It may appear on a background or credit check and affect your ability to rent housing. There are other orders you may use to resolve your case by agreement. Do not agree to this *Order* if:
- You have an agreement with Plaintiff that lets you stay in the property (Use *Agreed Settlement Order with Status Date (Defendants Will Pay & Stay)* or *Agreed Dismissal Order (Case May Be Reinstated if Defendants Violate Agreement)*; OR
- Plaintiff has agreed to dismiss this case if you move out by a certain date (Use *Agreed Settlement Order with Status Date (Defendants Will Move)*).

**You must complete sections 1-5.**

In **1**, check the boxes to indicate who is in court. Enter the names of the Defendants who were in court.

In **2**, check the box if any Defendants were dismissed from the case. Enter the names of the dismissed Defendants. Otherwise, leave blank.

In **3**, enter the complete address, including the street direction (N., E., etc.) and unit # or floor.

In **4**, enter the date and time by which Defendants must move out.

1. **People in court:**
   ☐ Plaintiff   ☐ Plaintiff's lawyer   ☐ Defendants' lawyer
   ☐ Defendants: _____

   ☐ Other: _____

☐ 2. The following individuals are dismissed as Defendants and this *Order* does not apply to them:

   _____

3. Plaintiff is given possession of the property located at:
   639 STONEGATE DRIVE
   *Street address*                                                *Unit*
   SYCAMORE                                    IL            60178
   *City*                                          *State*        *ZIP*

4. Defendants must move out of the property on or before   JUNE 1, 2023
   *Date*

   ☑ by 11:59 p.m.   OR   ☐ by _____ ☐ a.m. ☐ p.m.
                                          *Time*

E-O 3500.4                          Page 1 of 2                          (12/21)

This form is approved by the Illinois Supreme Court and is required to be used in all Illinois Circuit Courts.

*In 5, enter the names of Defendants to be evicted and check the box for Unknown Occupants if it was checked on the Eviction Complaint.*

5. Plaintiff may give the sheriff a copy of this *Eviction Order*. If Defendants do not move by the date and time listed above, the Sheriff is ordered to evict the following Defendants:  ROBERT SAM KAREN SAM, AND ANY OTHER OCCUPANTS _____ ☐ Unknown Occupants

**Section 6 is for landlords** *(condominium and homeowner associations should use Section 7)*

*In 6, complete only if Plaintiff is a landlord. Condominium or homeowner associations suing an owner should use Section 7.*

6. Check all that apply:

☐ No money claimed in *Eviction Complaint*

☐ Money claim dismissed and Plaintiff **may** seek this money in the future

☐ Money claim dismissed and Plaintiff **may not** seek this money in the future

*Check the boxes that apply. If Plaintiff is awarded money, enter the names of Defendants who have been ordered to pay the money.*

☐ Plaintiff is owed:

☐ $ _____ in rent

☐ $ _____ in court costs

☐ $ _____ in attorneys' fees *(if allowed)*

$ _____ is the total judgment entered against the following Defendants:

_____

☑ The Court is not yet ruling on the money claim. Case continued to:

June 6, 2023    at  9:00    ☑ a.m. ☐ p.m. for:    ☑ status   OR   ☐ hearing
*Date*        *Time*

in courtroom  200  and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction Order*.

**Section 7 is for condominium and homeowner associations** *(landlords should use Section 6)*

*In 7, complete only if Plaintiff is a condominium or homeowner association suing an owner.*

7. Check all that apply:

☐ This Order is entered against the unit only *(In Rem)*

☐ Plaintiff is owed:

☐ $ _____ in assessments

☐ $ _____ in court costs

☐ $ _____ in attorney's fees

$ _____ is the total judgment entered against the following Defendants:

_____

The expiration of judgment provisions of 735 ILCS 5/9-117 do not apply to this *Order*.

☐ The Court is not yet ruling on the money claim. Case continued to:

_____ at _____ ☐ a.m. ☐ p.m. for:   ☐ status   OR   ☐ hearing
*Date*        *Time*

in courtroom _____ and the Court finds there is no just reason to delay enforcement or appeal of this *Eviction* Order.

**STOP!**

DO NOT complete this section. The judge will complete this section if it applies to your case.

☐ 8. This *Order* is entered after an Emergency Housing Proceeding. An order entered under these sections may not be stayed more than 7 days. Check the box to indicate which section of the Eviction Act applies:

☐ 735 ILCS 5/9-118    ☐ 735 ILCS 5/9-119    ☐ 735 ILCS 5/9-120

The sheriff or other lawfully deputized officers shall give priority to service and execution of orders entered under Sections 118 and 119, or execute the *Order* within 7 days of its entry if entered under Section 120.

*Enter the name and contact information of the person completing this Order.* **DO NOT** *complete the section the right for Date and Judge.*

**Name:**  RILEY N. ONCKEN

**Street Address:**  212 S. MAIN STREET

**City, State, ZIP:**  SYCAMORE, IL 60178

**Telephone #:**  815 991-2098

**Attorney #** *(if any)*:  6283674

**Email Address** *(if any)*:  RILEY@ONCKENLAW.COM

**ENTERED:**    3/10/2023

_____
*Date*

/s/ Stephanie Klein

*Judge*

E-O 3500.4        Page 2 of 2        (12/21)