# EXHIBIT H



# ILLINOIS APPELLATE COURT
# SECOND DISTRICT

### 55 SYMPHONY WAY
### ELGIN, IL 60120
### (847) 695-3750

**FILED**

**JUN 23 2023**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

June 23, 2023

Robert Sam
639 Stonegate Dr.
Sycamore, IL 60178

RE:  BKA Holding, LLC v. Sam, Robert, et al.
     Appeal No.: 2-23-0163
     County: DeKalb County
     Trial Court No.: 23EV102

The court has this day, June 23, 2023, entered the following order in the above entitled case:

Appellant's emergency motion to stay the circuit court's judgment pending this appeal is granted, provided that all rent that accrues during the pendency of the appeal is paid. However, in light of appellant's failure to support his motion with a Rule 328 supporting record as required by Rule 305(d), this court elects to accelerate this appeal under Rule 311(b). The current dates for the filing of the report of proceedings and the record on appeal shall remain in place, but, upon the filing of the record on appeal, this court will enter an accelerated briefing schedule, which it will extend only for extraordinarily compelling circumstances, and will issue an accelerated decision.

Jeffrey H. Kaplan
Clerk of the Court

cc:  DeKalb County Circuit Court
     DeKalb County Sheriff's Office
     Karen Sam
     Riley Nels Oncken