U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ROBERT SAM, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | No. 3:23-cv-50301 |
| ) | |
| MELISSA MOBILE, et al. ) | |
| ) | |
|     Defendants. ) | |

**DEFENDANTS' NOTICE OF SERVICE OF FRCP 11(c)(2) NOTICE TO WITHDRAW TO PLAINTIFF**

Notice is hereby given that Defendants served its Rule 11 Request to Withdraw Second Amended Complaint pursuant to FRCP Rule 11.

Respectfully submitted,

/s/ C. Nicholas Cronauer

**CERTIFICATE OF SERVICE**

Defendants, by and through their undersigned counsel, electronically served Defendants' Melissa Mobile and BKA Holdings, LLC NOTICE TO PLAINTIFF TO WITHDRAW SECOND AMENDED PLEADING PURSUANT TO RULE 11 to all parties of record through the PACER/ECF system.

Dated: March 7, 2024.

s/Nicholas Cronauer

CRONAUER LAW, LLP
1101 DeKalb Ave Ste 2
Sycamore, IL 60178
Telephone: (815) 895-8585
Email: Service@cronauerlaw.com