

FILED
3/12/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Magistrate Judge Margaret Schneider,

Your Honor, first, I want to express my gratitude for assigning me legal representation for my case. However, I am facing a challenging situation with my current attorney. Despite our progress, they are now seeking to withdraw from representing me. My primary request has been to have the opportunity to communicate verbally, which has not been fulfilled. I have only had one verbal interaction since the introduction with Margaret Gisch and another on the day my complaint was filed. I understand that my expectations may seem high, but they are actually quite modest; all I ask is for a chance to speak with my attorney.

Moreover, we have been enduring significant issues with our living conditions, such as lack of hot water for three months, which the landlord has failed to address despite assurances from my legal team. It is disheartening to consider that my attorney is contemplating withdrawal because they find me bothersome. This

decision comes at a critical juncture, as the defendants' lawyer has threatened sanctions in response to the amended complaint.

Your Honor, I respectfully request to be present at the hearing and to plead for my current counsel to continue representing me. If direct communication remains an issue, I am willing to accept that; however, I implore the court to allow my attorney to remain on the case to avoid starting anew. I want my amended complaint to  stand with no changes or withdraws otherwise I will suffer a major setback from starting over again.

Robert Sam.
03/11/24