**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam, et al.

                              Plaintiff,

v.                                                    Case No.: 3:23−cv−50301
                                                      Honorable Iain D. Johnston

Melissa Mobile, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

        MINUTE entry before the Honorable Margaret J. Schneider: Counsel for
Plaintiffs' Motion for Leave to Withdraw as Court−Appointed Counsel and, Concurrently,
the Second Amended Complaint [64] is entered and continued pending resolution of
Plaintiffs' Motion to Disqualify Cronauer Law [56]. In the interim, the Court stays
Defendants' answer or other pleading to Plaintiffs' second amended complaint. Also, no
motions or other pleadings should be filed in this case pending disposition of the current
motions. Finally, Plaintiffs are reminded that to the extent communication with
court−appointed counsel is needed while matters are stayed, Plaintiffs must be mindful, as
any paying client would be, of counsel's workload, time, and effort. Plaintiffs are not to
file communications with the Court through the Court's email address. Further dates will
be set by the Court. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.