

**23CV50301**  AXK

To the Honorable Judge Margaret Schneider
Your Honor,
I understand that you requested no further filings or motions in this case until the motion to disqualify has been ruled on. However, there is a serious matter that requires your immediate attention. You assigned Margert Girch to represent me, and despite many requests to speak with her, I have only verbally communicated with her once. Her office advised me by email to have no contact with the IDHR, as Mrs. Girch's office will be handling that. They also warned that if I do communicate with the IDHR, it could affect my current case. However, lawyers for the IDHR keep calling me, asking if my assigned lawyer is representing me and what I intend to do with the IDHR charges against the landlord. I don't know what to say or whom to turn to.

Additionally, we are facing another eviction this Friday by the same landlord, with the same lawyer who we are waiting to see if he is disqualified for the same reasons we filed the complaint. I have no one to speak to, as the lawyers won't communicate with me. We had discussed asking the federal court to intervene in this eviction while this case is pending, but now I don't know how to proceed, as the lawyers won't speak and you won't allow any motions.

I am being hit from all directions, and the people you assigned to help me are not doing so. I have always been mindful of their workload and have only asked for verbal communication, yet I have received none. Judge, I need to be heard verbally if possible, and if possible, a ruling on any of the motions, or at least a way to verbally speak to either the assigned lawyer or someone else. My wife's health is deteriorating daily, and I am trying to take care of both her and our disabled daughter. This is something I thought I was getting help with, and now I feel stranded.

I need you to intervene in some way, Judge, or I may lose everything and be evicted once again. I want my current complaint

to be kept and for this case to move forward, but I also just need some guidance here. I apologize for having to bring this to your, but there is really nothing more I can do. I am stuck in a difficult situation.

Sincerely,

Robert Sam