**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam, et al.

                Plaintiff,

v.

                                         Case No.: 3:23–cv–50301
                                         Honorable Iain D. Johnston

Melissa Mobile, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 1, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Taking into consideration the current posture of this case, the Court denies Plaintiff's motion to disqualify counsel [56] without prejudice. The Court finds it cannot rule on whether Attorney Nicholas Cronauer and Cronauer Law LLP should be disqualified from representing Defendants Melissa Mobile and BKA Holdings, LLC when Attorney Nicholas Cronauer and Cronauer Law LLP are now named as co–Defendants with their current clients in Plaintiffs' second amended complaint. See [61]. If Attorney Nicholas Cronauer and Cronauer Law LLP remain as Defendants, their ability to represent the co–Defendants may be significantly impeded by a conflict of interest. (See, for example, Illinois Rules of Professional Conduct 1.7: Conflict of Interest: "a lawyer shall not represent a client if the representation involves a concurrent conflict of interest. A concurrent conflict of interest exists if there is a significant risk that the representation of one or more clients will be materially limitedby a personal interest of the lawyer."). Therefore, the Court reconsiders its 03/12/24 order [66] and will take up Plaintiffs' counsel's motion to withdraw as Court–appointed counsel and, concurrently, the second amended complaint [64], prior to potentially addressing whether Attorney Nicholas Cronauer and Cronauer Law LLP can remain as counsel in this case. Plaintiffs are advised the motion to disqualify counsel may be reinstated or Plaintiffs may be given leave to file a new motion, following a ruling on the motion to withdraw. The Court sets this matter for a hearing on Plaintiffs' counsel's motion to withdraw [64] on 04/04/24 at 10:30 a.m. The Court will be utilizing the Cisco Webex platform. Public access is available via the following call–in number: 1–(650)–479–3207 and enter ACCESS CODE: 180–822–8235#. Plaintiffs Robert and Karen Sam and counsel for all parties are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.