## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

                              Plaintiff,

v.                                                  Case No.: 3:23−cv−50301
                                                    Honorable Iain D. Johnston

Melissa Mobile, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 4, 2024:

     MINUTE entry before the Honorable Margaret J. Schneider: Motion hearing held on 04/04/24 on Plaintiffs' counsel's motion to withdraw [64]. The motion to withdraw as to counsel's representation [64] is granted. The Court thanks Attorney Gisch and her colleagues for their time and service to this case. The Court finds that Attorney Gisch has satisfied the case representation obligation pursuant to Local Rule 83.38 and should not be placed on the next pro bono panel. The Court will recruit new counsel for Plaintiffs; however, Plaintiffs are warned that recruitment of counsel is a privilege, and the Court may not continue to recruit counsel if it becomes apparent that Plaintiffs are unable to respect counsel's time and efforts. A separate order will follow with a recruited counsel assignment. Given Plaintiff's stated preference to proceed pursuant to the second amended complaint, the Court denies the motion to withdraw as to the second amended complaint, pending newly recruited counsel's opportunity to review the second amended complaint. Plaintiffs' second amended complaint [61] is the current operative complaint. New dates will be set in an upcoming order. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.