## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

           Plaintiff,

v.

                                     Case No.: 3:23–cv–50301

Melissa Mobile, et al.

                                     Honorable Iain D. Johnston

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 5, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court recruits new counsel to represent Plaintiffs in this action. The Court requests that Kevin J. Luther, Heyl, Royster, Voelker & Allen, 120 W. State Street, 2nd Floor, Rockford, IL 61101, 815–963–4454, kluther@hrva.com, represent Plaintiffs in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). The Clerk of Court is directed to send a copy of this order to Plaintiffs, attorney Kevin J. Luther, the Systems Department of the Northern District of Illinois, and the PACER Service Center at pacer@psc.uscourts.gov. Counsel is encouraged to visit the Court's Pro Bono web page at http://www.ilnd.uscourts.gov/Pages.aspx?page=ProBo no (case sensitive) for various resources related to pro bono representation. Counsel should enter an appearance by 04/19/24. Prior recruited counsel has been advised to provide new counsel with all materials, documents, and information on this case and new counsel is directed to contact prior counsel to obtain this information. Newly recruited counsel will be given time to get up to speed on this case and make a determination whether to proceed with the second amended complaint [61], which is currently the operative complaint. The Court will set further deadlines after counsel appears. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.