**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | | |
|---|---|---|
| Robert and Karen Sam, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 3:23-cv-50301 |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| BKA Holding, LLC, Melissa Mobile, | ) | |
| Riley Oncken, Riley N. Oncken, P.C., | ) | Magistrate Judge: |
| Christopher Nicholas Cronauer, and | ) | Margaret Schneider |
| Cronauer Law LLP, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW FROM ASSIGNMENT PURSUANT TO LOCAL RULE
83.38**

NOW COMES, KEVIN J. LUTHER, of HEYL, ROYSTER, VOELKER & ALLEN, Counsel appointed to represent Plaintiffs in this matter, and for his Motion to Withdraw from Assignment Pursuant to Local Rule 83.38, states as follows:

1.      This Court entered an Order on April 5, 2024 [Doc. No. 74] appointing the undersigned as counsel for Plaintiffs in accordance with counsel's trial bar commitment under Local Rule 83.37 (N.D. Ill.).

2.      The undersigned is scheduled to retire from the practice of law on December 31, 2024.

3.      As a result of his scheduled retirement, the undersigned has moved to withdraw from the Northern District of Illinois Trial Bar.

4.      The undersigned's withdrawal from the Northern District of Illinois Trial Bar relieves him of any trial court obligations under Local Rule 83.37.

WHEREFORE, the undersigned respectfully requests that this Court enter an order relieving counsel of his appointment to represent Plaintiffs in this matter and for any further relief this Court deems just.

BY:   /s/ Kevin J. Luther

HEYL, ROYSTER, VOELKER & ALLEN
Kevin J. Luther, ARDC 6187700

HEYL, ROYSTER, VOELKER & ALLEN
120 W. State Street
Second Floor
Rockford, IL 61101
Telephone: 815.963-4454
Facsimile: 309.420.0402
Primary Email: rckefc@heylroyster.com
Secondary Email #1: kluther@heylroyster.com
Secondary Email #2: ybeets@heylroyster.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Disqualify Counsel was filed on April 11, 2024 with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

/s/ Kevin J. Luther

HEYL, ROYSTER, VOELKER & ALLEN
120 W. State Street
Second Floor
Rockford, IL 61101
Telephone: 815.963-4454
Facsimile: 309.420.0402
Primary Email: rckefc@heylroyster.com
Secondary Email #1: kluther@heylroyster.com
Secondary Email #2: ybeets@heylroyster.com

(44294235.1)