## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

                Plaintiff,

v.

                                        Case No.: 3:23−cv−50301

                                        Honorable Iain D. Johnston

Melissa Mobile, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 12, 2024:

        MINUTE entry before the Honorable Margaret J. Schneider: Motion to Withdraw from Assignment Pursuant to Local Rule 83.38 [75] is granted. The Clerk is directed to terminate Attorney Kevin J. Luther from the docket. The Court will assign Plaintiffs new counsel in a separate docket entry. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.