## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

                    Plaintiff,

v.                                          Case No.: 3:23–cv–50301
                                            Honorable Iain D. Johnston

Melissa Mobile, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 19, 2024:

  MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's new recruited counsel Michael Joseph Schostok, who has now entered an appearance, is reminded to contact prior recruited counsel (Margaret Gisch) to obtain all materials, documents, and information on this case. Plaintiff's counsel is directed to submit a status report by 05/29/24 stating counsel's intentions in proceeding with the second amended complaint. Plaintiffs are advised that recruiting counsel for an unrepresented individual is a privilege. Thus, Plaintiff must listen carefully to counsel's advice and be mindful, as any paying client would be, of counsel's workload, time, and effort. Because each case is unique and there is no right to counsel in a civil case, there is no guarantee that counsel will be recruited in any future case or again in this case should counsel withdraw or should Plaintiff seek to have counsel replaced. A telephonic status conference is set for 05/30/24 at 9:30 a.m. The Court will be utilizing the Cisco Webex platform. Public access is available via the following call–in number: 1–(650)–479–3207 and enter ACCESS CODE: 180–822–8235#. Counsel for all parties are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. The clerk is directed to mail and email Plaintiffs a copy of this order. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.