



FILED
4/24/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JMV

Magistrate Judge: Margaret Schneider
 Case No. 23-CV-50301

Motion to stay lower court eviction and Sanctions and damages for Bankruptcy discharge violations.


Your honor, I am sending this letter as a motion asking the court to intervene on my behalf. I have reached out to my new assigned council have not heard back as of yet. But this matter is of urgency so I had no choice but to reach out to your honor. We are going through another eviction with the defendant and her lawyer, and this time they were able to get it expedited. Now the Illinois department of human right is charging them Again and this time with retaliation. But if we get evicted it will kill my wife literally. This is another illegal and wrong eviction and the defendant and her lawyer have now committed criminal fraud so much so the county sheriff told me to file charges with the local police.  The local police declined to take my report. I am asking the court to stay these illegal eviction matters pending the outcome of this case as both cases are based on the same matters. There is no hardship to the defendant as she is receiving 1900.00 a month every month

plus utilities are paid by us. Without a home these cases won't matter as my wife will not make it and my daughter will be severely impacted medically. Also there is now a hearing on disqualifying Cronauer law in the state eviction court Friday. The judge gave me no time to Call witnesses or prepare, only 4 days. So the lower court will be ruling on this motion and it will be in favor of defendants counsel. At that point it will affect my motion filed in this court because defendants counsel will use the lower courts ruling as they have with the appeals court ruling. Point I am making, I am being put in a position where I can't win and prove what has happened and it's not right. I am fighting all this on my own and have no help from anyone and my case is just sitting stagnant while the defendants wrongful retaliated eviction now moves expedited through the courts. I am also asking this court to hold Nicolas and Charles Cronauer in contempt for lying to this court. Also I am asking this court to sanction Nicolas Cronauer and Cronauer law for violating violating the discharge injunction and Cronauer is not

in civil contempt. The  bankruptcy code section 362(h) for the bankruptcy code. My wife should

be awarded damages and compensation for this flagrant disregard of this federal law.

The constant retaliation and abusive litigation is taking a toll on the life of my family and there
health.

Robert Sam