# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

                         Plaintiff,

v.                                                    Case No.: 3:23–cv–50301
                                                      Honorable Iain D. Johnston

Melissa Mobile, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 26, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs' pro se motion to stay lower court eviction [80] is denied. This Court does not have the jurisdiction to take action on cases in other courts. Additionally, Plaintiffs are reminded that counsel has entered an appearance on their behalf. Going forward, the Court will strike any pro se filings entered by Plaintiffs. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.