FILED
5/16/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion For sanctions and damages for violation of the federal bankruptcy discharge laws:
## Case number  3:23-cv-50301 Robert Sam vs Mobile etc

I am asking this court again, to please hold Nicholas Cronauer and Cronauer law in contempt of court and award damages to Karen Auksi Sam, for the willful Violation of the bankruptcy code. Attached the court will see that Nicholas Cronauer has doubled down to harass my wife with abusive tactics that violate the federal discharge laws. These questions would have been asked at the meeting of the creditors, the defendant and her lawyers never showed up. Karen Auksi Sam was awarded a discharge, and now Nicholas Cronauer continues to violate federal laws over and over. He is doing doing this because no one is doing anything to stop him, he is being allowed to trespass over the law. I asked this court before and I am asking again, this court has jurisdiction in this matter, this court has to sanction Cronauer under the federal bankruptcy laws for violating the stay and discharge laws.

Automatic Stay Violation (11 U.S.C. § 362)

The automatic stay goes into effect immediately upon the filing of a bankruptcy petition. It halts most collection activities against the debtor and the debtor's property. Violations of the automatic stay can result in the following consequences:

- Damages: Under 11 U.S.C. § 362(k), an individual injured by any willful violation of the automatic stay is entitled to recover actual damages, including costs and attorneys' fees, and in some cases, punitive damages.
- Contempt of Court: Courts may also hold creditors in contempt for violating the automatic stay.

2. Discharge Injunction Violation (11 U.S.C. § 524)

The discharge injunction prevents creditors from attempting to collect discharged debts from the debtor after the discharge has been granted. Violations of the discharge injunction can lead to:

- Sanctions and Damages: Courts can award damages, including compensatory and punitive damages, for willful violations of the discharge injunction.
- Contempt of Court: Similar to automatic stay violations, courts may hold creditors in contempt for violating the discharge injunction.

3. Civil Contempt

Both violations of the automatic stay and the discharge injunction can lead to civil contempt proceedings. This allows the bankruptcy court to impose sanctions to compel compliance or punish non-compliance with the court's orders.

4. Case Law and Judicial Precedents

Federal courts have established various precedents on these matters. Some notable cases include:

- Taggart v. Lorenzen (2019): The U.S. Supreme Court clarified the standard for holding creditors in civil contempt for violating the discharge injunction, stating that creditors can be

held in contempt if there is "no fair ground of doubt" as to whether the discharge order barred the creditor's conduct.
- In re Zilog, Inc.: This case emphasized that actual knowledge of the bankruptcy filing is required to find a creditor in violation of the automatic stay.

Enforcement and Remedies

Debtors can bring actions in bankruptcy court to enforce the automatic stay and the discharge injunction. Remedies can include:
- Actual Damages: Compensation for any losses directly resulting from the violation.
- Punitive Damages: In cases of egregious conduct, punitive damages may be awarded to deter future violations.
- Attorney's Fees and Costs: Successful debtors may recover their legal costs and attorney's fees.

Conclusion

Federal laws provide robust protections for debtors against violations of the automatic stay and discharge injunction. Violations can lead to significant consequences for creditors, including damages, contempt sanctions, and legal costs.

Also, my assigned attorney brought to my attention that his mother was my appeals court Judge, he brought this to the attention of the party's and be have not heard back if anyone has and objections and my fear is, come the end of the month they will and I'll keep losing time on this case over and over and that's not fair to me and my family. If there were any objections I would hope that would have been said weeks ago? Otherwise it's Obvious it was another tactic to delay and age my case. I need to have this case start moving

forward, it's just sitting here and we are in limbo as I am battling another illegal eviction in state court on the same merits. We don't understand why everything that has and is happening is being allowed, and it's just wrong morally and ethically.


Robert Sam