## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

                    Plaintiff,

v.                                    Case No.: 3:23–cv–50301

                                    Honorable Iain D. Johnston

Melissa Mobile, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's Motion to Hold Cronauer Law, Nicholas Cronauer in Contempt and Award Damages [82] is denied. As explained in [81], because Plaintiffs have counsel that have appeared in this case, continued pro se filings will be disregarded. If Plaintiffs need to communicate with the Court, they are directed to do so through their counsel. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.