

FILED
5/20/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

Motion to stay and stop this illegal state eviction. Case number 3:23-cv-50301 Sam v. Mobile et al

Your Honors,

I recently spoke today with my assigned attorney, Michael Schostick. Mr. Schostick is excellent and very professional, but he is unable to represent me because his mother was the judge who ruled on my appeal. This situation is causing significant delays, and I urgently need to move forward. I require assistance from someone who is knowledgeable in this area of law and has the capacity to take on this case.

This case involves both state and federal courts, making it challenging for an attorney to assist solely with the state case unless this court stays the state action under Rule 11 USC 524, allowing focus on the federal case, which would ultimately resolve the state case upon trial. Mr. Schostick has agreed to retain my second amended complaint as is, so some progress has been made.

Your Honor, I am confident in my ability to win this case, regardless of the court in which it is heard, but I need an opportunity to proceed. Otherwise, justice will not be served, and those responsible for the wrongdoing will evade accountability.

I was not given any sign in info of the hearing on the 30th, so I am unable to participate. I request another opportunity to secure legal representation. If not, I will proceed on my own to achieve justice for my family. Given a trial, I am certain of my success in this case. The defense will of course banter me with motions to dismiss and frivolous and other abusive tactics, but the merits of this case are undeniable as the court can see. I am fighting for my

families life and will do anything to protect them, I hope this court can be fair unlike the Dekalb county court and want to have the voices of regular US citizens heard and not gagged by frivolous motions and abusive tactics. Allow me to be heard as it is a human and civil right and not just dismiss us because I am not a lawyer. This is what Dekalb has done to me over and over, to cover up what has been done to my family.

Robert Sam