**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | |
|---|---|
| ROBERT SAM and KAREN SAM, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>BKA HOLDING, LLC, MELISSA MOBILE, )<br>RILEY ONCKEN, RILEY N. ONCKEN, P.C., )<br>CHRISTOPHER NICHOLAS CRONAUER, )<br>and CRONAUER LAW, LLP, )<br>)<br>Defendants. ) | No. 3:23-cv-50301<br>Hon. Iain D. Johnston<br>Magistrate: Margaret Schneider |

**MOTION TO WITHDRAW FROM ASSIGMENT PURSUANT TO LOCAL RULE
83.38(a)(1)**

NOW COMES MICHAEL J. SCHOSTOK, of SALVI, SCHOSTOK & PRITCHARD
P.C., appointed to represent Plaintiffs in this matter, and for his Motion to Withdraw from
Assignment Pursuant to Local Rule 83.38(a)(1), states as follows:

1.      On April 12, 2024, this Honorable Court entered an order [Doc. No. 77] appointing
the under-signed counsel for Plaintiffs in accordance with counsel's trial bar commitment under
Local Rule 83.38 (N.D. Ill.).

2.      After submitting an appearance on Plaintiffs' behalf, counsel began receiving the
case file from previously appointed counsel and began his review of the material.

3.      As part of his review of the federal court case materials, counsel also familiarized
himself with the parallel and ongoing state court matter involving these parties.

4.      Eventually, counsel became aware that on November 28, 2023, the Illinois Second
District Appellate Court issued a decision involving these parties – appointed counsel's mother,
Justice Mary Seminara Schostok, wrote that decision.

5. Counsel swiftly notified counsel for the Defendants, as well as Plaintiff Robert Sam.

6. Counsel for Defendants reiterated that the Second District Appellate Court may be involved again in the future as it relates to issues in the state court case.

7. As the ongoing federal court and state court cases are intertwined, counsel is not comfortable representing Plaintiffs in this matter given the significant involvement of his mother in the state court case.

8. As a result of this conflict, the undersigned counsel moves this Honorable Court to grant his Motion to Withdraw.

9. Counsel understands a status report on the Second Amended Complaint is due on or before May 29, 2024 with a status hearing set for May 30. However, to further expedite this process and save the Court and the parties time, counsel is now filing this motion instead of waiting until then.

10. Counsel notified Plaintiff Robert Sam of his desire to withdraw and understood counsel's wishes.

WHEREFORE, the undersigned respectfully requests that this Court enter an order relieving counsel of his appointment to represent Plaintiffs in this matter and any other relief this Court deems just and proper.

Respectfully submitted,

SALVI, SCHOSTOK & PRITCHARD, P.C.

By: /s/ Michael J. Schostok
   Pro Bono Attorney for Plaintiffs

Michael J. Schostok (ARDC #6333316)
**SALVI, SCHOSTOK & PRITCHARD, P.C.**
161 N. Clark St., Suite 4700
Chicago, IL

2

Phone: (847) 249-1227 │ Fax: (847) 249-0138
E-Mail: mjschostok@salvilaw.com