**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam, et al.

                        Plaintiff,

v.                                                      Case No.: 3:23–cv–50301
                                                        Honorable Iain D. Johnston

Melissa Mobile, et al.

                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 28, 2024:

        MINUTE entry before the Honorable Margaret J. Schneider: Attorney Michael J. Schostok's Motion to Withdraw from Assignment Pursuant to Local Rule 83.38(a)(1) [89] is granted. The Court will appoint Plaintiffs new counsel in a separate docket entry. Once new counsel is appointed, the Court will ask Attorney Schostok to provide new counsel with all materials, documents, and information in his possession regarding this case. Plaintiffs' pro se motion at [87] is granted to the extent they are requesting that new counsel be appointed. Telephonic status conference set for 05/30/24 is stricken. Further dates will be set after the Court appoints new counsel. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.