**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | |
|---|---|
| Robert Sam, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-cv-50301 |
| ) | Honorable Iain D. Johnston |
| Melissa Mobile, et al. ) | |
| ) | |
| Defendants ) | |

**STATUS REPORT OF APPOINTED COUNSEL**

Pursuant to the Court's order dated May 31, 2024 (Dkt. # 94), appointed counsel, Stephen H. DiNolfo, hereby provides the required status report.

On May 28, 2024 the undersigned was appointed to represent Mr. and Mrs. Sam in this matter. On June 4, 2024 counsel received the file from prior counsel and began analyzing the voluminous materials provided. In addition, a meeting was held with Mr. Sam concerning this case and the currently pending Second Amended Complaint.

Based upon my review of the Second Amended Complaint, it is my intention to file a Third Amended Complaint. The Third Amended Complaint should serve to reduce the number of counts and will most likely result in some parties being dismissed.

Based upon my upcoming trial schedule which includes a wrongful death trial at the end of July, as well as the trial schedule of the associate assisting me on this case, I am requesting to August 30, 2024, to file a Third Amended Complaint.

/s/ Stephen H. Dinolfo
One of the Attorneys for Plaintiffs

Stephen H. DiNolfo (#6206823)
Joseph S. Davidson (#6301581)
OTTOSEN DINOLFO HASENBLAG & CASTALDO, LTD.
1804 N. Naper Blvd., Suite 350
Naperville, IL 60563
(630)682-0085
sdinolfo@ottosenlaw.com
jdavidson@ottosenlaw.com