

**FILED**
7/9/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JC

# United States District Court

# Northern District of Illinois

## Case number 3-23-cv-50301

Motion to withdraw council and represent ourselves pro se.

Your Honor,

I write to express my grave concerns regarding the current stagnation of our case and the ongoing violations of our rights by the defendants. Despite the clear and present danger these actions pose to my family, no effective measures have been taken to address these violations.

As a pro se litigant, I have observed that pro se individuals are often not taken seriously, and those represented by pro bono counsel are frequently marginalized. The conduct of the law firm assigned to us, which has shown a complete disregard for our situation, underscores this troubling reality. Nicholas Cronauer, a defendant and a material witness in this case, should have been disqualified due to his conflict of interest. His

personal relationships with state judges in DeKalb County have resulted in corruption and bias against us, violating our right to a fair trial.

The current eviction proceedings against us are illegal and criminal. The presiding judge has allowed these proceedings to advance without adherence to the law that protects us. My wife's life is in jeopardy due to her medical condition, and this eviction would have catastrophic consequences. Despite my repeated pleas for assistance, the law firm assigned by your honor has failed to respond, demonstrating a lack of humanity and professional duty.

The firm's reluctance to vigorously pursue our valid complaint appears to be an attempt to minimize their workload rather than a reflection of the merits of our case. As stated in the landmark case *Gideon v. Wainwright*, 372 U.S. 335 (1963), the right to counsel is fundamental and essential for a fair trial. By neglecting their duty, the assigned law firm jeopardizes our constitutional rights.

We urgently require immediate legal intervention as both state and federal issues are intricately linked in our case. The potential eviction is not just a legal matter but a matter of life and death for my wife. The lack of response and action from our current counsel is unacceptable.

Should my wife suffer any harm due to this inaction, it would be a severe indictment of the legal system's failure

to protect vulnerable individuals. We request that the current law firm be removed from our case. My wife and I are prepared to represent ourselves pro se unless we find competent legal representation willing to advocate for us.

The complaint on file, validated by two separate lawyers assigned by the court, is comprehensive and should withstand any motion to dismiss. We demand that our case move forward without further delay. Our right to a trial by jury, as enshrined in the Seventh Amendment, must be upheld. The current judicial bias and intent to see us homeless cannot be allowed to prevail.

We are ready to proceed immediately and request the court's urgent attention to prevent further harm to our family. The complaint on file will not be amended or changed at all.

Sincerely,

Robert Sam and Karen Sam