**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

ROBERT SAM and KAREN SAM,

                    Plaintiffs,

v.

MELISSA MOBILE; BKA HOLDINGS LLC;
LAW OFFICE OF RILEY N. ONCKEN P.C.;
RILEY N. ONCKEN; CHRISTOPHER N.
CRONAUER; CRONAUER LAW LLP,

                    Defendants.

Case No. 3:23-cv-50301

Honorable Iain D. Johnston

Honorable Margaret J. Schneider
Magistrate Judge

## MOTION FOR RELIEF FROM ASSIGNMENT

**NOW COME** attorneys for Plaintiffs, Stephen H. DiNolfo and Joseph S. Davidson, ("Plaintiffs' Counsel"), pursuant to N.D. Ill. L.R. 83.38, seeking relief from assignment as counsel to Plaintiffs, Robert Sam and Karen Sam ("Plaintiffs"). In support thereof, Plaintiffs' Counsel states as follows:

1. On May 28, 2024, the Court requested that Stephen H. DiNolfo, Ottosen DiNolfo Hasenbalg & Castaldo, Ltd., 1804 North Naper Boulevard, Suite 350, Naperville, Illinois 60563, represent Plaintiffs in accordance with counsel's trial bar obligations under the N.D. Ill. L.R. 83.37. [Doc. #91].

2. Two days later, Plaintiffs' Counsel entered an appearance in this case. [Doc. # 92, Doc. #93].

3. The following day, the Court directed Plaintiffs' Counsel to submit a status report by June 28, 2024 stating counsel's intentions in proceedings with the second amended complaint. [Doc. #94].

4. On June 4, 2024, Plaintiffs' Counsel received Plaintiffs' case file from Plaintiffs' previous attorney.

5.    Two weeks later, Plaintiffs' Counsel conferred with Plaintiff, Robert Sam regarding the second amended complaint.

6.    On June 28, 2024 Plaintiffs' Counsel filed a Status Report.  [Doc #95].

7.    The Court construed Plaintiffs' Counsel's report as a motion for leave to file a third amended complaint, the motion was granted, and Plaintiffs were given until August 30, 2024 to file a third amended complaint.  [Doc. #96].

8.    On July 9, 2024, Plaintiffs requested the Court to discharge Plaintiffs' Counsel from the representation and be permitted to proceed *pro se*.  [Doc. #98].

9.    After assignment, counsel may move for relief from an order of assignment only on the following grounds or on such other grounds as the assigning judge finds adequate for good cause shown:

* * *

(4)    Some personal incompatibility or a substantial disagreement on litigation strategy exists between counsel and the party.

* * *

(6)    In counsel's opinion, the party is proceeding for purpose of harassment or malicious injury, or the party's claims or defenses are not warranted under existing law and cannot be supported by good faith argument for extension, modification, or reversal of existing law.

L.R. 83.38(a)(4), (6).

10.    After reviewing Plaintiffs' request to discharge Plaintiffs' Counsel from the representation and be permitted to proceed *pro se* [Doc. #98], it is apparent that there is a substantial disagreement on litigation strategy between counsel and Plaintiffs.

11.    In counsel's opinion, 12 of Plaintiffs' 17 claims are not warranted under existing law and cannot be supported by good faith argument for extension, modification, or reversal of existing law.

12.    Accordingly, Plaintiffs' Counsel seeks relief from assignment as counsel to Plaintiffs..

13.     Pursuant to L.R. 83.17, the Notification of Party Contact Information is attached as Exhibit A.

14.     Plaintiffs' Counsel certifies that on July 9, 2024, copies of this Motion were served on Plaintiffs at 639 Stonegate Drive, Sycamore, Illinois 60178.

**WHEREFORE**, attorneys for Plaintiffs, Stephen H. DiNolfo and Joseph S. Davidson, respectfully request the Court enter an Order granting Stephen H. DiNolfo and Joseph S. Davidson relief from assignment as counsel to Plaintiffs, Robert Sam and Karen Sam; and grant such other relief as the Court deems just and proper.

DATED: July 9, 2024

Respectfully submitted,

**OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.**

By: */s/ Stephen H. DiNolfo*

Stephen H. DiNolfo
Joseph S. Davidson
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd.
Suite 350
Naperville, IL 60563
(630) 682-0085
sdinolfo@ottosenlaw.com
jdavidson@ottosenlaw.com