# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

                                Plaintiff,

v.                                                    Case No.: 3:23–cv–50301
                                                      Honorable Iain D. Johnston

Melissa Mobile, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court has reviewed Plaintiffs' Motion to Withdraw Counsel [98] and Motion for Relief from Assignment [99]. The Court sets this matter for a telephonic motion hearing on 07/24/24 at 9:30 a.m. The Court will be utilizing the Cisco Webex platform. Public access is available via the following call–in number: 1–(650)–479–3207 and enter ACCESS CODE: 180–822–8235#. Plaintiffs Robert and Karen Sam and counsel for all parties are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.