# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

          Plaintiff,

v.

                                       Case No.: 3:23–cv–50301

                                       Honorable Iain D. Johnston

Melissa Mobile, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 24, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Telephonic motion hearing set for 07/24/24 did not proceed. Plaintiffs were unable to attend the 07/24/24 hearing due to a lack of notice. Accordingly, the hearing is reset for 7/25/24 at 1:00 PM. Plaintiffs' appointed counsel is directed to inform Plaintiffs of the hearing. The Court will be utilizing the Cisco Webex platform. Public access is available via the following call–in number: 1–(650)–479–3207 and enter ACCESS CODE: 180–822–8235#. Plaintiffs Robert and Karen Sam and counsel for all parties are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. The Clerk is directed to email a copy of this order to Plaintiffs. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.