# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Western Division

Robert Sam, et al.

Plaintiff,

v.

Melissa Mobile, et al.

Defendant.

Case No.: 3:23–cv–50301
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2024:

MINUTE entry before the Honorable Margaret J. Schneider: Motion hearing held on 07/25/24. For reasons stated in open Court, Plaintiffs' counsel's Motion for Relief from Assignment and Leave to Withdraw [99] is granted. The Clerk is directed to terminate the appearances of Attorney Stephen DiNolfo and Attorney Joseph Davison from the docket. The Court thanks Attorney DiNolfo and his colleagues for their service to the Court in this matter. The Court finds that Attorney DiNolfo has satisfied his case representation obligation under LR 83.38(c). Plaintiffs' pro se motion to withdraw counsel [98] is denied as moot. This is the second recruited counsel that has sought leave to withdraw based on disagreements between counsel and Plaintiff. Plaintiff will not be assigned new counsel and shall proceed in this matter pro se. See Richter v. Obaisi, No. 21–1675, 2022 WL 1223803, at *3 (N.D. Ill. April 25, 2022) ("We have emphasized that the help of a pro bono lawyer in civil litigation is a privilege and a limited resource that should not be squandered on parties who are unwilling to uphold their obligations." (citations and quotations omitted)). Additionally, Plaintiffs' motion for sanctions [101] is denied for reasons stated on the record. Plaintiffs shall file their operative complaint by 08/08/24. If Plaintiffs decide to stand on the second amended complaint filed on 03/05/24 [61], in consideration of Rule 11 concerns that have been raised as to that pleading, they are directed to refile it under their own signatures as their third amended complaint. Plaintiffs are advised that resources are available for pro se litigants at www.ilnd.uscourts.gov at the link marked "Information for People without Attorneys," including information about the U.S. District Court Hibbler Memorial Pro Se Assistance Program. A pro se litigant may schedule an appointment with this pro se assistance program by contacting the Hibbler Help Desk at https://hibbler–memorial–pro–se–assistance–program .appointlet.com. The Court granted Defendants' request for 28 days to answer or otherwise respond to Plaintiffs' operative complaint once it is filed. The Clerk is directed to mail Plaintiffs a copy of this Court's order. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.