FILED
KG
8/5/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
BC

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

## Case No. 3:23-cv-50301

## ROBERT SAM,
Plaintiff,

v.

## MOBILE et al,
Defendants.


## MOTION FOR SHORT EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiff Robert Sam, by and through pro se, respectfully moves this Court for a short extension of time to file the amended complaint in this matter. In support of this motion, Plaintiff states as follows:

1. On July 26th 2024, this Court told Plaintiff to file an amended complaint in this case.

2. Plaintiff is currently in the process of gathering relevant case law and evidence necessary to adequately support and substantiate the amended complaint. This process is crucial to ensure that the amended complaint is both accurate and comprehensive.

3. Additionally, Plaintiff's daughter will be admitted to Lurie Children's Hospital this week, where she will remain for three days this week. As a result, Plaintiff has to dedicate significant time to be with her, which will cause a delay in the preparation of the amended complaint.

4. Despite diligent efforts, additional time is required to complete this process effectively. Specifically, Plaintiff requests a two-week extension of the deadline for filing the amended complaint.

5. A short extension of time will enable Plaintiff to properly incorporate all pertinent case law and evidence, thereby serving the interests of justice and ensuring that the amended complaint is well-supported.

6. This extension will not prejudice Defendants or unduly delay these proceedings.

WHEREFORE, Plaintiff respectfully requests that the Court grant a two-week extension of time to file the amended complaint..

Dated: August 5th 2024

**Respectfully submitted,**

Robert Sam