## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

                         Plaintiff,

v.

                                        Case No.: 3:23–cv–50301
                                        Honorable Iain D. Johnston

Melissa Mobile, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 7, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs' motion for extension of time [104], is granted. Plaintiffs have until 08/22/24 to file their amended complaint. Plaintiffs are reminded that this case is presently being brought by two Plaintiffs and, therefore, all pleadings must be properly presented on behalf of both Plaintiffs. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.