

**FILED**
8/11/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EW

# IN THE UNITED STATES DISTRICT COURT FOR THE Northern District

## Case No.: 3:23-cv-50301 Sam et al v. Mobile et al

Robert and Karen Sam **,**
Plaintiffs,

v.

**Mobile et al,**
Defendants.

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiffs, Robert Sam  and Karen Sam, respectfully move this Honorable Court for the appointment of counsel, stating as follows:

1. **Procedural History:**
   Plaintiffs initially had counsel appointed to represent us in this matter. The first law firm appointed to our case drafted the 18-count complaint and assured us of its strength, expressing 100% confidence that it would withstand any motion to dismiss. This assessment was subsequently confirmed by another court-appointed attorney, Mr. Michael Shostock, who advised us to maintain the complaint as is.

2. **Unjustified Withdrawal of Counsel:**
   The initial law firm that drafted the complaint was

allowed to withdraw, despite their assurance and confidence in the case. We believe this withdrawal was unjustified and detrimental to our case. The most recent firm that was appointed and later withdrawn had, in our opinion, a conflict of interest due to personal relationships with the defendants' attorneys. Their actions, including filing a motion to withdraw and subsequently recommending dismissal of our case, indicate a lack of commitment to our defense and suggest they may have been working in the interest of the defendants rather than ours.

3. **Complexity of the Case:**
   With the addition of Sycamore Township and the Dekalb Housing Authority as defendants, this case has increased significantly in complexity. Neither my wife nor I are trained attorneys, and we are deeply concerned that we may lose this case due to procedural technicalities or our lack of legal expertise. The stakes in this case are extraordinarily high, involving potential eviction, our daughter's education, and my wife's medical needs.

4. **Impact on Our Family:**
   My wife requires extensive medical treatments in the coming months, which will further limit her ability to assist in this case. Additionally, our daughter, who has special needs and an Individualized Education Program (IEP), cannot be enrolled in school due to

the pending eviction. This has forced us to homeschool her, adding to our already overwhelming burden.

## 5. **Request for Relief:**

Given the complexity of this case, the withdrawal of previous counsel, and the significant impact this case will have on our family, we respectfully request that the Court appoint new counsel to represent us. We believe that effective legal representation is essential to ensuring a fair and just outcome.

## 6. **Conclusion:**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion and appoint counsel to represent us in this matter. We are committed to pursuing our case but recognize the necessity of legal expertise to navigate the complexities involved. If the court denies our motion we will find away to make our case and fight relentlessly to get a trial of our peers so we can prove what we have been saying for years now, how we where wronged.

**Respectfully submitted,**

Robert and Karen Sam
Plaintiff, Pro Se
**Dated:** 8-09-2024