**FILED**
8/11/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

Case No. 3:23-cv-50301

**ROBERT SAM And Karen Sam**
Plaintiff,

v.

**MOBILE et al**,
Defendants.

## MOTION FOR SANCTIONS AGAINST DEFENDANT'S COUNSEL

Plaintiff, Robert Sam, respectfully moves this Court to impose sanctions against Defendant's counsel, Attorney Michael Patrick Hannigan, for knowingly making false statements of fact in open court, which constitutes a violation of the duty of candor to the tribunal and may warrant disciplinary action. In support of this motion, Plaintiff states as follows:

1. **Background** a. Attorney Michael Patrick Hannigan, representing the Defendant, has repeatedly stated in open court that "Robert Sam has not been paying his rent."  These statements were made despite Plaintiff providing evidence, including spreadsheets, showing

all rent payments were made in full and on time. Mr. Hannibal on July 25th 2024 during a hearing stated in open court a statement of fact knowing It was false. He again told the court " Robert Sam has not been paying his rent". This is again not the first time this attorney used unethical means to gain a advantage.

2. **False Statements of Fact** a. Attorney Hannigan's statements are demonstrably false, as evidenced by the payment records attached as Exhibit A. b. The repeated assertions by Attorney Hannigan are not only misleading but also harmful to the Plaintiff's reputation and standing in this case.

3. **Ethical Violations and Case Law** a. **Duty of Candor:** Under the Illinois Rules of Professional Conduct, Rule 3.3(a)(1), a lawyer shall not knowingly make a false statement of fact or law to a tribunal. b. Case Law:

    - *In re Redd*, 759 N.E.2d 1104 (Ill. 2001): The court sanctioned an attorney for making false statements in court, emphasizing the importance of honesty and integrity in legal proceedings.
    - *People v. Olinger*, 548 N.E.2d 1029 (Ill. 1989): The court held that misrepresentations to the court by attorneys could lead to disciplinary action, including sanctions or contempt. c. **Potential Defamation:** The false statements

made by Attorney Hannigan may also constitute defamation, as they are false and damaging to Plaintiff's reputation.

4. **Harm to the Proceedings** a. Attorney Hannigan's false statements have misled the court and opposing counsel, potentially influencing the outcome of the proceedings. b. The repeated assertions have caused undue stress and reputational harm to the Plaintiff.

5. **Relief Sought** a. Plaintiff respectfully requests that this Court impose appropriate sanctions against Attorney Hannigan, including but not limited to:

    - A formal reprimand or censure.
    - An order requiring Attorney Hannigan to retract the false statements and issue a correction.
    - Any other relief deemed appropriate by this Court.

6. **Conclusion** Plaintiff urges this Court to consider the seriousness of Attorney Hannigan's conduct and to impose sanctions to uphold the integrity of the legal process. I have bright violations by attorneys to this courts attention numerous times and all times the laws and codes never seem apply to the misconduct that has taken place. This attorney has lied in open court and not his first time , at what point will the court address these actions and stop this? It should not matter if the motion for sanctions are by pro se or a lawyer, the law is suppose to be for all people. In

this current eviction there is not one proof of any money owed, not one water bill shutoff notice. The defendants have never been able to prove one aspect of there defense but continue to lie and defame Robert and Karen Sam and this is wrong.

**Respectfully submitted,**

/s/ Robert Sam and Karen Sam
**Robert Sam and Karen Sam, Pro Se**
639 stonegate dr
Sycamore Illinois 60178
779-777-3265
harpees5@yahoo.com



# Housing Authority of the County of DeKalb
310 North Sixth Street • DeKalb, Illinois 60115
Phone 815.758.2692 • Fax 815.758.4190
www.dekcohousing.com

July 29, 2024

**Robert and Karen Sam**
**639 Stonegate Dr**
**Sycamore IL 60178**

Dear Sam Family:

    **RE:**    Housing Choice Voucher
    **SUBJECT:**    Housing Assistance Payments (HAP)

Per your request for verfication of Housing Assistance Payments (HAP) made on your behalf, please find the below information. The Housing Authority has consistently made HAP on your behalf. For clarity, under the Housing Choice Voucher (HCV) Program, tenants contribute 30% of their gross income toward rent and HAP covers the remainder. This letter serves as proof that HAP was made for at least the past 9 months consecutively and is currently being paid. It does not verify, nor disprove that tenant rent was paid. Tenant rent payments would need to be verified with a banking institution, as tenant rent is paid directly to the landlord.

| Tenant Name | Tenant Address | HAP Payment Number | HAP Payment Date | Contract Rent | Payment Amount | Tenant Rent Portion | Payee Name |
|---|---|---|---|---|---|---|---|
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 87413 | 7/1/2024 | $1,950 | $1,950.00 |  | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 87250 | 6/1/2024 | $1,950 | $1,950.00 |  | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 87087 | 5/1/2024 | $1,950 | $1,950.00 |  | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86923 | 4/1/2024 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86758 | 3/1/2024 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86594 | 2/1/2024 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86431 | 1/1/2024 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86269 | 12/1/2023 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86112 | 11/1/2023 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |

HACD Team




THIS INSTITUTION IS AN EQUAL OPPORTUNITY PROVIDER & EMPLOYER