**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam, et al.
                              Plaintiff,

v.                                                          Case No.: 3:23−cv−50301
                                                            Honorable Iain D. Johnston

Melissa Mobile, et al.
                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 16, 2024:

     MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs' motion for attorney representation [106], is denied. As Plaintiffs were advised on 07/25/24, they are directed to proceed pro se. At this stage of the litigation, the Court finds Plaintiffs competent to represent themselves. Plaintiffs' motion for sanctions [107], is denied. The Court finds that the conduct complained of in Plaintiffs' motion does not merit sanctions at this time. However, all parties are reminded to conduct themselves civilly and professionally throughout this litigation. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.