# EXHIBIT
# I

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT FOR THE TWENTY-THIRD JUDICIAL CIRCUIT
## DEKALB COUNTY

IN RE THE MARRIAGE OF:　　　　　　）　　NO:　23 EV 102

　　　　　　　　　　　　　　　　　）

BKA HOLDING, LLC,　　　　　　　　）
　　Plaintiff,　　　　　　　　　　　）

　　　　　　　　　　　　　　　　　）

　　and　　　　　　　　　　　　　　）

　　　　　　　　　　　　　　　　　）

ROBERT SAM AND KAREN SAM,　　　　）
　　Defendant.　　　　　　　　　　　）

FILED

6/29/2023 1:07 PM
2023EV000102

*Lori Grubbs*

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

### PETITION FOR RULE TO SHOW CAUSE

NOW COMES the Petitioner, BKA HOLDING, LLC, by and through its attorneys, The Law Office of Riley N. Oncken, P.C., by Riley N. Oncken, and for its Petition for Rule to Show Cause against Robert Sam, states and alleges as follows:

1. An Agreed Order was entered on March 10, 2023, which provided that "Defendants shall pay the sum of $914.00 to Plaintiff by March 25, 2023, Defendants shall pay the sum of $255.00 to Plaintiff by April 25, 2023, Defendants shall pay the sum of $255.00 to Plaintiff by May 25, 2023, and Defendants shall pay any water bills incurred through May 31, 2023."

2. In addition to the foregoing payments, Robert Sam has failed to pay the water bills dated 3/31/23 in the amount of $176.90 and 5/31/23 in the amount of $174.76, for a total due of $351.66.

3. As of the date of this motion, no payments have been made by Defendants.

4. Karen Sam has filed for bankruptcy protection, so this Petition is not directed at her.

5. Defendant Robert Sam's failure to comply with the Order of this Court has been without compelling cause or justification.

6. The Plaintiff has incurred attorney's fees in the prosecution of this Petition and as a result of Defendant's failure to comply with the Agreed Order of March 10, 2023.

23 EV 102　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 4

WHEREFORE, Counsel respectfully prays that this Court enter an Order:

A. Finding Robert Sam in indirect civil contempt of court for failing to comply with the order of March 10, 2023;

B. Ordering Robert Sam to serve an indefinite period of incarceration in the DeKalb County Jail, not to exceed six (6) months;

C. Requiring Robert Sam to purge his contempt by payment of all outstanding amounts due totaling $2,030.66;

D. Requiring Robert Sam to pay the attorney fees and costs incurred by Plaintiff;

E. For any such other and further relief the Court deems equitable and proper.

BKA Holding, LLC, Plaintiff

By: _____
RILEY N. ONCKEN
Attorney at Law

Riley N. Oncken
Attorney at Law
Law Office of Riley N. Oncken, P.C.
212 S. Main Street
Sycamore, IL 60178
Phone: (815) 991-2098
Fax:  (815) 991-2128
Riley@OnckenLaw.com

23 EV 102

Page 2 of 4

## VERIFICATION

STATE OF ILLINOIS      )
                               ) ss.

COUNTY OF DEKALB     )

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certified as aforesaid that she verily believes the same to be true.

BKA Holding, LLC, Plaintiff

By: _____

MELISSA MOBILE, Manager

Subscribed and sworn to before me
this 29 day of June, 2023

OFFICIAL SEAL
HOLLY J DURST
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 3/8/26

Notary Public

Riley N. Oncken
Attorney at Law
Law Office of Riley N. Oncken, P.C.
212 S. Main Street
Sycamore, IL 60178
Phone: (815) 991-2098
Fax:    (815) 991-2128
Riley@OnckenLaw.com

23 EV 102                                        Page 3 of 4

## CERTIFICATE OF SERVICE

I, the undersigned attorney at law, hereby certify that a copy of the foregoing **Petition for Rule to Show Cause** was served upon:

> Robert Sam
> 639 Stonegate Dr.
> Sycamore, IL 60178

by email transmission to harpees5@yahoo.com on June 29, 2023

_____
Riley N. Oncken
Attorney at Law

Riley N. Oncken
Attorney at Law
Law Office of Riley N. Oncken, P.C.
212 S. Main Street
Sycamore, IL 60178
Phone: (815) 991-2098
Fax:    (815) 991-2128
Riley@OnckenLaw.com

23 EV 102

Page 4 of 4