# EXHIBIT
# K

**From:** Nicholas Cronauer <NC@cronauerlaw.com>

**To:** robert sam <harpees5@yahoo.com>, "Ilovethewizardofoz5@gmail.com" <Ilovethewizardofoz5@gmail.com>

**Cc:** Riley Oncken <riley@onckenlaw.com>, Melissa Mobile <melissamobile33@gmail.com>, Jessica Parsons <jp@cronauerlaw.com>

**Subject:** Re: Remove and disqualify judge

**Date:** Fri, 01 Dec 2023 01:17:56 +0000

**Attachments:** 5_day.pdf

---

Mr. Sam,

Hereby served upon you is a 5 day notice to quit the premises at 639 Stonegate for not paying rent and utilities, et. cet.. **$4,798.55** can be mailed or dropped off at my office. It must be received on or before December 5, 2023 in order to avoid an eviction action.

On Thu, Nov 30, 2023 at 10:30 AM robert sam <harpees5@yahoo.com> wrote:
> See attached.

This e-mail and any attachments may contain privileged or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, distribution, dissemination or action taken in relation to the contents of this e-mail and any of its attachments is strictly prohibited and may be unlawful.

If you have received this e-mail in error, please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

#154.1

## LANDLORD'S FIVE-DAY EVICTION NOTICE

To: Robert Sam, Karen Sam, and all unknown occupants of:

639 Stonegate
Sycamore, IL 60178

**You are hereby notified,** that there is now due and owing to BKA HOLDINGS, LLC and MELISSA MOBILE, is the sum of **FIVE HUNDRED EIGHT DOLLARS** and 00/100 **($580)** plus an additional $400.00 (FOUR HUNDRED DOLLARS) in late fees, and $1,069.73 (ONE THOUSAND SICTY NINE 79/100 DOLLARS in unpaid utilities, with $2,785.74 (TWO THOUSAND SEVEN HUNDRED EIGHTY FIVE 74/100 DOLLRS) being the total unpaid rent, utilities, and late fees for January 2022 through present day is **$4,798.55**:

639 Stonegate Drive
Sycamore, IL 60178

**You are further notified** that payment of the monies due and owing for rent plus late fees, is hereby DEMANDED, and unless payment **in full** is made on or before the expiration of the five (5) days after service of this notice upon you, your right to possession of the premises above will terminate and you will be required to immediately vacate said premises.

**Only FULL PAYMENT** of all amounts demanded in this notice will invalidate the demand, unless the person claiming possession, or his or her agent or attorney, agrees in writing to withdraw the demand in exchange for receiving partial payment.

**Be Advised** that should your right to possession be terminated by this action, you will remain responsible for the payment of rent and all other promises made by you in your lease throughout the entire lease term!

Dated this 30th day of November 2023

By: /s/ Nicholas Cronauer, Attorney for BKA HOLDINGS, LLC and MELISSA MOBILE

Prepared by:

CRONAUER LAW, LLP
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
NC@CronauerLaw.com

**#289.1**