# EXHIBIT M

**From:** robert sam <harpees5@yahoo.com>
**To:** "Erika G. Ayala" <Erika.G.Ayala@illinois.gov>, Steven Monroy <Steven.Monroy@illinois.gov>, Oral Bennett <Oral.Bennett@illinois.gov>, Kim Trueblood <Kim.Trueblood@illinois.gov>, Alex Bautista <Alex.Bautista@illinois.gov>, Armando Mojica <Armando.Mojica@illinois.gov>, "Michael A. Vernon" <Michael.A.Vernon@illinois.gov>, Kristin Faust <kfaust@ihda.org>, Angela Wagner <Angela.Wagner@illinois.gov>, "Betsey M. Madden" <Betsey.M.Madden@illinois.gov>
**Subject:** Fwd: ATTENTION: Notice of Failed Inspection
**Date:** Tue, 02 Jan 2024 23:31:54 +0000

---

Here is the failed inspections report from today and we have asked for these repairs for two years.

Begin forwarded message:

**From:** Inspections Department <inspections@gcha.us>
**Date:** January 2, 2024 at 4:55:45 PM CST
**To:** harpees5@yahoo.com
**Subject: ATTENTION: Notice of Failed Inspection**

## Notice – Failed Inspection

January 2, 2024

Robert Sam
639 Stonegate
Sycamore, IL  60178

## ✦ IMMEDIATE ACTION NEEDED✦

A Housing Quality Standards inspection was conducted at the above referenced property.  Unfortunately, this property failed the annual inspection due to the item(s) listed on the following page.

In order to complete the inspection process and maintain program compliance the items will need to be corrected prior to the reinspection.

> **A re-inspection is scheduled for**
> **02/01/2024 between 12:00pm and 5:00pm.**

**Owner Fail Items**: Be advised that failure to complete these repairs and/or have a passed re-inspection by the specified time frames will result in abatement of your housing assistance payments.

**Tenant Fail Items**: You must provide access and all tenant designated fail items must pass on this scheduled inspection date or your program eligibility will be terminated in accordance with federal regulations.

**#2103.1**

*No matter who is at fault, if the unit fails re-inspection the tenant must continue to pay their portion of the rent or the owner may take legal action to evict.*

---

For questions regarding this notice please contact:    **Inspection Department**
815-758-2692 x. 134
inspections@gcha.us

**Report for Unit**:  639 Stonegate ,Sycamore, IL 60178

**FAILED ITEM**                                                    **RESPONSIBILITY**

Kitchen: Sink
Resident turns water off because it leaks possibly from the dishwasher  **Hometown Property Mgmt**

Other Rooms 5: WIC1 Window Condition
Window leaks when it rains                                    **Hometown Property Mgmt**

Building Ext.: Condition of Foundation
Leaks into the basement                                       **Hometown Property Mgmt**

Building Ext.: Condition Stairs/Rails/Porches
Post needs to be secu6                                        **Hometown Property Mgmt**

Heat. and Plumb.: Adequacy of Heating Equipment
Heat duct disconnected to downstairs bathroom                 **Hometown Property Mgmt**

Health / Safety: Access to Unit
Front door has large gap                                      **Hometown Property Mgmt**

Health / Safety: Other Interior Hazards
Garage door spring broken                                     **Hometown Property Mgmt**

**Hometown Property Mgmt**

**Hometown Property Mgmt**

**Hometown Property Mgmt**

NOTICE: The E-Mail transmission (and or/the documents accompanying it) may contain confidential information belonging to the sender which is protected by law. The information contained herein is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure copying, distribution or taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by replying to this E-Mail or calling our offices at 01 815 942 6198.

**#2103.2**