# EXHIBIT
# N



**Karen Sam**

Organizer

Sycamore, IL

```
Contact
```

## Words of support (4)

Please donate to share words of support.



**Riley Oncken**

$5 • 5 mins

Do not donate and be defrauded by this family. They can't find a place to move because her husband has pending felony charges and no landlord will rent to them. Ask for your donations back. Google "Robert Sam Sycamore" and you will find the article where he was charged with aggravated home repair fraud and theft from elderly victims.



**Daniel Buchino Sr**

$50 • 4 d

My heart hurts for you all. My wife and I are praying for you.



**Mark & Pat Collins**

$50 • 17 d

These are good people and deserve our help. Please contribute.



**George Herrmann**

$20 • 3 mos

SHE IS IN MY PRAYERS!

**#429.10**