# EXHIBIT B1



# Housing Authority of the County of DeKalb
310 North Sixth Street • DeKalb, Illinois 60115
Phone 815.758.2692 • Fax 815.758.4190
www.dekcohousing.com

July 29, 2024

**Robert and Karen Sam**
**639 Stonegate Dr**
**Sycamore IL 60178**

Dear Sam Family:

**RE:**     Housing Choice Voucher
**SUBJECT:**     Housing Assistance Payments (HAP)

Per your request for verfication of Housing Assistance Payments (HAP) made on your behalf, please find the below information. The Housing Authority has consistently made HAP on your behalf. For clarity, under the Housing Choice Voucher (HCV) Program, tenants contribute 30% of their gross income toward rent and HAP covers the remainder. This letter serves as proof that HAP was made for at least the past 9 months consecutively and is currently being paid. It does not verify, nor disprove that tenant rent was paid. Tenant rent payments would need to be verified with a banking institution, as tenant rent is paid directly to the landlord.

| Tenant Name | Tenant Address | HAP Payment Number | HAP Payment Date | Contract Rent | Payment Amount | Tenant Rent Portion | Payee Name |
|---|---|---|---|---|---|---|---|
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 87413 | 7/1/2024 | $1,950 | $1,950.00 | | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 87250 | 6/1/2024 | $1,950 | $1,950.00 | | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 87087 | 5/1/2024 | $1,950 | $1,950.00 | | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86923 | 4/1/2024 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86758 | 3/1/2024 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86594 | 2/1/2024 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86431 | 1/1/2024 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86269 | 12/1/2023 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |
| Sam, Robert | 639 Stonegate, , Sycamore, IL 60178 | 86112 | 11/1/2023 | $1,950 | $1,805.00 | $145.00 | Hometown Property Management |

HACD Team

 THIS INSTITUTION IS AN EQUAL OPPORTUNITY PROVIDER & EMPLOYER