# EXHIBIT P



Exhibit
P

CRONAUER LAW, LLP
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
(815) 895-8585
Info@CronauerLaw.com

February 27, 2024

Robert Sam, Karen Sam, and all unknown occupants of:
639 Stonegate Drive
Sycamore, IL 60178

Subject: **30 Day Notice to Quit Premises** - Non-Payment of Rent, Utilities, breach of lease terms, 735 ILCS 5/9-120.

Dear Robert Sam, Karen Sam, and all unknown occupants.

This letter serves as a formal Notice to Quit Premises in accordance with Section 4024(c) of the federal Coronavirus Aid, Relief, and Economic Security (CARES) Act and applicable state and local laws.

As of the date of this notice, you are in arrears of rent for the period of January 2022 through present day, totaling an amount not less than $5,780. This notice is to inform you that due to the non-payment of rent, you are required to vacate the premises located at 639 Stonegate Drive, Sycamore, Illinois, 60178 no later than 30 days from the date of this notice, which is March 28, 2024. As of the date of this notice, you are also in breach of the August 21, 2022, lease terms, specifically § 9, and 735 ILCS 5/9-120.

Please understand that the failure to pay rent, comply with the lease terms, and conduct prohibited by 735 ILCS 5/9-120, this violates the terms of your lease agreement dated August 21, 2022. In accordance with the federal CARES Act, you are hereby given 30 days' notice to vacate the premises. If you do not vacate by March 28, 2024, legal proceedings may be initiated to recover possession of the property.

Please be advised that this notice is made under the specific requirements set forth in Section 4024(c) of the CARES Act and is subject to change based on any amendments to federal, state, or local laws.

We appreciate your immediate attention to this matter. If you have any questions or need further clarification, please do not hesitate to contact me directly at (815) 895-8585.

Sincerely,

/s/ C. Nicholas Cronauer
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178