# EXHIBIT Q

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | EVICTION COMPLAINT | For Court Use Only |
|---|---|---|
| DeKalb COUNTY | | exhibit Q |

**Instructions ▼**

Directly above, enter the name of the county where you will file the case.

Enter your name as Plaintiff.

Below "Defendants," enter the names of all the people you are trying to evict.

The sheriff will only evict unknown occupants if the "Unknown Occupants" box is checked.

The Circuit Clerk will add a Case Number.

**Plaintiff** *(For example, the landlord or owner):*
BKA HOLDINGS, LLC, an Illinois Limited Liability Compa

V.

**Defendants** *(First, middle, last name):*
ROBERT SAM and KAREN SAM

☑ **Unknown Occupants** *(Unknown Occupants are people living in the property whose names you do not know.)*

**FILED**
3/29/2024 10:41 AM
2024EV000136

*Lori Grubbs*

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

2024EV000136
**Case Number**

In 1, enter the address of the property.

1. I have the right to possession of the following property:
   Address: 639 Stonegate, Sycamore, IL 60178
   Address, Unit #    City    State    ZIP

In 2a-e, check the reason you are asking the court to evict Defendants from the property.

2. Defendants unlawfully withhold possession and have no right to stay in the property because *(check all that apply):*

   a. ☑ I ended *(terminated)* the lease for nonpayment of rent. Defendants owe rent for the
      period: 01/01/2022 to 03/29/2024 in the amount of $ 6,228.60 .
              Date        Date

   b. ☑ They refused to leave the property after their oral or written lease ended.

   c. ☑ I ended *(terminated)* the lease because Defendants violated the terms of their lease
      by *(explain how they violated the lease):* Refused landlord agent's entry in breach of
      lease paragraph § 9 (Exhibit A) and 735 ILCS 5/9-120 (Exhibit C)

   d. ☐ They are trespassers.
   e. ☑ They entered lawfully but have overstayed.

In 3, check the boxes that apply to your situation.

3. I demand possession of the property and court costs.
   I also demand *(check all that apply):*
   ☑ Past due rent in the amount of $ 6,228.60 .
   ☑ Rent due through the date of judgment.
   ☑ Attorneys' fees, if allowed under the law.

E-C 3502.2                          Page 1 of 2                          (09/22)

CASE # 23-82459

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In **4**, check the boxes for which documents are attached. You must attach the *Demand* or *Notice*, including the *Affidavit of Service of a Demand or Notice*. If your *Eviction Complaint* is based on violation of a lease provision, you must attach a copy of the lease, or relevant portions of it. If you do not attach the *Demand, Notice* or lease, you should complete and attach the *Affidavit – Supporting Documents Not Attached to Eviction Complaint*. | **4.** Attached to the *Eviction Complaint* are (check all that apply): <br> ☑ The *Demand* or *Notice* <br> ☑ *Affidavit of Service of a Demand or Notice* <br> ☑ The written lease agreement <br> ☐ *Affidavit – Supporting Documents Not Attached to Eviction Complaint* <br> ☑ Other documents supporting the *Eviction Complaint* (describe): Amounts owed spreadsheet _____ <br><br> ☐ No documents are attached. |

| | |
|---|---|
| Under <u>Illinois Supreme Court Rule 137</u>, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay. | /s/ C. Nicholas Cronauer _____      C. Nicholas Cronauer _____ <br> *Your Signature*                                   *Print Your Name* <br><br> 1101 DeKalb Ave #2 _____      Sycamore, IL 60178 _____ <br> *Street Address*                                      *City, State, ZIP* |
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name. | (815)895-8585 _____      nc@cronauerlaw.com _____ <br> *Telephone*                                          *Email* <br><br>                                          6305683 _____ <br>                                          *Attorney # (if any)* |
| Enter your complete address, telephone number, and email address, if you have one. | |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.