# EXHIBIT R

**STATE OF ILLINOIS**
**IN THE CIRCUIT COURT FOR THE TWENTY-THIRD JUDICIAL CIRCUIT**
**DEKALB COUNTY**

| | | |
|---|---|---|
| IN RE THE MARRIAGE OF: | ) | NO: 23 EV 102 |
| | ) | |
| BKA HOLDING, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT SAM AND KAREN SAM, | ) | |
| Defendant. | ) | |

**FILED**

6/29/2023 1:07 PM
2023EV000102

*Lori Grubbs*

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

**PETITION FOR RULE TO SHOW CAUSE**

NOW COMES the Petitioner, BKA HOLDING, LLC, by and through its attorneys, The Law Office of Riley N. Oncken, P.C., by Riley N. Oncken, and for its Petition for Rule to Show Cause against Robert Sam, states and alleges as follows:

1. An Agreed Order was entered on March 10, 2023, which provided that "Defendants shall pay the sum of $914.00 to Plaintiff by March 25, 2023, Defendants shall pay the sum of $255.00 to Plaintiff by April 25, 2023, Defendants shall pay the sum of $255.00 to Plaintiff by May 25, 2023, and Defendants shall pay any water bills incurred through May 31, 2023."

2. In addition to the foregoing payments, Robert Sam has failed to pay the water bills dated 3/31/23 in the amount of $176.90 and 5/31/23 in the amount of $174.76, for a total due of $351.66.

3. As of the date of this motion, no payments have been made by Defendants.

4. Karen Sam has filed for bankruptcy protection, so this Petition is not directed at her.

5. Defendant Robert Sam's failure to comply with the Order of this Court has been without compelling cause or justification.

6. The Plaintiff has incurred attorney's fees in the prosecution of this Petition and as a result of Defendant's failure to comply with the Agreed Order of March 10, 2023.

Exhibit

R

Reviewed By: BM

23 EV 102

Page 1 of 4

WHEREFORE, Counsel respectfully prays that this Court enter an Order:

A. Finding Robert Sam in indirect civil contempt of court for failing to comply with the order of March 10, 2023;

B. Ordering Robert Sam to serve an indefinite period of incarceration in the DeKalb County Jail, not to exceed six (6) months;

C. Requiring Robert Sam to purge his contempt by payment of all outstanding amounts due totaling $2,030.66;

D. Requiring Robert Sam to pay the attorney fees and costs incurred by Plaintiff;

E. For any such other and further relief the Court deems equitable and proper.

BKA Holding, LLC, Plaintiff

By: _____
RILEY N. ONCKEN
Attorney at Law

Riley N. Oncken
Attorney at Law
Law Office of Riley N. Oncken, P.C.
212 S. Main Street
Sycamore, IL 60178
Phone: (815) 991-2098
Fax:    (815) 991-2128
Riley@OnckenLaw.com

23 EV 102

Page 2 of 4