# EXHIBIT T

FILED
8/16/2024 8:31 AM
2024EV000136

*Lori Grubbs*
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

**IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT**

**DEKALB COUNTY, ILLINOIS**

| | |
|---|---|
| BKA HOLDINGS, LLC, an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT SAM and KAREN SAM,<br><br>Defendants. | Case No. 2024 EV 136 |

---

### PLAINTIFF'S SUPREME COURT RULE 237(b) NOTICE TO PRODUCE AT TRIAL

NOW COMES the Defendant by and through their attorney of record pursuant to Supreme Court Rule 237(b), and demands that the following be produced at the time of hearing on October 15, 2024 at 1:30 p.m.:

1. The appearance of the following party at hearing:

    a. Karen Sam

2. The production of documents at trial for this case captioned above to the Plaintiff the originals or certified copies of:

    a. any cancelled check, money orders, and/or cashier checks made payable to any person or entity Defendants issued for rent or utility payments for 639 Stonegate Drive, Sycamore, IL 60178,

    b. all banking or financial statements or account from January 1, 2021 through present day showing any debits or currency Defendants utilized to pay rent or utilities for 639 Stonegate Drive, Sycamore, IL 60178,

c.  any cash withdraw/ATM receipts evidencing Defendants paying any rent or utility monies owed for 639 Stonegate Drive, Sycamore, IL 60178; and

d.  Any other document that establishes Defendants payment of rent or utility payments for 639 Stonegate Drive, Sycamore, IL 60178

e.  Defendants' tax returns for 2021 through present day;

f.  Income verification Defendants submitted to maintain your housing voucher for 2021-present day; and

g.  Any document establishing any source of income, currency, or cash Defendants' received from any party that was not included in any tax return filed or income verification that you submitted for housing eligibility;

h.  Proof of any insurance covering the residence or other renter's insurance required by the lease

Respectfully Submitted,

/s/ C. Nicholas Cronauer
_____

CRONAUER LAW, LLP
1101 De Kalb Ave., Suite 2
Sycamore, Illinois 60178
Telephone: (815) 895-8585
Facsimile: (815) 895-4070
NC@cronauerlaw.com
Service@cronauerlaw.com