# EXHIBIT U

## Robert Sam

robert sam <harpees5@yahoo.com>

Sat 8/17/2024 4:02 PM

To:The UPS Store #4801 <store4801@theupsstore.com>

> CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Please print.


Begin forwarded message:


**From:** Aaron Lockhart <alockhart@sycamorepd.com>
**Date:** February 16, 2024 at 10:59:55 AM CST
**To:** harpees5@yahoo.com
**Subject: Hi Robert, here is the letter that you requested.  Can you also send me your phone number so I can give you a call.  Thanks.**


At the request of Robert Sam, we visited the residence located 639 Stonegate Drive in Sycamore to review concerns regarding the subject property.  Upon investigation, following deficiencies were noted:

1. **Water Heater:**  Mr. Sam claims that he is only able to get hot water from the kitchen sink for approximately two minutes.  Beyond the two-minute mark, the water becomes cool.  He also claims that no hot water is delivered to the showers.  Per Section 505.4 of the 2015 International Property Maintenance Code (IPMC), as adopted by the City of Sycamore:

**505.4 Water heating facilities.** Water heating facilities shall be properly installed, maintained and capable of providing an adequate amount of water to be drawn at every required sink, lavatory, bathtub, shower and laundry facility at a minimum temperature of 110°F (43°C). A gas-burning water heater shall not be located in any bathroom, toilet room, bedroom or other occupied room normally kept closed, unless adequate combustion air is provided. An approved combination temperature and pressure-relief valve and relief valve discharge pipe shall be properly installed and maintained on water heaters.

2. **Weather tightness of building:**  Mr. Sam claims that rainwater is penetrating the front windows, the front wall near the front door and in the basement near the demising wall.  There is evidence of water penetration on the front windowsills and the interior of the front wall.  Water was also present on the floor in the basement near the demising wall and it appeared water had run down the wall at some point.  Per Sections 304.2 and 304.6, respectively, of the 2015 IPMC:

**304.2 Protective treatment.** Exterior surfaces, including but not limited to, doors, door and window frames, cornices, porches, trim, balconies, decks and fences, shall be maintained in good condition.

**304.6 Exterior walls.** Exterior walls shall be free from holes, breaks, and loose or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

3. **Structural:**  It appears that the structural integrity of the front porch has been compromised as a result of settling foundation support.  This may also be contributing to #3 noted above.  Per 304.1 and 304.1.1, respectively, of the 2015 IPMC:

**304.1 General.** The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety or welfare.

**304.1.1 Unsafe conditions.** The following conditions shall be determined as unsafe and shall be repaired or replaced to comply with the International Building Code or the International Existing Building Code as required for existing buildings:

4. Siding and masonry joints including joints between the building envelope and the perimeter of windows, doors and skylights are not maintained, weather resistant or water tight;

6. Foundation systems that are not firmly supported by footings, are not plumb and free from open cracks and breaks, are not properly anchored or are not capable of supporting all nominal loads and resisting all load effects;

8. Roofing or roofing components that have defects that admit rain, roof surfaces with inadequate drainage, or any portion of the roof framing that is not in good repair with signs of deterioration, fatigue or without proper anchorage and incapable of supporting all nominal loads and resisting all load effects;

Item #1 involving the water heater must be addressed as soon as possible.  Items #2 and #3 must be corrected in a timely manner.

Please contact me at your earliest convenience to discuss how you plan to correct the items noted above.

John Sauter
Director of Community Development
City of Sycamore
(815) 895-2587

This e-mail and any attachments may contain privileged or confidential information. This e-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, distribution, dissemination or action taken in relation to the contents of this e-mail and any of its attachments is strictly prohibited and may be unlawful.

If you have received this e-mail in error, please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.