# EXHIBIT V



ATTORNEYS AT LAW

WRITERS DIRECT
TCONKLIN@FOSTERBUICK.COM

2040 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 758-6616

June 20, 2024

Robert Sam
639 Stonegate Dr.
Sycamore, IL 60178

Re: Sycamore/Issues at 639 Stonegate
Our File No. 7275.001866

Mr. Sam,

Please let this letter serve as a response to your numerous communications with John Sauter and other staff members employed by the City of Sycamore ("Sycamore" or "City"). Please be aware that Section 105.1 of the International Property Maintenance Code ("IPMC") as adopted by Sycamore, grants authority to the code official to grant a modification from the code in individual cases whenever there are practical difficulties in carrying the provisions of the IPMC. Mr. Sauter has determined that special reasons exist in this matter making enforcement of the strict letter of the IPMC impractical, a modification is in compliance with the intent and purpose of the IPMC, and that a modification does not lessen health, life, and fire safety requirements.

The special circumstances that exist here are your not so veiled threats of violence if people come to the property again and your refusal to allow entry to the property for the property owner to make the necessary repairs. These threats and refusals are contained in both pleadings you have filed with the DeKalb County Circuit Clerk and in emails received by Sycamore. Further, the violations identified by City staff are not of the type that poses a significant or immediate threat to health, life, and fire safety. The only exception to this may be the repair needed to the outlet as identified during the inspections. However, it is the City's understanding that the property owner had arranged for a licensed electrician to look at the electrical outlet on June 17th, but you said they would not be allowed in, so that repair was canceled.

Please know that Sycamore is not "taking sides" in any dispute you may have with the property owner or its attorney and takes no position in any legal proceeding that may be ongoing between the parties. The purpose of this letter is to simply inform you that Sycamore is making a modification to the enforcement of its' Building Code of Ordinances as it relates to 639 Stonegate pursuant to Section 105.1 of the IPMC and will not be taking any further action to enforce same due to the special circumstances and practical difficulties that exist as outlined above. The City cannot compel an owner to make corrections if concerns for safety and general welfare exist.

FOSTER, BUICK, CONKLIN, LUNDGREN & GOTTSCHALK, LLC
WWW.FOSTERBUICK.COM
~ ESTABLISHED 1963 ~

## FOSTER, BUICK, CONKLIN, LUNDGREN & GOTTSCHALK, LLC
### ATTORNEYS AT LAW

City of Sycamore
June 20, 2024
Page 2

      Finally, I would like to address some of the comments you have made in emails to Mr. Sauter. First, Sycamore has been very responsive to your requests and has had multiple discussions with you, the property owner and its' counsel, and the DeKalb County Housing Authority to address your concerns. Second, Sycamore has not ignored the matter for "5 months". Their involvement began in February of this year regarding your concerns at the property. To the best of their knowledge, all concerns were addressed and, most notably, the water heater was restored or replaced. No additional unadressed concerns were raised until mid-May. Since that time, the City has inspected the property twice and has worked with the parties to obtain compliance until the situation has become untenable. Third, Sycamore's policy is not to seek fines, but rather compliance with the Code. Fines do not fix the problems and are ineffective in bringing about compliance. Additionally, the City cannot impose fines when the property owner isn't allowed access to the property to address the issues or is reluctant to do so due to concerns for their safety.

      I hope this letter adequately sets forth the position of the City of Sycamore and provides an explanation as to its intentions moving forward with regard to 639 Stonegate.

Sincerely,

FOSTER, BUICK, CONKLIN, LUNDGREN & GOTTSCHALK, LLC

By: _____
                Timothy J. Conklin, Partner

TJC/asp
cc: John Sauter   *via electronic mail only*