**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam, et al.

                    Plaintiff,

v.                                                   Case No.: 3:23−cv−50301
                                                     Honorable Iain D. Johnston

Melissa Mobile, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 22, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court corrects its docket entry at [110] to reflect only the Housing Authority of the County of DeKalb, Illinois, and the City of Sycamore as newly named Defendants. Attorney Kevin Luther is not a newly named Defendant and summons should not issue as to him. The Clerk is directed to notify the US Marshal of this correction. Plaintiff is directed not to fill out a USM−285 form for Attorney Kevin Luther. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.