



FILED
8/22/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JXM

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

**Robert Sam and Karen Sam**
Plaintiff,

v.

**Mobile , et al.,**
Defendants.
Case No. 23-CV-50301

## MOTION FOR WAIVER OF SERVICE FEES, TO ORDER U.S. MARSHALS SERVICE, AND TO SET BRIEFING SCHEDULE

Plaintiff, Robert Sam, respectfully moves this Honorable Court for the following relief in connection with the above-captioned case:

1. **Waiver of Service Fees and Order for U.S. Marshals Service**
   a. Plaintiff is proceeding **in forma pauperis** (IFP) pursuant to the Court's order granting a fee waiver in this case.
   b. Plaintiff requests that the Court order the U.S. Marshals Service to serve process on the Town of Sycamore.
   c. In connection with this request, Plaintiff seeks a waiver of any service fees related to this action.

## 2. Briefing Schedule

a. Plaintiff notes that multiple motions to dismiss may be filed by the Defendants in this case.

b. To ensure that Plaintiff has adequate time to respond to each motion, Plaintiff respectfully requests that the Court establish a briefing schedule.

c. Specifically, Plaintiff requests a deadline of **30 days** from the date of service of each motion to dismiss to file a response.

d. Plaintiff further requests that Defendants be given **14 days** to file any replies following the filing of Plaintiff's responses.

## Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court:

1. Order the U.S. Marshals Service to serve the Town of Sycamore;
2. Waive any associated service fees;
3. Establish a briefing schedule as outlined above or as deemed appropriate by the Court.

Respectfully submitted,

**Robert Sam And Karen Sam**
Plaintiff, Pro Se

**639 stonegate dr sycamore Illinois 60178**

779-777-3265

harpees5@yahoo.com

**Dated: 8/22/24**