

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**Case No. 3:23-cv-50301**

**FILED**
**VKM**
**8/29/2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**ROBERT SAM and Karen Sam**
Plaintiff,

v.

**MOBILE et al.,**
Defendants.

**MOTION FOR APPOINTMENT OF COUNSEL**

**TO THE HONORABLE JUDGE OF THE COURT:**

**NOW COMES the Plaintiff, Robert Sam, pro se, and respectfully requests the Court to appoint counsel to represent him in the above-captioned matter. In support of this Motion, Plaintiff states as follows:**

1. **Harassment by Opposing Counsel:** Plaintiff is being harassed by Attorney Nicholas Cronauer, who has filed abusive and frivolous motions and complaints against Plaintiff. Plaintiff asserts that Mr. Cronauer has engaged in unethical behavior, including setting up illegal traps amounting to entrapment. Because of how Nicholas Cronauer has endangered my family, I can't respect him and address him as someone who is not peronsaly attached . I can't be expected to act with pleasantries when somone has tried to kill my wife and daughter.

2.  **Endangerment of Plaintiff's Family:** Plaintiff's wife and daughter, both of whom are disabled, have been intentionally endangered by the actions of Mr. Cronauer and his client. Plaintiff and his family have been without air conditioning for two weeks, despite repeated requests for repairs. Plaintiff took it upon himself to fix the issue and sent the bill to Mr. Cronauer's client, only to be threatened with potential legal action, including a referral to the State's Attorney's office as a supposed violation of Plaintiff's probation.

3.  **Alleged Attempted Entrapment:** Plaintiff contends that Mr. Cronauer might have attempted to set Plaintiff up by involving a neighbor who offered Plaintiff drugs, an act that could have lead to criminal charges. Plaintiff refused the gesture and when he did the plaintiffs neighbors became very irate. They used court filings against plaintiff that only they could have learned from Mr. Cronauer. They threatened that they can get any information on Mr. Sam as they worked for the probation office. Plaintiff views this as part of a broader conspiracy within the town and county to harm his family, culminating in attempts to either imprison or drive Plaintiff to his death.

4.  **Unfair Legal Battle:** Plaintiff, who is not a lawyer, is facing a team of nine attorneys, including Mr. Cronauer. Plaintiff argues that the legal system is

heavily biased in favor of those who can afford counsel, leaving him and his family at a significant disadvantage. Despite his efforts to use AI tools and legal resources like LexisNexis, Plaintiff finds it impossible to compete on equal footing with trained legal professionals. Plaintiff can not know what these lawyers could know, so how is plaintiff expected to properly argue  his case?

5. **Inability to Communicate with Opposing Counsel:** Plaintiff is unable to communicate effectively with Mr. Cronauer due to the latter's actions, which have endangered Plaintiff's family's lives. Given these circumstances, Plaintiff is unable to represent himself adequately in this matter.

6. **Urgent Family Circumstances:** Plaintiff's wife's health is precarious, and Plaintiff devotes 24 hours a day to caring for her and their daughter. This leaves Plaintiff with little time or energy to effectively manage his legal defense, especially against multiple attorneys.

7. **Need for Counsel:** Plaintiff firmly believes that without the appointment of counsel, his case will likely fail on technical grounds, despite its merits. Plaintiff simply wants to protect and care for his family, yet Mr. Cronauer and his client have continuously obstructed his efforts to do so.

8. **Systemic Injustice:** Plaintiff asserts that the current legal system is so rigged in favor of those with financial means that only they can adequately defend themselves. Without legal representation, Plaintiff fears that he and his family will be further victimized by this imbalance of power.

**WHEREFORE, Plaintiff respectfully requests that this Honorable Court appoint counsel to represent him in this matter. Should the Court decline to appoint counsel, Plaintiff fears that he will be unable to adequately defend himself and his family, leading to a loss on technical grounds rather than on the merits of the case.**

**Respectfully submitted,**

/s/ Robert Sam
Robert Sam
harpees5@yahoo.com

Pro Se Plaintiff

**Dated:** 8-29-24