**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam, et al.
                              Plaintiff,

v.                                                      Case No.: 3:23–cv–50301
                                                        Honorable Iain D. Johnston

Melissa Mobile, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

     MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs' motion for appointment of counsel [117], is denied. Recruited counsel was provided to Plaintiffs on four separate occasions. While two recruited counsel were granted leave to withdraw for personal reasons, two were granted leave to withdraw due to Plaintiffs' failure to cooperate with them in a professional manner. Additionally, as Plaintiffs are aware, the Court has previously advised Plaintiffs that the Court is not inclined to recruit Plaintiffs new counsel, given their inability to work with prior counsel, and they will be expected to proceed pro se at this time. See [103]. Also, while Plaintiffs were given the opportunity to proceed on the claims made in their counseled second amended complaint, they chose to file a third amended complaint drafted by themselves. This is the operative complaint, and the parties are directed to proceed on this complaint. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.