FILED
9/6/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# ROCKFORD DIVISION

**Robert and Karen Sam** ,
Plaintiff,

v.

**BKA HOLDINGS LLC, e.g., Nicholas Cronauer/BKA Holdings],**
Defendants.

Case No. 23-cv-50301

# MOTION FOR JUDICIAL REVIEW, REQUEST FOR NEW COUNSEL, AND RELIEF

Plaintiff  Robert and Karen Sam, acting pro se, respectfully moves this Court for review of the following matters concerning the fairness of these proceedings. Plaintiff believes the Court's handling of motions, conflict of interest concerns, and bias against pro se litigants has prejudiced this case. In support of this motion, Plaintiff states as follows:

## 1. Failure to Rule on Motion to Disqualify Nicholas Cronauer and the Conflict of Interest

Plaintiff has, for months, sought the disqualification of attorney Nicholas Cronauer due to a **clear conflict of interest**. Mr. Cronauer is a material witness in this case and simultaneously represents Defendant BKA Holdings. Furthermore, Mr. Cronauer is actively pursuing a state court action against me, creating a situation where he is both litigating against and defending the same party in separate cases. **This dual role is inherently improper**, and the continued delay in addressing this motion has denied me and my wife the opportunity for fair representation and a just proceeding. Immediate resolution of this issue is essential to restore integrity to these proceedings.

## 2. Improper Withdrawal of Previous Counsel and Assignment of New Counsel

The first law firm representing us was improperly permitted to withdraw, allegedly due to a Rule 11 violation, but without adequate consideration of the procedural impact on us as pro se litigants. The firm withdrew after filing a **17-count lawsuit** that we were not even aware of until it was filed. As a result, we were left to defend ourselves without any counsel in a highly complex case. This Court subsequently blamed us for the firm's withdrawal, despite our lack of knowledge and involvement in their decision.

Given the complexity of this case and the numerous procedural and legal hurdles we face as pro se litigants, **we respectfully request that the Court appoint new counsel to represent us**. The appointment of counsel would allow us to navigate this litigation effectively and ensure that our rights are fully protected. Without proper legal representation, we are at a severe disadvantage, and the fairness of these proceedings is jeopardized.

## 3. Ethical Violations by Prior Counsel

In addition to the withdrawal of the first firm, our previous counsel engaged in **clear ethical violations** by publicly arguing against our case in such a way that the opposing side was able to use these statements to their advantage. This breach of attorney ethics further compounded our difficulty in securing fair treatment in this litigation. Despite the unethical conduct of counsel, the Court has continually placed undue blame on us as pro se litigants, rather than holding these attorneys accountable for their violations of professional responsibility.

## 4. Bias Against Pro Se Litigants

Throughout this process, there has been a pattern of **bias against us as pro se litigants**. This Court's failure to rule on our motions in a timely manner, its permissive stance toward conflicts of interest, and the repeated instances of

counsel withdrawing without proper procedural protections all contribute to the appearance that pro se litigants are not afforded the same fair and impartial consideration as represented parties. We believe this bias significantly prejudices our ability to receive a fair trial in this Court.

## REQUEST FOR RELIEF

Given the above, Plaintiff respectfully requests the following relief:

1. That the Court promptly rule on the motion to disqualify attorney Nicholas Cronauer due to the **significant conflict of interest** created by his dual role as both a material witness and counsel for Defendant BKA Holdings, while simultaneously pursuing a state court case against the Plaintiff.

2. That the Court **assign new counsel** to represent Plaintiff in this case, given the complex nature of the legal issues involved and the severe disadvantages faced by pro se litigants in proceedings of this magnitude.

3. That the Court reconsider its decision to allow the previous counsel to withdraw without sufficient notice and time to respond to the newly filed 17-

count lawsuit, which Plaintiff was not made aware of before its filing.

4.  That the Court address the **ethical violations** committed by prior counsel, whose public statements undermined Plaintiff's case and were used by opposing counsel to Plaintiff's detriment.

5.  That the Court take measures to ensure pro se litigants are treated fairly and impartially, with the same respect and consideration granted to represented parties, thereby restoring confidence in the fairness of these proceedings.

Plaintiff submits this motion in good faith, seeking fair and just treatment under the law and equitable consideration of all matters raised herein.

Respectfully submitted,
Robert Sam