## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Robert Sam, et al.

                      Plaintiff,

v.

                                         Case No.: 3:23−cv−50301
                                         Honorable Iain D. Johnston

Melissa Mobile, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs' "motion for judicial review, request for new counsel, and relief" [123], is denied in part and granted in part. The Court previously found that recruited counsel for Plaintiffs were effective and professional and granted counsel leave to withdraw for appropriate reasons. Accordingly, the Court does not find that any prior counsel engaged in ethical violations. Specifically, it was made clear on the record that Mr. Sam was provided with drafts of the Second Amended Complaint and counsel discussed it with him prior to its filing. In addition, with respect to both counsel referenced in Plaintiffs' motion, counsel sought to withdraw after Plaintiffs expressed their desire that counsel do so. [64, 98, 99]. As to Plaintiffs' motion to disqualify, the Court allows Plaintiffs to supplement their motion to disqualify filed on 02/09/24 [54] raising any supplemental argument that Defendant Cronauer is unable to represent Defendants Melissa Mobile and BKA Holdings LLC due to his new status as a co−Defendant. Plaintiffs' supplemental brief is limited to 7 pages and is due 09/24/24. Defendant Cronauer has until 10/08/24 to respond in 7 pages or less. Plaintiffs have until 10/15/24 to file a reply brief limited to 5 pages. The Court will not be inclined to grant any extensions of time as to the filing of these briefs. Finally, the Court may reconsider Plaintiffs' request for counsel as the case proceeds. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.