**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**


Robert Sam, et al.
                            Plaintiff,

v.                                                    Case No.: 3:23−cv−50301
                                                      Honorable Iain D. Johnston

Melissa Mobile, et al.
                            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, September 10, 2024:


     MINUTE entry before the Honorable Margaret J. Schneider: Defendants' Joint Motion to Extend Responsive Pleading Deadline [121], is granted. Defendants have until 10/21/24 to answer or otherwise respond to Plaintiffs' third amended complaint. Plaintiffs' motion to reconsider appointment of counsel [120], is denied without prejudice. The Court may reconsider Plaintiffs' request for counsel as the case proceeds. Mailed notice. (jxk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.