**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Robert Sam, et al.
                Plaintiff,

v.                               Case No.: 3:23–cv–50301
                               Honorable Iain D. Johnston

Melissa Mobile, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs' motion for leave to introduce new evidence [125], is denied as improper. Plaintiffs' motion appears to address motions in limine that are pending in a state court case. Plaintiffs' "motion for court to investigate wrongdoing, collusion, harassment malicious behavior, entrapment and unsafe living conditions by defendants" [126], is denied as improper. The Court is not an investigative body and, therefore, cannot take up an investigation as Plaintiffs request. Additionally, part of the relief requested goes to the disposition of this matter, and as all parties are aware, this case is in the early stages of litigation and has yet to have a case management order for discovery to proceed. At this stage of the litigation, the Court encourages both parties to refrain from filings that are not directed at the pleadings or otherwise directly ordered by the Court. Finally, the Clerk is directed to remove from the docket Defendants' "Rule 11 Safe Harbor Letter" at [122]. Any future Rule 11 pleading must be presented to the Court in strict compliance with the Federal Rules. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.