| Case Numbers | County |
| --- | --- |
| 2000LM000467 | DuPage |
| 2000SC004210 | Will |
| 2001 Bankruptcy 01-33205 | N.D. IL (Eastern Division) |
| 2001AR000890 | Will |
| 2001LM000171 | Will |
| 2001LM002278 | Will |
| 2001SC000969 | DuPage |
| 2002 5001314 | DuPage |
| 2002 Bankruptcy 02-14499 | N.D. IL (Eastern Division) |
| 2002LM003320 | DuPage |
| 2002SC005623 | DuPage |
| 2003 Bankruptcy 03-05038 | N.D. IL (Eastern Division) |
| 2003CH07513 | Cook |
| 2004SC00001831 | Kankakee |
| 2006 5000481 | Cook |
| 2006 5000850 | Cook |
| 2006 5001002 | Cook |
| 2006L003278 | Cook |
| 2006L010095 | Cook |
| 2007CH37080 | Cook |
| 2009 1121727 | Cook |
| 2009 1130941 | Cook |
| 2009 1180965 | Cook |
| 2009 1707152 | Cook |
| 2009 1715225 | Cook |
| 2009SC001624 | Kane |
| 2009SC001995 | DuPage |
| 2010 1105084 | Cook |
| 2010 1706278 | Cook |
| 2010 3001697 | Cook |
| 2012 5001360 | Cook |
| 2012L007817 | Cook |
| 2015 Bankruptcy 15-25179 | N.D. IL (Eastern Division) |
| 2016 5007200 | Cook |
| 2017 5001653 | Cook |
| 2018 Bankrupcty 18-81910 | N.D. IL (Eastern Division) |
| 2018LM47 | Jo Daviess |

| | |
|---|---|
| 2019 5001742 | Cook |
| 2019LM001025 | Will |
| 2023 Bankruptcy 23BK80459 | N.D. IL (Western Division) |
| 2023LA40 | DeKalb |
| 2024CH17 | DeKalb |
| 2024OP217 | DeKalb |
| 2023EV102 | DeKalb |
| 2024EV136 | DeKalb |
| 23 CV 50301 | N.D. IL (Western Division) |
| 2023CH1772 | DeKalb |
| 2024LA29 | DeKalb |
| 22CF546 | DeKalb |