B(1)

**Sam's Citation**

In re Estate of Dierkes, 361 Ill. App. 3d 261, 836 N.E.2d 1098 (1st Dist. 2005)

**Actual Citations**

Bd. of Trs. v. Ill. Labor Rels. Bd, 361 Ill. App. 3d 256, 836 N.E. 2d 187 (4 th Dist. 2005)
Gustafson v. Wachusett Reg'l Sch. Dist., 64 Mass. App. Ct. 802, 836 N.E.2d 1098
In re Estate of Dierkes, 303 Ill. App. 3d 927 * | 708 N.E.2d 1267 (5th Dist. 1999)
In re Estate of Dierkes, 191 Ill. 2d 326 * | 730 N.E.2d 1101 (Il. 2000)

B(2)

**Sam's Citation**

People v. Ross, 177 Ill. App. 3d 540, 532 N.E.2d 922 (1st Dist. 1988)

**Actual Citation**

People v. Connor, 177 Ill. App. 3d 532, 532 N.E. 2d 520 (1 st Dist. 1988)
36 pages of other "People v. Ross" cases exist

B(4)

**Sam's Citation**

Kuhn v. Cook County, 287 Ill. App. 3d 948, 679 N.E.2d 897 (1st Dist. 1997)

Actual Citations

Benoy Motor Sales v. Universal Underwriters Ins. Co., 287 Ill. App. 3d 942, 679 N.E. 2d 414 (1st Dist. 1997)
Smith v. Pancner, 679 N.E. 2d 893, 897

No Lexis results for Kunh v. Cook County

B(5)

**Sam's Citation**

Miller v. Tabor, 159 Ill. App. 3d 759, 512 N.E.2d 308 (5th Dist. 1987)

**Actual Citations**

Nelmark v. Board of Fire & Police Comm'rs, 159 Ill. App. 3d 751, 512 N.E. 2d 1021 (2d Dist. 1987)
State ex. Re. Lehman v. lehman, 70 N.Y.2d 674, 512 N.E. 2d 1021
Miller v. Tabor search returns no results in Illinois