

# Re: Robert Sam

1 message

**robert sam** <harpees5@yahoo.com> Thu, Mar 7, 2024 at 6:16 PM
To: Melissa Mobile <melissa@hrgsells.com>
Cc: Aaron Lockhart <alockhart@sycamorepd.com>, Nicholas Cronauer <NC@cronauerlaw.com>

Well he is now named as a defendant in the federal lawsuit. I am also bringing an action against him in state court. It would now be a conflict of interest for him to represent you in the eviction matter. Also, I'll be asking the federal court to stay any eviction proceedings pending the outcome of the federal case, and getting an injunction for any further action in any future eviction proceedings.

> On Mar 7, 2024, at 6:11 PM, Melissa Mobile <melissa@hrgsells.com> wrote:
>
>
> Robert,
>
> Why can't my attorney represent me anymore? I'm confused.
>
> Melissa Mobile, Managing Broker
> Hometown Realty Group
> 330 West Elm St.
> Sycamore, IL 60178
> Cell: 815-501-4011
> Office: 815-991-9293
> Fax: 815-991-9697
> Email: MelissaMobile33@gmail.com
> HRGsells.com
>
>
>
> On Thu, Mar 7, 2024 at 5:43 PM robert sam <harpees5@yahoo.com> wrote:
>> Melissa,
>> Let me know what day next week this hot water heater will be repaired. If it's not fixed by end of week I will be calling the health department. It's seems as if your attorney will be unable to represent you going forward. So when you have your new lawyer if you could forward me his contract info so I can deal with him on this faulty and illegal 30 day notice. Also, the rains are going to be coming in soon and the windows and basement will be flooding again, when will you be able to get somone out to make these repairs? And lastly, when will the toliet be repaired, these water bills have been really hurting us financially. You'll remember last year I mentioned why these bills are so high and you said they raised everyone's. But now we are in the 300's and that seems like way too much for us to keep paying. I have also contacted Fox News investigators about all these issues and nothing being done about them. All that happens is people come out and they leave. No one is doing anything about this.