

# Re: Rule 11 Notice to Withdraw   External    Inbox ×

 **robert sam**                                          Thu, Aug 29, 3:20 PM (17 hours ago)

to me

Nick,

Your harassing me is going to get you disbarred. I am not stoping. I am filing liens on all her property's and your threats mean nothing to me. I am going to win all my cases and you know it. You're obsessed with me, you live everyday with me on your brain. Your not helping your client because your using her money for your own vengeance. We are pro se and since the judge would not grant us a lawyer, that's on her. We get a very long leach with the court. And as you pointed out , I am not a lawyer. So I am sure any issues on case law error, well I'm not a lawyer. And your so jealous of AI, because I am smarter then you and can not only create motions and lawsuits but, I can argue them and win. How many motions have you filed against me? How many have you won? Let me know how court goes Friday. You know what's weird? Why are so many cases from Dekalb overturned in appeals court? Strange. Hey, I thought the states attorney was prosecuting me?

On Aug 29, 2024, at 3:09 PM, Nicholas Cronauer <NC@cronauerlaw.com> wrote:

See below, think your email was accidentally omitted.

---------- Forwarded message ---------
From: **Nicholas Cronauer** <NC@cronauerlaw.com>
Date: Thu, Aug 29, 2024 at 3:02 PM
Subject: Rule 11 Notice to Withdraw
To: Denise Hays <denise@konicekdillonlaw.com>, Mike Hannigan <mhannigan@konicekdillonlaw.com>, <corinne@crayhuber.com>, Zachary Shook <zgs@crayhuber.com>, Allie Burnet <aburnet@bestfirm.com>, <eservice@bestfirm.com>, <Ilovethewizardofoz5@gmail.com>, Gabrielle