# Re: Rule 11 Notice to Withdraw   External    Inbox ×

 **robert sam**  8:37 AM (1 minute ago)

to me, Denise, Mike, corinne, Zachary, Allie, eservice, Ilovethewizardofoz5, Gabrielle ▾

I submitted a request for council yesterday with the federal judge. If she grants this, then they can make whatever corrections are needed. If she does not, well, I am not a lawyer as you keep making me aware of. So how would I know case law or how to correct it ? The last complaint was backed up with no case law, so I am pretty sure that being on a long leash that the court needs to allow me, you possibly could look pass the case law errors and just focus on the merits? Car law are only examples, there not merits or facts of this case. There examples of others. If your arguing against my claims then any errors in my cade law examples should not stop your motion to dismiss? As far as this rule 11 that only you seem to bring up, not Riley Oncken, only you. The ARDC has made it clear that attorneys don't have absolute protection, I know this because I was involved in getting Joseph A Morris suspended with Jerry larkins help. So, this theory of immunity is not a defense for ignorance and intentional violations of federal law. Now, your represented by council? So why are you in contact with me on this? Why isn't your lawyer reaching out to me?

On Aug 30, 2024, at 8:22 AM, Nicholas Cronauer <NC@cronauerlaw.com> wrote:

Good morning Robert,

 I am not sure how to construe your response as answering my question. If you need time to think over withdrawing your complaint, that is fine, you have 20 days to think about it.

Have a good Labor Day Weekend.

On Thu, Aug 29, 2024 at 3:20 PM robert sam <harpees5@yahoo.com> wrote:
> Nick,