

## Re: Denial of Your Claim

**robert sam** <harpees5@yahoo.com>                              Tue, Aug 13, 2024 at 9:21 AM
To: Nicholas Cronauer <NC@cronauerlaw.com>

Well, these lawyers want money, like all the stuff you and your slumlord have had to pay. We have had to pay zero dollars in legal bills hahahahhahah.
It's a great case, and one you and that funny lawyer you have will lose to pro se again. It's so easy to win. You made everything so very easy for me, thank you. Keep it coming.