# Robert Sam  `External` ➤ `Inbox ✕`

robert sam      📎 Wed, Aug 28, 7:14 AM (1 day ago) ☆ ↩ ⋮
to Gabrielle, me, Melissa ▾

You both have put my families life in danger for the last time. I asked for two weeks for the air to be fixed and you could have sent anyone you wanted. Yesterday, the hottest day of the year, the air went out permanently and you both did not  even respond. This new line of eviction, where you think you put the squeeze on us and not make repairs, just won't work.
So now you're going to pay my bill of 1,125.00 for my services to fix this myself. I have the emails requesting Melissa fix the air, she ignored them. So now I drove to Aurora and picked up the new capacitor and harness and learned how to install and clean out this unit myself. It was that or risk my wife and daughter suffering possible death from the heat. You have 5 days to pay my invoice that will be sent today. If not paid, I will file a mechanics lien on this property and your other 7 including your office building. I have the sec of state on all your properties. Then you can pay more money in legal fees and have more court cases.

...

[Message clipped]  View entire message

3 Attachments • Scanned by Gmail ⓘ



