

BC

FILED
9/16/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAN

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

**ROBERT & KAREN SAM,**
Plaintiffs,
v.
**MELISSA MOBILE, et al.,**
Defendants.
No. 3:23-cv-50301

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION**

Your Honor,

This response was expected. Attorney Nicholas Cronauer relies on a criminal charge that resulted in *zero* convictions. I have no criminal record, and his continued reference to this is nothing short of slander. Furthermore, he fails to mention that I will be withdrawing my plea, as it was wrongly explained to me. It's important to note that this is the very case in which he initially intended to represent me, and the court has access to those emails.

At the heart of this case, I am not a lawyer. I have done my utmost to protect my family in this process. If the AI programs I've relied upon are incorrect, it is because I am not an attorney and have asked for legal representation, which has not been appropriately provided. One lawyer

withdrew, and another had a conflict of interest due to a relationship with opposing counsel. These situations are not my fault.

I do not intend to dissect Cronauer's response in detail because I have already presented this court with more than enough evidence to demonstrate the truth. The appeals court ruled in our favor, recognizing the lower court's bias against us. The lower court dismissed the case once, unsurprisingly, given the close relationship between the court and Cronauer. The appeals court acknowledged the prejudicial treatment we received.

Your Honor, I am exhausted. My wife's health is deteriorating every day. If you believe that we do not have a valid case, I ask you to tell us outright so we can finally move forward. No matter how much evidence I provide or how clearly I explain the facts, it seems that only those with formal legal training can succeed. I am not an attorney, and I simply cannot continue at this pace. If the court insists on keeping Cronauer as counsel and expects me to continue representing my family, I have already filed everything I am capable of. I cannot handle this burden anymore. I feel myself slipping, and I must focus on caring for my family.

The appeals court was the only fair and impartial court that saw the truth of what BKA, Melissa Mobile, and Nicholas Cronauer have done to us. I have sought help

from over 500 lawyers, but not one has agreed to represent us pro bono. Cronauer is fully aware of the harm he has caused to my family, but he hides behind legal jargon and the case law he learned in school, giving him an unfair advantage. All I have are the facts and the emails—yet it seems that is not enough in this system.

If you decide to dismiss this case, then so be it. We don't stand a chance against a team of well-funded attorneys. This is why people lose faith in lawyers and the justice system—it feels rigged for those who can afford it.

Respectfully submitted,
**Robert Sam**
Plaintiff, Pro Se

9/16/2024