



FILED
10/3/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

**Case No.:** 3:23-cv-50301
**Judge:** Margaret J. Schneider

**ROBERT SAM and Karen Sam,**
Plaintiffs,
v.
**MOBILE , et al.,**
Defendants.

## MOTION TO SUPPLEMENT ADDITIONAL INFO TO RECORD FOR DISQUALIFICATION OF DEFENSE COUNSEL NICHOLAS CRONAUER

Plaintiffs, Robert Sam and Karen Sam, respectfully move this Honorable Court to supplement the record and renew their request for the disqualification of defense counsel, Nicholas Cronauer and Cronauer Law, based on his and there ongoing conflict of interest, and in support of this motion state as follows:

1. Plaintiffs have previously requested that this Court disqualify Nicholas Cronauer twice , who is acting as defense counsel in this matter, on the grounds that he is also a named defendant in this case.

2. On 10/2/24, the United States Bankruptcy Court for the Northern District of Illinois and Judge Thomas Lynch reopened the bankruptcy case of Karen Sam, Case No. 23BK80459, in response to allegations that BKA Holdings, Melissa Mobile, Nicholas Cronauer and Cronauer law violated the automatic stay and discharge injunction under 11 U.S.C. § 362.

3. In the reopened bankruptcy case, Nicholas Cronauer and Cronauer law is also a defendant for his actions related to the violation of the bankruptcy stay and discharge injunction.

4. The simultaneous roles of Nicholas Cronauer as both a defendant and counsel for the defense in this federal case, as well as a defendant in the reopened bankruptcy case, create a significant and ongoing conflict of interest that undermines his ability to fairly and impartially represent the other defendants.

5. Given the reopening of the bankruptcy case and Nicholas Cronauer's direct involvement as a defendant in that matter, his continued representation in this case would be improper under the Illinois Rules of Professional Conduct, particularly Rule 1.7 (Conflict of Interest) and Rule 1.9 (Duties to Former Clients).

6. Allowing Nicholas Cronauer to continue representing the defendants in this case would create an undue risk

of prejudice to the Plaintiffs and an appearance of impropriety, which could impact the integrity of these proceedings.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

1. Take judicial notice of the reopening of Karen Sam's bankruptcy case and Nicholas Cronauers's status as a defendant therein.
2. Disqualify Nicholas Cronauer and Cronauer law from serving as defense counsel in this matter due to the conflict of interest posed by his role as a defendant in both the federal and bankruptcy cases.
3. Grant any further relief that this Court deems just and proper.

Respectfully submitted,


**Robert Sam**
Dated: 10/3/24