

**FILED**
10/6/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**Case Number:** 3:23-cv-50301

**ROBERT SAM and KAREN AUKSI SAM,**
Plaintiffs,
vs.
**MELISSA MOBILE and all**
Defendants.

## NOTICE OF PROPERTY SALE, LOAN AND REQUEST FOR CONSIDERATION

**Plaintiffs Robert Sam and Karen Auksi Sam**, by and through pro se, respectfully submit this notice to inform the Court of the recent listing for sale of the property owned by **BKA Holdings**, which may have an impact on the proceedings in this case. In support of this notice, Plaintiffs state the following:

## 1. Background:

1. **Plaintiffs Robert Sam and Karen Auksi Sam** have filed the present lawsuit against **Melissa Mobile, Nicholas Cronauer, and Cronauer Law, Riley Oncken, town of sycamore, Dekalb housing authority** for violations of their rights, including claims related to actions that may have infringed

upon **Karen Auksi Sam's** discharge under the Bankruptcy Code and other legal protections.

2. The case is ongoing, and key issues remain before the Court regarding the liability and actions of the defendants.

## 2. Recent Developments:

3. On or about **October 5, 2024**, Plaintiffs became aware that the property owned by **BKA Holdings**, located at 639 stonegate dr sycamore Illinois 60178 has been listed for sale. The registered agent is Deborah Ullrich and Melissa Mobile is manager.

4. The property in question may be relevant to the resolution of claims against the defendants, particularly in relation to the financial aspects of the case and the enforcement of potential remedies including the wrongful withholding of the plaintiffs porting rights, for allegations of non payment of rent.

## 3. Importance of the Property Sale:

5. The sale of the property owned by **BKA Holdings** could have a direct impact on the Plaintiffs' ability to secure appropriate remedies, including but not limited to financial compensation or other forms of relief, as determined by this Court.

6. The sale of and when it sells introduces new factors into the case, including the involvement of potential new property owners and the disposition of assets

that may be relevant to the claims made in this lawsuit.

7. The listing for 639 stonegate dr sycamore Illinois is only listed on Zillow. The add highlights "**Investor Alert! Here's an incredible opportunity to secure a townhome with guaranteed monthly rent of $1,950 through HADC vouchers.**" This is clear proof there was never any outstanding rent as our vouchers are 1950.00, therefore there was no reason for the housing authority to deny porting our vouchers as they said the landlord told them " the tenants are in bad standings."

8. The Zillow add does not point out the two failed inspections, one by the town of sycamore and one by the housing authority, that could cause the potential new owner some liability issues.

9. While investigating this listing we found and took a screen shot that this home listed for sale for 210k, has a 1,374,000.00 loan that BKA holdings took out on this property in January of 2024. With over a million dollars given to BKA holdings and Melissa mobile, she could not make the repairs my family badly needs. She could not fix the Air or windows, anything for us.

## 4. Request for Consideration:

10. Plaintiffs respectfully request that the Court take judicial notice of the property being listed for sale

and consider its impact on the proceedings, including any potential remedies that may be impacted by the sale or potential new defendants.

11. Plaintiffs further request that the Court take any necessary action to ensure that the property sale does not negatively affect their rights or limit the Court's ability to grant appropriate relief in this case.

12. Something is going on here that is not legal. There are a lot of actors out to hurt my family to protect BKA holdings and Melissa mobile.

13. While all this is happening and we bring proof and evidence to this court and all the courts we sit here in the middle worried and not knowing where to go or what will happen to us. We have no lawyer and no means to a lawyer. Obviously BKA holdings can afford there lawyers, but we can't get a million dollars loan. Having a lawyer who actually want to defend us is crucial. Conclusion:

For the reasons stated above, **Plaintiffs Robert Sam and Karen Auksi Sam** respectfully request that the Court:

- Take judicial notice of any pending sale of the property owned by **BKA Holdings**;
- Consider the sale's potential impact on the claims and remedies in this case; and any potential new defendants If a sale goes through.
- Grant such other and further relief as the Court deems appropriate.

## Respectfully Submitted,

Robert Sam and Karen Sam
10/6/24