

FILED
10/7/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



QR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Case Number: 3:23-cv-50301

**ROBERT SAM and KAREN AUKSI SAM,**
**Plaintiffs,**
vs.
**MELISSA MOBILE and all Defendants.**

## MOTION FOR PRELIMINARY INJUNCTION

NOW COME the Plaintiffs, Robert Sam and Karen Auksi Sam, by and through Pro Se, and respectfully move this Honorable Court for a preliminary injunction to prevent the sale of the property located at 639 Stonegate Dr, Sycamore, Illinois 60178. In support of this motion, Plaintiffs state the following:

## Introduction

1. **Background**: This motion arises from ongoing litigation regarding an illegal eviction and housing voucher situation that threatens the stability and safety of the Plaintiffs, particularly their minor child.

2. **Current Case Status**: Plaintiffs have a bankruptcy hearing scheduled for November 20, 2024 as Judge Lynch granted Karen Sam re opening her BK for potential violation of her injunction by defendants, and an eviction hearing scheduled for November 27,

2024 based on the Nov 20th BK hearing. Judge Konnen previously instructed Defendant Nicholas Cronauer to communicate with his client about having the housing authority port the Plaintiffs out. Instead of complying, the Defendants have listed the property for sale and drastically reduced the price by $24,000 within 24 hours.

3. **Judicial Direction**: Judge Konnen explicitly informed the Defendants that the motion to dismiss the eviction could be  contingent upon the bankruptcy ruling if the defendants violated the injunction. The Defendants are attempting to circumvent this process by hastily moving forward with the sale of the property.

## Facts Supporting the Motion

4. **Irreparable Harm**: The hurried sale of the property jeopardizes the Plaintiffs' housing stability, as the new owner would not be obligated to honor the existing housing authority contract, potentially rendering Plaintiffs homeless.

5. **Corruption and Illegality**: The actions of the Defendant, aided by Riley Oncken and Nicholas Cronauer, indicate an attempt to circumvent the judicial process and the directives provided by the state court. This behavior demonstrates a clear

disregard for the law and the well-being of the Plaintiffs.

6. **Financial Concerns**: The Defendant previously obtained a loan of $1.3 million in January and is now attempting to sell the property for $184,000, despite failing two inspections to date. This raises serious questions about the Defendant's intentions and the legitimacy of the sale.

## Legal Standards

7. **Likelihood of Success on the Merits**: Plaintiffs have a strong likelihood of succeeding in their claims regarding the illegal eviction and violations of their housing rights, as recognized by the court.

8. **Balance of Harms**: The harm to Plaintiffs—potential homelessness and loss of housing vouchers—far outweighs any harm to the Defendants from delaying the sale of the property until the court resolves the ongoing litigation.

9. **Public Interest**: Preventing wrongful evictions and protecting vulnerable families from homelessness serves the public interest and upholds the integrity of the judicial process.

## Prayer for Relief

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this Honorable Court grant their Motion for Preliminary Injunction to:

1. Enjoin Defendants from proceeding with the sale of the property located at 639 Stonegate Dr, Sycamore, Illinois 60178, pending the resolution of the bankruptcy hearing on November 20, 2024, and the eviction hearing on November 27, 2024.
2. Grant such other relief as the Court deems just and proper.

**Respectfully submitted,**

Robert Sam and Karen Sam

Date: 10/7/24