

**FILED**
10/8/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

## Case No.: 3:23-cv-50301

**ROBERT SAM AND KAREN SAM, et al.,**
Plaintiffs,

v.

**MOBILE, et al.,**
Defendants.

## PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' RESPONSE DUE TO NON-COMPLIANCE WITH COURT ORDER AND SUPPLEMENT TO PLAINTIFFS' MOTION TO DISQUALIFY ATTORNEY NICHOLAS CRONAUER

## INTRODUCTION

Plaintiffs, Robert Sam and Karen Sam et al., respectfully submit this Motion to Strike Defendants' response to Plaintiffs' Motion to Disqualify Attorney Nicholas Cronauer for exceeding the page limit set by the Court's order. The 5 page response by defendant has already been submitted. Plaintiffs further submit this supplement to the Motion to Disqualify Attorney Cronauer, detailing the procedural irregularities and bias encountered in previous rulings related to this matter.

## BACKGROUND

this Court granted Defendants leave to respond to Plaintiffs' Motion to Disqualify Attorney Nicholas Cronauer, specifically limiting the response to no more than five (5) pages. Despite this, Defendants attorney filed a response spanning twelve (12) pages, in direct violation of the Court's clear and unambiguous order.

Additionally, Plaintiffs' Motion to Disqualify Attorney Cronauer has faced several procedural challenges. Despite Plaintiffs bringing forth serious allegations and new evidence, the motion has not been dismissed on multiple occasions:

1. **First Dismissal:** The Appeals Court dismissed the motion without a hearing and without considering any of the new evidence presented by Plaintiffs.

2. **Second Dismissal:** Judge Peterson admitted on the record that he did not have access to critical emails submitted by Plaintiffs, and therefore could not make a ruling on the matter.

3. **Third Dismissal:** Most recently, Judge Konnen dismissed the motion after making a troubling statement during the proceedings. When Plaintiff Robert Sam pointed out that pro se litigants are suppose to lose, Judge Konnen affirmed this by stating "that is correct".   This admission confirms Plaintiffs' longstanding concern of bias against pro se litigants in DeKalb County.

Plaintiffs have faced systemic bias in DeKalb County, which Plaintiffs believe has unfairly favored Attorney Cronauer. Despite overwhelming evidence of misconduct, including actions by Attorney Cronauer that go beyond his professional duties and harm Plaintiffs' family, the court has continued to side with him. This attorney has repeatedly acted in ways that have caused direct harm to Plaintiffs, going beyond legal representation and intentionally undermining Plaintiffs' position.

If the Court requires transcripts of these proceedings to verify Judge Konnen's statements, Plaintiffs are prepared to provide them. Judge Konnen even went back on statements she made in the Sam's favor and when questioned my Robert Sam on why she made them she said " I don't know why I said that". The Sam's are bleeding out and no one is stoping this corruption and illegal acts by the defendants.

## ARGUMENT

### I. The Court Should Strike Defendants' Response for Failing to Comply with the Court's Page Limit Order

The Court explicitly limited Defendants' response to five pages. Defendants, however, submitted a response that is more than twice that length, totaling twelve pages. This is a clear violation of the Court's directive, and courts have routinely held that such procedural non-compliance warrants striking the non-conforming document.

Allowing Defendants to submit a response that exceeds the page limit undermines the fairness of these proceedings, as it places an undue burden on Plaintiffs and disregards the procedural rules established by this Court. Plaintiffs respectfully request that the Court strike Defendants' response in its entirety or disregard all arguments and information beyond the fifth page.

## II. Attorney Cronauer's Continued Representation is Prejudicial to Plaintiffs and Undermines the Integrity of These Proceedings

Plaintiffs reiterate their serious concerns regarding Attorney Cronauer's conduct, which has gone beyond the professional duties of legal counsel. Attorney Cronauer has taken steps to intentionally harm Plaintiffs' family, outside the scope of legal advocacy. His continued involvement in this case is prejudicial and undermines the integrity of these proceedings. Judge Thomas Lynch has re opened Karen Sam's BK due to the Violations by Nicholas Cronauer and his client. Cronauer client counts on him to know the laws and what to file. The violation of Karen's BK could not have been known by Cronauers client so Nicholas Cronauer should have known better but he did not care because him and his lawyer Hannigan never thought he would get caught.

Furthermore, the admissions made by Judge Konnen reinforce the systemic bias that pro se litigants, including

Plaintiffs, face in DeKalb County. Judge Konnen's statement that "pro se is supposed to lose" directly confirms Plaintiffs' belief that they are not being afforded a fair and impartial opportunity to present their case. Such a biased environment should not allow for the continued involvement of an attorney whose conduct has already raised serious ethical concerns.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court:

1. **Strike Defendants' response** to Plaintiffs' Motion to Disqualify Attorney Nicholas Cronauer due to non-compliance with the Court's page limit, or in the alternative, disregard any portion of Defendants' response that exceeds five pages;

2. **Grant Plaintiffs' Motion to Disqualify Attorney Cronauer** based on his misconduct and the prejudicial environment of DeKalb County; and

3. **Provide any other relief the Court deems just and proper.**

Respectfully submitted,

/s/ Robert Sam and Karen Sam
Robert Sam and Karen Sam

Plaintiff Pro Se

10/8/24