In the circuit court of Dekalb County, Illinois
County Department, Law Division

FILED

MAY 23 2023

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

Robert Sam

        Plaintiff,

VS

Melissa Mobile
BKA Holdings LLC.
Riley Oncken
Hometown Reality

        Defendants,

NO. 23LA40

Jury Demand

**NOTICE**
BY ORDER OF COURT THIS CASE IS
HEREBY SET FOR CASE MANAGEMENT
CONFERENCE TO BE CONDUCTED AT
THE DeKALB COUNTY COURTHOUSE,
SYCAMORE, IL IN ACCORDANCE WITH
SUPREME COURT RULE 218 BEFORE
JUDGE _Walter_ ON _8/1/23_
AT _9:00_ AM PM FAILURE
TO APPEAR MAY RESULT IN THE CASE
BEING DISMISSED OR AN ORDER OF
DEFAULT BEING ENTERED.

Complaint At Law

A true copy of the original on file in my office
Attested to this _____ day of _____ 20 ___
LORI GRUBBS
Clerk of the Circuit Court
23rd Judicial Circuit
DeKalb County, Illinois

By _____
           Circuit Clerk

Now Comes The Plaintiff, Robert Sam by and through pro se, and complains of defendants, Melissa Mobile, BKA holdings llc and Riley Oncken, and Hometown reality as follows:

General Allegations

1. The cause of action set fourth in this complaint arise out of a wrongful eviction and multiple violations of discrimination, that began in 2019 through 2023.

2. The plaintiff Robert Sam was a renter renting the property at 639 stonegate dr in sycamore Illinois, 60178. This property is owned by the defendant Melissa Mobile and BKA Holdings LLC

3. The cause of action took place in Dekalb, Illinois making venue appropriate under the Illinois code of civil procedure.

4. On and around October of 2019 the Plaintiff signed into a lease with the defendant and her husband Mike Mobile.

5. Prior to signing the lease the plaintiff Robert Sam explained his family situations with severe medical issues and disabilities. The Plaintiffs wife is disabled and suffers from MS, CVID, hashimoto and much more. The plaintiffs daughter is disabled and suffers from Double Cortex syndrome and severe epilepsy and seizures.

**EXHIBIT**

**5**

... in my office.
... Clerk of the Circuit Court
... Judicial Circuit
DeKalb County, Illinois

Circuit Clerk

NOTICE

BY ORDER OF COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE TO BE CONDUCTED AT THE DeKALB COUNTY COURTHOUSE, SYCAMORE, IL IN ACCORDANCE WITH SUPREME COURT RULE 218 BEFORE JUDGE ______ ON ______ AT ______ AM PM. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

NOT AN OFFICIAL COPY

6. The Plaintiff Robert Sam also explained to the Defendants that the Plaintiffs daughter has a IEP for school and that it's necessary once she is set up to make sure they are allowed to stay while she finishes school.

7. The Plaintiff also explained to the defendants that there will be times he will be late on rent due to the medical situation, the plaintiff explained that they have been through 5 evictions and that the plaintiff was trying to find stable housing and home section 8 vouchers.

8. The Defendants agreed to all the terms explained by Robert Sam and they entered into a signed lease agreement.

9. The Defendants Robert Sam and his family were tenants and were injured at 639 stonegate dr in sycamore Illinois, 60178.

## COUNT 1
### ( Discrimination Reasonable Accommodations)

10. Robert Sam incorporates by reference the general allegations in paragraph 1 through 9.

11. On a about October 5th 2019 the Plaintiff Robert Sam reported to Defendants husband Mike mobile that the basement was damp and that the dining room and bedroom windows were severely taking in water.

12. On and about October 10th Mike Mobile explained he would send someone to repair the foundation and windows.

13. On and about October 18th the Plaintiff called Defendants husband Mike Mobile again about the repairs that were promised to be made. The Plaintiff left multiple voicemails on Mike Mobile cell phone.

14. On and about November 1st 2019 the Plaintiff emailed the Defendants husband Mike Mobile about the repairs and explained there was a horrible draft now coming from the front door. The Plaintiff also explained he will be late a few weeks on the rent.

15. On or about November 10th the Defendants and there lawyer Riley Oncken filed a eviction against Robert Sam and his wife for failure to pay rent.

16. BKA Holdings LLC through its officers, agents, employees, servants, joint ventures and/or representatives was guilty of one or more of the following acts and/or omissions:

A. Failed to make all repairs in a timely manor and to date no repairs have been made.

B. By not making the repairs the Defendants violated the Reasonable Accommodation act under FHAA section 504 Act, 29 U.S.C. § 794.

C. Reasonable accommodation defenses under the FHAA, Section 504, and the ADA are all subject to the same analysis. Churney v. Chicago Housing Auth., 2013 WL 589599, *3 (N.D. Ill. 2013) ("The FHAA, ADA, and Rehabilitation Act each contain a requirement of reasonable accommodation, and courts interpret the requirements similarly). For purposes of simplicity, this outline section focuses on the FHAA.

D. In Douglas v. Kriegsfeld Corp., 884 A.2d 1109, 1129 (D.C. 2005), the court set forth the standard for establishing a reasonable accommodation defense. The tenant must demonstrate that:

- She suffers from a "handicap" or "disability;"
- The landlord knew or should have known of this disability;
- An accommodation of the disability may be necessary to afford the tenant an equal opportunity to use and enjoy her apartment;
- The tenant requested a reasonable accommodation;
  - In Roseborough v. Cottonwood Apts., 1996 WL 490717, at *2 (N.D. Ill. 1997), the court omitted a reference to this fourth element, but it is generally still required and a failure to establish the element could prove fatal.
- The landlord refused to grant this request.

17. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions by BKA Holdings LLC, Melissa Mobile, Riley Oncken. Robert Sam and his family have been injured and sustained injury's including but not limited to pain, suffering, disability, loss of normal life, emotional distress, medical expenses. These losses have been incurred in the past and will be incurred in the future; all or some of these losses are permanent.

WHEREFORE, Robert Sam respectfully requests judgment in his favor against BKA Holdings LLC, Melissa Mobile and Riley Oncken for a amount in excess of eighty-five thousand (85,000.00) DOLLARS that the jury finds to be fair and reasonable, plus costs of this lawsuit.

## COUNT 2
### (Discrimination of Income)

18. Robert Sam incorporates by reference the general allegations above in paragraphs 1 through 9.

19. BKA Holdings LLC, Melissa Mobile and Riley Oncken had a duty to refrain from willful and wanton conduct which would endanger Robert Sam and his family, yet notwithstanding, and a breach of this duty on April 10th 2023, BKA Holdings LLC, Melissa Mobile and Riley Oncken acted in conscious disregard for the laws that govern and prevent discrimination of income. BKA Holdings LLC, Melissa Mobile and Riley Oncken was guilty of, among other things, the following willful and wanton acts/or emissions:

A. Robert Sam fell behind if his portion of the 1900.00 rent, the housing authority through section 8 vouchers paid 1700.00 of Robert Sam's rent directly to Melissa Mobile. Robert Sam's portion was 255.00, due to medical Robert Sam fell behind two months.

B. Prairie Sate legal services turned Robert Sam on to court appointed rental assistance which falls under HUD's guidelines for income. Mr. Sam was approved for the court appointed rental assistance that would have brought him current on his rent and would have paid his portion of the 255.00 for the next 12 months.

C. Melissa Mobile and Riley Oncken intentionally and willfully violated Illinois humans rights act ( House Bill 2775). This law prevents landlords from discriminating against any means of income to pay for rent.

D. The legislation defines "source of income" as the lawful manner by which someone supports themselves and their dependents. The Illinois Department of Human Rights said refusing to rent to a housing applicant because of their income disproportionately impacts renters of color, women and people with disabilities.

E. This Human Right that was awarded to Robert Sam and his family so they may enjoy the right of having housing was intentionally and illegally taken away by BKA Homdings, Melissa Mobile and Riley Oncken.

F. Due to the willful violation of the state law ( House Bill 2775) BKA Holdings LLC, Melissa Mobile and Riley Oncken have put the life of Mrs. Karen Sam in a irreparable situation. Without a home for Mrs. Sam's meds to be shipped to, she is certain to pass away. Leaving there daughter without a mother and Mr. Sam without his wife.

G. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions by BKA Holdings LLC, Melissa Mobile, Riley Oncken. Robert Sam and his family have been injured and sustained injury's including but not limited to pain, suffering, disability, loss of normal life, emotional distress, medical expenses. These losses have been incurred in the past and will be incurred in the future; all or some of these losses are permanent.

20. WHEREFORE, Robert Sam respectfully requests judgment in his favor against BKA Holdings LLC, Melissa Mobile and Riley Oncken for a amount in excess of eighty-five thousand (85,000.00) DOLLARS that the jury finds to be fair and reasonable, plus costs of this lawsuit.

## COUNT 3
### ( Intimidation and Retaliation by a lawyer)

21. Robert Sam incorporates by reference the general allegations above in paragraphs 1 through 9.

22. The Defendant Riley Oncken committed a act of a crime against Robert Sam. On or about May 17th 2023, Mr. Riley Oncken threaten Mr. Sam in a email ( please see exhibit A). By doing this Mr. Oncken committed a criminal act.

A. The crime of Intimidation in Illinois is charged under **720 ILCS 5/12-6.** Under this statute, a person commits the crime of intimidation when, with the intent to cause another person to perform or omit to perform any act, he or she communicates to another, either directly or indirectly, a threat to perform any of the following acts:

1.  Inflict physical harm on the person threatened or any other person or property; or
2.  Subject anyone to physical confinement or restraint; or
3.  Commit a felony or Class A misdemeanor; or

NOT AN OFFICIAL COPY

4. Accuse any person of an offense; or
5. Expose another person to hatred, ridicule, or contempt; or
6. Take action as a public official against anyone, or withhold action, or cause such action or withholding; or
7. Bring about or continue a boycott, strike, or collective action.

A conviction for the crime of intimidation does not require that the defendant follow through with the threat. Rather, it is sufficient that the defendant made the threat to the victim for a conviction to stand.

B. By doing this acid and violating the law Riley Oncken violated rule 8.4 of the attorney misconduct of the American Bar Association.

C. It is a professional misconduct to:

a) violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do so through the acts of another;

(b) commit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects;

(c) engage in conduct involving dishonesty, fraud, deceit or misrepresentation;

(d) engage in conduct that is prejudicial to the administration of justice;

(e) state or imply an ability to influence improperly a government agency or official or to achieve results by

means that violate the Rules of Professional Conduct or other law;

(f) knowingly assist a judge or judicial officer in conduct that is a violation of applicable rules of judicial conduct or other law; or

(g) engage in conduct that the lawyer knows or reasonably should know is harassment or discrimination on the basis of race, sex, religion, national origin, ethnicity, disability, age, sexual orientation, gender identity, marital status or socioeconomic status in conduct related to the practice of law. This paragraph does not limit the ability of a lawyer to accept, decline or withdraw from a representation in accordance with Rule 1.16. This paragraph does not preclude legitimate advice or advocacy consistent with these Rules.

23. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions by BKA Holdings LLC, Melissa Mobile, Riley Oncken. Robert Sam and his family have been injured and sustained injury's including but not limited to pain, suffering, disability, loss of normal life, emotional distress, medical expenses. These losses have been incurred in the past and will be incurred in the future; all or some of these losses are permanent.

24. WHEREFORE, Robert Sam respectfully requests judgment in his favor against BKA Holdings LLC, Melissa Mobile and Riley Oncken for a amount in excess of eighty-five thousand (85,000.00) DOLLARS that the jury finds to be fair and reasonable, plus costs of this lawsuit.

## Count 4

### ( Discrimination on criminal history)

-25. On or about May 17th 2023 Defendant Riley Oncken in a email ( please see exhibit A) made reference to Mr. Sam's criminal record.

26. Mr. Sam has had no criminal history and was a civil servant, in our about August 2022 Mr. Sam suffered intentional police misconduct and charges were filed. Mr. Sam is fighting those charges today.

NOT AN OFFICIAL COPY

27. Mr. Oncken a criminal defense lawyer is aware that all people are innocent until proven guilty, made reference that Mr. Sam's unfounded criminal charges are what is keeping him from obtaining a rental property while he included Mr. Sam's current landlord Melissa Mobile.

28. Mr. Oncken in the same email made reference that Mr. Sam was in-fact guilty of these charges without Mr. Sam even having a hearing. This leads to the belief that either Mr. Oncken is ignorant to law and justice or he has a first hand personal involvement in these charges. Either way, this again is a violation of the code of ethics

(PIH 2015-19/H2015-10) with the bar association and a violation of attorney misconduct)

29. As a direct and proximate result of one or more of the aforementioned negligent acts or omissions by BKA Holdings LLC, Melissa Mobile, Riley Oncken. Robert Sam and his family have been injured and sustained injury's including but not limited to pain, suffering, disability, loss of normal life, emotional distress, medical expenses. These losses have been incurred in the past and will be incurred in the future; all or some of these losses are permanent.

30. WHEREFORE, Robert Sam respectfully requests judgment in his favor against BKA Holdings LLC, Melissa Mobile and Riley Oncken for a amount in excess of eighty-five thousand (85,000.00) DOLLARS that the jury finds to be fair and reasonable, plus costs of this lawsuit.

Robert Sam

By

639 stonegate dr

Sycamore Illinois, 60178

5:06

Exhibit A

**RO** **Riley Oncken**     Yesterday
To: robert & 3 more... >

# RE: Robert Sam

Bob:

You can do whatever you wish, but we stand by our reputations and how we have handled you and your family as tenants. I have no fear of the ARDC as it relates to your false allegations against me. I now realize why you can't find anyone to rent to you, you have pending felony charges. Your own actions resulting in felony charges are the reason why you can't find othre housing for your family, not anything that we have done. You have to live with the consequences of those actions. I can't imagine that Fox 32 or any other news outlet will give you much credibility under the circumstances. I have copied your public defender on this and would encourage you to talk to her before you do things that may result in further criminal charges or a stalking-no-contact order for harassing Melissa or me.

Sincerely,

Riley N. Oncken
Attorney at Law
Law Office of Riley N. Oncken, P.C.
212 S. Main Street
Sycamore, IL 60178
Phone: (815) 991-2098
Fax:    (815) 991-2128
www.OnckenLaw.com

***Due to the heightened risk of wire fraud, The Law
Office of Riley N. Oncken, P.C. WILL NOT PROVIDE***

NOT AN OFFICIAL COPY

**Division of Pediatric Neurology**
**Ann & Robert H. Lurie**
**Children's Hospital of Chicago**
**At Northwestern Medicine Central DuPage**
**Hospital**
25 N. Winfield Rd
Winfield, IL, 60190
630-933-4954
Fax 630-933-4225
www.luriechildrens.org

Ann & Robert H. Lurie
Children's Hospital of Chicago™

Affiliated with
Northwestern University's
Feinberg School of Medicine

4/11/2018

Re: Harper Sam
DOB: 5/20/2009
Medical Record Number: 1845978

TO WHOM IT MAY CONCERN:

Harper Sam is being followed in our Pediatric Neurology Clinic for bilateral band heterotopia of gray matter, epilepsy, right sided weakness, learning difficulty due to cognitive limitations and speech delays.

Subcortical band heterotopia, also known as double cortex syndrome, is a condition of abnormal brain development that is present from birth. This condition which primarily affects females, occurs when neurons migrate to an area of the brain where they are not supposed to be (heterotopia), and form abnormal areas that appear as band-like clusters of white tissue underneath the gray tissue of the cerebral cortex (subcortical), creating the appearance of a double cortex. Symptoms associated with subcortical band heterotopia include intellectual disability and epilepsy, both of which Harper has. The condition is not progressive and children can benefit greatly from therapies and educational assistance.

If more specific information is needed such as IQ, memory, or attention testing, we would refer Harper for neuropsychological testing.

Sincerely,

Electronically signed by
Diana Sieciechowicz, MD
Division of Pediatric Neurology

**LOYOLA MEDICINE**

*We also treat the human spirit.®*

July 1, 2016

To Whom It May Concern:

Karen K Sam is a patient of mine who I have been taking care of for years. she has the following diagnosis:

**Past Medical History**

Diagnosis                                                                 Date

- Asthma
    *triggers: weather changes, allergies - dogs and cats - has both*
- CVID (common variable immunodeficiency)                          2/3/2016
- DJD (degenerative joint disease)
    *thoracic region*
- Hashimoto's thyroiditis
- Migraines
    *with aura*
- Scoliosis
- Septic shock
    *due to possible food poisoning*

Due to her various medical conditions, she is totally disabled and unable to work. She cannot drive due to her thyroid disease affecting her vision. She cannot be in public places for any duration of time due to her immunodeficiency. She also has chronic migraines, causing her pain nearly every day, which we are in the process of trying to get under control.



**LOYOLA MEDICINE**

*We also treat the human spirit.®*

December 29, 2016

To Whom It May Concern:

Karen K Sam has been a patient of mine since 5/2014. She has the following medical issues:

Patient Active Problem List
Diagnosis
- Migraines
- DJD (degenerative joint disease)
- Scoliosis
- Septic shock
- Asthma, moderate persistent
- Microscopic colitis
- CVID (common variable immunodeficiency)
- Allergic rhinitis due to cats
- Allergic rhinitis due to dogs
- Graves disease

As you can see, she suffers from CVID, an immunodeficiency which makes her more susceptible to infection. She has suffered from infections over the course of her life, and once was critically ill as a result, leading to septic shock. She has been actively getting treatment for CVID but is still at risk of infection. Due to this, as well as some of her other medical problems, Karen has been unable to work. It is my medical opinion that she has been unable to work for a long period of time (well before 2012) and probably for her whole life, and has a chronic disability.

Please do not hesitate if you have any questions.

NOT AN OFFICIAL COPY

Sincerely,

Sara Doss, MD
Center For Health At Homer Glen Medicine Pediatrics
15750 Marian Drive
Homer Glen IL 60491
PH: 708-645-3400

NOT AN OFFICIAL COPY



THE CITY OF
ROCKFORD
ILLINOIS, USA

Human Services Department
Community Services Division
A Community Action Agency

November 27, 2019

To Whom It May Concern:

Mr. Robert Sams and his family are eligible for a mainstream HUD voucher that will provide them with the ability to afford their housing. They have begun the application process and we believe they could have the voucher within a few weeks. Mr. Sam's family has been devastated by the debilitating illnesses that have affected his wife and daughter and he was placed in the unfortunate position of having to quit a good job so that he was eligible for Medicaid so he could afford medicine for his wife and daughter.

Recognizing that these unfortunate circumstances are not the responsibility of the landlord, we are requesting that the court allow for a reasonable amount of time of at least fourteen days to allow Mr. Sams and the agencies assisting him time to either produce the funds needed to halt the eviction through payment in full or complete the HUD voucher process.

Sincerely,

Jennifer Jaeger
Community Services Director
Boone/DeKalb/Winnebago Counties
Continuum of Care

NOT AN OFFICIAL

Name: Karen K AUKSI-SAM | DOB: 12/16/1977 | MRN: 1962859 | PCP: Sara Doss, MD | Legal Name: Karen K AUKSI-SAM

# Letter Details



**LOYOLA MEDICINE**
*We also treat the human spirit.*

May 7, 2023

To Whom It May Concern:

Karen K AUKSI-SAM has been a patient of mine since 2014. She has the following medical conditions:

**Patient Active Problem List**
Diagnosis
- Migraines
- DJD (degenerative joint disease)
- Scoliosis
- Septic shock
- Asthma, moderate persistent
- Microscopic colitis
- CVID (common variable immunodeficiency)
- Allergic rhinitis due to cats
- Allergic rhinitis due to dogs
- Graves disease
- Migraine without aura and without status migrainosus, not intractable
- CIN III (cervical intraepithelial neoplasia grade III) with severe dysplasia

Ms. Auksi-Sam suffers from CVID, an immunodeficiency which makes her more susceptible to infection. She has suffered from infections over the course of her

life, and once was critically ill as a result, leading to septic shock. She has been actively getting treatment for CVID but is still at risk of infection. Due to this, as well as some of her other medical problems, Karen has to have stable housing to receive her treatments and try to remain healthy.

Sincerely,

Sara Doss, MD

Loyola Medicine Homer Glen
15750 Marian Drive
Homer Glen IL 60491-6200
PH: 708-645-3400

*This letter was initially viewed by Karen KAUKSI-SAM at 5/7/2023 4:09 PM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2023