

**2-23-0163**

E-FILED
Transaction ID: 2-23-0163
File Date: 8/17/2023 3:15 PM

Jeffrey H. Kaplan, Clerk of the Court
APPELLATE COURT 2ND DISTRICT

**No. 2-23-0163**
## IN THE APPELLATE COURT OF ILLINOIS
## SECOND JUDICIAL DISTRICT

| | | |
|---|---|---|
| BKA HOLDINGS, LLC, an Illinois Limited Liability Company, | ) ) ) | On appeal from DeKalb County Circuit Number Twenty-Third |
| Plaintiff-Appellee, | ) ) | |
| | ) | Presiding Judge: Honorable |
| v. | ) ) | Stephanie P. Klein |
| ROBERT SAM and KAREN SAM | ) ) | Case No. 2023 EV 102 |
| , Defendants-Appellants | ) ) ) | |

## APPEARANCE

NOW COMES CRONAUER LAW, LLP, by and through Attorneys C. NICHOLAS CRONAUER and JESSICA PARSONS, and hereby enters its Appearance on behalf of the Plaintiff-Appellee, BKA HOLDINGS, LLC.

Dated: August 17, 2023

CRONAUER LAW, LLP
1101 Dekalb Ave., Suite 2
Sycamore, Illinois 60178
Telephone: (815) 895-8585
Facsimile: (815) 895-4070
nc@cronauerlaw.com
jp@cronauerlaw.com

By:    _Jessica Parsons_

Jessica Parsons
One of Plaintiff-Appellee's
Attorneys

**EXHIBIT**

**6**