**IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS**

BKA HOLDINGS, LLC, an Illinois Limited
Liability Company,

Plaintiff,

v.

ROBERT SAM and KAREN SAM,

Defendants.

Case No. 2023 EV 102

**FILED**

12/1/2023 11:17 AM
2023EV000102

*Lori Grubbs*

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

---

**APPEARANCE**

NOW COMES CRONAUER LAW, LLP, by and through Attorney C. NICHOLAS CRONAUER, and hereby enters its Appearance on behalf of the Plaintiff, BKA HOLDINGS, LLC.

Dated: December 1, 2023

By:  /s/ C. Nicholas Cronauer
C. Nicholas Cronauer

CRONAUER LAW, LLP
1101 Dekalb Ave., Suite 2
Sycamore, Illinois 60178
Telephone: (815) 895-8585
Facsimile: (815) 895-4070
NC@cronauerlaw.com
Service@cronauerlaw.com

**EXHIBIT
8**