# IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
## DEKALB COUNTY, ILLINOIS

BKA HOLDINGS, LLC, an Illinois Limited
Liability Company,

Plaintiff,

v.

ROBERT SAM and KAREN SAM,

Defendants.

Case No. 2023 EV 102

**FILED**

1/9/2024 12:44 PM
2023EV000102

*Lori Grubbs*

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

## AMENDED NOTICE OF MOTION AND MOTION TO FILE AN AMENDED COMPLAINT

**TO:**   Robert Sam & Karen Sam
639 Stonegate Drive
Sycamore, IL 60178
harpees5@yahoo.com

On January 18, 2024, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Klein Presiding in Room 200 or any Judge sitting in her stead in the courtroom usually occupied by her in the DeKalb County Courthouse, Sycamore, Illinois, and shall then and there move, and hereby do move to file an amended complaint.

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the code of Civil Procedure, the undersigned, a non-attorney, certifies that she caused this Notice of Motion and its attachment to be served by e-mailing a copy to the above named at the above listed email address on January 9, 2024.

/s/Linden Kirk
Linden Kirk

C. Nicholas Cronauer (ARDC #6305683)
CRONAUER LAW, LLP
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
T (815) 895-8585 / F (815) 895-4070
NC@CronauerLaw.com
Service@CronauerLaw.com

1

**EXHIBIT 10**