| | Housing Authority Deposit | Tenant amount owed | Tenant amount Paid | Late Fee Owed | Water | Utility Late fee owed | |
|---|---|---|---|---|---|---|---|
| January | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | | | |
| February | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | $ 332.86 | $ 25.00 | |
| March | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | | $ - | |
| April | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | $ 622.56 | $ 25.00 | |
| May | $ 1,950.00 | $ - | $ - | - | $ - | $ - | |
| June | $ 1,950.00 | $ - | $ - | $ - | $ 369.60 | $ 25.00 | |
| July | $ 1,950.00 | $ - | $ - | $ - | $ - | $ - | |
| August | $ 1,950.00 | $ - | $ - | $ - | $ 298.46 | $ 25.00 | |
| September | | $ - | $ - | $ - | $ - | $ - | |
| October | | $ - | $ - | $ - | $ - | $ - | |
| November | | $ - | $ - | $ - | $ - | $ - | |
| December | | $ - | $ - | $ - | $ - | $ - | |
| | $ 15,020.00 | $ 580.00 | $ - | $ 100.00 | $ 1,623.48 | $ 100.00 | $ 2,403.48 |
| | | owes rent | $ 580.00 | | $ - | | |

639 Stonegate

Total amount Owed from Tenant $1,685.42

EXHIBIT 11

Case: 3:23-cv-50301 Document #: 143-11 Filed: 10/09/24 Page 2 of 3 PageID #:1515

| | Housing Authority Deposit | Tenant amount owed | Tenant amount Paid | Late Fee Owed | Unpaid Water Bills | Utility Late fee owed |
|---|---|---|---|---|---|---|
| January | $ 1,695.00 | $ 255.00 | $ - | $ 25.00 | | |
| February | $ 1,695.00 | $ 255.00 | $ - | $ 25.00 | $ 184.40 | $ 25.00 |
| March | $ 1,695.00 | $ 255.00 | $ - | $ 25.00 | | |
| April | $ 1,695.00 | $ 255.00 | $ - | $ 25.00 | $ 176.90 | $ 25.00 |
| May | $ 1,805.00 | $ 255.00 | $ - | $ 25.00 | | |
| June | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | $ 174.76 | $ 25.00 |
| July | $ 1,805.00 | $ 145.00 | $ 155.00 | $ 25.00 | | |
| August | $ 1,805.00 | $ 145.00 | $ 155.00 | $ 25.00 | $ 206.38 | $ 25.00 |
| September | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | | |
| October | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | $ 206.38 | $ 25.00 |
| November | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | | |
| December | $ 1,805.00 | $ 145.00 | $ - | $ 25.00 | $ 222.19 | $ 25.00 |
| | $ 21,220.00 | $ 2,290.00 | | $ 300.00 | $ 1,171.01 | $ 150.00 | $ 3,911.01 |

$ 310.00

639 Stonegate

total owed for rent, late fees and water bi $ 3,911.01

| | Housing Authority Deposit | Tenant amount owed | Tenant amount Paid | Late Fee Owed | Water | Utility Late fee owed | |
|---|---|---|---|---|---|---|---|
| January | $ 1,700.00 | $ - | $ - | $ - | | | |
| February | $ 1,700.00 | $ - | $ - | $ - | $ 190.71 | $ 25.00 | |
| March | $ 1,700.00 | $ - | $ - | $ - | | | |
| April | $ 1,700.00 | $ - | $ - | $ - | $ 168.57 | $ 25.00 | |
| May | $ 1,700.00 | $ - | $ - | | | | |
| June | $ 1,700.00 | $ - | $ - | $ - | $ 183.24 | $ 25.00 | |
| July | $ 1,700.00 | $ - | $ - | $ - | | | |
| August | $ 1,695.00 | | | $ - | $ 175.74 | $ 25.00 | |
| September | $ 1,695.00 | $ 255.00 | $ 255.00 | | | | |
| October | $ 1,695.00 | $ 255.00 | $ 255.00 | $ 25.00 | $ 168.23 | $ 25.00 | |
| November | $ 1,695.00 | $ 255.00 | $ 255.00 | | | | |
| December | $ 1,695.00 | $ 255.00 | $ - | $ 25.00 | $ 183.24 | $ 25.00 | |
| | $ 20,375.00 | $ 1,020.00 | $ 765.00 | $ 50.00 | $ 1,069.73 | $ 150.00 | $ 1,219.73 |
| | | owes rent | $ 255.00 | | | | |

639 Stonegate

$ 305.00

**Total owed for rent, late fees and water bills $1524.73**