This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>DeKalb _____ COUNTY | EVICTION COMPLAINT | For Court Use Only<br>*Exhibit pages 1,2*<br>*Case 23-8045-9*<br>**FILED**<br>3/29/2024 10:41 AM<br>2024EV000136<br>*Lori Grubbs*<br>**Lori Grubbs**<br>**Clerk of the Circuit Court**<br>**DeKalb County, Illinois** |
|---|---|---|

**Instructions ▼**

Directly above, enter the name of the county where you will file the case.

Enter your name as Plaintiff.

Below "Defendants," enter the names of all the people you are trying to evict.

The sheriff will only evict unknown occupants if the "Unknown Occupants" box is checked.

The Circuit Clerk will add a Case Number.

**Plaintiff** *(For example, the landlord or owner)*:
BKA HOLDINGS, LLC, an Illinois Limited Liability Compa

v.

**Defendants** *(First, middle, last name)*:
ROBERT SAM and KAREN SAM

☑ **Unknown Occupants** *(Unknown Occupants are people living in the property whose names you do not know.)*

**2024EV000136**

**Case Number**

---

In **1**, enter the address of the property.

**1.** I have the right to possession of the following property:
Address:  639 Stonegate, Sycamore, IL 60178
_____
Address, Unit #          City          State          ZIP

In **2a-e**, check the reason you are asking the court to evict Defendants from the property.

**2.** Defendants unlawfully withhold possession and have no right to stay in the property because *(check all that apply)*:

a.  ☑ I ended *(terminated)* the lease for nonpayment of rent. Defendants owe rent for the period: 01/01/2022 to 03/29/2024 in the amount of $ 6,228.60 .
     Date          Date

b.  ☑ They refused to leave the property after their oral or written lease ended.

c.  ☑ I ended *(terminated)* the lease because Defendants violated the terms of their lease by *(explain how they violated the lease)*:  Refused landlord agent's entry in breach of lease paragraph § 9 (Exhibit A) and 735 ILCS 5/9-120 (Exhibit C)

d.  ☐ They are trespassers.

e.  ☑ They entered lawfully but have overstayed.

In **3**, check the boxes that apply to your situation.

**3.** I demand possession of the property and court costs.
I also demand *(check all that apply)*:
☑ Past due rent in the amount of  $ 6,228.60 .
☑ Rent due through the date of judgment.
☑ Attorneys' fees, if allowed under the law.

**EXHIBIT
12**

E-C 3502.2          Page 1 of 2          (09/22)

Enter the Case Number given by the Circuit Clerk:_____

In **4,** check the boxes for which documents are attached. You must attach the *Demand* or *Notice,* including the *Affidavit of Service of a Demand or Notice.*

If your *Eviction Complaint* is based on violation of a lease provision, you must attach a copy of the lease, or relevant portions of it.

If you do not attach the *Demand, Notice* or lease, you should complete and attach the *Affidavit – Supporting Documents Not Attached to Eviction Complaint.*

**4.**  Attached to the *Eviction Complaint* are *(check all that apply):*

☑ The *Demand* or *Notice*

☑ *Affidavit of Service of a Demand or Notice*

☑ The written lease agreement

☐ *Affidavit – Supporting Documents Not Attached to Eviction Complaint*

☑ Other documents supporting the *Eviction Complaint (describe):*  Amounts owed spreadsheet _____

☐ No documents are attached.

Under <u>Illinois Supreme Court Rule 137</u>, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete address, telephone number, and email address, if you have one.

/s/ C. Nicholas Cronauer
*Your Signature*

C. Nicholas Cronauer
*Print Your Name*

1101 DeKalb Ave #2
*Street Address*

Sycamore, IL 60178
*City, State, ZIP*

(815)895-8585
*Telephone*

nc@cronauerlaw.com
*Email*

6305683
*Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

E-C 3502.2

(09/22)

Enter the Case Number given by the Circuit Clerk: 2024EV000136

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**

**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF EVICTION SUMMONS & EVICTION COMPLAINT | For Court Use Only **FILED** 4/16/2024 8:03 AM 2024EV000136 *Lori Grubbs* **Lori Grubbs Clerk of the Circuit Court DeKalb County, Illinois** |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where you will file the case. | **Plaintiff** *(For example, the landlord or owner)*: BKA HOLDINGS, LLC, an Illinois Limited Liability Compa _____ | |
| Enter your name as Plaintiff. | _____ | |
| Below "Defendants," enter the names of all the people you are trying to evict. | v. **Defendants** *(First, middle, last name)*: Robert Sam and Karen Sam _____ | |
| The sheriff will only evict unknown occupants if the "Unknown Occupants" box is checked. | ☐ **Unknown Occupants** *(Unknown Occupants are people living in the property whose names you do not know.)* | 2024EV000136 **Case Number** |
| The Circuit Clerk will add a Case Number. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

**\*\*STOP. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is ___James W Mitchell___ and I state:
*First, Middle, Last*

☒ I served the *Eviction Summons* and *Eviction Complaint* on the Defendant,
___Karen Sam___ as follows:
*First, Middle, Last*

☑ Personally on Defendant:
☐ Male ☑ Female ☐ Non-Binary Approx. Age: _40_ Race: _CAU_
On this date: _1 Apr 24_ at this time: _145_ ☐ a.m. ☑ p.m.
Street Address, Unit #: _639 Stonegate_
City, State, ZIP: _Sycamore, IL 60178_

☐ On someone else at the Defendant's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
and by sending a copy to this Defendant in a postage-paid, sealed envelope to the above address on _____
*Date*

☐ On the Corporation's agent: _____
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Street Address, Unit #: _____
City, State, ZIP: _____

*PS. 7*

E-S 3507.3                    Page 5 of 6                    (05/23)

Enter the Case Number given by the Circuit Clerk: 2024EV000136

☐ **I was not able to serve the *Eviction Summons* and *Eviction Complaint* on the Defendant:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Eviction Summons* and *Eviction Complaint* on the Defendant:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside of Illinois, or licensed private detective, your signature certifies that everything on the *Affidavit of Service of Eviction Summons & Eviction Complaint* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

By: _____

Signature by:  ☐ Sheriff
              ☐ Sheriff outside Illinois: _____
              _____
              *County and State*
              ☑ Special process server
              ☐ Licensed private detective

James Mitchell
*Print Name*

**FEES**

Service and Return: $ 50

Miles: _____ $ _____

Total: $ 0.00 50

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

PS 2

E-S 3507.3                     Page 6 of 6                     (05/23)

*EXHIBIT J*

*one page*
*Case # 23-80459*

CRONAUER LAW, LLP
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
(815) 895-8585
Info@CronauerLaw.com

February 27, 2024

Robert Sam, Karen Sam, and all unknown occupants of:
639 Stonegate Drive
Sycamore, IL 60178

Subject: **30 Day Notice to Quit Premises** - Non-Payment of Rent, Utilities, breach of lease terms, 735 ILCS 5/9-120.

Dear Robert Sam, Karen Sam, and all unknown occupants.

This letter serves as a formal Notice to Quit Premises in accordance with Section 4024(c) of the federal Coronavirus Aid, Relief, and Economic Security (CARES) Act and applicable state and local laws.

As of the date of this notice, you are in arrears of rent for the period of January 2022 through present day, totaling an amount not less than $5,780. This notice is to inform you that due to the non-payment of rent, you are required to vacate the premises located at 639 Stonegate Drive, Sycamore, Illinois, 60178 no later than 30 days from the date of this notice, which is March 28, 2024. As of the date of this notice, you are also in breach of the August 21, 2022, lease terms, specifically § 9, and 735 ILCS 5/9-120.

Please understand that the failure to pay rent, comply with the lease terms, and conduct prohibited by 735 ILCS 5/9-120, this violates the terms of your lease agreement dated August 21, 2022. In accordance with the federal CARES Act, you are hereby given 30 days' notice to vacate the premises. If you do not vacate by March 28, 2024, legal proceedings may be initiated to recover possession of the property.

Please be advised that this notice is made under the specific requirements set forth in Section 4024(c) of the CARES Act and is subject to change based on any amendments to federal, state, or local laws.

We appreciate your immediate attention to this matter. If you have any questions or need further clarification, please do not hesitate to contact me directly at (815) 895-8585.

Sincerely,

/s/ C. Nicholas Cronauer
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178