# IN THE CIRCUIT COURT OF THE TWENTY-THIRD
## JUDICIAL CIRCUIT
## DEKALB COUNTY, ILLINOIS

**FILED**
IN OPEN COURT

**JUN 18 2024**

Lori Grubbs
Clerk of the Circuit Cour
DeKalb County, Illinois

PEOPLE OF THE STATE OF ILLINOIS,
        Plaintiff(s)

vs.

Robert Sam ,
        Defendant

)
)
)
)
)
)
)
)
)
)

Case No. 22 CF 546

Counts: 3 - theft (CC 3)

(You must complete a separate form for each case number.)

## GUILTY PLEA AND JURY DEMAND/WAIVER

COMES NOW said Defendant in the above-captioned cause, and having been fully advised of his/her right to plead not guilty, to have a jury trial or a trial before a judge, to be proved guilty beyond a reasonable doubt, to confront the witnesses against him, and fully understand that upon a plea of guilty that there will be no trial of any kind does hereby knowingly and freely

[X] waive his/her right to trial by jury ~~and consents to a trial by the Court without a jury.~~

**Said defendant further enters a plea of**

[X] guilty to the charges contained in the within cause.

An individual convicted of domestic battery may be subject to federal criminal penalties for possessing, transporting, shipping, or receiving any firearm or ammunition in violation of the federal Gun Control Act of 1968 (18 U.S.C. 922(g) (8) and (9)).

X _____
                Defendant

Subscribed and sworn to before me this

____ day of _____, 20 ____.

_____
        Judge/Clerk

NOT AN OFFICIAL COPY

Guilty Plea & Jury Demand Waiver
Rev. 08-27-18

**EXHIBIT**
**16**

## IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT
## DE KALB COUNTY, ILLINOIS

**FILED**
IN OPEN COURT

JUN 18 2024

PEOPLE OF THE STATE OF ILLINOIS,  )  Case No(s). 22 CF 546
                    Plaintiff(s)  )

vs.  )

Robert Sam  )
               Defendant(s)  )

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

### ORDER OF PROBATION UNDER SECTION 5-6-3.4 OF CHAPTER 730

This case coming on for hearing and the defendant having appeared in court and having entered plea(s) of guilty to theft; and the Court hearing representations by the State and defendant;

1. That the defendant is to be treated as a person falling under the purview of section 5-6-3.4 of Chapter 730, Illinois Compiled Statutes;
2. That the defendant has not previously been convicted of or placed on probation or conditional discharge for any felony offense under the laws of this State, the laws of any other state, or the laws of the United States, including probation under Section 410 of the Illinois Controlled Substances Act, Section 70 of the Methamphetamine Control and Community Protection Act, Section 10 of the Cannabis Control Act, subsection (c) of Section 11-14 of the Criminal Code of 2012, Treatment Alternatives for Criminal Justice Clients (TASC) under Article 40 of the Alcoholism and other Drug Abuse and Dependency Act, or prior successful completion of the Offender Initiative Program under Section 5-6-3.3 of the Code of Corrections;
3. That the defendant consents to the disposition of the above-entitled cause in a manner in accordance with this order.

**IT IS THEREFORE ORDERED** that judgment will not be entered on said plea of guilty, and that these proceedings are deferred, and the defendant is placed on Probation in accordance with Section 5-6-3.4 of Chapter 730, Illinois Compiled Statutes, for a period of 24 months until 6-16-26, 2026, at 4:30 p.m.

**IT IS FURTHER ORDERED** that the defendant shall return to Court on _____ at _____ a.m.

**IT IS FURTHER ORDERED** that during said term of Probation, the defendant shall comply with the following additional conditions:

- ☒ 1. Not violate any criminal statute of any jurisdiction.
- ☒ 2. Report to and personally appear before the Probation Officers of this court immediately on this date or upon release from custody and as often as required thereafter. Court Services is located in the Legislative Center, 200 N. Main St., Sycamore, IL 3178; (815) 895-7193.
- ☒ 3. Refrain from possessing a firearm or any other dangerous weapon.
- ☒ 4. Not leave the State of Illinois without consent of the Court and giving advance notice to and obtaining written permission from the Probation Office.
- ☒ 5. Inform the Probation Office of change of address or place of employment within 72 hours.
- ☒ 6. Not misuse prescription drugs; not use any illicit mood altering substances.
- ☒ 7. At the defendant's expense, submit to a minimum of three random drug/alcohol screenings at the discretion of the Probation Office or any agency referred to for counseling and shall sign released of information disclosing the test results to the Court and Probation Office

Order of Probation 2nd Chance 730 ILCS 5-6-3.4/p.1
Rev. 05-10-17

☒ 8. If requesting transfer to another state must abide by the Interstate Compact for Adult Offender
Supervision requirements subject to acceptance by the requested state. He shall remain in Illinois pending acceptance. Pay a transfer fee of $125.00 prior to transfer.

☒ 9. Promptly undertake evaluations deemed appropriate by the Probation Office and successfully complete recommendations.

☒ 10. Shall be employed or actively seeking employment.

☐ 11. Shall attend educational courses designed to prepare the defendant for obtaining a high school diploma or work toward passing the high school level test of General Educational Development (G.E.D.) or work toward completing a vocational training program.

☐ 12. Secure a ☐ substance abuse ☐ psychological ☐ psychiatric ☐ other _____ evaluation(s) by _____, 20____, and follow all recommendations. Defendant shall provide any and all waivers and released required to obtain reports disclosing information about the progress and completion of this treatment/education.

☐ 13. Not consume any alcohol.

☒ 14. Additional conditions __30 hrs CLS , Pay restitution__
_____
_____

**IT IS FURTHER ORDERED** that upon violation of any of the conditions of Probation, the defendant is subject to having said Probation revoked and being brought back before this Court to be sentenced in accordance with any other sentence which was available under Section 5/5-5-3, Chapter 730, Illinois Compiled Statutes, at the time of the initial sentencing.

DATED: __6·18·24__          ENTERED: _____
                                                    Judge

NOT AN OFFICIAL COPY

# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT
### DEKALB COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,    )   Case No. 22 CF 546
             Plaintiff,              )

                         )
           VS.                  )

Robert Sam           ,   )
               Defendant.      )

FILED IN OPEN COURT
JUN 18 2024
Lori Grubbs
Clerk of the Circuit Cour
DeKalb County, Illinois

## ORDER OF RESTITUTION

Pursuant to the sentencing Order in this case the Defendant is ordered as a condition of the sentence to pay restitution as follows:

1. [X] The Defendant shall pay $ **300** as and for restitution.

2. [ ] The Defendant shall pay $ _____ as and for restitution for joint and several obligation with the following case(s):

| Case Name(s) | Case Number(s) |
| --- | --- |
|  |  |
|  |  |
|  |  |

3. [ ] The Defendant is ordered to pay said restitution as follows:

    a. [ ] $ _____ per month until the restitution amount specified above is fully paid.

    b. [ ] Full amount on or before _____.

All payments shall be made payable to the DeKalb County Circuit Clerk, 133 West State Street, Sycamore, IL 60178 in accordance with this Order. The DeKalb County Circuit Clerk shall first apply the payment to fines and costs, then to restitution, then to current probation fees ordered herein.

4. [X] The person(s) entitled to receive the restitution is (are):

    Name: William Godfrey

    Address: 1455 Randi Drive Apt 301-A

    City/State/Zip: Aurora IL 60504

    Account No.: _____

    Amount: $ _____        $ _____

Dated: 6-18-24          Enter: _____
                                      Judge

Order of Restitution
Rev. 09-22-2021

NOT AN OFFICIAL COPY

**IN THE CIRCUIT COURT FOR THE TWENTY-THIRD**
**JUDICIAL CIRCUIT**
**DEKALB COUNTY, ILLINOIS**
**FINANCIAL SENTENCING ORDER**

## (CRIMINAL COURT)

**FILED**
IN OPEN COURT

**JUN 18 2024**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

THE PEOPLE OF THE STATE OF ILLINOIS,

vs.

Case No. 22 CF 546

Robert Sam

Defendant *(First, Middle, Last)*

The Defendant has appeared before this Court and ☒ pled guilty to ☐ was found guilty of the following offenses:

theft

In addition to any other sentences imposed in the case, the Defendant is ordered to pay the following fines, fees, and assessments:

1. P.A. 100-0987 (eff. July 1, 2019) established a minimum fine of $75 per offense, unless otherwise provided by law. If applicable, Defendant has been admonished of the right to elect whether to be sentenced under the law in effect at the time of the offense or at sentencing.

   ☒ Defendant has elected *(Check one)*:

   ☐ He/she will be sentenced under the law in effect at the time of the offense;

   **OR**

   ☒ He/she will be sentenced under the law in effect at the time of sentencing.

   A. Offense: _theft_      $ 75
   B. Offense: _____      $ _____
   C. Offense: _____      $ _____
       **Total Fine Amount:**      $ 75

2. **Criminal Assessment (check the highest class offense only)**

   A. ☒ Schedule 1, Generic Felony *(705 ILCS 135/15-5)* $549      $ 549
   B. ☐ Schedule 2, Felony DUI *(705 ILCS 135/15-10)* $1,709      $ _____
   C. ☐ Schedule 3, Felony Drug Offense *(705 ILCS 135/15-15)* $2,215      $ _____
   D. ☐ Schedule 4, Felony Sex Offense *(705 ILCS 135/15-20)* $1,314      $ _____
   E. ☐ Schedule 5, Generic Misdemeanor *(705 ILCS 135/15-25)* $439      $ _____
   F. ☐ Schedule 6, Misdemeanor DUI *(705 ILCS 135/15-30)* $1,381      $ _____
   G. ☐ Schedule 7, Misdemeanor Drug Offense *(705 ILCS 135/15-35)* $905      $ _____
   H. ☐ Schedule 8, Misdemeanor Sex Offense *(705 ILCS 135/14-40)* $1,184      $ _____
       **Total Criminal Assessment Amount:**      $ 549

3. **Conditional Assessment (check all that apply)**

   Count(s) Assessed

   A. ☐ Arson/residential arson/aggravated arson *(705 ILCS 135/15-70(1))* **$500 each conviction** _____ $ _____
   B. ☒ Child pornography *(705 ILCS 135/15-70(2))* **$500 each conviction** _____ $ _____
   C. ☐ Crime lab drug analysis *(705 ILCS 135/15-70(3))* **$100** _____ $ _____
   D. ☐ DNA analysis *(705 ILCS 135/15-70(4))* **$250** _____ $ _____
   E. ☐ DUI analysis *(705 ILCS 135/15-70(5))* **$150** _____ $ _____
   F. ☒ Drug-related offense, possession/delivery *(705 ILCS 135/15-70(6))* Street Value _____ $ _____

Financial Sentencing Order (Criminal) 06-12-19
Effective July 1, 2019/p.1

G. ☐ Roadside Memorial Fund (730 ILCS 5/5.9-1.22) **$50.00**    $ _____

H. ☐ Methamphetamine-related offense, possession/manufacture *(705 ILCS 135/15-70(7))*    ____ $ _____
   Street Value

I. ☐ Order of protection violation *(705 ILCS 135/15-70(8))* **$200 each conviction**    ____ $ _____

J. ☐ Order of protection violation *(705 ILCS 135/15-70(9))* **$25 each conviction**    ____ $ _____

K. ☐ Guilty plea or no contest, DV against family member *(705 ILCS 135/15-70(13))*    $ _____
   **$200 for each sentenced violation**

L. ☐ EMS response reimbursement, vehicle/snowmobile/boat violation *(705 ILCS 135/15-70(14))*    $ _____
   **Maximum amount is $1,000**

M. ☐ EMS response reimbursement controlled substances *(705 ILCS 135/15-70(15))*    $ _____
   **Maximum amount is $1,000**

N. ☐ Weapons violation, Trauma Center Fund *(705 ILCS 135/15-70(18))* **$100 each conviction**    $ _____

O. ☐ Victim Impact Fee of    $ _____

   **Total Conditional Assessment Amount:**    $ _____

4. **Other**

   A. ☒ Restitution (See Disbursement Order)    $ 300

   B. ☒ Probation/Supervision Fee (Add: $ 50 /month x 24 months)    $ 1200

   C. ☐ Public Defender assessment    $ _____

   D. ☐ $50.00 Community Restitution Service fee; if the required hours of community service are not
      completed after 6 months from the date the matter was ordered, the Defendant is ordered to pay an
      additional $25.00 per month until the required hours are completed.    $ _____

   E. ☐ Other _____    $ _____

5. **Credits**

   A. ☐ Bond applied or to be transferred    $ _____

   B. ☒ Credit for time served (Add: 1 of days/$ 30 / day )    $ 30

      **Total Credits:**    $ 30

**The Court Orders:**

Defendant shall pay the Circuit Court of this County;    **TOTAL AMOUNT DUE: $** ~~2124~~ 3094

☒ Defendant shall pay BEFORE or appear in Court on 6 /17 /25 at 9 a.m./p.m. in
   Courtroom 220    $1545 after court assessment waiver applied.

Any monies posted for bond on this case, less 10%, or any other pending cases against this Defendant that are being resolved as part of this disposition, shall be applied to the fines, fees, assessments, and costs set out in this Order, then to any restitution that is ordered in the Sentencing Order. Any remaining bond shall be applied to any outstanding balances owed by the Defendant on other cases starting with the oldest case. Any remaining balance, after satisfying all financial obligations, shall be refunded to the Defendant/Surety by the Clerk of the Court.

Entered:

_____    _____
Judge    Date    6.18.24

If a judgment of conviction is entered and payment of any assessment, conditional assessment, and fine are not paid in full by the due date as ordered, the unpaid balance will be sent to a collection agency, which requires an additional 30% collection fee to be added to your financial obligation.

_____
Defendant

Financial Sentencing Order (Criminal) 06-12-19
Effective July 1, 2019/p.2

# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT
## DEKALB COUNTY, ILLINOIS

**FILED**
IN OPEN COURT

PEOPLE OF THE STATE OF ILLINOIS )
        Plaintiff )

vs. )

Robert Sam )
        Defendant )

Case No(s): 22 CF 546
Count(s): 3 . Theft

JUN 18 2024

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

State's Attorney   JH

Court Reporter

Defendant's Attorney   PD-MD

Deputy Clerk

## CRIMINAL SENTENCE ORDER

**PLEA:** ☐ NOT GUILTY ☑ GUILTY    **FINDING BY:** ☐ COURT ☐ JURY    **SENTENCE IS:** ☑ AGREED ☐ CONTESTED

The Court hereby orders that the Defendant is sentenced as follows on the charge(s) of
Theft    in violation of 720 ILCS 5/16-1(a)(1)(A) , a Class 3 Misdemeanor/(Felony)

            in violation of _____ ILCS _____ , a Class _____ Misdemeanor/Felony

            in violation of _____ ILCS _____ , a Class _____ Misdemeanor/Felony

24 months

☐ CONVICTION TO ENTER    ☐ PROBATION    ☑ CONDITIONAL DISCHARGE    ☐ COURT SUPERVISION
☑ WITHHOLD JUDGMENT ☑ PROBATION per 730 ILCS 5/5-6-3.4 ☐ PROBATION per 720 ILCS (550/10 or 570/410)
☐ PROBATION(TASC) ☐ _____

☑ Comply with all conditions set out in the corresponding order.

☑ Shall not violate any laws of any jurisdiction, including Federal, State or local ordinances.

☐ **INCARCERATION:**
☐ _____ day(s) in DeKalb County Jail. (See Imprisonment Order)
☐ _____ year(s) _____ month(s) in Illinois Department of Corrections _____ year(s) mandatory supervised release.
☐ Impact Incarceration Recommendation ☐ Extended Term Sentence per 730 ILCS 5/5-8-2 ☐ Truth in Sentencing per 730 ILCS 5/3-6-3
☐ _____ weekend(s) to commence ___/___/___ at 6:00 p.m. plus $20.00 per weekend fee. (See Imprisonment Order)

        ***All weekends are from 6:00 p.m. on Friday to 6:00 p.m. on Sunday ***

☐ _____ day(s) periodic imprisonment (See Supplemental Sentencing Order) plus $10.00 per day fee.
☐ Incarceration shall commence instanter. ☐ Incarceration shall commence on ___/___/___ at _____ a.m./p.m.
☐ No Day for Day Credit ☐ Day for Day Credit ☐ Credit for _____ actual days served from _____ to _____ .

☐ **COUNSELING:**
☐ Shall complete evaluation within _____ days for ☐ Alcohol/Drug ☐ Anger Management ☐ Psychological
☐ _____ and successfully complete all recommended counseling and aftercare as directed.
☐ Shall complete Level _____ alcohol counseling per alcohol evaluation / subject to modification by alcohol evaluation.
☑ Shall complete the DeKalb County Domestic Violence Offender Partner Abuse Intervention Program (PAIP).
☐ Shall complete T.A.S.C. and all recommended aftercare as a condition of probation.

Criminal Sentence Order
Rev. 12-28-2022/p. 1

**CRIMINAL SENTENCE ORDER**  Case No(s): 22 CF 546

☑ Report to DeKalb County Court Services, Community Restitution Service at 200 N. Main St., Sycamore, IL 60178; (815) 895-7199, within 48 hours, to perform 30 hours of community restitution work as directed, to be completed by 6-17-25

☐ Shall have no contact with _____

☐ Shall not enter upon the property of _____

☐ Shall refrain from direct or indirect contact with any street gang member(s).

☐ Shall attend the Victim Impact Panel.

☐ Register pursuant to: ☐ Sex Offender Registration Act (730 ILCS 150/1) ☐ Violent Offender Against Youth Act (730 ILCS 154/1).

☐ Shall submit to DNA Indexing (Felony only) (730 ILCS 5/5-4-3(a)).

☐ HIV (Human Immunodeficiency Virus) / STD (Sexually Transmitted Disease) testing (730 ILCS 5/5-5-3(g)).

☐ Shall submit a blood specimen for genetic marking purpose (730 ILCS 5/5-4-3).

☐ Said sentence shall run ☐ Concurrent ☐ Consecutive to the sentence imposed in _____ County, case number _____

☑ Defendant shall pay BEFORE or appear in Court on 6 / 17 / 25 at 9 a.m./p.m. in Courtroom 220.

☑ Defendant shall report to and appear before this Court for a status review on 6 / 17 / 25 at 9 a.m./p.m. in Courtroom 220.
      ***All terms and conditions to be completed by said date, including payment of all fines, costs and fees ***

☑ Defendant waives personal service of a Petition to Revoke. ☐ A motor vehicle was used in the commission of a Felony Offense.

☐ The Court verifies that the offense(s) were/were not sexually motivated pursuant to 730 ILCS 154/86.

☐ The Defendant has been advised as to the penalties under the Federal Gun Control Act of 1968.

☑ The following cases and/or counts are hereby Nolle Prosequi: cts 1 + 2

☐ The following cases and/or counts are hereby dismissed: _____

☐ Other: _____
_____
_____
_____

**DEFENDANT'S CONTACT INFORMATION:**

Name: Robert Fan
      (Please Print Legibly)

Address: 639 Stonegate Dr.

City/State/Zip: Sycamore IL 6.12?

Phone: _____

E-mail: _____

Date: _____

_____        _____
Defendant Signature                            Judge

Criminal Sentence Order
Rev. 12-28-2022/p. 2

NOT AN OFFICIAL COPY

# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT
## DEKALB COUNTY, ILLINOIS

FILED
IN OPEN COURT

PEOPLE OF THE STATE OF ILLINOIS )
        Plaintiff )

vs. )

Robert Sam )
        Defendant )

Case No(s): 22 CF 546
Count(s): 3 - Theft

JUN 18 2024

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

State's Attorney ___JH___

Court Reporter _____

Defendant's Attorney __PD-MD__

Deputy Clerk _____

## CRIMINAL SENTENCE ORDER

**PLEA:** ☐ NOT GUILTY ☑ GUILTY    **FINDING BY:** ☐ COURT ☐ JURY    **SENTENCE IS:** ☑ AGREED ☐ CONTESTED

The Court hereby orders that the Defendant is sentenced as follows on the charge(s) of
__Theft__ in violation of __720__ ILCS __5/16-1(a)(1)(A)__, a Class __3__ Misdemeanor/~~Felony~~
_____ in violation of _____ ILCS _____, a Class _____ Misdemeanor/Felony
_____ in violation of _____ ILCS _____, a Class _____ Misdemeanor/Felony

24 months

☐ CONVICTION TO ENTER    ☐ PROBATION    ☑ CONDITIONAL DISCHARGE    ☐ COURT SUPERVISION
☑ WITHHOLD JUDGMENT ☑ PROBATION per 730 ILCS 5/5-6-3,4 ☐ PROBATION per 720 ILCS (550/10 or 570/410)
☐ PROBATION(TASC) ☐ _____

☑ Comply with all conditions set out in the corresponding order.
☑ Shall not violate any laws of any jurisdiction, including Federal, State or local ordinances.

☐ **INCARCERATION:**
☐ _____ day(s) in DeKalb County Jail. (See Imprisonment Order)

☐ _____ year(s) _____ month(s) in Illinois Department of Corrections _____ year(s) mandatory supervised release.

☐ Impact Incarceration Recommendation ☐ Extended Term Sentence per 730 ILCS 5/5-8-2 ☐ Truth in Sentencing per 730 ILCS 5/3-6-3

☐ _____ weekend(s) to commence ___/___/___ at 6:00 p.m. plus $20.00 per weekend fee. (See Imprisonment Order)
     ***All weekends are from 6:00 p.m. on Friday to 6:00 p.m. on Sunday ***

☐ _____ day(s) periodic imprisonment (See Supplemental Sentencing Order) plus $10.00 per day fee.

☐ Incarceration shall commence instanter. ☐ Incarceration shall commence on ___/___/___ at _____ a.m./p.m.

☐ No Day for Day Credit ☐ Day for Day Credit ☐ Credit for _____ actual days served from _____ to _____.

☐ **COUNSELING:**
☐ Shall complete evaluation within _____ days for ☐ Alcohol/Drug ☐ Anger Management ☐ Psychological
☐ _____ and successfully complete all recommended counseling and aftercare as directed.

☐ Shall complete Level _____ alcohol counseling per alcohol evaluation / subject to modification by alcohol evaluation.

☑ Shall complete the DeKalb County Domestic Violence Offender Partner Abuse Intervention Program (PAIP).

☐ Shall complete T.A.S.C. and all recommended aftercare as a condition of probation.

Criminal Sentence Order
Rev. 12-28-2022/p. 1

**CRIMINAL SENTENCE ORDER**                   Case No(s): 22 CF 546

☑ Report to DeKalb County Court Services, Community Restitution Service at 200 N. Main St., Sycamore, IL 60178; (815) 895-7199, within 48 hours, to perform __30__ hours of community restitution work as directed, to be completed by __6-17-25__

☐ Shall have no contact with _____

☐ Shall not enter upon the property of _____

☐ Shall refrain from direct or indirect contact with any street gang member(s).

☐ Shall attend the Victim Impact Panel.

☐ Register pursuant to: ☐ Sex Offender Registration Act (730 ILCS 150/1) ☐ Violent Offender Against Youth Act (730 ILCS 154/1).

☐ Shall submit to DNA Indexing (Felony only) (730 ILCS 5/5-4-3(a)).

☐ HIV (Human Immunodeficiency Virus) / STD (Sexually Transmitted Disease) testing (730 ILCS 5/5-5-3(g)).

☐ Shall submit a blood specimen for genetic marking purpose (730 ILCS 5/5-4-3).

☐ Said sentence shall run ☐ Concurrent ☐ Consecutive to the sentence imposed in _____ County, case number _____

☑ Defendant shall pay BEFORE or appear in Court on __6__ / __17__ / __25__ at __9__ a.m./p.m. in Courtroom __220__.

☑ Defendant shall report to and appear before this Court for a status review on __6__ / __17__ / __25__ at __9__ a.m./p.m. in Courtroom __220__.

    ***All terms and conditions to be completed by said date, including payment of all fines, costs and fees ***

☑ Defendant waives personal service of a Petition to Revoke. ☐ A motor vehicle was used in the commission of a Felony Offense.

☐ The Court verifies that the offense(s) were/were not sexually motivated pursuant to 730 ILCS 154/86.

☐ The Defendant has been advised as to the penalties under the Federal Gun Control Act of 1968.

☑ The following cases and/or counts are hereby Nolle Prosequi: cts 1 + 2

☐ The following cases and/or counts are hereby dismissed: _____

☐ Other: _____

_____

_____

_____

Ⓐ **DEFENDANT'S CONTACT INFORMATION:**

Name: __Robert Sca__ 
    (Please Print Legibly)

Address: __639 Stonegate Dr.__

City/State/Zip: __Sycamore IL 6:12?__

Phone: _____

E-mail: _____

Date: _____

_____    _____
Defendant Signature                        Judge

NOT AN OFFICIAL COPY

IN THE CIRCUIT COURT OF THE 23RD JUDICIAL CIRCUIT

DEKALB COUNTY, ILLINOIS

THE PEOPLE OF THE STATE )
OF ILLINOIS, )
)
Plaintiff, )
) CASE NO. 22 CF 546
vs. )
)
ROBERT J. SAM, )
)
Defendant. )

REPORT OF PROCEEDINGS of the hearing before

THE HONORABLE JUDGE MARCY BUICK, on the 18th of

June, 2024.


APPEARANCES:

      MR. JOSEPH HODDER,
      Assistant State's Attorney,
      for the People of the State of Illinois.

      MS. MICHELLE MARIE DIETRICH,
      Assistant Public Defender,
      for the defendant.


SANDRA FOORD, CSR 084-003025
Official Court Reporter
DeKalb County Courthouse

(The following proceedings were had in open court.)

MR. HODDER:  Joe Hodder for the People, Your Honor.

MS. DIETRICH:  And Michelle Marie Dietrich appears on behalf of Mr. Sam.  Mr. Sam appears in person.  Good morning, Judge.

THE COURT:  Good morning.

MS. DIETRICH:  We have an agreed resolution for this case.

THE COURT:  Thank you.

Attorney Hodder?

MR. HODDER:  Your Honor, the defendant has agreed to plead guilty to count 3 of 22 CF 546. That is a Class 3 theft.  He will be placed in Second Chance Probation for a period of 24 months, to do 30 hours' community service, to pay fines and costs associated with that Second Chance Probation, to pay $300 in restitution to William Godfrey, with a return date of June 17, 2025, in this courtroom to show compliance, Your Honor, and the State would be dismissing counts 1 and 2.

MS. DIETRICH:  That is accurate, Your Honor.

THE COURT: Robert, is that your understanding of the agreement that's been reached in your case?

DEFENDANT: Yes, Your Honor.

THE COURT: I'll have a quick look at this.

Attorney Hodder, at the end of the term of the agreement if Robert has completed the terms of the agreement, what is supposed to happen under the statute?

MR. HODDER: I believe under the statute the case closes. The conviction never enters, Your Honor, so I think the case would just close. This is basically felony supervision.

THE COURT: Does it entail a vacating of the guilty plea or no or is it like a court supervision where the case just closes satisfactorily?

MS. DIETRICH: It's actually a dismissal at the end, Judge, so I believe there would be a vacating of the plea.

THE COURT: An outright dismissal of the case?

MS. DIETRICH: Correct, because judgment --

MR. HODDER: Second Chance Probation?

MS. DIETRICH: Yes, because judgment of conviction never actually enters.

MR. SCHWERTLEY: Right. I think it's dismissed,

Judge, but there is -- he's not allowed to file and have it expunged for five years per the statute. It's dismissed.

THE COURT: Outright dismissed?

MR. SCHWERTLEY: Correct.

THE COURT: The guilty plea is vacated?

MR. SCHWERTLEY: Correct.

THE COURT: All right. And, Robert, is that your understanding?

DEFENDANT: Yes, ma'am, it is.

THE COURT: Robert, this agreement does involve your plea of guilty to a felony charge, so before I can accept your plea of guilty I will have some standard questions for you, also some standard admonishments.

So my first question to you this morning is: Do you have any difficulty understanding or reading English?

DEFENDANT: No, Your Honor.

THE COURT: Are you under any mental or physical disability, on any medication or under the influence of drugs or alcohol that is affecting your ability to understand this proceeding?

DEFENDANT: No, Your Honor.

THE COURT: Are you prescribed any medications that you did not take this morning and perhaps that is affecting your ability to understand this proceeding?

DEFENDANT: No.

THE COURT: And you've had sufficient time to talk with your attorney about this agreement?

DEFENDANT: Yes.

THE COURT: Do you have any additional questions you want to ask Attorney Dietrich?

DEFENDANT: No, Your Honor.

THE COURT: It is my understanding this morning you are pleading guilty to count 3 of the State's indictment. That is theft, Class 3 felony. Is that the charge you're pleading guilty to?

DEFENDANT: Yes, Your Honor.

THE COURT: Are you guilty of that charge? Did you commit that offense?

DEFENDANT: Yes, Your Honor.

THE COURT: That Class 3 felony is punishable by a sentence to the Illinois Department of Corrections of two to five years. An extended term if you were eligible could be up to ten years. A sentence of probation could be up to 30 months. If you were

sentenced to the Department of Corrections, you would serve up to six months' supervised release. You could be fined up to $25,000.

And there's no additional sentencing possibilities; correct?

MR. HODDER: Correct, Your Honor.

THE COURT: And, Robert, if you are not a citizen of the United States, you are advised that a conviction of the offense that you've been charged with may result in your deportation, exclusion from admission to the United States or denial of naturalization under the laws of the United States.

Robert, you have important constitutional rights.

You are presumed to be innocent. You have the right to plead guilty, the right to plead not guilty. The State must prove that you're guilty beyond a reasonable doubt.

You have the right to a trial by a judge or a jury. If you plead guilty, you will not have a trial of either kind.

And you understand what a jury trial is; correct?

DEFENDANT: Yes, Your Honor.

THE COURT: You have the right to remain silent, the right to testify, the right not to testify. If you were to choose not to testify, that decision cannot be held against you.

You would have the right to confront and cross-examine witnesses that may be called to testify against you.

You would have the right to use the subpoena power of the Court to compel witnesses to appear on your behalf.

You have the right to an attorney. If you cannot afford an attorney, one would be appointed to represent you.

If you were to go to trial and be convicted, you would have the right to have a presentence investigation done, have a sentencing hearing and to make a statement before the Court hands down its sentence.

In addition, as a consequence of a conviction or a plea of guilty the sentence for any future conviction may be increased. There may be a higher possibility of the imposition of consecutive sentences.

There may be registration requirements that

restrict where you may work, live or be present. There may be an impact upon your ability to retain or obtain housing in the public or private market, retain or obtain employment, retain or obtain a firearm, an occupational license or a driver's license.

Robert, I have listed a number of items that are your rights, and you understand by pleading guilty this morning you may be waiving or giving up those rights?

DEFENDANT: Yes, Your Honor.

THE COURT: Do you still wish to plead guilty?

DEFENDANT: Yes, Your Honor.

THE COURT: Has anyone forced you into pleading guilty?

DEFENDANT: No.

THE COURT: Has anyone promised you anything other than the terms of this agreement in exchange for your plea of guilty?

DEFENDANT: No.

THE COURT: And, Attorney Hodder, please recite a factual basis for the plea.

MR. HODDER: Thank you, Your Honor. If 22 CF 546 were to proceed to trial, the People would call

as a witness a William Godfrey who would testify that on or about May 11, 2022, he hired his neighbor Robert Sam to do some repairs at his house. After one day of the repairs William Godfrey will testify him noticing some items were missing, including an antique sword and an antique bayonet.

The People would also call officers from the Sycamore Police Department that would testify to responding to that call by William Godfrey and that during the course of their investigation they located the antique sword and bayonet that was pawned at Bridge Pawn in DeKalb and that was pawned by a Robert Sam.

Finally, officers from the Sycamore Police Department would testify to making contact with Robert Sam where he admitted to taking the antique bayonet and sword and selling it at Bridge Pawn and with a value of over $500, these events taking place in DeKalb County, state of Illinois.

MS. DIETRICH: For purposes of this agreement we will stipulate to those facts.

THE COURT: Robert, with that information being provided to me I do find there is a factual basis that supports your plea of guilty to this charge.

I find further that you have pled guilty knowingly, understandingly and voluntarily.

Your plea of guilty is accepted at this time, and you signed this guilty plea form?

DEFENDANT: Yes.

THE COURT: You're not being formally sentenced. There's no judgment of conviction entering at this time. Essentially your case is being continued. You're being ordered into this special type of probation, and that is what they call the Second Chance Probation.

All the terms of that special probation are on these two pages. This is the order. Did you review that with Attorney Dietrich?

DEFENDANT: Yes.

THE COURT: Do you understand what you're required to do to successfully complete this special type of probation?

DEFENDANT: I do.

THE COURT: And you will have a status date on the case where you need to be present before the Court just so the Court can make sure you're on your way to completing the terms of the agreement, June 17, 2025, 9 o'clock.

I will waive the required assessments. You will owe $1,545. You will pay probation fees. There's also an order for restitution to William Godfrey of $300. You pay that through the Circuit Clerk's Office as well.

That's all I need to tell you today, Robert. Good luck.

Thank you.

MS. DIETRICH: Thank you, Judge.

DEFENDANT: Thank you.

(End of proceedings.)

IN THE CIRCUIT COURT OF THE 23RD JUDICIAL CIRCUIT

DEKALB COUNTY, ILLINOIS

I, Sandra Foord, certify the foregoing to be a true and accurate transcript of the electronic recording of the proceeding of the above-entitled cause, which recording contained the operator's certification as required by Local Rule 1.02(b)(2).

*Sandra Foord*
_____
Official Court Reporter

License No. 084-003025

Dated this 25th day of June, 2024.