**IN THE CIRCUIT COURT FOR THE TWENTY-THIRD**
**JUDICIAL CIRCUIT**
**DEKALB COUNTY, ILLINOIS**

F I L E D
IN OPEN COURT

JUN 18 2024

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

PEOPLE OF THE STATE OF ILLINOIS )
                 Plaintiff )
vs. )

Robert Sam )
                Defendant )

Case No(s): 22 CF 546
Count(s): 3 - Theft

State's Attorney ___JH___

Defendant's Attorney ___PD-mD___

Court Reporter _____

Deputy Clerk _____

## CRIMINAL SENTENCE ORDER

**PLEA:** ☐ NOT GUILTY ☒ GUILTY    **FINDING BY:** ☐ COURT ☐ JURY    **SENTENCE IS:** ☒ AGREED ☐ CONTESTED

The Court hereby orders that the Defendant is sentenced as follows on the charge(s) of:
___theft___ in violation of _720_ ILCS _5/16-1(c)(1)(A)_, a Class _3_ Misdemeanor/~~Felony~~
_____ in violation of _____ ILCS _____, a Class _____ Misdemeanor/Felony
_____ in violation of _____ ILCS _____, a Class _____ Misdemeanor/Felony

24 months

☐ CONVICTION TO ENTER    ☐ PROBATION    ☒ CONDITIONAL DISCHARGE    ☐ COURT SUPERVISION
☒ WITHHOLD JUDGMENT ☒ PROBATION per 730 ILCS 5/5-6-3.4 ☐ PROBATION per 720 ILCS (550/10 or 570/410)
☐ PROBATION(TASC) ☐ _____

☒ Comply with all conditions set out in the corresponding order.
☒ Shall not violate any laws of any jurisdiction, including Federal, State or local ordinances.

☐ **INCARCERATION:**
☐ _____ day(s) in DeKalb County Jail. (See Imprisonment Order)
☐ _____ year(s) _____ month(s) in Illinois Department of Corrections _____ year(s) mandatory supervised release.
☐ Impact Incarceration Recommendation ☐ Extended Term Sentence per 730 ILCS 5/5-8-2 ☐ Truth in Sentencing per 730 ILCS 5/3-6-3
☐ _____ weekend(s) to commence _____/_____/_____ at 6:00 p.m. plus $20.00 per weekend fee. (See Imprisonment Order)
        ***All weekends are from 6:00 p.m. on Friday to 6:00 p.m. on Sunday ***
☐ _____ day(s) periodic imprisonment (See Supplemental Sentencing Order) plus $10.00 per day fee.
☐ Incarceration shall commence instanter. ☐ Incarceration shall commence on _____/_____/_____ at _____ a.m./p.m.
☐ No Day for Day Credit ☐ Day for Day Credit ☐ Credit for _____ actual days served from _____ to _____.

☐ **COUNSELING:**
☐ Shall complete evaluation within _____ days for ☐ Alcohol/Drug ☐ Anger Management ☐ Psychological
☐ _____ and successfully complete all recommended counseling and aftercare as directed.
☐ Shall complete Level _____ alcohol counseling per alcohol evaluation / subject to modification by alcohol evaluation.
☒ Shall complete the DeKalb County Domestic Violence Offender Partner Abuse Intervention Program (PAIP).
☐ Shall complete T.A.S.C. and all recommended aftercare as a condition of probation.

Criminal Sentence Order
Rev. 12-28-2022/p. 1

**EXHIBIT**
**17**

**CRIMINAL SENTENCE ORDER**          Case No(s): 22 CF 546

☑ Report to DeKalb County Court Services, Community Restitution Service at 200 N. Main St., Sycamore, IL 60178; (815) 895-7199, within 48 hours, to perform 30 hours of community restitution work as directed, to be completed by 6-17-25

☐ Shall have no contact with _____

☐ Shall not enter upon the property of _____

☐ Shall refrain from direct or indirect contact with any street gang member(s).

☐ Shall attend the Victim Impact Panel.

☐ Register pursuant to: ☐ Sex Offender Registration Act (730 ILCS 150/1) ☐ Violent Offender Against Youth Act (730 ILCS 154/1).

☐ Shall submit to DNA Indexing (Felony only) (730 ILCS 5/5-4-3(a)).

☐ HIV (Human Immunodeficiency Virus) / STD (Sexually Transmitted Disease) testing (730 ILCS 5/5-5-3(g)).

☐ Shall submit a blood specimen for genetic marking purpose (730 ILCS 5/5-4-3).

☐ Said sentence shall run ☐ Concurrent ☐ Consecutive to the sentence imposed in _____ County, case number _____

☑ Defendant shall pay BEFORE or appear in Court on 6 / 17 / 25 at 9 a.m./p.m. in Courtroom 220.

☑ Defendant shall report to and appear before this Court for a status review on 6 / 17 / 25 at 9 a.m./p.m. in Courtroom 220.
   ***All terms and conditions to be completed by said date, including payment of all fines, costs and fees ***

☑ Defendant waives personal service of a Petition to Revoke. ☐ A motor vehicle was used in the commission of a Felony Offense.

☐ The Court verifies that the offense(s) were/were not sexually motivated pursuant to 730 ILCS 154/86.

☐ The Defendant has been advised as to the penalties under the Federal Gun Control Act of 1968.

☑ The following cases and/or counts are hereby Nolle Prosequi: ct(s) 1 + 2

☐ The following cases and/or counts are hereby dismissed: _____

☐ Other: _____

**DEFENDANT'S CONTACT INFORMATION:**

Name: Robert ___ 
(Please Print Legibly)

Address: 639 Stonegate Dr.

City/State/Zip: Sycamore IL 60124

Phone: _____

E-mail: _____

Date: _____

Defendant Signature          Judge

Criminal Sentence Order
Rev. 12-28-2022/p. 2

NOT AN OFFICIAL COPY