BC



FILED
7/9/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JC

# United States District Court

# Northern District of Illinois

## Case number 3-23-cv-50301

Motion to withdraw council and represent ourselves pro se.

Your Honor,

I write to express my grave concerns regarding the current stagnation of our case and the ongoing violations of our rights by the defendants. Despite the clear and present danger these actions pose to my family, no effective measures have been taken to address these violations.

As a pro se litigant, I have observed that pro se individuals are often not taken seriously, and those represented by pro bono counsel are frequently marginalized. The conduct of the law firm assigned to us, which has shown a complete disregard for our situation, underscores this troubling reality. Nicholas Cronauer, a defendant and a material witness in this case, should have been disqualified due to his conflict of interest. His

EXHIBIT
18

personal relationships with state judges in DeKalb County have resulted in corruption and bias against us, violating our right to a fair trial.

The current eviction proceedings against us are illegal and criminal. The presiding judge has allowed these proceedings to advance without adherence to the law that protects us. My wife's life is in jeopardy due to her medical condition, and this eviction would have catastrophic consequences. Despite my repeated pleas for assistance, the law firm assigned by your honor has failed to respond, demonstrating a lack of humanity and professional duty.

The firm's reluctance to vigorously pursue our valid complaint appears to be an attempt to minimize their workload rather than a reflection of the merits of our case. As stated in the landmark case *Gideon v. Wainwright*, 372 U.S. 335 (1963), the right to counsel is fundamental and essential for a fair trial. By neglecting their duty, the assigned law firm jeopardizes our constitutional rights.

We urgently require immediate legal intervention as both state and federal issues are intricately linked in our case. The potential eviction is not just a legal matter but a matter of life and death for my wife. The lack of response and action from our current counsel is unacceptable.

Should my wife suffer any harm due to this inaction, it would be a severe indictment of the legal system's failure

to protect vulnerable individuals. We request that the current law firm be removed from our case. My wife and I are prepared to represent ourselves pro se unless we find competent legal representation willing to advocate for us.

The complaint on file, validated by two separate lawyers assigned by the court, is comprehensive and should withstand any motion to dismiss. We demand that our case move forward without further delay. Our right to a trial by jury, as enshrined in the Seventh Amendment, must be upheld. The current judicial bias and intent to see us homeless cannot be allowed to prevail.

We are ready to proceed immediately and request the court's urgent attention to prevent further harm to our family. The complaint on file will not be amended or changed at all.

Sincerely,

Robert Sam and Karen Sam

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

ROBERT SAM and KAREN SAM,

               Plaintiffs,

v.

MELISSA MOBILE; BKA HOLDINGS LLC;
LAW OFFICE OF RILEY N. ONCKEN P.C.;
RILEY N. ONCKEN; CHRISTOPHER N.
CRONAUER; CRONAUER LAW LLP,

               Defendants.

Case No. 3:23-cv-50301

Honorable Iain D. Johnston

Honorable Margaret J. Schneider
Magistrate Judge

## MOTION FOR RELIEF FROM ASSIGNMENT

**NOW COME** attorneys for Plaintiffs, Stephen H. DiNolfo and Joseph S. Davidson, ("Plaintiffs' Counsel"), pursuant to N.D. Ill. L.R. 83.38, seeking relief from assignment as counsel to Plaintiffs, Robert Sam and Karen Sam ("Plaintiffs"). In support thereof, Plaintiffs' Counsel states as follows:

1.      On May 28, 2024, the Court requested that Stephen H. DiNolfo, Ottosen DiNolfo Hasenbalg & Castaldo, Ltd., 1804 North Naper Boulevard, Suite 350, Naperville, Illinois 60563, represent Plaintiffs in accordance with counsel's trial bar obligations under the N.D. Ill. L.R. 83.37. [Doc. #91].

2.      Two days later, Plaintiffs' Counsel entered an appearance in this case. [Doc. # 92, Doc. #93].

3.      The following day, the Court directed Plaintiffs' Counsel to submit a status report by June 28, 2024 stating counsel's intentions in proceedings with the second amended complaint. [Doc. #94].

4.      On June 4, 2024, Plaintiffs' Counsel received Plaintiffs' case file from Plaintiffs' previous attorney.

5. Two weeks later, Plaintiffs' Counsel conferred with Plaintiff, Robert Sam regarding the second amended complaint.

6. On June 28, 2024 Plaintiffs' Counsel filed a Status Report. [Doc #95].

7. The Court construed Plaintiffs' Counsel's report as a motion for leave to file a third amended complaint, the motion was granted, and Plaintiffs were given until August 30, 2024 to file a third amended complaint. [Doc. #96].

8. On July 9, 2024, Plaintiffs requested the Court to discharge Plaintiffs' Counsel from the representation and be permitted to proceed *pro se*. [Doc. #98].

9. After assignment, counsel may move for relief from an order of assignment only on the following grounds or on such other grounds as the assigning judge finds adequate for good cause shown:

\* \* \*

(4) Some personal incompatibility or a substantial disagreement on litigation strategy exists between counsel and the party.

\* \* \*

(6) In counsel's opinion, the party is proceeding for purpose of harassment or malicious injury, or the party's claims or defenses are not warranted under existing law and cannot be supported by good faith argument for extension, modification, or reversal of existing law.

L.R. 83.38(a)(4), (6).

10. After reviewing Plaintiffs' request to discharge Plaintiffs' Counsel from the representation and be permitted to proceed *pro se* [Doc. #98], it is apparent that there is a substantial disagreement on litigation strategy between counsel and Plaintiffs.

11. In counsel's opinion, 12 of Plaintiffs' 17 claims are not warranted under existing law and cannot be supported by good faith argument for extension, modification, or reversal of existing law.

12. Accordingly, Plaintiffs' Counsel seeks relief from assignment as counsel to Plaintiffs..

13. Pursuant to L.R. 83.17, the Notification of Party Contact Information is attached as Exhibit A.

14. Plaintiffs' Counsel certifies that on July 9, 2024, copies of this Motion were served on Plaintiffs at 639 Stonegate Drive, Sycamore, Illinois 60178.

**WHEREFORE**, attorneys for Plaintiffs, Stephen H. DiNolfo and Joseph S. Davidson, respectfully request the Court enter an Order granting Stephen H. DiNolfo and Joseph S. Davidson relief from assignment as counsel to Plaintiffs, Robert Sam and Karen Sam; and grant such other relief as the Court deems just and proper.

DATED: July 9, 2024

Respectfully submitted,

**OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.**

By: /s/ Stephen H. DiNolfo

Stephen H. DiNolfo
Joseph S. Davidson
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd.
Suite 350
Naperville, IL 60563
(630) 682-0085
sdinolfo@ottosenlaw.com
jdavidson@ottosenlaw.com

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 3:23-cv-50301

**Case Title**: Sam et al v. Mobile, et al

**Judge**: Iain D. Johnston

**Name of Attorney submitting the motion to withdraw**:

Stephen H. DiNolfo

**Name of Client**:

Robert Sam and Karen Sam

**Mailing address of Client**: 639 Stonegate Drive

**City:** Sycamore                    **State:** IL

**Zip:** 60178                    **Telephone Number:** (779) 777-3265

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** _____

**Date:** 7/9/2024

> **EXHIBIT**
> **A**