## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Western Division

Robert Sam, et al.

                Plaintiff,

v.

                              Case No.: 3:23–cv–50301
                              Honorable Iain D. Johnston

Melissa Mobile, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiffs' motion for a preliminary injunction [139] is denied. The motion asks this Court to enjoin the plaintiffs' landlord from selling the property that includes their apartment because it would circumvent ongoing litigation including state court eviction proceedings as well as the plaintiffs' bankruptcy proceedings. Nothing in the plaintiffs' motion suggests that the state and bankruptcy courts would be unable to address the plaintiffs' concerns about their cases pending in those courts. Moreover, federal courts generally "decline to exercise [their] jurisdiction where doing so would intrude upon the independence of the state courts and their ability to resolve the cases before them." SKS & Assocs., Inc. v. Dart, 619 F.3d 674 (7th Cir. 2010) (applying Younger abstention due to a pending state eviction proceeding). Plaintiffs also fail to meet the requirements of a preliminary injunction including likelihood of success on the merits and a clearly ascertainable right. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.