*22CF546*

## POLICE DEPARTMENT SYNOPSIS

**AGENCY:** Sycamore Police Department                    **AGENCY REPORT #:** 2208-00130

**DATE OF OFFENSE:** February 2022 – August 2022    **PLACE OF OFFENSE:** 619 Stonegate Dr., Sycamore IL.

**DEFENDANT:** Robert J. Sam          **ADDRESS:** 639 Stonegate Dr., Sycamore IL, 60178

**SEX:** M   **DOB:** 04-28-78   **HT:** 600   **WT:** 195   **HAIR:** Bln.   **EYES:** Blu.   **RACE:** White

**DATE OF ARREST:** Warrant          **PLACE OF ARREST:** N/A

**FILED**
**OCT 11 2022**
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

| AUTHORIZED CHARGES | MISDEMEANOR/ FELONY (circle) | | CHAPTER & SECTION |
|---|---|---|---|
| Aggravated Home Repair Fraud | F | CLASS 2 | 815 ILCS 515/5-a(1) |
| Aggravated Home Repair Fraud | F | CLASS 2 | 815 ILCS 515/5-a(2) |
| Theft | F | CLASS 3 | 720 ILCS 5/16-1(a)(1)(A) |

**Synopsis of Facts:**

In August of 2022 Elder Care Services (ECS) referred a case involving home repair fraud and financial exploitation of two of their clients, William Godfrey and his wife Nancy Godfrey. ECS advised they were working with William and Nancy and their family. ECS advised that Nancy has dementia and that William cares for Nancy. ECS' investigation uncovered possible home repair fraud and financial exploitation involving William and Nancy by their neighbor, Robert Sam.

On 08-17-22 I, Detective Scott (#546), met with William and Nancy at the Sycamore Police Department. William stated their neighbor, Robert, friended him a few years ago. In February of 2022, Robert agreed to help William with multiple home repair projects. The projects were initially agreed to be done without any labor cost as Robert agreed to do the work for free. It was William's understanding that he was only paying for material costs and that Robert would do the work with the materials paid for by William. One of the projects that Robert agreed to complete was turning a half bathroom, located on the first floor, into a full bathroom with a walk-in tub. The bathtub was purchased by William. William then provided numerous checks written to Robert, to purchase materials for the installation of the bathtub. Robert installed the bathtub into the ½ bathroom, which included adding plumbing lines, electrical, a support beam, and drywall/paint work. It was learned that the water heater was not big enough to support heating the bathtub. The bathtub also had some deficiencies as it was a floor model. The bathtub was then returned and William was refunded for the bathtub through Lowes.

After the bathtub was taken out, William asked Robert to install a shower in place of the bathtub. At that time, Robert asked William for labor costs. According to William, Robert asked for $1000 in labor costs. According to Robert, he asked for $2000 in labor costs. In an interview with ECS prior to police involvement, Robert advised that his labor cost was $1000. A check for the shower, labor costs, tile for the floor, paint and drywall, was written to Robert. In total, $6,412.80 in checks were written from William to Robert for materials on house projects, including $1000 in labor. Of the $6,412.80 written to Robert, a $485.00 check was written from William to Robert as a loan for medication cost. The loan was never paid back by Robert.

William and Nancy's daughters are currently their designated power of attorney's. In August of 2022, Robert was asked to provide itemized lists of items that were purchased for the projects, as part of an application process for a rehabilitation and health care center for William and Nancy. Robert was unable to provide an accurate itemized list of the purchases for the home repair projects. Later on in the investigation it was learned that Robert made multiple purchases at Menards, with money that was provided to him by William, for the home repair projects. Many of the items were returned by Robert, who would use in store credit and purchase personal items. Robert never returned any of the money to William for the returned items.

After meeting with William and Nancy on 08-17-22 I completed a walk through of their residence. I was assisted by the city of Sycamore director of building and engineering, the city of Sycamore electrical and building inspector, and the city of Sycamore plumbing and building inspector. They reviewed and inspected the work that was done by Robert and advised of numerous code violations for the plumbing, electrical, and HVAC. Many aspects of Robert's work was not done properly or incomplete. It was also learned that Robert did not pull any working permits for the work that was done on the residence. The city of Sycamore director of building and engineering also advised that the work Robert did would have had to be done by a licensed plumber or electrician, which Robert advised he was not in a prior interview.

On 08-19-22 I received an email from an ECS investigator who advised of multiple items that were missing from William and Nancy's home, including an antique sword and an antique bayonet. William confirmed that these items were his and that they were never sold or given away by him. On 08-24-22 I located the sword and bayonet via LEADS Online. Both items were pawned at Bridge Pawn, located in DeKalb Illinois, on 05-11-22 by Robert. On 08-25-22 I recovered the bayonet from the store. The sword had been sold by Bridge Pawn on Ebay and sold for $370.00. The

bayonet was valued at least $150.00 by the owner of the pawn shop. After retrieving the bayonet from Bridge Pawn I met with William, who confirmed the bayonet and the sword pawned at Bridge Pawn were his, and that he never gave those items to Robert.

I met with Robert multiple times in a non-custodial interview setting. Robert acknowledged that he did not possess the skills for the jobs he was doing and advised he would watch Youtube videos to learn how to do the work. Robert initially denied taking the bayonet and sword, but admitted to taking them after being confronted, saying that William had thrown them out. Robert had emailed the Godfrey family apologizing for this incident and said "I think when your under water so badly you just get so blinded and I am sorry for that". In my interviews with Robert he advised he would pay William back all of his money if that would allow for him not to be charged. Robert also advised that in 2007 he was sued by the Illinois Attorney General's office for Home Repair Fraud.

**Investigating Officer (s):** Detective Scott #546

**Verification: M. Langrehr**

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF DEKALB  )

I, the undersigned police officer/witness, on oath state that I have examined the above synopsis of this case, of which I have personal knowledge, and the contents are true and correct.

_____
Police Officer/Witness

Signed and sworn to before me this 11th, day of **October 2022**

_____
Notary Public/Judge

Seal:

```
OFFICIAL SEAL
MARY R BANASIAK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES NOV. 18, 2023
```

White/Court          Yellow/Police          Pink/State's Attorney