# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD JUDICIAL CIRCUIT DE KALB COUNTY, ILLINOIS

FILED
IN OPEN COURT

JUN 18 2024

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

PEOPLE OF THE STATE OF ILLINOIS, )  Case No(s). 22 CF 546
               Plaintiff(s) )

vs. )

Robert Sam )
               Defendant(s) )

## ORDER OF PROBATION UNDER SECTION 5-6-3.4 OF CHAPTER 730

This case coming on for hearing and the defendant having appeared in court and having entered plea(s) of guilty to _theft_; and the Court hearing representations by the State and defendant;

1. That the defendant is to be treated as a person falling under the purview of section 5-6-3.4 of Chapter 730, Illinois Compiled Statutes;
2. That the defendant has not previously been convicted of or placed on probation or conditional discharge for any felony offense under the laws of this State, the laws of any other state, or the laws of the United States, including probation under Section 410 of the Illinois Controlled Substances Act, Section 70 of the Methamphetamine Control and Community Protection Act, Section 10 of the Cannabis Control Act, subsection (c) of Section 11-14 of the Criminal Code of 2012, Treatment Alternatives for Criminal Justice Clients (TASC) under Article 40 of the Alcoholism and other Drug Abuse and Dependency Act, or prior successful completion of the Offender Initiative Program under Section 5-6-3.3 of the Code of Corrections;
3. That the defendant consents to the disposition of the above-entitled cause in a manner in accordance with this order.

**IT IS THEREFORE ORDERED** that judgment will not be entered on said plea of guilty, and that these proceedings are deferred, and the defendant is placed on Probation in accordance with Section 5-6-3.4 of Chapter 730, Illinois Compiled Statutes, for a period of 24 months until 6-16-26, 2026, at 4:30 p.m.

**IT IS FURTHER ORDERED** that the defendant shall return to Court on _____ at _____ a.m.

**IT IS FURTHER ORDERED** that during said term of Probation, the defendant shall comply with the following additional conditions:

- ☒ 1. Not violate any criminal statute of any jurisdiction.
- ☒ 2. Report to and personally appear before the Probation Officers of this court immediately on this date or upon release from custody and as often as required thereafter. Court Services is located in the Legislative Center, 200 N. Main St., Sycamore, IL 3178; (815) 895-7193.
- ☒ 3. Refrain from possessing a firearm or any other dangerous weapon.
- ☒ 4. Not leave the State of Illinois without consent of the Court and giving advance notice to and obtaining written permission from the Probation Office.
- ☒ 5. Inform the Probation Office of change of address or place of employment within 72 hours.
- ☒ 6. Not misuse prescription drugs; not use any illicit mood altering substances.
- ☒ 7. At the defendant's expense, submit to a minimum of three random drug/alcohol screenings at the discretion of the Probation Office or any agency referred to for counseling and shall sign released of information disclosing the test results to the Court and Probation Office

Order of Probation 2nd Chance 730 ILCS 5-6-3.4/p.1
Rev. 05-10-17

☒ 8. If requesting transfer to another state must abide by the Interstate Compact for Adult Offender
Supervision requirements subject to acceptance by the requested state. He shall remain in Illinois pending acceptance. Pay a transfer fee of $125.00 prior to transfer.

☒ 9. Promptly undertake evaluations deemed appropriate by the Probation Office and successfully complete recommendations.

☒ 10. Shall be employed or actively seeking employment.

☐ 11. Shall attend educational courses designed to prepare the defendant for obtaining a high school diploma or work toward passing the high school level test of General Educational Development (G.E.D.) or work toward completing a vocational training program.

☐ 12. Secure a ☐ substance abuse ☐ psychological ☐ psychiatric ☐ other_____ evaluation(s) by _____, 20____, and follow all recommendations. Defendant shall provide any and all waivers and released required to obtain reports disclosing information about the progress and completion of this treatment/education.

☐ 13. Not consume any alcohol.

☒ 14. Additional conditions _30 hrs CLS , Pay restitution_____

_____

_____

**IT IS FURTHER ORDERED** that upon violation of any of the conditions of Probation, the defendant is subject to having said Probation revoked and being brought back before this Court to be sentenced in accordance with any other sentence which was available under Section 5/5-5-3, Chapter 730, Illinois Compiled Statutes, at the time of the initial sentencing.

DATED: _____6-18-24_____          ENTERED: _____
                                                                    Judge

Order of Probation 2ⁿᵈ Chance 730 ILCS 5-6-3.4/p.2
Rev. 05-10-17

# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT
## DEKALB COUNTY, ILLINOIS

**FILED**
IN OPEN COURT

PEOPLE OF THE STATE OF ILLINOIS )
           Plaintiff )

vs. )

Robert Sam )
           Defendant )

Case No(s): 22 CF 546
Count(s): 3 - Theft

JUN 18 2024

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

State's Attorney _____JH_____

Court Reporter _____

Defendant's Attorney _____PD-mD_____

Deputy Clerk _____

## CRIMINAL SENTENCE ORDER

**PLEA:** ☐ NOT GUILTY ☑ GUILTY    **FINDING BY:** ☐ COURT ☐ JURY    **SENTENCE IS:** ☑ AGREED ☐ CONTESTED

The Court hereby orders that the Defendant is sentenced as follows on the charge(s) of:
theft _____ in violation of 720 ILCS 5/16-1(a)(1)(A) , a Class 3 Misdemeanor/~~Felony~~
_____ in violation of _____ ILCS _____ , a Class _____ Misdemeanor/Felony
_____ in violation of _____ ILCS _____ , a Class _____ Misdemeanor/Felony

24 months

☐ CONVICTION TO ENTER    ☐ PROBATION    ☐ CONDITIONAL DISCHARGE    ☐ COURT SUPERVISION
☑ WITHHOLD JUDGMENT ☑ PROBATION per 730 ILCS 5/5-6-3.4 ☐ PROBATION per 720 ILCS (550/10 or 570/410)
☐ PROBATION(TASC) ☐ _____

☑ Comply with all conditions set out in the corresponding order.

☑ Shall not violate any laws of any jurisdiction, including Federal, State or local ordinances.

☐ **INCARCERATION:**
☐ _____ day(s) in DeKalb County Jail. (See Imprisonment Order)

☐ _____ year(s) _____ month(s) in Illinois Department of Corrections _____ year(s) mandatory supervised release.

☐ Impact Incarceration Recommendation ☐ Extended Term Sentence per 730 ILCS 5/5-8-2 ☐ Truth in Sentencing per 730 ILCS 5/3-6-3

☐ _____ weekend(s) to commence _____/_____/_____ at 6:00 p.m. plus $20.00 per weekend fee. (See Imprisonment Order)
      ***All weekends are from 6:00 p.m. on Friday to 6:00 p.m. on Sunday ***

☐ _____ day(s) periodic imprisonment (See Supplemental Sentencing Order) plus $10.00 per day fee.

☐ Incarceration shall commence instanter. ☐ Incarceration shall commence on _____/_____/_____ at _____ a.m./p.m.

☐ No Day for Day Credit ☐ Day for Day Credit ☐ Credit for _____ actual days served from _____ to _____.

☐ **COUNSELING:**
☐ Shall complete evaluation within _____ days for ☐ Alcohol/Drug ☐ Anger Management ☐ Psychological

☐ _____ and successfully complete all recommended counseling and aftercare as directed.

☐ Shall complete Level _____ alcohol counseling per alcohol evaluation / subject to modification by alcohol evaluation.

☐ Shall complete the DeKalb County Domestic Violence Offender Partner Abuse Intervention Program (PAIP).

☐ Shall complete T.A.S.C. and all recommended aftercare as a condition of probation.

Criminal Sentence Order
Rev. 12-28-2022/p. 1

**CRIMINAL SENTENCE ORDER**                    Case No(s): _22 CF 546_

☑ Report to DeKalb County Court Services, Community Restitution Service at 200 N. Main St., Sycamore, IL 60178; (815) 895-7199, within 48 hours, to perform _30_ hours of community restitution work as directed, to be completed by _6-17-25_

☐ Shall have no contact with _____

☐ Shall not enter upon the property of _____

☐ Shall refrain from direct or indirect contact with any street gang member(s).

☐ Shall attend the Victim Impact Panel.

☐ Register pursuant to: ☐ Sex Offender Registration Act (730 ILCS 150/1) ☐ Violent Offender Against Youth Act (730 ILCS 154/1).

☐ Shall submit to DNA Indexing (Felony only) (730 ILCS 5/5-4-3(a)).

☐ HIV (Human Immunodeficiency Virus) / STD (Sexually Transmitted Disease) testing (730 ILCS 5/5-5-3(g)).

☐ Shall submit a blood specimen for genetic marking purpose (730 ILCS 5/5-4-3).

☐ Said sentence shall run ☐ Concurrent ☐ Consecutive to the sentence imposed in _____ County, case number _____

☑ Defendant shall pay BEFORE or appear in Court on _6_/_17_/_25_ at _9_ a.m./~~p.m.~~ in Courtroom _220_ .

☑ Defendant shall report to and appear before this Court for a status review on _6_/_17_/_25_ at _9_ a.m./~~p.m.~~ in Courtroom _220_ .

***All terms and conditions to be completed by said date, including payment of all fines, costs and fees ***

☑ Defendant waives personal service of a Petition to Revoke. ☐ A motor vehicle was used in the commission of a Felony Offense.

☐ The Court verifies that the offense(s) were/were not sexually motivated pursuant to 730 ILCS 154/86.

☐ The Defendant has been advised as to the penalties under the Federal Gun Control Act of 1968.

☑ The following cases and/or counts are hereby Nolle Prosequi: _cts 1 + 2_

☐ The following cases and/or counts are hereby dismissed: _____

☐ Other: _____

_____

_____

_____

**DEFENDANT'S CONTACT INFORMATION:**

Name: _Robert S—_
(Please Print Legibly)

Address: _639 Stonegate Dr._

City/State/Zip: _Sycamore IL 60178_

Phone: _____

E-mail: _____

Date: _____

_____
Defendant Signature

_____
Judge

Criminal Sentence Order
Rev. 12-28-2022/p. 2

**IN THE CIRCUIT COURT FOR THE TWENTY-THIRD**
**JUDICIAL CIRCUIT**
**DEKALB COUNTY, ILLINOIS**
**FINANCIAL SENTENCING ORDER**

# (CRIMINAL COURT)

**FILED**
IN OPEN COURT

**JUN 18 2024**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

**THE PEOPLE OF THE STATE OF ILLINOIS,**

vs.

Case No. 22 CF 546

_Robert Sam_

Defendant *(First, Middle, Last)*

The Defendant has appeared before this Court and ☒ pled guilty to ☐ was found guilty of the following offenses:

theft

In addition to any other sentences imposed in the case, the Defendant is ordered to pay the following fines, fees, and assessments:

1. **P.A. 100-0987 (eff. July 1, 2019) established a minimum fine of $75 per offense, unless otherwise provided by law. If applicable, Defendant has been admonished of the right to elect whether to be sentenced under the law in effect at the time of the offense or at sentencing.**
   ☒ Defendant has elected *(Check one)*:
   
   ☐ He/she will be sentenced under the law in effect at the time of the offense;
   
   **OR**
   
   ☒ He/she will be sentenced under the law in effect at the time of sentencing.

   | | | |
   |---|---|---|
   | A. Offense: theft | $ | 75 |
   | B. Offense: _____ | $ | |
   | C. Offense: _____ | $ | |
   | Total Fine Amount: | $ | 75 |

2. **Criminal Assessment (check the highest class offense only)**

   | | |
   |---|---|
   | A. ☒ Schedule 1, Generic Felony *(705 ILCS 135/15-5)* **$549** | $ 549 |
   | B. ☐ Schedule 2, Felony DUI *(705 ILCS 135/15-10)* **$1,709** | $ |
   | C. ☐ Schedule 3, Felony Drug Offense *(705 ILCS 135/15-15)* **$2,215** | $ |
   | D. ☐ Schedule 4, Felony Sex Offense *(705 ILCS 135/15-20)* **$1,314** | $ |
   | E. ☐ Schedule 5, Generic Misdemeanor *(705 ILCS 135/15-25)* **$439** | $ |
   | F. ☐ Schedule 6, Misdemeanor DUI *(705 ILCS 135/15-30)* **$1,381** | $ |
   | G. ☐ Schedule 7, Misdemeanor Drug Offense *(705 ILCS 135/15-35)* **$905** | $ |
   | H. ☐ Schedule 8, Misdemeanor Sex Offense *(705 ILCS 135/14-40)* **$1,184** | $ |
   | **Total Criminal Assessment Amount:** | $ 549 |

3. **Conditional Assessment (check all that apply)**

   | | Count(s) Assessed | |
   |---|---|---|
   | A. ☐ Arson/residential arson/aggravated arson *(705 ILCS 135/15-70(1))* **$500 each conviction** | _____ | $ _____ |
   | B. ☐ Child pornography *(705 ILCS 135/15-70(2))* **$500 each conviction** | _____ | $ _____ |
   | C. ☐ Crime lab drug analysis *(705 ILCS 135/15-70(3))* **$100** | _____ | $ _____ |
   | D. ☐ DNA analysis *(705 ILCS 135/15-70(4))* **$250** | _____ | $ _____ |
   | E. ☐ DUI analysis *(705 ILCS 135/15-70(5))* **$150** | _____ | $ _____ |
   | F. ☐ Drug-related offense, possession/delivery *(705 ILCS 135/15-70(6))* Street Value | _____ | $ _____ |

Financial Sentencing Order (Criminal) 06-12-19
Effective July 1, 2019/p.1

G. ☐ Roadside Memorial Fund (730 ILCS 5/5.9-1.22) **$50.00**  $ _____

H. ☐ Methamphetamine-related offense, possession/manufacture *(705 ILCS 135/15-70(7))* _____  $ _____
     Street Value

I. ☐ Order of protection violation *(705 ILCS 135/15-70(8))* **$200 each conviction** _____  $ _____

J. ☐ Order of protection violation *(705 ILCS 135/15-70(9))* **$25 each conviction** _____  $ _____

K. ☐ Guilty plea or no contest, DV against family member *(705 ILCS 135/15-70(13))* _____  $ _____
     **$200 for each sentenced violation**

L. ☐ EMS response reimbursement, vehicle/snowmobile/boat violation *(705 ILCS 135/15-70(14))* _____  $ _____
     **Maximum amount is $1,000**

M. ☐ EMS response reimbursement controlled substances *(705 ILCS 135/15-70(15))* _____  $ _____
     **Maximum amount is $1,000**

N. ☐ Weapons violation, Trauma Center Fund *(705 ILCS 135/15-70(18))* **$100 each conviction** _____  $ _____

O. ☐ Victim Impact Fee of  $ _____

   **Total Conditional Assessment Amount:**  $ _____

4. **Other**

   A. ☒ Restitution (See Disbursement Order)  $ _300_

   B. ☒ Probation/Supervision Fee (Add: $ _50_ /month x _24_ months)  $ _1200_

   C. ☐ Public Defender assessment  $ _____

   D. ☐ $50.00 Community Restitution Service fee; if the required hours of community service are not
      completed after 6 months from the date the matter was ordered, the Defendant is ordered to pay an
      additional $25.00 per month until the required hours are completed.  $ _____

   E. ☐ Other _____  $ _____

5. **Credits**

   A. ☐ Bond applied or to be transferred  $ _____

   B. ☒ Credit for time served (Add: _1_ of days/$ _30/day_ )  $ _30_

      **Total Credits:**  $ _30_

**The Court Orders:**

Defendant shall pay the Circuit Court of this County:   **TOTAL AMOUNT DUE: $** ~~2124~~ _3094_

☒ Defendant shall pay BEFORE or appear in Court on _6_ /_17_ /_25_ at _9_ ~~(a.m.)~~/p.m. in
  Courtroom _220_          $1545 after court assessment waiver applied.

Any monies posted for bond on this case, less 10%, or any other pending cases against this Defendant that are being resolved as part of this disposition, shall be applied to the fines, fees, assessments, and costs set out in this Order, then to any restitution that is ordered in the Sentencing Order. Any remaining bond shall be applied to any outstanding balances owed by the Defendant on other cases starting with the oldest case. Any remaining balance, after satisfying all financial obligations, shall be refunded to the Defendant/Surety by the Clerk of the Court.

Entered: _____          _6.18.24_

_____          _____
Judge                              Date

If a judgment of conviction is entered and payment of any assessment, conditional assessment, and fine are not paid in full by the due date as ordered, the unpaid balance will be sent to a collection agency, which requires an additional 30% collection fee to be added to your financial obligation.

_____
Defendant

Financial Sentencing Order (Criminal) 06-12-19
Effective July 1, 2019/p.2

# IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
## JUDICIAL CIRCUIT
## DEKALB COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,     )  Case No. 22 CF 546
           Plaintiff,             )

                             )

           vs.               )

Robert Sam,        )
            Defendant.     )

**FILED IN OPEN COURT**
**JUN 18 2024**
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

## ORDER OF RESTITUTION

Pursuant to the sentencing Order in this case the Defendant is ordered as a condition of the sentence to pay restitution as follows:

1. [X] The Defendant shall pay $ 300 as and for restitution.

2. [ ] The Defendant shall pay $ _____ as and for restitution for joint and several obligation with the following case(s):

| Case Name(s) | Case Number(s) |
|---|---|
| | |
| | |
| | |

3. [ ] The Defendant is ordered to pay said restitution as follows:

    a. [ ] $ _____ per month until the restitution amount specified above is fully paid.

    b. [ ] Full amount on or before _____.

All payments shall be made payable to the DeKalb County Circuit Clerk, 133 West State Street, Sycamore, IL 60178 in accordance with this Order. The DeKalb County Circuit Clerk shall first apply the payment to fines and costs, then to restitution, then to current probation fees ordered herein.

4. [X] The person(s) entitled to receive the restitution is (are):

    Name: William Godfrey

    Address: 1455 Randi Drive Apt 301-A

    City/State/Zip: Aurora IL 60504

    Account No.: _____

    Amount: $ _____        $ _____

Dated: 6-18-24        Enter: _____
                                  Judge

Order of Restitution
Rev. 09-22-2021

**IN THE CIRCUIT COURT FOR THE TWENTY-THIRD JUDICIAL CIRCUIT**
**DEKALB COUNTY, ILLINOIS**

FILED
IN OPEN COURT

JUN 18 2024

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

PEOPLE OF THE STATE OF ILLINOIS, )
        Plaintiff, )
)
        v. )    Case No.: 22CF546
Robert Sam )
)
      , )
        Defendant. )

**SUPREME COURT RULE 404 CERTIFICATION FOR WAIVER OF COURT**
**ASSESSMENTS THROUGH REPRESENTATION BY THE PUBLIC DEFENDER**

Pursuant to Supreme Court Rule 404, the undersigned counsel hereby certifies that they

are an attorney for the DeKalb County Public Defender's office as defined in Rule 404, and that

they represent Robert Sam . Robert Sam. is therefore entitled to

a waiver of assessments as defined in 725 ILCS 5/124A-20(a) without necessity of an application.

_Michelle Marie Dietrich_
Attorney Certification

Name of Office, Organization, or Court Program:

DeKalb County Public Defender's Office
Attorney Name: Michelle Marie Dietrich
Attorney No.: 6323308
Address: 133 West State Street
City, State, Zip: Sycamore, IL 60178
Telephone: 815-899-0760

**IT IS HEREBY ORDERED**: the certification for waiver of court assessments is

GRANTED. The Defendant qualifies for a full waiver of his/her assessments.

_____
Judge

**IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS**

**FILED**

PEOPLE OF THE STATE OF ILLINOIS
Plaintiff

vs.

_____
Defendant

Case No. _____

Count: _____
(You must complete a separate form for each case number.)

## GUILTY PLEA AND JURY DEMAND WAIVER

COMES NOW said Defendant in the above-captioned cause, and having been fully advised of his/her right to plead not guilty, to have a jury trial or a trial before a judge, to be proved guilty beyond a reasonable doubt, to confront the witnesses against him, and fully understand that upon a plea of guilty that there will be no trial of any kind does hereby knowingly and freely:

[X] waive his/her right to trial by jury and consents to a trial by the Court without a jury.

**Said defendant further enters a plea of**

[X] guilty to the charges contained in the within cause.

An individual convicted of domestic battery may be subject to federal criminal penalties for possessing, transporting, shipping, or receiving any firearm or ammunition in violation of the federal Gun Control Act of 1968 (18 U.S.C. 922(g)(9) and 9).

_____
Defendant

Subscribed and sworn to before me this

_____ day of _____

_____
Judge/Clerk

Guilty Plea & Jury Demand Waiver
Rev. 04/2018