Motion – General Form  (This form replaces CCMD-39)                                    (2/24/05) CCG N702

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Paul Germaine
_____
**Plaintiff(s)**

v.

Karen Sam
_____
**Defendant(s)**

No. 17M51653

TO: Jim Nellis  Michelle Germaine
_____

MOTION BY Robert Sam          FOR Stay on order of possesion

We are begging the court to stay the order till February 10th 2018
Without a address and home for my wifes meds she could die.
Karen has CVID and takes HyQvia Immune Globulin Infusion and
human Hyaluronidase, We will have a place to move into Feb 10th.
My daughter is 8 and is dissabled, not haveing a place to live will
Cause serious hardships to both my wife and daughter. I offered to pay
for the extra time If need be. My wifes life depends on having
a home, We are doing everything we can to move.

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared
and have not previously been found by the Court to be in default for failure to plead.

Dated: 12-28-17          , 2017          _____
                                          **Attorney Certification**

Atty. No.: _____
Name: Robert Sam
Atty. for: Pro-se
Address: 8215 Shipston St
City/State/Zip: Orland Park IL 60462
Telephone: 802-777-4191

FILED 5
17 DEC 28 AM 9: 35
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
DISTRICT-5
CLERK

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution-White: 1. ORIGINAL-COURT FILE  Canary: 2. COPY 1  Pink: 3. COPY 2  Gold: 4. COPY 3

3303                                                                              (7/08/10) CCG N003

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Paul Germaine

v.

Karen Sam

No. 17M51653

### NOTICE OF MOTION

To: Jim Nelis
2550 West Golf Road Suite 250
Rolling Meadows, Illinois 60008

On January 3rd, 2018, at 9:30 _a.m._ p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Kathleen Burke or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at _____, Illinois, and present

Name Robert Sam      Atty. No. _____      _Pro Se_ 99500

Address 8215 Shipston St      Attorney for _____

City/State/Zip Orland Park IL 60462      Telephone _____

### ☐ PROOF OF SERVICE BY DELIVERY

I, Robert Sam , ☐ the attorney ☒ non-attorney certify that on the _____ day of _____, _____, I served this notice by delivering a copy personally to each person to whom it is directed.

Date _____, _____

Signature/Certification

### ☒ PROOF OF SERVICE BY MAIL

I, Robert Sam , ☐ the attorney ☒ non-attorney certify that I served this notice by mailing a copy to Jim Nelis at 2550 West Golf Road Suit 250 Rolling Meadows
                                                  (address on envelope)
and depositing the same in the U.S. Mail at Orland Park
                                      (place of mailing)
at 2:00 a.m. p.m. on the 28 day of December, 2017, with proper postage prepaid.

Date 12-28, 17

Signature/Certification

### ☐ PROOF OF ELECTRONIC SERVICE (WHERE PERMISSIBLE)

I, _____, ☐ the attorney ☐ non-attorney certify that on the _____ day of _____, _____, I served this notice electronically ☐ via the Clerk's Office E-filing system, or ☐ by telefax transmission (_____ pages) with consent of the recipient where permissible under Ill. Sup Ct. R.11, at fax no. _____, at _____ a.m./p.m., from _____.
                                     (Place)

Date _____, _____

Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE   Canary: 2. COPY   Pink: 3. COPY   Gold: 4. COPYORIGINAL - COURT FILE