10 Fed Case citations

| Robert Sam Citation | Lexis Citation |
|---|---|
| | |
| People ex rel. Bernat v. Bicek, 405 Ill. App. 3d 568, 572 (2010) | Rutka v. Bd. of Trustees of the Cicero, 405 Ill. App. 3d 563, 939 N.E.2d 600 (1st Dist. 2010) |
| Powers v. Rosine, 99 Ill. App. 3d 943, 946 | People v. Posey |
| Elmsford Apartment Associates, LLC v. Cuomo, 469 F. Supp. 3d 148, 172 | Elmsford Apartment Associates, LLC v. Cuomo, 469 F. Supp. 3d 148 (S.D.N.Y. 2020) |
| Avdich v. Kleinert, 69 Ill. 2d 1, 9 | Avdich v. Kleinert, 69 Ill. 2d 1, 370 N.E.2d 504 (1977) |
| Goldberg v. Kelly, 397 U.S. 254, 266-67 | Goldberg v. Kelly, 397 U.S. 254, 266-67 (1970) |
| Cleveland Bd. of Educ. v. Loudermill, 470 U.S. 532, 542 | Cleveland Board of Education v. Loudermill, 470 U.S. 532 (1985) |
| re Eastman, 419 B.R. 711, 728 | re Eastman, 419 B.R. 711, 728 |
| re Zilog, Inc., 450 F.3d 996, 1008 | re Zilog, Inc., 450 F.3d 996, 1008 |
| Thorpe v. Housing Authority of Durham, 393 U.S. 268 (1969), | Thorpe v. Housing Authority of Durham, 393 U.S. 268 (1969) |
| Davis v. Chicago Housing Authority, 136 Ill. 2d 296, 555 N.E.2d 343 (1990), | Davis v. Chicago Housing Authority, 136 Ill. 2d 296, 555 N.E.2d 343 (1990) |
| Jack Spring, Inc. v. Little, 50 Ill. 2d 351, 280 N.E.2d 208 (1972) | Jack Spring, Inc. v. Little, 50 Ill. 2d 351, 280 N.E.2d 208 (1972) |
| Edwards v. Habib, 397 F.2d 687 (D.C. Cir. 1968), | Edwards v. Habib, 397 F.2d 687 (D.C. Cir. 1968), |
| Chicago Housing Authority v. Rose, 203 Ill. App. 3d 208, 561 N.E.2d 226 (1990) | Chicago Housing Authority v. Rose, 203 Ill. App. 3d 208, 560 N.E.2d 1131 (1st Dist. 1990) |
| Robinson v. District of Columbia Housing Authority, 660 F. Supp. 2d 6 (D.D.C. 2009) | Robinson v. District of Columbia Housing Authority, 660 F. Supp. 2d 6 (D.D.C. 2009) |
| Monell v. Department of Social Services of the City of New York, 436 U.S. 658 (1978) | Monell v. Department of Social Services of the City of New York, 436 U.S. 658 (1978) |
| Gamble v. City of Escondido, 104 F.3d 300 (9th Cir. 1997): | Gamble v. City of Escondido, 104 F.3d 300 (9th Cir. 1997): |
| City of Chicago v. Beretta U.S.A. Corp., 213 Ill. 2d 351, 821 N.E.2d 1099 (2004) | City of Chicago v. Beretta U.S.A. Corp., 213 Ill. 2d 351, 821 N.E.2d 1099 (2004) |
| Calloway v. Kinkelaar, 168 Ill. 2d 312, 659 N.E.2d 1322 (1995), | Calloway v. Kinkelaar, 168 Ill. 2d 312, 659 N.E.2d 1322 (1995), |
| Village of Wilsonville v. SCA Services, Inc., 86 Ill. 2d 1, 426 N.E.2d 824 (1981) | Village of Wilsonville v. SCA Services, Inc., 86 Ill. 2d 1, 426 N.E.2d 824 (1981) |
| Patton v. Village of LaGrange, 2015 IL App (1st) 132435 | Patton v. Village of LaGrange, 2015 IL App (1st) 132435 |
| New York Times Co. v. Sullivan, 376 U.S. 254 (1964) | New York Times Co. v. Sullivan, 376 U.S. 254 (1964) |
| Thompson v. HUD, 348 F. Supp. 2d 398 (D. Md. 2005), | Thompson v. HUD, 348 F. Supp. 2d 398 (D. Md. 2005), |
| Goldberg v. Kelly, 397 U.S. 254 (1970) | Goldberg v. Kelly, 397 U.S. 254 (1970) |
| Harris v. Itzhaki, 183 F.3d 1043 (9th Cir. 1999), | Harris v. Itzhaki, 183 F.3d 1043 (9th Cir. 1999), |
| Elmsford Apartment Assocs., LLC v. Cuomo, 469 F. Supp. 3d 148 (S.D.N.Y. 2020), | Elmsford Apartment Assocs., LLC v. Cuomo, 469 F. Supp. 3d 148 (S.D.N.Y. 2020), |
| "KBW Inv. Properties LLC v. Azar, 981 F.3d 1276 (11th Cir. 2020)," | "KBW Inv. Properties LLC v. Azar, 981 F.3d 1276 (11th Cir. 2020)," |
| In re Riehlmann, 891 So.2d 1239 (La. 2005), | In re Riehlmann, 891 So.2d 1239 (La. 2005), |
| re Discipline of Morris, 88 Nev. 166 (1972) | re Discipline of Morris, 88 Nev. 166 (1972) |
| Elmsford Apartment Associates, LLC v. Cuomo, 469 F. Supp. 3d 148, S.D.N.Y. 2020 | Elmsford Apartment Associates, LLC v. Cuomo, 469 F. Supp. 3d 148, S.D.N.Y. 2020 |
| Imp. Program v. City of New York, 492 F. Supp. 3d 33, E.D.N.Y. 2020 | Comm. Hous. Imp. Program v. City of New York, 492 F. Supp. 3d 33, E.D.N.Y. 2020 |
| "(Brown v. Azar, No. 1:20-cv-03702-JPB, N.D. Ga. Sept. 1, 2020)" | "(Brown v. Azar, No. 1:20-cv-03702-JPB, N.D. Ga. Sept. 1, 2020)" |
| SDNY v. Wolf, No. 1:20- cv-05301-ALC, S.D.N.Y. Oct. 2, 2020 | Southern District of New York (SDNY) v. Wolf, No. 1:20- cv-05301-ALC, S.D.N.Y. Oct. 2, 2020 |
| "Griffin v. Breckenridge, 403 U.S. 88 (1971)," | "Griffin v. Breckenridge, 403 U.S. 88 (1971)," |
| Arlington Heights v. Metropolitan Housing Dev. Corp., 429 U.S. 252 (1977) | Village of Arlington Heights v. Metropolitan Housing Dev. Corp., 429 U.S. 252 (1977) |
| Elliott v. Montgomery Ward & Co., 967 F.2d 1258 | Elliott v. Montgomery Ward & Co., 967 F.2d 1258 |
| Buckley v. Fitzsimmons, 509 U.S. 259 (1993) | Buckley v. Fitzsimmons, 509 U.S. 259 (1993) |
| Forrester v. White, 484 U.S. 219 (1988) | Forrester v. White, 484 U.S. 219 (1988) |
| United Mine Workers of America v. Gibbs, 383 U.S. 715, 725 (1966) | United Mine Workers of America v. Gibbs, 383 U.S. 715, 725 (1966) |
| Monroe v. Pape, 365 U.S. 167, 171 (1961) | Monroe v. Pape, 365 U.S. 167 (1961) |
| Gonzales v. Raich, 545 U.S. 1, 17 (2005) | Gonzales v. Raich, 545 U.S. 1 (2005) |
| Heart of Atlanta Motel, Inc. v. United States, 379 U.S. 241, 258 (1964) | Heart of Atlanta Motel v. United States, 379 U.S. 241 (1964) |
| Griggs v. Duke Power Co., 401 U.S 424, 429-30 (1971) | Griggs v. Duke Power Co., 401 U.S. 424 (1971) |
| Hunt v. City of Los Angeles, 638 F.3d 703 (9th Cir. 2011) | Hunt v. City of Los Angeles, 638 F.3d 703 (9th Cir. 2011) |
| McGarvey v. Houston Housing Authority, 934 F.2d 1142 (5th Cir. 1991) | No Case Found |
| Davis v. Tri County Community Council, Inc., 766 F.2d 198 (4th Cir. 1985), | Elevating Boats, Inc. v. Gulf Coast Marine, Inc., 766 F.2d 195 |
| Rogers v. Deptford Township, 616 F.3d 203 (3d Cir. 2010), | Green Party of Conn. v. Garfield, 616 F.3d 189 |
| Gertskis v. Commonwealth of Virginia, 758 F.2d 1163 (4th Cir. 1985), | United States v. OCCI Co., 758 F.2d 1160 (7th Cir. 1985) |
| United States v. City of Parma, 661 F.2d 562 (6th Cir. 1981), | United States v. City of Parma, 661 F.2d 562 (6th Cir. 1981), |
| United States v. Housing Authority of the City of Los Angeles, 810 F.2d 194 (9th Cir. 1987) | No Case Found |
| Ridgewood Bd. of Educ. v. N.E. ex rel. M.E., 172 F.3d 238 (3d Cir. 1999), | Ridgewood Bd. of Educ. v. N.E. ex rel. M.E., 172 F.3d 238 (3d Cir. 1999), |
| Bryant v. Better Bus. Bureau of Greater Maryland, Inc., 923 F.3d 120 | ADP, LLC v. Rafferty, 923 F.3d 113 |
| Jackson v. Veterans Affairs, 22 F.3d 277 (9th Cir. 1994) | Jackson v. Veterans Affairs, 22 F.3d 277 (9th Cir. 1994) |
| Alexander v. Choate, 469 U.S. 287 (1985) | Alexander v. Choate, 469 U.S. 287 (1985) |
| Doe v. District of Columbia, 794 F.3d 1304 (D.C. Cir. 2015) | |
| Simeon v. Brown, 68 F.3d 1204 (7th Cir. 1995), | Supermail Cargo, Inc. v. United States, 68 F.3d 1204 |
| Jenkins v. Housing Authority of the City of Dallas, 142 F.3d 216 (5th Cir. 1998), | Global Mail, Ltd. v. United States Postal Serv., 142 F.3d 208 |

1

| | |
|---|---|
| **Carter v. Housing Authority of New Orleans, 124 F.3d 509 (5th Cir. 1997)** | Pittston Co. Ultramar Am. v. Allianz Ins. Co., 124 F.3d 508 |
| **Williams v. Housing Authority of Baltimore City,100 F.3d 1226 (4th Cir. 1996)** | Ensley-Gaines v. Runyon, 100 F.3d 1220 |
| **Gonzalez v. Carlin, 920 F.2d 260 (9th Cir. 1990),** | Lavespere v. Niagara Mach. & Tool Works, 920 F.2d 259 |
| **Javins v. First National Realty Corp., 138 U.S. App. D.C. 369, 428 F.2d 1071 (1970)** | Javins v. First National Realty Corp., 138 U.S. App. D.C. 369, 428 F.2d 1071 (1970) |
| **Kern v. E. S. Wiggins Co., 517 F.2d 760 (8th Cir. 1975)** | Sessions v. Chrysler Corp., 517 F.2d 759 |
| **Green v. Superior Court of San Francisco, 10 Cal. 3d 616** | Green v. Superior Court of San Francisco, 10 Cal. 3d 616 |
| **Tomasello v. Tuma, 479 F.2d 1086 (7th Cir. 1973)** | Carter v. Butz, 479 F.2d 1084 |
| **Gibson v. State of Florida, 540 F.2d 1256 (5th Cir. 1976)** | Washington v. Maggio, 540 F.2d 1256 |
| **International Shoe Co. v. Washington, 326 U.S. 310 (1945)** | International Shoe Co. v. Washington, 326 U.S. 310 (1945) |
| **Lujan v.Defenders of Wildlife, 504 U.S. 555 (1992)** | Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992) |
| **Briscoe v. Lahue, 460 U.S. 325 (1983)** | Briscoe v. Lahue, 460 U.S. 325 (1983) |
| **Lawson v. Hocker, 198 F.2d 594 (6th Cir. 1952)** | Rolfes v. Dwellingham, 198 F.2d 591 |
| **Moore v. Shaw, 136 F.3d 1238 (10th Cir. 1998),** | Eslaminia v. White, 136 F.3d 1234 |
| **Clapper v. Amnesty International USA, 568 U.S. 398 (2013)** | Clapper v. Amnesty International USA, 568 U.S. 398 (2013) |
| **Mulligan v. Klinkner, 403 F. Supp. 2d 849, 856 (N.D. Ill. 2005)** | United States v. Johnson, 403 F. Supp. 2d 721 |
| **Doe v. District of Columbia, 794 F.3d 1304 (D.C. Cir. 2015)** | |
| **Parker v. Illinois, 333 U.S. 446 (1948)** | Francis v. Southern Pacific Co., 333 U.S. 445 (1948) |
| **Harrison v. McMillan & Associates, 2013 WL 1400687, at *8 (D. Md. Apr. 4, 2013),** | No Case Found |
| **Baker v. Davis, 720 F.2d 1557, 1563 (11th Cir. 1983)** | Consultants & Designers, Inc. v. Butler Service Group, Inc., 720 F.2d 1553 |
| **Gordon v.Washington, 439 F.2d 1396, 1399 (9th Cir. 1971** | In re Barasch, 439 F.2d 1393 |
| **Heintz v. Jenkins, 514 U.S. 291 (1995)** | Heintz v. Jenkins, 514 U.S. 291 (1995) |
| **Hoffman v. L&F Distributors, LLC, 748 F.3d 1225, 1229 (9th Cir. 2014)** | White Stallion Energy Ctr., LLC v. EPA, 748 F.3d 1222 |
| **McCarthy v. Nev. Prop. Appraisals, 835 F.3d 905, 909 (9th Cir. 2016)** | Demer v. IBM Corp. LTD Plan, 835 F.3d 893 |
| **Briscoe v. Lahue, 460 U.S. 325 (1983)** | Briscoe v. Lahue, 460 U.S. 325 (1983) |
| **Wallace v. Kato, 549 U.S. 384 (2007)** | Wallace v. Kato, 549 U.S. 384 (2007) |
| **Parker v. Smith & Wesson Corp., 18 F.4th 1064, 1074 (9th Cir. 2021),** | D.D. v. L.A. Unified Sch. Dist., 18 F.4th 1043 |
| **Fleming v. McDonald's Corp., 16 F.3d 271, 273 (7th Cir. 1994)** | King v. Ahrens, 16 F.3d 265 |
| **Moore v. Weaver, 334 F.3d 234 (2d Cir. 2003)** | Kayembe v. Ashcroft, 334 F.3d 231 |
| **Wilkins v. DeLong, 265 F.3d 326 (6th Cir. 2001)** | Tex. Office of Pub. Util. Counsel v. FCC, 265 F.3d 313 |
| **Friends of the Earth, Inc. v. Laidlaw Environmental Services (TOC), Inc., 528 U.S. 167 (2000)** | Friends of the Earth, Inc. v. Laidlaw Environmental Services (TOC), Inc., 528 U.S. 167 (2000) |
| **Los Angeles v. Lyons, 461 U.S. 95 (1983)** | Los Angeles v. Lyons, 461 U.S. 95 (1983) |
| **United States v. Love, 368F.3d 1267, 1271 (11th Cir. 2004)** | In re McCarthey (Kearns-Tribune, LLC), 368 F.3d 1266 |
| **Dellinger v. Shell Oil Co., 198 F.3d 1157, 1161 (9th Cir. 2000)** | Leslie v. Grupo ICA, 198 F.3d 1152 |
| **United States v. Fattah, 858 F.3d 801, 810 (3d Cir. 2017)** | United States v. Fattah, 858 F.3d 801, 810 (3d Cir. 2017) |
| **Gandy v. United States, 741 F.2d 1210, 1213 (5th Cir. 1984)** | Grant v. Meyer, 741 F.2d 1210 |
| **Hoffman v. City of New York, 1998 U.S. Dist. LEXIS 15168, *16 (S.D.N.Y. 1998)** | James v. City of New York, 1998 U.S. Dist. LEXIS 15168 |
| **Precedent v. Haida, 545 F.2d 1362, 1368 (9th Cir. 1976)** | No Case Found |
| **Eldredge v. Car. 46 N. Cal. Counties, 663 F.2d 750, 754 (9th Cir. 1981)** | Cassiday v. Schweiker, 663 F.2d 745 (7th Cir. 1981) |
| **Perez v. Holmes, 820 F.2d 716, 722 (8th Cir. 1987)** | MBank Ft. Worth, N.A. v. Trans Meridian, Inc., 820 F.2d 716 |
| **Meek v. R.I. Erectors, Inc.,973 F.2d 379, 384 (6th Cir. 1992)** | Goodwin v. Metts, 973 F.2d 378 |
| **Hoffman v. Board of Education, 119 Ill. App. 3d 716, 721 (1983)** | Bass v. Washington-Kinney Co., 119 Ill. App. 3d 713, 457 N.E.2d 85 (1st Dist. 1983) |
| **Foster v. Loftin, 67 F.3d 209, 213 (5th Cir. 1995)** | Papai v. Harbor Tug & Barge Co., 67 F.3d 203 |
| **Smith v. Wade, 461 U.S. 30 (1983)** | Smith v. Wade, 461 U.S. 30 (1983) |
| **Carey v. Piphus, 435 U.S. 247 (1978)** | Carey v. Piphus, 435 U.S. 247 (1978) |
| **Kentucky v. Graham, 473 U.S. 159 (1985)** | Kentucky v. Graham, 473 U.S. 159 (1985) |
| **Weinberger v. Romero-Barcelo, 456 U.S. 305 (1982)** | Weinberger v. Romero-Barcelo, 456 U.S. 305 (1982) |
| **Haddle v. Garrison, 525 U.S. 121 (1998)** | Haddle v. Garrison, 525 U.S. 121 (1998) |
| **Kolar v. Preferred Insurance Co., 585 F.2d 1182, 1188 (7th Cir. 1978)** | Turner v. Air Transport Lodge 1894 etc., 585 F.2d 1180 |
| **O'Neill v. Barr, 952 F.2d 564, 568 (9th Cir. 1991)** | Pimental-Romero v. INS, 952 F.2d 564 |
| **Kaiser Alum. & Chem. Corp. v. Aetna Cas. & Surety Co., 276 F.2d 421, 425 (5th Cir. 1960)** | Liston Zander Credit Co. v. United States, 276 F.2d 417 |
| **Roberts v. S. Coast Med. Group, Inc., 223 F.3d 799, 807 (9th Cir. 2000).** | No Case Found |
| **Gordon v. Marrone, 2005 U.S. Dist. LEXIS 4427, at *24 (S.D.N.Y. Mar. 22, 2005).** | Nieves v. Barnhart, 2005 U.S. Dist. LEXIS 4427 |
| **Mendez v. R. L. Polk & Co., 2011 U.S. Dist. LEXIS 175126, at *14 (C.D. Cal. Nov. 17, 2011).** | Chance v. Pan, 2011 U.S. Dist. LEXIS 175126 |
| **Williams v. Fears, 179 F.2d 550, 552 (5th Cir. 1950).** | Chicago, St. P., M. & O. R. Co. v. Washington, 179 F.2d 548 |
| **Klay v. All Defendants, 425 F.3d 977** | Klay v. All Defendants, 425 F.3d 977 |
| **Martin v.Housing Authority of the City of Los Angeles, 811 F.2d 905, 909 (9th Cir. 1987).** | Trevino v. Holly Sugar Corp., 811 F.2d 896 |
| **Carroll v. Nakatani, 342 F.3d 934 (9th Cir. 2003)** | Carroll v. Nakatani, 342 F.3d 934 (9th Cir. 2003) |
| **Katsaros v. Cody, 744 F.2d 270 (2d Cir. 1984)** | Katsaros v. Cody, 744 F.2d 270 (2d Cir. 1984) |
| **Respondeat Superior v. L.D. Wainwright Co., 132 F.2d 710, 711 (7th Cir. 1942).** | |

| | |
|---|---|
| **McClure v. State, 239 F.3d 940, 942 (10th Cir. 2001).** | Gonzalez v. City of Chicago, 239 F.3d 939 (7th Cir. 2001) |
| **St. Amant v. Thompson, 390 U.S. 727 (1968)** | St. Amant v. Thompson, 390 U.S. 727 (1968) |
| **Harper & Row, Publrs. v. Nation Enterprises, 471 U.S. 539 (1985)** | Harper & Row, Publrs. v. Nation Enterprises, 471 U.S. 539 (1985) |
| **Garrison v. Louisiana, 379 U.S. 64 (1964)** | Garrison v. Louisiana, 379 U.S. 64 (1964) |
| **Butz v. Economou, 438 U.S. 478 (1978)** | Butz v. Economou, 438 U.S. 478 (1978) |
| **Lohrenz v. WTVT, Inc., 242 F.3d 1307, 1317 (11th Cir. 2001)** | Made in the USA Found. v. United States, 242 F.3d 1300 |
| **Cohen v. San Bernardino Valley College 92 F.3d (9th Cir. 1996)** | |
| **Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982)** | Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982) |
| **Marsh v. Alabama, 326 U.S. 501 (1946)** | Marsh v. Alabama, 326 U.S. 501 (1946) |
| **Powell v. Shopco Laurel Co., 678 F.2d 504** | Powell v. Shopco Laurel Co., 678 F.2d 504 |
| **Johnson v. Knowlin, 258 F.3d 754 (8th Cir. 2001)** | Lansdown v. Chadwick, 258 F.3d 754 |
| **Javins v. First National Realty Corp., 138 U.S. App. D.C. 369, 428 F.2d 1071 (1970)** | Javins v. First National Realty Corp., 138 U.S. App. D.C. 369, 428 F.2d 1071 (1970) |
| **Jack Spring, Inc. v. Little, 50 Ill. 2d 351, 280 N.E.2d 208 (1972)** | Jack Spring, Inc. v. Little, 50 Ill. 2d 351, 280 N.E.2d 208 (1972) |
| **Hopper v. Home Owners' Loan Corp., 143 F.2d 464 (7th Cir. 1944)** | Hoskyn & Co. v. Silver Line, Ltd., 143 F.2d 462 |
| **Jackson v. Housing Authority of Cook County, 441 F.3d 747 (7th Cir. 2006)** | Canales-Vargas v. Gonzales, 441 F.3d 739 |
| **U.S. v. 121st Street Corp., 638 F.2d 39  (2d Cir. 1980)** | United States v. Miller, 638 F.2d 39 |
| **Marini v. Ireland, 119 Ill. 2d 424 (Ill. 1988)** | Lake County Board of Review v. Property Tax Appeal Board, 119 Ill. 2d 419, 519 N.E.2d 459 (1 |
| **Hood v. Village of Skokie, 343 F.3d 715 (7th Cir. 2003)** | United States v. Bethurum, 343 F.3d 712 |
| **Davis v. Davis, 76 Ill. App. 3d 1050, 396 N.E.2d 1115 (1st Dist. 1979).** | No Case Found |
| **Vernon v. Schuster, 179 Ill. 2d 399, 689 N.E.2d 150 (1997).** | No Case Found |
| **Heckler v. Community Health Services, 467 U.S. 51 (1984)** | Heckler v. Community Health Services, 467 U.S. 51 (1984) |
| **American National Bank & Trust Co. v. Roth, 123 Ill. App. 3d 160, 462 N.E.2d 1066 (1st Dist** | No Case Found |
| **Kirkland v. Chicago Title & Trust Co., 181 Ill. RApp. 3d 892, 537 N.E.2d 657 (1st Dist. 1989).** | State v. Guinn, 42 Ohio St. 3d 92 |
| **Smith v. Chicago Title & Trust Co., 117 Ill. App. 3d 25, 453 N.E.2d 716 (1st Dist. 1983)** | No Case Found |
| **Harris v. Ameritech Corp., 208 Ill. 2d 370, 804 N.E.2d 670 (2004)** | No Case Found |
| **Fletcher v. Illinois Central R. Co., 198 Ill. App. 3d 209, 555 N.E.2d 1337 (4th Dist. 1990)** | No Case Found |
| **Koonce v. Mowery, 142 Ill. App. 3d 225, 491 N.E.2d 826 (1st Dist. 1986)** | No Case Found |
| **Gordon v. United Airlines, Inc., 116 Ill. App. 3d 1008, 452 N.E.2d 769 (1st Dist. 1983)** | No Case Found |
| **McMahon v. L.E. Myers Co., 866  F.2d 189 (7th Cir. 1989)** | Stratmore v. Goodbody, 866 F.2d 189 |
| **United Mine Workers v. Gibbs, 383 U.S. 715 (1966)** | United Mine Workers v. Gibbs, 383 U.S. 715 (1966) |
| **Lewis v. School District 62, 2017 IL App (1st) 151144, ¶ 18, 71 N.E.3d 621** | Stepp v. Medina City Sch. Dist. Bd. of Educ., 2016-Ohio-5875 |
| **McCormick v. Kopmann, 2019 IL App (1st) 182589, 31, 146 N.E.3d 1156** | Ortiz v. Morris, 97 Mass. App. Ct. 358 |
| **Green v. Illinois Power Co., 274 Ill. App. 3d 206, 653 N.E.2d 969 (1995)** | |
| **Feltmeier v. Feltmeier, 207 Ill. 2d 263, 798 N.E.2d 75 (2003)** | Feltmeier v. Feltmeier, 207 Ill. 2d 263, 798 N.E.2d 75 (2003) |
| **US Airways, Inc. v. Barnett, 535 U.S. 391 (2002)** | US Airways, Inc. v. Barnett, 535 U.S. 391 (2002) |
| **Parker v. Columbia Pictures Industries, 204 F.3d 326 (2d Cir. 2000)** | Parker v. Columbia Pictures Industries, 204 F.3d 326 (2d Cir. 2000) |
| **Southeastern Community College v. Davis, 442 U.S. 397 (1979)** | Southeastern Community College v. Davis, 442 U.S. 397 (1979) |
| **Williams v. Shreveport Housing Authority, 2015 WL 5734510 (W.D. La. 2015)** | |
| **Burlington Northern & Santa Fe Ry. v. White, 548 U.S. 53 (2006)** | Burlington Northern & Santa Fe Ry. v. White, 548 U.S. 53 (2006) |
| **Price Waterhouse v. Hopkins, 490 U.S. 228 (1989)** | Price Waterhouse v. Hopkins, 490 U.S. 228 (1989) |
| **Gordon v. U.S. Capitol Police, 778 F.3d 158 (D.C. Cir. 2015)** | Gordon v. U.S. Capitol Police, 778 F.3d 158 (D.C. Cir. 2015) |

3