

**FILED**
10/15/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

Robert Sam, et al.,
Plaintiffs,
v.
Mobile et al.,
Defendants.

Case No. 3:23-cv-50301

## PLAINTIFFS' MOTION TO ADDRESS ATTORNEY MISCONDUCT AND REQUEST FOR DEPARTMENT OF JUSTICE INTERVENTION

Plaintiffs, Robert Sam and Karen Sam's , hereby respectfully move this Honorable Court for relief to address the misconduct of attorney Nicholas Cronauer and request the Department of Justice's (DOJ) involvement due to the serious nature of violations impacting Plaintiffs' First Amendment rights, as well as potential criminal contempt charges initiated in retaliation for Plaintiffs' lawful exercise of free speech. In support of this motion, Plaintiffs state as follows:

## I. INTRODUCTION

1. Plaintiffs, Robert Sam and Karen Sam, are litigants in this action, having previously faced numerous state and federal court proceedings involving wrongful

eviction, housing discrimination, and bankruptcy-related issues.

2. Plaintiffs are now facing allegations of criminal contempt brought forward by Defendants' counsel, Nicholas Cronauer, in what Plaintiffs believe is an attempt to silence their right to free speech and suppress the truth regarding their claims.

## II. ATTORNEY MISCONDUCT AND RETALIATION

3. Plaintiffs contend that Attorney Nicholas Cronauer has repeatedly used the court system to defame and discredit Plaintiffs by filing baseless criminal charges and seeking criminal contempt sanctions.

4. The alleged criminal charges against Plaintiff Robert Sam amounted to nothing, yet they continue to be leveraged by Mr. Cronauer to intimidate and harass Plaintiffs. These charges where phony a corrupt brought by a dirty cop. I can prove everything. When I asked the public defender to withdraw my plea, not one return call or email. There never was any crime ever. I have zero criminal record.

5. Mr. Cronauer has a pattern of filing motions in courts where he has apparent undue influence, such as in DeKalb County, where he receives favorable rulings from judges. Plaintiffs believe this constitutes an abuse of process.

6. The most recent criminal contempt motion is a direct attack on Plaintiffs' First Amendment rights, as it seeks to penalize them for lawful speech made in the course of their case.

## III. EVIDENCE OF RECKLESS ENDANGERMENT AND FEDERAL VIOLATIONS

7. Plaintiffs have obtained significant evidence from the housing authority that substantiates their claims of reckless endangerment and other federal violations perpetrated against them.

8. This evidence proves that various individuals, including Mr. Cronauer, have engaged in a cover-up of the unlawful actions taken against Plaintiffs, which have caused severe emotional, physical, and financial harm.

9. The reckless actions taken by these individuals have endangered Plaintiffs' lives, and Plaintiffs assert that these acts amount to violations of federal law, including violations of due process, equal protection, and the Fair Housing Act.

10. Plaintiffs now have the "smoking gun" evidence necessary to prove their entire case and will present this to the Court and the DOJ.

## IV. REQUEST FOR DOJ INTERVENTION UNDER 28 U.S.C. 2403.

11. Given the severity of the allegations and the potential for further harm, Plaintiffs request that this Court

refer the matter to the DOJ for investigation into the misconduct, reckless endangerment, and violations of federal law.

12. Plaintiffs believe that the DOJ's involvement is critical at this stage, as the actions taken by Defendants and their counsel have escalated to a point where lives are at stake.

## V. CONCLUSION

13. Plaintiffs respectfully request that this Honorable Court: a. Deny any motions to strike or dismiss our case brought against Plaintiffs as they constitute an unlawful attempt to suppress free speech; b. Issue an order referring the conduct of Attorney Nicholas Cronauer and Riley Oncken to the Department of Justice for investigation into possible violations of federal law; c. Grant any other relief this Court deems just and proper.

Respectfully submitted,

/s/ Robert Sam
Plaintiff, Pro Se

/s/ Karen Sam
Plaintiff, Pro Se