



**FILED**
10/16/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**Case No.: 3:23-cv-50301**
**Plaintiff(s):** Robert Sam, Karen Sam
**Defendant(s):** DeKalb Housing Authority, Melissa Mobile, Nicholas Cronauer, et al.

## Motion for Notice of New Evidence

NOW COME the Plaintiff(s), Robert Sam and Karen Sam, pro se, and hereby file this Notice of New Evidence to their previously filed Motion to Disqualify Counsel, to bring to the Court's attention new facts and findings which further support the disqualification of Attorney Nicholas Cronauer from representing Defendant Melissa Mobile in this matter. In support, Plaintiffs state as follows:

## 1. Newly Discovered Relationships & Conflicts

Plaintiffs have recently uncovered additional information indicating a close relationship between various parties involved in this matter, further complicating the ethical and legal conflicts surrounding Mr. Cronauer's representation of Defendant Mobile:

- **Brett Brown**, who may be related to Defendant Mobile, was a partner at the law firm **Burns Cronauer & Brown**, alongside Mr. Cronauer's

father. Mr. Brown also served as the Director of the DeKalb Housing Authority, which is named as a defendant in this lawsuit. The housing authority has continued to refuse to port us, this may be due to influence by the Brown's and Cronauers.

- **Natalie Burns**, Brett Brown's wife, is connected to the RAMMP organization as they own the building that houses RAMMP, which also refused to provide assistance to Plaintiffs.

- Brett Brown and Natalie Burns Brown may be the owners of the **RAMP building** in DeKalb based on deed records. This organization raises additional concerns about potential biases and conflicts of interest, as Plaintiffs were denied assistance by RAMMP.

## 2. Failure to Disclose Conflicts of Interest

Mr. Cronauer, as an attorney, has an ethical obligation under Illinois Rules of Professional Conduct to inform the court of any actual or potential conflicts of interest that may affect his representation. Despite the significant connections and potential relationships mentioned above, Mr. Cronauer has failed to disclose these conflicts to the court. His continued representation of Defendant Mobile, given these relationships, violates his duty of candor to the tribunal and undermines the fairness of these proceedings. The family tree of the Cronauers, Burns,

Browns and the Hoffman's is very intertwined and needs to be exposed as it has corrupted our situation.

## 3. Impact on Disqualification

These new findings highlight a deeper connection between Mr. Cronauer and individuals and entities involved in this case, reinforcing the significant conflict of interest that already exists due to Mr. Cronauer's dual role as both defense counsel and a named defendant in this action.

- Mr. Cronauer's professional and personal relationships with these parties present additional layers of conflict, raising serious concerns about his ability to represent Defendant Mobile without bias or undue influence.
- This conflict is further exacerbated by the fact that Mr. Cronauer's personal interests as a defendant are now intertwined with his professional obligations as counsel for Defendant Mobile and other related parties.

## 4. Request for Prompt Ruling

Plaintiffs respectfully request that the Court take judicial notice of these new findings and issue a prompt ruling on Plaintiffs' original Motion to Disqualify Counsel, as the ongoing conflict continues to prejudice Plaintiffs' ability to fairly litigate this case. We also have in our possession

some very serious evidence regarding the Dekalb housing authority and Melisa Mobile that we need to bring to the courts attention. I would like to supplement our complaint with this newly found evidence if the court would allow a short leave to supplement complaint?

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

1. Consider the new evidence provided herein;
2. Disqualify Attorney Nicholas Cronauer from representing Defendant Melissa Mobile in this case due to the substantial conflict of interest and failure to disclose the same; and
3. Grant any other relief deemed just and proper.

**DATED:** 10/16/25

**Respectfully Submitted,**

**Robert Sam and Karen Sam, Pro Se**