## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

Robert Sam, et al.

                 Plaintiff,

v.

Melissa Mobile, et al.

                 Defendant.

Case No.: 3:23–cv–50301
Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 17, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: The motions to strike filed by Plaintiffs [141] and the Cronauer Defendants [145], are denied. As the Seventh Circuit has noted "[m]otions to strike words, sentences, or sections out of briefs serve no purpose except to aggravate the opponent–and though that may have been the goal here, this goal is not one the judicial system will help any litigant achieve. Motions to strike disserve the interest of judicial economy. The aggravation comes at an unacceptable cost in judicial time." Redwood v. Dobson, 476 F.3d 462, 471 (7th Cir. 2007). Nevertheless, the Court does acknowledge that both Plaintiffs' motion to supplement [137] and Cronauer Defendants' response [140,143] were improperly filed on the docket. Plaintiffs' motion to supplement was filed without leave and Cronauer Defendants' response was filed in excess of the length allowed by the Court [127]. The Court reminds Plaintiffs and Defendants to adhere to the Court's orders with respect to filing on the docket. Plaintiffs' motion to address attorney misconduct and request a DOJ investigation [147] is similarly denied. The statute that Plaintiffs cite in support of their request for DOJ intervention, 28 U.S.C. § 2403 does not provide the relief that Plaintiffs request. Plaintiffs are reminded that even as pro se litigants they are responsible for ensuring that the laws and cases which they cite to stand for the propositions they claim. Mathis v. New York Life Ins. Co., 133 F.3d 546, 548 (7th Cir.1998). Additionally, the Court admonishes Plaintiffs for citing to cases that do not exist in their motion to disqualify [134]. Further misuse of citations in submissions to this Court may result in the Court imposing sanctions or striking pleadings that contain improper citations. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.