**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**

Robert Sam, et al.

                    Plaintiff,

v.                                              Case No.: 3:23–cv–50301
                                                Honorable Iain D. Johnston

Melissa Mobile, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 17, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs indicate in their motion for notice of new evidence [149] that they want to supplement their complaint. If Plaintiffs wish to amend their complaint, they must file a motion seeking leave to file a fourth amended complaint that attaches the proposed fourth amended complaint. At this stage of the litigation, Defendants may respond to the Third Amended Complaint and Plaintiffs may respond to any motions to dismiss filed by Defendants in compliance with any briefing schedule set by the Court. Otherwise, the Court encourages all parties to refrain from submitting additional documents to the Court until all Defendants have responded to the complaint. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.