**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

| | |
|---|---|
| ROBERT and KAREN SAM, | |
| Plaintiff(s), | Court No. 3:23-cv-50301 |
| v. | Hon. Iain D. Johnston |
| | Magistrate Margaret J. Schneider |
| BKA HOLDING, LLC, MELISSA MOBILE, RILEY ONCKEN, RILEY N. ONCKEN, P.C., CHRISTONER NICHOLAS CRONAUER, CRONAUER LAW LLP, HOUSING AUTHORITY OF THE COUNTY OF DEKALB ILLINOIS, THE CITY OF SYCAMORE ILLINOIS, | |
| Defendant(s). | |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant, HOUSING AUTHORITY OF THE COUNTY OF DEKALB, by its attorney Allie M. Burnet of Best Vanderlaan & Harrington, hereby moves this Court for an extension of time to file its responsive pleadings, as follows:

1. Pursuant to the service waiver executed by Movant/Defendant Housing Authority of the County of DeKalb ("HACD"), its responsive pleadings to Plaintiff's Third Amended Complaint are currently due to be filed by October 21, 2024.

2. Plaintiff's Third Amended Complaint includes twenty-two counts spanning 144 pages (not including supporting exhibits), and asserts combined claims against multiple defendants therein. Given the breadth of allegations and investigation required to fully respond to the same, defense counsel requires a short extension of the current pleading deadline to file HACD's responsive pleadings.

3. To ensure defense counsel has sufficient time to complete her investigation

to prepare Defendant's responsive pleadings, Defendant HACD respectfully requests an extension of time of an additional fourteen (14) days, up to and including November 4, 2024, by which to file Defendant's responsive pleadings to the Third Amended Complaint.

4.   Defense counsel Burnet contacted Plaintiff Robert Sam regarding her intention to file this motion on October 17, 2024, and Mr. Sam indicated that Plaintiffs have no objection to extension of time sought by Defendants herein.

5.   This is Defendant HACD's first motion for extension of time filed in this matter. This motion is not being filed for purposes of delay, and if granted the extension will not result in prejudice to any party herein.

WHEREFORE, Defendant, HOUSING AUTHORITY OF THE COUNTY OF DEKALB, prays that this Court grants it an extension of time of up to and including November 4, 2024, to file its responsive pleadings, and for all other relief in its favor which this Court deems just and proper.

Respectfully submitted,

**HOUSING AUTHORITY OF THE COUNTY OF DEKALB**

/s/ Allie M. Burnet

Allie M. Burnet
**Best, Vanderlaan & Harrington**
25 E. Washington St., Suite 800
Chicago, IL  60602
(312) 819-1100
eservice@bestfirm.com
aburnet@bestfirm.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **electronic delivery through the Court's filing system** to all parties of record, at their addresses of record, on October 18, 2024.

/s/ Allie M. Burnet