

FILED
10/18/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ROCKFORD DIVISION

**ROBERT SAM AND KAREN SAM, et al.,**
Plaintiffs,

v.

**MELISSA MOBILE, et al.,**
Defendants.

**Case No. 3:23-cv-50301**

## MOTION FOR CLARIFICATION ON BRIEFING SCHEDULE

NOW COMES the Plaintiffs, Robert Sam and Karen Sam, and respectfully move this Honorable Court for clarification regarding the briefing schedule related to Defendant Melissa Mobile and BKA Holdings' Motion to Dismiss. In support of this Motion, Plaintiffs state as follows:

1. Defendant Melissa Mobile and BKA Holdings filed their Motion to Dismiss.

2. Plaintiffs seek clarification on the deadline for filing their response to the Motion to Dismiss or briefing schedule.

3. It is imperative for Plaintiffs to understand the briefing schedule to ensure compliance with the

Court's timelines and to adequately prepare their response.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court clarify the briefing schedule for the response to Defendant's Motion to Dismiss, including the specific due date for the Plaintiffs' response.

Dated: 10/18/24

Respectfully submitted,

Robert Sam and Karen Sam