## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

Robert Sam, et al.

               Plaintiff,

v.

Melissa Mobile, et al.

               Defendant.

Case No.: 3:23–cv–50301

Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 18, 2024:

     MINUTE entry before the Honorable Margaret J. Schneider: Agreed Motion for Extension of Time to File Responsive Pleading [153], is granted. Defendant Housing Authority of DeKalb County, IL has until 11/04/24 to answer or otherwise respond to Plaintiff's third amended complaint. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.