**U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT AND KAREN  SAM, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No.  3:23-cv-50301 |
| | ) | |
| BKA HOLDING, LLC, MELISSA MOBILE, | ) | Judge Ian D. Johnston |
| RILEY ONCKEN, RILEY N. ONCKEN, P.C. | ) | |
| CHRISTOPHER NICHOLAS CRONAUER and | ) | Magistrate Judge Margaret Schneider |
| CRONAUER LAW LLP, HOUSING AUTHORITY | ) | |
| OF COUNTY OF DEKALB ILLINOIS, THE CITY | ) | |
| OF SYCAMORE ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION TO JOIN CO-DEFENDANT BKA HOLDING LLC AND MELISSA MOBILE'S 12(B)(1) and Attorney Oncken's 12(B)(1) and 12(B)(6) MOTIONS TO DISMISS THIRD AMENDED COMPLAINT

NOW COME the Defendants, CHRISTOPHER NICHOLAS CRONAUER, Individually and CRONAUER LAW LLP (hereinafter the "Cronauer"), by and through their attorneys, MICHAEL HANNIGAN and KONICEK & DILLON P.C., respectfully moves this Court to join in the Rule 12(b)(1)  and 12(b)(6) Motions to Dismiss Plaintiff's Third Amended Complaint due to Plaintiff's failure to state a proper cause of action upon which original subject matter jurisdiction can be based and in lieu of an answer, states the following:

1.      In the interest of judicial economy and efficiency, Cronauer, adopts the 12(B)(1) Motion to Dismiss (ECF 146) with all exhibits filed October 14, 2024 (attached hereto as Exhibit "A" without refiling the exhibits of ECF 146.) and Attorney Riley Oncken's 12(B)(1) and 12(B)(6) Motion to Dismiss the Third Amended Complaint, as though fully set forth herein and adopted by reference thereto.

2.      Cronauer was successor counsel in the underlying eviction litigation to Attorney Oncken and is being sued by the Sams on causes of action for which no evidence exists or are undocumented by fact or law.  For all of the reasons stated by the co-defendants in ECF 146, and co-

1

defendants, Riley Oncken and Riley N. Oncken PC's 12(B)(1) and 12(B)(6) Motion to Dismiss (filed as ECF 158 attached hereto as Exhibit "B" without refiling the exhibits), the Third Amended Complaint against Cronauer should be dismissed with prejudice.

3.      While the only Counts in the twenty-three (23) count Third Amended Complaint against Cronauer are Counts I, II, IX, X, and XLII (sic), Cronauer joins in the Motion to Dismiss the entire Third Amended Complaint for all reasons set forth in the motions filed as ECF 146 and ECF 158 Motion to Dismiss the entire Third Amended Complaint. All Counts of the Third Amended Complaint are sufficiently addressed in the co-defendants' Motions to Dismiss.

4.      For purposes of the 12(B)(1) and 12(B)(6) Motions to Dismiss in which Cronauer adopts as his own and joins in, Cronauer's interests and defenses are aligned and consistent with those of the co-defendants.

WHEREFORE, the Defendants, Nicholas Cronauer and Cronauer Law LLP, respectfully request that this Honorable Court dismiss the Third Amended Complaint with prejudice and that this Court further orders whatever other relief it deems just and reasonable under the circumstances, including but not limited to reasonable attorney's fees and costs incurred by the Cronauer Defendants in defending such baseless claims.

Respectfully submitted,

/s/ Michael P. Hannigan
Attorneys for Defendant

Daniel F. Konicek (6205408)
Michael P, Hannigan (6190132)
KONICEK & DILLON, P.C.
21 W. State St., Geneva, IL  60134
630.262.9655
ATTY No. 37199
dan@konicekdillonlaw.com
mhannigan@Konicekdillonlaw.com

2