## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

Robert Sam, et al.

                        Plaintiff,

v.                                   Case No.: 3:23–cv–50301

                                   Honorable Iain D. Johnston

Melissa Mobile, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: As to Defendants Riley N. Oncken and Riley N. Oncken, P.C.'s motion to dismiss [158], Plaintiffs have until 11/19/24 to respond. Defendants have until 12/05/24 to reply. Defendants Christopher Nicholas Cronauer and Cronauer Law LLP's motion to join co–Defendants' motion to dismiss [159], is granted. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.