**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**

Robert Sam, et al.

                    Plaintiff,

v.                                  Case No.: 3:23–cv–50301
                                  Honorable Iain D. Johnston

Melissa Mobile, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 22, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: The plaintiffs' motion to strike a criminal contempt motion one of the defendants filed in state court [157] is denied. As this Court has previously explained, federal courts generally "decline to exercise [their] jurisdiction where doing so would intrude upon the independence of the state courts and their ability to resolve the cases before them." SKS & Assocs., Inc. v. Dart, 619 F.3d 674 (7th Cir. 2010) (applying Younger abstention due to a pending state eviction proceeding). Accordingly, any argument that the state court lacks jurisdiction to grant the contempt motion should be raised with the state court. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.