



FILED
11/1/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXK

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

Case No. 3:23-cv-50301

**Robert Sam and Karen Sam, Plaintiffs**

v.

**BKA Holdings, LLC, Melissa Mobile, et al., Defendants**

## NOTICE OF REMOVAL

Plaintiffs, Robert and Karen Sam, file this Notice of Removal from the Circuit Court of DeKalb County, Illinois, to the United States District Court for the Northern District of Illinois, Western Division, based on federal jurisdiction. Plaintiffs state as follows:

1. **Federal Jurisdiction and Preemption**: Plaintiffs' claims arise under federal law and invoke the supremacy of federal protections, particularly the Fair Housing Act (42 U.S.C. §§ 3601-3619), the CARES Act, and 42 U.S.C. § 1983 (Civil Rights Violations). Federal preemption applies as these laws supersede state actions when there is a clear conflict, as held in *Cipollone v. Liggett Group, Inc.*, 505 U.S. 504, 516 (1992). ( **Found on Justia)**State actions that

contravene federal protections must be addressed by the federal court, as federal law occupies this legal domain.

2. **Relevant Federal Protections**:

   - **Fair Housing Act (FHA)**: The FHA protects against housing discrimination and is enforceable in federal court where actions adversely impact housing based on protected characteristics or retaliate against tenants for asserting their rights. The Court's oversight in this federal case is essential to prevent misuse of state court to intimidate or harass tenants, as recognized in *Harris v. Itzhaki*, 183 F.3d 1043 (9th Cir. 1999).(**Found on casemine and Quimbe**)
   - **CARES Act Protections**: The CARES Act (15 U.S.C. § 9058) provides eviction protections for tenants in federally assisted housing, requiring a 30-day notice before eviction actions are filed. Federal courts have consistently recognized the importance of enforcing these protections, as in *Elmsford Apartment Assocs., LLC v. Cuomo*, 469 F. Supp. 3d 148 (S.D.N.Y. 2020).( **found on Vlex and Supreme Court of the United States**).

3. **State Court Interference with Federal Jurisdiction**: Defendants have pursued a Motion for

Contempt in state court against Plaintiff Karen Sam, which is retaliatory and intended to interfere with federal jurisdiction. This action conflicts with federal protections under the Fair Housing Act, the CARES Act, and the ongoing federal proceedings. Federal courts have the authority to enjoin state court actions that interfere with federal rights, as recognized in *Younger v. Harris*, 401 U.S. 37 (1971).

4. **Timeliness**: This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446, within 30 days of receiving Defendants' state court filing, which implicates federal jurisdiction.

WHEREFORE, Plaintiffs respectfully request that this Court take jurisdiction over this action to protect federal rights, ensure compliance with federal protections, and prevent further harassment through state court actions that interfere with the federal court's authority.

**Date: 11/1/24**
**Respectfully submitted,**
**/s/ Robert Sam and Karen Sam**
Plaintiff, Pro Se