

FILED
11/1/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

Case No. 3:23-cv-50301

**Robert Sam and Karen Sam, Plaintiffs**

v.

**BKA Holdings, LLC, Melissa Mobile, et al., Defendants**

## MOTION FOR CONTEMPT AND SANCTIONS AGAINST DEFENDANTS FOR HARASSMENT AND VIOLATION OF FEDERAL PROTECTIONS

Plaintiffs, Robert and Karen Sam, respectfully move this Court to hold Defendants in contempt for engaging in a pattern of harassment and unlawful state court actions that infringe upon federal protections. In support, Plaintiffs state as follows:

1. **Background and Federal Jurisdiction**: Plaintiffs have ongoing federal claims against Defendants in this Court alleging wrongful eviction, retaliation, discrimination, and violation of federal housing protections. Actions that interfere with federal court jurisdiction undermine the supremacy of federal law and are subject to contempt, as recognized in

*McComb v. Jacksonville Paper Co.*, 336 U.S. 187 (1949), where the Supreme Court held that courts must act to protect their jurisdiction and enforce compliance with federal orders.

2. **Improper State Court Actions Constituting Harassment**: Defendants filed a Motion for Contempt in state court against Plaintiff Karen Sam, directly undermining this Court's authority and jurisdiction over matters involving federal protections. Actions taken in bad faith to harass or intimidate litigants based on their exercise of federal rights, such as protections under the CARES Act, are subject to sanctions, as upheld in *Chambers v. NASCO, Inc.*, 501 U.S. 32, 46 (1991), where the Supreme Court found that courts may sanction behavior that abuses judicial processes.

3. **Violation of the Fair Housing Act**: Defendants' actions, including filing state court motions to punish Plaintiffs for asserting federally protected rights, constitute retaliation prohibited by the Fair Housing Act (42 U.S.C. § 3617). In *Texas Dep't of Housing & Cmty. Affairs v. Inclusive Communities Project, Inc.*, 576 U.S. 519 (2015), the Supreme Court reinforced that federal law prohibits retaliatory conduct that undermines housing rights.

4. **Relief Sought**: Plaintiffs respectfully request that this Court:

- **Hold Defendants and their counsel in contempt** for engaging in actions that undermine federal jurisdiction and harass Plaintiffs.
- **Issue sanctions** against Defendants to deter further conduct that interferes with this Court's proceedings and harasses Plaintiffs.
- **Award Plaintiffs attorney's fees and costs** associated with responding to Defendants' improper actions.
- Provide any additional relief deemed just and proper.

**Date: 11/1/24**
**Respectfully submitted,**
**/s/ Robert Sam and Karen Sam**
Plaintiff, Pro Se