**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**

Robert Sam, et al.

                                        Plaintiff,

v.                                                                  Case No.: 3:23−cv−50301
                                                                    Honorable Iain D. Johnston

Melissa Mobile, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 5, 2024:

        MINUTE entry before the Honorable Margaret J. Schneider: As to Defendant
Housing Authority of the County of DeKalb, IL's motion to dismiss [163], Plaintiffs have
until 12/05/24 to respond. Defendant has until 12/19/24 to reply. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.