

# United States District Court for the Northern District of Illinois
# Rockford Division



FILED
11/6/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

## Case No. 3:23-cv-50301
**Plaintiffs:** Robert Sam and Karen Sam
**Defendants:** Mobile et al.

## Notice of Potential Interference and Request for Judicial Oversight

**Comes now the Plaintiff,** Robert Sam, and hereby notifies this Court of potential interference concerning an ongoing plea agreement in state court case No. 22 CF 546. This potential interference arises due to a conflict involving Defendant Riley Oncken, recently elected as State's Attorney. In light of these facts, the Plaintiff respectfully requests judicial oversight to ensure impartial treatment in both the federal and state court proceedings.

## 1. Background and Nature of the Conflict of Interest

Plaintiff asserts that Defendant Riley Oncken has a significant conflict of interest in the state court criminal proceedings due to his personal involvement in ongoing litigation with the Plaintiff in this federal case. The Plaintiff believes this conflict may result in biased or prejudicial actions toward the Plaintiff, specifically impacting the fairness of the second-chance plea deal.

Furthermore, recent events have heightened concerns over Defendant Riley Oncken's motivations. After winning his election as State's Attorney, a Facebook press release issued by the Sycamore Police Department—related to the Plaintiff's two-year-old arrest—was prominently re-released. This action raises concerns about the motives behind these public statements and their impact on the Plaintiff's reputation and rights.

## 2. Plaintiff's Position on the Plea Deal and Allegations of Coercion

The Plaintiff contends that the plea deal was not entered into freely and was based on misleading information. The Plaintiff maintains that no crime was committed. Notably, the State recently dismissed two of the more serious charges due to insufficient evidence. Despite this, Defendant Riley Oncken appears intent on further pursuing punitive actions against the Plaintiff, raising the possibility that he will attempt to revoke the second-chance probation which is fine if defendant would be given a trial but that won't happen if revoked.

## 3. Allegations of Public Corruption and Continuing Harassment

The Plaintiff respectfully brings to this Court's attention a broader pattern of alleged misconduct by the defendants, including the recent venue change in an eviction case by

the lower court judge. The Plaintiff is confident that Defendant Riley Oncken, alongside Nicholas Cronauer, will continue to leverage the state court process to cause harm to the Plaintiff and the Plaintiff's family. These actions appear to reflect a concerted attempt to create a criminal record for the Plaintiff, potentially aiding the defendants in an ongoing eviction dispute.

## Request for Relief

In light of these circumstances, the Plaintiff respectfully requests that this Court:

1. **Monitor developments in the Plaintiff's state court case** and consider any potential interference or bias by Defendant Riley Oncken as relevant to the federal case;

2. **Permit the Plaintiff to submit additional evidence** regarding any specific actions taken by Defendant Robert Sam that may impact the terms or fairness of the second-chance plea agreement.

## Conclusion

The Plaintiff emphasizes the severity of the defendants' actions and their ongoing efforts to harm the Plaintiff and Plaintiff's family. By bringing these facts before this Court, the Plaintiff seeks protection from further harm and

respectfully requests this Court's intervention to ensure justice is served in both the state and federal matters.

Robert Sam

11/6/24