



**BC**

FILED
11/14/2024 VJD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

**Case No. 3:23-cv-50301**
**Sam et al. v. Mobile et al.**

## MOTION TO INFORM THE COURT OF ILLINOIS SUPREME COURT ORDER AND REQUEST FOR FAIR CONSIDERATION IN LIGHT OF RECENT DEVELOPMENTS

**Plaintiffs**, by and through the undersigned, respectfully submit this motion to inform the Court of recent developments in the Illinois Supreme Court and to request fair and impartial consideration in this federal case. In support of this motion, Plaintiffs state as follows:

1. **Background and Supreme Court Order**:
   On November 12, 2024, the Supreme Court of Illinois issued an order in M.R. 898 assigning an out-of-circuit judge to preside over several cases in the Twenty-Second Judicial Circuit, including Sam v. BKA Holdings, Sam v. Shaw Media, BKA Holdings v. Sam, People of the State of Illinois v. Sam, and Department of Human Rights v. BKA Holdings. This order reflects a significant measure by the Illinois Supreme Court to address public necessity and to ensure fair adjudication by bringing in a judge from

outside the circuit. A copy of this order is attached as Exhibit A.

2. **Motion to Withdraw Criminal Plea Agreement**:
Plaintiff has filed a motion in the relevant criminal case to withdraw the plea agreement. The plea was entered under circumstances involving alleged bias, misconduct, and collusion among certain individuals, including Riley Oncken, Nicholas Cronauer, the DeKalb County State's Attorney, and a detective involved in the case. Plaintiffs believe these factors have unfairly impacted the proceedings and their rights.

3. **Concerns of Bias and Unfair Treatment**:
Plaintiffs are seeking fair treatment in this federal case, free from any influence or misconduct that has allegedly affected the state-level proceedings. The Illinois Supreme Court's recent order to bring in an out-of-circuit judge suggests that concerns regarding bias and fairness are being taken seriously. Plaintiffs respectfully request that this federal court consider the implications of the Illinois Supreme Court's order on the present case, as it underscores the need for impartiality and justice.

4. **Request for Fair and Impartial Consideration in Federal Proceedings**:
In light of the Illinois Supreme Court's intervention

and the alleged misconduct in the criminal case, Plaintiffs urge this Court to ensure that all actions and rulings in this matter reflect the highest standards of fairness and impartiality. Plaintiffs seek assurance that their federal claims will be evaluated independently of any state-level biases or influences by any of the defendants and there council. I have filed motions with this court and they get sat on, when the defenders file motions they get ruled on fairly quickly. These delays on my motions hurt us and it's not to me, fair at all. We are probably not very safe here anymore, with Riley Oncken the new states attorney his friendships with the dirty cop and police dept and with the cases being transferred, who knows what set up or boobytrap will be set by these predators. People lives become endangered when Perpetrators feel they may be exposed or caught, hopefully nothing like that happens to my family here. I feel if we had a attorney we could have been better protected but this court seemed to punish us by not assigning new council. That's fine, it won't stop me from exposing everything, and I am willing to trade my life to do so if it comes to that.

**WHEREFORE,** Plaintiffs respectfully request that the Court take note of the Illinois Supreme Court's recent order, the pending motion to withdraw the criminal plea agreement, and the need for fairness in these proceedings.

Plaintiffs further request any additional relief deemed appropriate by this Court.

Respectfully submitted,

Robert Sam

Plaintiff

M.R. 898

# IN THE
# SUPREME COURT OF ILLINOIS

### Assignment of Out-of-Circuit Judge

On the request of Honorable Bradley J. Waller, Chief Judge of the Twenty-Third Judicial Circuit, that a judge of another judicial circuit be assigned to hear DeKalb County cases *BKA Holdings v. Sam*, Case No. 24-EV-136, *Sam v. Shaw Media*, Case No. 24-LA-49, *BKA Holdings v. Sam*, Case No. 24-LA-29, *People of the State of Illinois v. Sam*, Case No. 22-CF-546 and *Department of Human Rights v. BKA Holdings*, Case No. 24-CH-17 and the Supreme Court having determined that the public necessity so requires:

IT IS ORDERED that the Chief Judge of the Twenty-Second Judicial Circuit shall assign a judge of the Twenty-Second Judicial Circuit to preside over this request; and, further, the Chief Judge of the Twenty-Second Judicial Circuit shall have administrative authority over all matters associated with the request to the same extent as a case of the Twenty-Second Judicial Circuit.

Dated this 12th day of November, 2024.

_____
Chief Justice, Supreme Court of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of the State of Illinois, and keeper of the records, files and Seal thereof, do hereby certify the foregoing to be a true copy of an Assignment Order filed in this office on the 12th day of November, 2024.



_____
IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 12th day of November, 2024.

**FILED**

NOV 12 2024

**SUPREME COURT CLERK**