Enter the Case Number given by the Circuit Clerk: 2024EV000136

**This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.**
**Forms are free at ilcourts.info/forms.**

| STATE OF ILLINOIS, CIRCUIT COURT _____ COUNTY | PROOF OF SERVICE OF EVICTION SUMMONS & EVICTION COMPLAINT | For Court Use Only |
|---|---|---|
| | | **FILED** 4/16/2024 8:03 AM 2024EV000136 *Lori Grubbs* Lori Grubbs Clerk of the Circuit Court DeKalb County, Illinois |

| Instructions ▼ | | |
|---|---|---|
| Directly above, enter the name of the county where you will file the case. | **Plaintiff** *(For example, the landlord or owner)*: BKA HOLDINGS, LLC, an Illinois Limited Liability Compa | |
| Enter your name as Plaintiff. | | |
| Below "Defendants," enter the names of all the people you are trying to evict. | v. **Defendants** *(First, middle, last name)*: Robert Sam and Karen Sam | |
| The sheriff will only evict unknown occupants if the "Unknown Occupants" box is checked. | ☐ **Unknown Occupants** *(Unknown Occupants are people living in the property whose names you do not know.)* | 2024EV000136 **Case Number** |
| The Circuit Clerk will add a Case Number. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

**\*\*STOP. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** James W Mitchell **and I state:**
*First, Middle, Last*

☒ I served the *Eviction Summons* and *Eviction Complaint* on the Defendant,

Karen Sam **as follows:**
*First, Middle, Last*

☑ Personally on Defendant:

☐ Male  ☑ Female  ☐ Non-Binary  Approx. Age: 40  Race: CAU

On this date: 1 Apr 24  at this time: 145  ☐ a.m. ☑ p.m.

Street Address, Unit #: 629 Stonegate

City, State, ZIP: Sycamore, IL 60178

☐ On someone else at the Defendant's home who is at least 13 years old and is a family member or lives there:

On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.

Street Address, Unit #: _____

City, State, ZIP: _____

And left it with: _____
*First, Middle, Last*

☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: ____  Race: ____

and by sending a copy to this Defendant in a postage-paid, sealed envelope to the above address on _____
*Date*

☐ On the Corporation's agent: _____
*First, Middle, Last*

☐ Male  ☐ Female  ☐ Non-Binary  Approx. Age: ____  Race: ____

On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.

Street Address, Unit #: _____

City, State, ZIP: _____

E-S 3507.3                    Page 5 of 6                    (05/23)

Reviewed By: NO

Enter the Case Number given by the Circuit Clerk: <u>2024EV000136</u>

☐ **I was not able to serve the *Eviction Summons* and *Eviction Complaint* on the Defendant:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Eviction Summons* and *Eviction Complaint* on the Defendant:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. |
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |

**If you are a special process server, sheriff outside of Illinois, or licensed private detective, your signature certifies that everything on the *Affidavit of Service of Eviction Summons & Eviction Complaint* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

By: _____

*Signature by:*   ☐ Sheriff
                  ☐ Sheriff outside Illinois:

_____
*County and State*
☑ Special process server
☐ Licensed private detective

James Mitchell
*Print Name*

**FEES**

Service and Return: $ 50
Miles: _____   $
Total:   $ 0.00 50

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

BKA Holdings, LLC
v.
Robert Sam, et. al.

24 EV 136

**AFFIDAVIT OF JAMES MITCHELL**

- I am at least 18 years old, and have personal knowledge of the facts contained herein.

**FILED**

5/31/2024 9:24 AM
2024EV000136

Lori Grubbs

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

- I serve process in the State of Illinois.

- I have served Karen Sam at least three times with notices and summons, at 639 Stonegate Drive, Sycamore, IL. Eviction for possession of the premises is now being sought and had the ability to interact with her each time.

- Karen Sam, whose husband claims has an autoimmune condition known as Graves' disease, does not exhibit any visible signs of distress or inability to navigate her surroundings. During interactions where court papers were served at the residence I observed the following:

  - Karen met me half way down the sidewalk without any noticeable limp or difficulty in movement;

  - She appeared energetic and displayed no signs of fatigue or weakness;

  - No facial expressions nor sounds indicating in any pain;

  - Karen was breathing normally, unassisted by any medical device, indicating no apparent respiratory distress nor any belabored breathing observed;

  - Ability to walk normally without assistance or medical device, or any limp and could stand under her own power;

  - She was not in any wheel-chair

  - There were no observable concerns for her health or physical state

1

Reviewed By: EH

during this interaction.

- Karen had an upright posture, a calm facial expression, and appeared well-groomed.

- She spoke clearly and responded promptly, indicating no cognitive or speech impairments;

- Karen took the papers from the me effortlessly, demonstrating normal hand function;

- She stood and interacted for the duration of the exchange without showing signs of exhaustion;

- Karen appeared attentive, aware of her surroundings, and engaged fully in the interaction and not confused by being served paperwork;

- She did not use any assistive devices such as a cane or walker;

- She had clear skin, steady hands, and no noticeable tremors;

- Karen navigated her environment, such as opening the door and stepping over thresholds, without assistance or difficulty.

- I had no concern for her well-being and from all outwardly appearances, interaction, and demeanor, would not perceive any physical or mental disability.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

James Mitchell

2