COURT DOCKET - DEKALB COUNTY CIRCUIT CLERK

Date: 11/18/2024
Time: 9/10/34
Page: 1

Residential

2024 EV 000136 Judge: HON JILL K KONEN From 0/00/0000 To 99/99/9999
User: NICOLE
Wsid: CC207G0

All Entries For Case

| Case Names | Attorney Names |
|---|---|
| BKA HOLDINGS LLC | CRONAUER NICHOLAS C |
| VS | |
| SAM ROBERT | Pro Se |
| SAM KAREN | |

| Date | |
|---|---|
| 3/29/2024 | Eviction Complaint, Fld |
| 3/29/2024 | Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC |
| 3/29/2024 | RESIDENTIAL Fee $276.00 Filed By Plaintiff BKA HOLDINGS LLC |
| 4/01/2024 | SUMMONS ISSUED ELECTRONIC FILING Defendant SAM ROBERT RETURN DATE/DK Apr 16,2024 09:00AM Rm20 Judge HON STEPHANIE P K |
| 4/15/2024 | CERTIFICATION FOR EXEMPTION FROM EFILING, FLD |
| 4/15/2024 | APPLICATION FOR WAIVER OF COURT FEES, FLD Defendant SAM ROBERT |
| 4/15/2024 | APPEARANCE AND JURY DEMAND, FLD Defendant SAM ROBERT |
| 4/15/2024 | Motion FOR TIME TO RETAIN ATTORNEY, FLD Defendant SAM ROBERT Judge:HON STEPHANIE P KLEI Clerk:BM1 M |
| 4/15/2024 | Motion TO DISQUALIFY, FLD Defendant SAM ROBERT Judge:HON STEPHANIE P KLEI Clerk:BM1 M |
| 4/15/2024 | Motion FOR SUBSTITUTION OF JUDGE, FLD Defendant SAM ROBERT Judge:HON STEPHANIE P KLEI Clerk:BM1 M |
| 4/15/2024 | Appearance Fee Waived |
| 4/15/2024 | Clerk of the Court Act Fee Waiver Pending on a fee of $201.00 Judge HON JOSEPH PEDERSEN |
| 4/16/2024 | Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC |
| 4/16/2024 | ORD TO BE FILED |
| 4/18/2024 | Order grant MATTER TO JUDGE WALLER FOR REASSIGNMENT, FLD Filed By Plaintiff BKA HOLDINGS LLC SET BY COURT ORDER; FILED Apr 22,2024 09:00AM Rm22 Judge HON. BRADLEY J. W |
| 4/22/2024 | Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC Judge:HON STEPHANIE P KLEI Clerk:BM1 M |
| 4/22/2024 | Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC |
| 4/22/2024 | Response to PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION, FLD Filed By Plaintiff BKA HOLDINGS LLC |
| 4/22/2024 | Case reassigned |

C O N T I N U E D O N N E X T P A G E

A true copy of the original on file in my office
Attested to this 18 day of Nov 2024
LORI GRUBBS
Clerk of the Circuit Court
23rd Judicial Circuit
DeKalb County, Illinois
By Lori Grubbs N.O.
Circuit Clerk

__Date__

4/22/2024TO JUDGE PEDERSEN, FLD

4/22/2024 Appearance Fee Waived

4/22/2024 Clerk of the Court Act Fee Waiver of 100% on a fee of $201.00 Ordered
Judge HON JOSEPH PEDERSEN

4/22/2024 ORDER FOR WAIVER OF COURT FEES, FLD Defendant SAM ROBERT

4/23/2024 Order for Continuance, filed Filed By Plaintiff BKA HOLDINGS LLC
MOTION CALL/DK Apr 26,2024 09:00AM Rm23 Judge HON JOSEPH PEDERS

4/25/2024 Motion EXTENSION OF TIME, FLD
Judge:HON JOSEPH PEDERSEN Clerk:KF1 M

4/25/2024 Motion FOR CONTINUANCE, FLD
Judge:HON JOSEPH PEDERSEN Clerk:KF1 M

4/26/2024 ORDER DENY DEF'S MOT TO DISQUALIFY COUNSEL W/O PREJ FOR THE
REASONS STATED ON THE RECORD, EX B OF THE COMPLAINT IS STRICKEN, FLD
STATUS CALL; FILED May 08,2024 01:30PM Rm23 Judge HON JOSEPH PEDERS
Judge:HON JOSEPH PEDERSEN Clerk:MM2 M

4/26/2024 DEFENDANTS LIST OF EXHIBITS, FLD

4/29/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JOSEPH PEDERSEN Clerk:BH1 M

4/29/2024 Motion FOR SUMMARY JUDGMENT ON POSSESSION, FLD Filed By
Plaintiff BKA HOLDINGS LLC

4/29/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC
EXHIBIT A AND B

4/29/2024 Notice of motion, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JOSEPH PEDERSEN Clerk:BH1 M

5/02/2024 Notice of motion, filed
Judge:HON JOSEPH PEDERSEN Clerk:MM2 M

5/02/2024 Motion TO DISQUALIFY NICHOLAS CRONAUER & CRONAUER LAW, FLD
Judge:HON JOSEPH PEDERSEN Clerk:MM2 M

5/06/2024 Notice of motion, filed
Judge:HON JOSEPH PEDERSEN Clerk:MM2 M

5/06/2024 Motion FOR SUBSTITUTION OF JUDGE, FLD
Judge:HON JOSEPH PEDERSEN Clerk:MM2 M

5/06/2024 Notice of motion, filed
Judge:HON JOSEPH PEDERSEN Clerk:MM2 M

C O N T I N U E D O N N E X T P A G E

__Date__

5/06/2024 Motion RESPONSE TO PLAINTIFF'S SUMMARY JUDGMENT, FLD
Judge:HON JOSEPH PEDERSEN Clerk:MM2 M

5/07/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JOSEPH PEDERSEN Clerk:BM1 M

5/07/2024 Notice of filing, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JOSEPH PEDERSEN Clerk:BM1 M

5/07/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC

5/08/2024 Order for Continuance, filed
SET BY COURT ORDER; FILED May 09,2024 09:00AM Rm22
Judge HON. BRADLEY J. W

5/09/2024 Motion FOR DEFENDANT RESPOND TO TO EXHIBITS, FLD Defendant SAM ROBERT
Judge:HON JOSEPH PEDERSEN Clerk:BM1 M

5/09/2024 Notice of motion, filed
Judge:HON JOSEPH PEDERSEN Clerk:BM1 M

5/09/2024 EVENT SCHEDULED
PER JUDGE WALLER
SET BY COURT ORDER; FILED May 09,2024 09:00AM Rm22
Judge HON. BRADLEY J. W

5/10/2024 Case reassigned
TO JUDGE KONEN, FLD

5/10/2024 Order for Continuance, filed Filed By Plaintiff BKA HOLDINGS LLC
SET BY COURT ORDER; FILED May 23,2024 11:00AM Rm21
Judge HON JILL K KONEN

5/15/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

5/15/2024 NOTICE TO PRODUCE AT TRIAL, FLD Filed By Plaintiff BKA HOLDINGS LLC

5/16/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

5/16/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC

5/16/2024 Response to PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION, FLD Filed By
Plaintiff BKA HOLDINGS LLC

5/20/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

5/20/2024 Motion TO STAY OR DISMISS, FLD
Judge:HON JILL K KONEN Clerk:MM2 M

C O N T I N U E D   O N   N E X T   P A G E

__Date__

5/20/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

5/20/2024 Motion TO RESPONSE TO PLAINTIFF'S OPPOSITION, FLD
Judge:HON JILL K KONEN Clerk:MM2 M

5/22/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

5/22/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC

5/23/2024 Order for Continuance, filed
SET BY COURT ORDER; FILED Jun 03,2024 01:30PM Rm21
Judge HON JILL K KONEN

5/23/2024 Amended SUPPLEMENTAL EXHIBIT 11 FOR PSJ WITH COVERSHEET, FLD Filed By Plaintiff BKA HOLDINGS LLC

5/23/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

5/23/2024 PLAINTIFFS SUPREME COURT RULE 237 NOTICE TO PRODUCE, FLD Filed By Plaintiff BKA HOLDINGS LLC

5/23/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC
EXHIBIT 11

5/24/2024 Subpoena issued
NICHOLAS CRONAUER
Judge:HON JILL K KONEN Clerk:BM1 M

5/24/2024 Subpoena issued
Judge:HON JILL K KONEN Clerk:BM1 M

5/24/2024 Subpoena issued
MELISSA MOBILE
Judge:HON JILL K KONEN Clerk:BM1 M

5/24/2024 Subpoena issued
CHARLES CRONAUER
Judge:HON JILL K KONEN Clerk:BM1 M

5/24/2024 Subpoena issued
JOHN SAUTER
Judge:HON JILL K KONEN Clerk:BM1 M

5/24/2024 Subpoena issued
AARON LOCKHART
Judge:HON JILL K KONEN Clerk:BM1 M

5/24/2024 Subpoena issued
ERIKA AYALA
Judge:HON JILL K KONEN Clerk:BM1 M

C O N T I N U E D   O N   N E X T   P A G E

| Date | |
|---|---|
| 5/24/2024 | Subpoena issued<br>DAVID SIEGEL<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/24/2024 | Subpoena issued<br>ALEXIS MORELAND<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/24/2024 | Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC<br>EXHIBIT H |
| 5/24/2024 | Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/28/2024 | Notice of motion, filed<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/28/2024 | SUPPLEMENTEL EXHIBIT FOR MOTION TO DISMISS SUMMARY JUDGMENT, FLD |
| 5/28/2024 | Notice of motion, filed<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/28/2024 | Motion TO QUASH SUPREME COURT RULE 237 NOTICE, FLD<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/31/2024 | Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/31/2024 | Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC |
| 5/31/2024 | Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC<br>Judge:HON JILL K KONEN Clerk:BH1 M |
| 5/31/2024 | Affidavit, fld Filed By Plaintiff BKA HOLDINGS LLC<br>JAMES MITCHELL |
| 5/31/2024 | Notice of motion, filed<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/31/2024 | Motion FOR SUBSTITUTION OF JUDGE, FLD<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/31/2024 | Notice of motion, filed<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/31/2024 | Motion TO DISMISS EVICTION, FLD<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/31/2024 | Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC<br>Judge:HON JILL K KONEN Clerk:BM1 M |
| 5/31/2024 | Motion TO QUASH SUBPOENAS, FLD Filed By Plaintiff BKA HOLDINGS LLC |

C O N T I N U E D O N N E X T P A G E

__Date__

5/31/2024NSEL

5/31/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC
EXHIBIT COVER SHEET
EXHIBIT 1
EXHIBIT 5

6/03/2024 SWORN IN AND TESTIFIED
ROBERT SAM

6/03/2024 Order finding MOTION TO DISQUALITY JUDGE DENIED WITH PREJUDICE, MOTION FOR PARTIAL SUMMARY DENIED, NO MORE MOTIONS TO BE FILED BY ANY PARTY WITHOUT LEAVE OF COURT OTHER THAN A RESPONSE, REPLY TO PENDING MOTIONS IF ANY, MOTIONS TO BE FILED BY 7/19/24, JURY INSTRUCTIONS AND WITNESS LIST TO BE TENDERED ON 7/24/24, MOTION TO QUASH SUBPOENAS GRANTED,FLD
SET BY COURT ORDER; FILED Jul 24,2024 10:30AM Rm21
Judge HON JILL K KONEN Canceled
Judge:HON JILL K KONEN Clerk:JR1 M

6/03/2024 EVENT SCHEDULED
JURY TRIALS; FILED Jul 29,2024 10:00AM Rm21 Judge HON JILL K KONEN
Canceled

6/03/2024 EVENT SCHEDULED
HEARING Jun 10,2024 01:30PM Rm21 Judge HON JILL K KONEN

6/06/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

6/06/2024 PLAINTIFFS SUPREME COURT RULE 237 NOTICE TO PRODUCE AT TRIAL, FLD
Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

6/06/2024 Response to MOTION TO STAY OR DISMISS, FLD Filed By
Plaintiff BKA HOLDINGS LLC

6/10/2024 ORDER DENY DEFENDANT'S MOTIONS FOR THE REASONS STATED ON THE RECORD, PL GRANTED LEAVE TO FILE PARTIAL SUMMARY JUDGMENT ON POSESSION SEE ORDER, FLD
HEARING Jul 12,2024 03:00PM Rm21 Judge HON JILL K KONEN

6/13/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

6/13/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC
EXHIBIT 1

6/13/2024 MO FOR SUMMARY JUDG, FLD Filed By Plaintiff BKA HOLDINGS LLC
POSSESSION ONLY

6/13/2024 Exhibits located in vault 24EX73
EXHIBITS REVIEW May 23,2025 08:00AM Judge HON MARCY BUICK

C O N T I N U E D O N N E X T P A G E

2024 EV 000136 Judge: HON JILL K KONEN From 0/00/0000 To 99/99/9999

User: NICOLE

__Date__

7/01/2024 Motion RESPONSE TO PLAINTIFF'S SUMMARY JUDGMENT, FLD
Judge:HON JILL K KONEN Clerk:MM2 M

7/01/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

7/01/2024 Appeal notice, filed
Judge:HON JILL K KONEN Clerk:MM2 M

7/01/2024 Request, fld
FOR PREPARATION OF RECORD ON APPEAL

7/08/2024 Case note NOTICE OF APPEAL FILED TO APPELLATE COURT ON 7/1/24

7/08/2024 Order finding APPEAL DISMISSED ON THE COURT'S OWN MOTION, FLD
Judge:HON JILL K KONEN Clerk:MM2 M

7/09/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

7/09/2024 REPLY, FLD Filed By Plaintiff BKA HOLDINGS LLC
IN SUPPORT FOR SUMMARY JUDGMENT ON POSSESSION ONLY

7/09/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC
EXHIBIT J

7/11/2024 Motion TO APPOINT ATTORNEY, TIME TO RESPONSE SUR-REPLY, FLD
Judge:HON JILL K KONEN Clerk:MM2 M

7/11/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

7/12/2024 ORDER DENY MOTION/STRIKE 7/29/24/STRIKE ALL DATES PRIOR, FLD
STATUS CALL; FILED Aug 13,2024 03:00PM Rm21 Judge HON JILL K KONEN

8/14/2024 Order finding MATTER SET FOR JURY TRIAL, DEF GRANTED LEAVE TO FILE
Filed By Plaintiff BKA HOLDINGS LLC
ANOTHER MOTION TO DISMISS, AND ALL OTHER MOTIONS IN LIMINE ARE TO BE FILED ONOR BEFORE 9/18/24, PRIOR ORDER BARRING ANY OTHER MOTIONS WITHOUT LEAVE OF COURT REMAINS IN EFFECT, RESPONSES TO ANY MOTIONS AND MOTIONS IN LIMINE ARE DUE 10/1/24, COURT TO RECEIVE COURTESY COPIES ON OR BEFORE 4:30PM 10/1/24, EACH PARTY TO TENDER JURY INSTRUCTIONS TO OIPPOSING PARTY ON OR BEFORE 10/1/24 WITH COURTESY COPIES TO THE COURT, CASE CONTINUED FOR IN PERSON HEARING ON PENDING MOTIONS AND JURY INSTRUCTIONS CONFERENCE, SEE ORDER, FLD
JURY PRETRIAL Oct 02,2024 01:30PM Rm21 Judge HON JILL K KONEN

8/14/2024 EVENT SCHEDULED
JURY TRIALS; FILED Oct 15,2024 10:00AM Rm22 Judge HON JILL K KONEN
Canceled

8/16/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:MM2 M

C O N T I N U E D O N N E X T P A G E

Date

8/16/2024 Notice of PLAINTIFFS NOTICE TO PRODUCE AT TRIAL, FLD Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:MM2 M

9/06/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:JR1 M

9/06/2024 Motion in limine, filed Filed By Plaintiff BKA HOLDINGS LLC
NUMBERS 1 - 37

9/06/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC
A1, C, 1, 7, 11, 12, 13, 14, 15

9/16/2024 Notice of motion, filed
SET BY COURT ORDER; FILED Oct 02,2024 01:30PM Rm21
Judge HON JILL K KONEN
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 Motion in limine, filed Defendant SAM ROBERT
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 Motion TO QUASH PL'S NOTICE TO PRODUCE, FLD
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 NOTICE TO PRODUCE DOCUMENTS, FLD

9/16/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 NOTICE TO PRODUCE DOCUMENTS, FLD

9/16/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 NOTICE TO PRODUCE DOCUMENTS, FLD

9/16/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 NOTICE TO PRODUCE DOCUMENTS, FLD

9/16/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/16/2024 PROOF OF DELIVERY, FLD

C O N T I N U E D O N N E X T P A G E

__Date__

9/16/2024 Motion to dismiss, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/20/2024 PLAINTIFFS RESPONSE TO DEFENDANTS SECOND MOTION TO DISMISS Filed By Plaintiff BKA HOLDINGS LLC

9/20/2024 PROOF OF SERVICE, FILED PROOF OF SERVICE Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN

9/20/2024 EXHIBITS, FILED EXHIBITS WITH COVER SHEET Filed By Plaintiff BKA HOLDINGS LLC

9/27/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/27/2024 Motion FOR SUMMARY ARGUMENT AGAINST PL'S MIL, FLD
Judge:HON JILL K KONEN Clerk:MM2 M

9/27/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:MM2 M

9/27/2024 REPLY, FLD
DEF'S REPLY TO PL'S RESPONSE TO DEF'S SECOND MOTION TO DISMISS

10/01/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

10/01/2024 Jury instructions, filed Filed By Plaintiff BKA HOLDINGS LLC

10/02/2024 Order finding PLAINTIFF TO TALK TO HOUSING ABOUT PORTING DEFENDANT POTENTIAL, RULE 237 NOTICES QUASHED AS TO SEEKING DOCUMENTS AND NON-PARTY APPEARANCES BUT IN EFFECT FOR PARTY WITNESSES, COURT DENIES MOTION TO DISMISS BUT RESERVES RULING ON PARAGRAPH 8 OF PAGE 7 PENDING BANKRUPTCY RULING, STRIKE JURY TRIAL, COURT ADMONISHED DEFENDANT ON USE OF AI, CHAT GPT AND IF ANY FUTURE PLEADINGS CITE CASELAW, DEFENDANT SHALL PROVIDE A COPY OF ANY CITED CASES TO PLAINTIFF COUNSEL AND COURTESY COPY TO THE COURT,FLD
SEE ORDER
STATUS CALL; FILED Nov 27,2024 01:30PM Rm21 Judge HON JILL K KONEN
Canceled
Judge:HON JILL K KONEN Clerk:JR1 M

10/08/2024 Notice of LIS PENDENS, FLD
Judge:HON JILL K KONEN Clerk:BM1 M

10/08/2024 Proof of service, filed
Judge:HON JILL K KONEN Clerk:BM1 M

10/09/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC

10/09/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

C O N T I N U E D O N N E X T P A G E

__Date__

10/15/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

10/15/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC

10/15/2024 Notice of motion, filed Defendant SAM ROBERT
Judge:HON JILL K KONEN Clerk:BM1 M

10/15/2024 Motion TO DISMISS CONTEMPT CHARGES, FLD
Judge:HON JILL K KONEN Clerk:BM1 M

10/15/2024 Notice of motion, filed Defendant SAM ROBERT
Judge:HON JILL K KONEN Clerk:BM1 M

10/15/2024 Motion FOR LEAVE TO ISSUE SUBPOENAS, FLD Defendant SAM ROBERT
Judge:HON JILL K KONEN Clerk:BM1 M

10/15/2024 Proof of service, filed Filed By Plaintiff BKA HOLDINGS LLC
Judge:HON JILL K KONEN Clerk:BM1 M

10/15/2024 Exhibits, filed Filed By Plaintiff BKA HOLDINGS LLC

10/15/2024 Notice of motion, filed Filed By Plaintiff BKA HOLDINGS LLC
MOTION CALL/DK Oct 18,2024 01:30PM Rm21 Judge HON JILL K KONEN
Judge:HON JILL K KONEN Clerk:BM1 M

10/15/2024 Motion FOR CONTEMPT OF COURT, FLD Filed By Plaintiff BKA HOLDINGS LLC

10/17/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:BM1 M

10/17/2024 Motion FOR LEAVE TO ISSUE SUBPOENA, FLD
Judge:HON JILL K KONEN Clerk:BM1 M

10/17/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:BM1 M

10/17/2024 Motion TO DISQUALIFY COUNSEL AND DISMISS, FLD
Judge:HON JILL K KONEN Clerk:BM1 M

10/17/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:BM1 M

10/17/2024 Motion TO COMPEL LANDLORD TO MAKE NECESSARY REPAIRS, FLD
Judge:HON JILL K KONEN Clerk:BM1 M

10/18/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:BM1 M

10/18/2024 Motion TO DISMISS FOR IMPROPER SERVICE, FLD
Judge:HON JILL K KONEN Clerk:BM1 M

C O N T I N U E D O N N E X T P A G E

2024 EV 000136 Judge: HON JILL K KONEN From 0/00/0000 To 99/99/9999

User: NICOLE

__Date__

10/18/2024 ORD TO BE FILED

10/21/2024 Order finding KAREN SAM OR ATTORNEY MUST FILE APPEARANCE IF Filed By Plaintiff BKA HOLDINGS LLC
SHE WANTS TO PARTICIPATE IN PROCEEDINGS ON OR BEFORE 10/25/24, FAILURE TO FILE APPEARANCE WILL PRECLUDE HER ABILITY TO PARTICIPATE IN THIS CAUSE, CONTINUED TO 10/30/24 AT 3:00 P.M.KAREN SAM AND ONLY KAREN SAM MAY APPEAR VIA ZOOM IF SHE DESIRES SO LONG AS SHE HAS AN APPEARANCE ON FILE, ZOOM WILL NOT BE STARTED ABSENT AN APPEARANCE ON BEHALF OF KAREN SAM, FLD SEE ORDER
SET BY COURT ORDER; FILED Oct 30,2024 03:00PM Rm21
Judge HON JILL K KONEN Canceled

10/22/2024 Notice of motion, filed
Judge:HON JILL K KONEN Clerk:BM1 M

10/22/2024 Motion FOR SUBSTITUTION OF JUDGE, FLD
Judge:HON JILL K KONEN Clerk:BM1 M

10/25/2024 Case reassigned
TO AN OUT OF CIRCUIT JUDGE, SEE ORDER, FLD
STATUS CALL; FILED Nov 20,2024 09:00AM Rm22 Judge HON. BRADLEY J. W
Canceled

11/13/2024 NOTICE OF REMOVAL, FLD

11/13/2024 Case terminated
Status:Closed Report:Terminated Nov 13,2024
Judge:HON JILL K KONEN Clerk:JR1 M