**Motion - General Form** (This form replaces CCMD-39)                    (2/24/05) CCG N702

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Paul Germaine
_____ **Plaintiff(s)**

v.

Karen Sam
_____ **Defendant(s)**

No. 17M5 1653

TO: Jim Nellis   Michelle Germaine _____

MOTION BY Robert Sam _____  FOR Stay on order of possesion

We are begging the court to stay the order till February 10th 2018 Without a address and home for my wifes meds she could die. Karen has CVID and takes HyQvia Immune Globulin Infusion and human Hyaluronidase. We will have a place to move into FeB 10th. My daughter is 8 and is dissabled, not haveing a place to live will Cause serious hardships to both my wife and daughter. I offered to pay for the extra time If need be. My wifes life depends on having a home. We are doing everything we can to move.

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: 12-28-17 , 2017    _____
                                        **Attorney Certification**

Atty. No.: _____

Name: Robert Sam _____

Atty. for: Pro-se _____

Address: 8215 Shipston st _____

City/State/Zip: Orland Park IL 60462 _____

Telephone: 802-777-4191 _____

CLERK OF THE CIRCUIT COURT DISTRICT 5    DOROTHY BROWN, CLERK    17 DEC 28 AM 9:35    FILED 5

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Copy Distribution-White: 1. ORIGINAL-COURT FILE  Canary: 2. COPY 1  Pink: 3. COPY 2  Gold: 4. COPY 3

3303                                                                                    (7/08/10) CCG N003

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Paul Germaine

v.

Karen Sam

No. 17M51653

### NOTICE OF MOTION

To: Jim Nelis
2550 West Golf Road Suite 250
Rolling Meadows, Illinois 60008

On January 3rd, 2018, at 9:30 a.m./p.m. or as soon thereafter as counsel
may be heard, I shall appear before the Honorable Kathleen Burke or any Judge sitting in that
Judge's stead, in the courtroom usually occupied by him/her, located at _____
_____, Illinois, and present

Name Robert Sam                          Atty. No. _____      Pro Se  99500
Address 8215 Shipston St                 Attorney for _____
City/State/Zip Orland Park IL 60462      Telephone _____

### ☐ PROOF OF SERVICE BY DELIVERY

I, Robert Sam _____, ☐ the attorney ☒ non-attorney certify that on the _____ day of
_____, _____, I served this notice by delivering a copy personally to each person to whom it is directed.

Date _____, _____

_____
Signature/Certification

### ☒ PROOF OF SERVICE BY MAIL

I, Robert Sam _____, ☐ the attorney ☒ non-attorney certify that I served this notice by mailing
a copy to Jim Nelis at 2550 West Golf Road Suit 250 Rolling Meadows
(address on envelope)
and depositing the same in the U.S. Mail at Orland Park
(place of mailing)
at 2:00 a.m./p.m. on the 28 day of December, 2017, with proper postage prepaid.

Date 12-28, 17

_____
Signature/Certification

### ☐ PROOF OF ELECTRONIC SERVICE (WHERE PERMISSIBLE)

I, _____, ☐ the attorney ☐ non-attorney certify that on the _____ day of
_____, _____, I served this notice electronically ☐ via the Clerk's Office E-filing system, or ☐ by
telefax transmission (_____ pages) with consent of the recipient where permissible under Ill. Sup Ct. R.11, at fax no. _____,
at _____ a.m./p.m., from _____.
(Place)

Date _____, _____

_____
Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this
Notice of Motion.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. COPY  Pink: 3. COPY  Gold: 4. COPYORIGINAL - COURT FILE