**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**

Robert Sam, et al.

                         Plaintiff,

v.                                            Case No.: 3:23−cv−50301
                                            Honorable Iain D. Johnston

Melissa Mobile, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 18, 2024:

       MINUTE entry before the Honorable Iain D. Johnston: Before the Court is defendant BKA Holdings, LLC's motion to remand [178]. As relevant to the motion, on 11/1/2024 the plaintiffs filed a notice of removal, see Dkt. 164, but did not identify what they were removing, attach "all process, pleadings, and orders" from what they were removing, or explain the grounds for removal. See 28 U.S.C. § 1446(a). The only case identified in the notice was this case, and so the Clerk filed it in this case. Because the plaintiffs failed to comply with 28 U.S.C. § 1446, their attempted removal was ineffective. Nevertheless, defendant BKA Holdings seeks to remand because the Circuit Court of the Twenty−Third Judicial Circuit, DeKalb County, closed evictions proceedings against the plaintiffs in 24 EV 136, ostensibly based on the notice of removal. Although there is no removed case to remand, the motion to remand [178] is granted to the extent that this Court notes that the plaintiffs' notice of removal did not result in the removal of any case. The Court further notes that even if the plaintiffs had attached the missing material, they still could not remove because, among other reasons, it appears they failed to try within 30 days of being served with the initial pleading in the state eviction proceeding, and because the eviction proceeding involves only citizens of Illinois. Defendant BKA Holdings seeks costs and fees under 28 U.S.C. § 1447(c), but does not attach an affidavit identifying what its costs and fees were. The affidavit shall be filed by 11/25/2024. The plaintiffs may respond to the affidavit by 12/6/2024 and are warned the frivolously challenging the costs and fees may result in sanctions that impose even more costs and fees. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.