**U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT & KAREN SAM, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No.  3:23-cv-50301 |
| | ) | |
| MELISSA MOBILE, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### Declaration of C. Nicholas Cronauer, Esq. in Support of Fee Petition

I, C. Nicholas Cronauer, declare as follows:

1.   I am an attorney licensed to practice law in the State of Illinois and Utah, and admitted to practice before various district courts, including, *inter alia*, the United States District Court for the Northern District of Illinois, including its trial bar, and the Seventh Circuit Court of Appeals. I am the managing attorney at the law firm of CRONAUER LAW, LLP counsel for Defendant BKA Holdings, LLC in this matter. I submit this declaration in support of BKA Holding's petition for attorney's fees and costs pursuant 28 U.S.C 1446(c).

2.   I have been practicing law since 2011, and graduated Magna Cum Laude from Valparaiso University School of Law and Summa Cum Laude from Illinois State University in accounting.

   o   My practice primarily focuses on civil trial work in state and federal courts.

   o   My standard hourly rate now is $450; however, at the time of the agreement with BKA was signed, the agreed upon contract rate was $350. This rate is consistent with rates charged by attorneys of similar experience and expertise in the Rockford Area.

3.   During the course of this litigation, my firm and I performed all the tasks outlined in the Petition for fees. The Petition is a detailed billing statement listing the hours worked, the tasks performed, and the attorneys or paralegals involved.

4.   I personally spent no less than 15.6 hours on the matter. I did not bill for the other attorney time with whom I consulted about the issue.

5.   My staff at my firm spent the following hours 2 hours helping me with filings.

6.   The total time expended on this case is 17.6 hours, and the total amount requested in attorney's fees is $5,829.11.

7. The fees requested are reasonable for the following reasons:

- o The rates charged are within the market range for attorneys with similar experience and skill in the Rockford area.

- o The time expended was necessary to achieve the results obtained, which included reversing the State Court's order closing the eviction case due to the removal filing; and

- o Consistent with case law cited in the Petition

8. In addition to attorney's fees, my firm incurred reasonable costs and expenses in this case for mileage and certified copies of $69.11**. Ex. 3**

9. Based on the foregoing, I respectfully request that the Court grant the petition for attorney's fees and costs in the amount of $5,829.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

/s/ C. Nicholas Cronauer

C. Nicholas Cronauer (ARDC #6305683)
Cronauer Law, LLP
1101 DeKalb Ave, Suite 2
Sycamore IL, 60178
P (815) 895-8585 / F (815) 895-4070
NC@CronauerLaw.com
Service@CronauerLaw.com