IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS

BKA HOLDINGS, LLC, an Illinois Limited Liability Company,

Plaintiff,

v.

ROBERT SAM and KAREN SAM, &
UNKNOWN OCCUPANTS

Defendants.

Case No. 2024 EV 136

---

## AFFIDAVIT OF JACOB SANTOS

1. I am over eighteen (18) years old, otherwise competent to testify, and have personal knowledge of the events being described below.

2. On or about November 18, 2024, I searched our firm's email system for any incoming emails from the email addresses "ilovethewizardofoz5@gmail.com" or "Harpees5@yahoo.com".

3. During the course of my search, I identified a total of 537 emails that were received from the aforementioned email addresses

4. I conducted a subsequent search of our firm's email system to identify any incoming emails the aforementioned email addresses during the time period of November 13, 2024, to November 18, 2024.

5. As a result of my subsequent search, I did not locate any incoming emails from the aforementioned email addresses during the specified time period.

6. I also did not detect any notification or service of process via email indicating service of a notice of removal, nor did I find any evidence of a Proof of Service (POS) filed against our firm.

7. I am authorized to access and review our firm's email system, and I am familiar with its capabilities and limitations.

8. The information contained in this affidavit is based on my personal knowledge and my review of the email system, and I believe it to be accurate and complete.

Further affiant sayeth not.

Under penalties of perjury, as provided by law pursuant to Section 1-109 of the Code of Civil Procedure (Ill. Rev. Stat., Ch. 110, Sec. 1-109), the undersigned certifies that the statements set forth in the foregoing Affidavit are true and correct, to the best of knowledge and belief.

Date: 11 / 18 / 2024

Jacob C Santos