# allpaid

AllPaid
7820 Innovation Boulevard Suite 250
Indianapolis,IN 46278
24hr. Customer Service #: 888-604-7888

## Civil Payments Payment Confirmation (Ref #: 44031734)

**PLC:** **Dekalb County Circuit Clerk**     **Date:** 11/18/2024 10:45 EST
**A0010M** **133 W. State Street**
**Sycamore, Illinois 60178**
**For: Civil Payments**

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| **Name:** | Office Purchases | **Transaction Reference #:** | 44031734 |
| **Case #:** | 24ev136 | **Transaction Date/Time:** | 11/18/2024 10:45 EST |

### BILLING INFORMATION

**Name:** Office Purchases
**Address:** Msr
Msr
**City, State Zip:** Msr, Al 60178
**Phone #:** (815)895-8585
**Card #:** xxxx-xxxx-xxxx-1012

### PAYMENT INFORMATION

| | |
|---|---|
| **Approval #:** | 247436 |
| **Payment Amount:** | $66.00 |
| **Service Fee:** | $1.75 |
| **Total Amount:** | $67.75 |

## The service fee is not refundable.

---

### ATTENTION CARDHOLDER
**If you have questions about the processing of your payment, please call AllPaid at 888-604-7888.**

**Thank you for using AllPaid**

© 2007 - 2024 AllPaid, Inc.

Form #: EUR