



**FILED**
12/6/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

Case No.: 3:23-cv-50301

**Robert & Karen Sam, Plaintiffs,**
v.
**Melissa Mobile, et al., Defendants.**

## PLAINTIFFS' RESPONSE TO DEFENDANTS' AFFIDAVIT FOR ATTORNEY'S FEES

**To the Honorable Judge Ian Johnston,**

I, Robert Sam, respectfully submit this motion to address the Court's concerns regarding the filing of the Notice of Removal and the possibility of being charged attorney fees. I filed the Notice of Removal in this case in good faith, based on the legal advice I received from the Hibbler Help Desk attorney Scott Watson. I am asking this court for a hearing on this matter. I need to explain what happend here as this is a very tangled web.

I sought the assistance from the Hibbler Help Desk attorney, where Mr. Watson advised me that filing the Notice of Removal was proper, as he explained that no lower court could hear a matter involving a federal

motion. Acting on this advice, I submitted the Notice of Removal with the sincere belief that it was procedurally and legally appropriate.

After the Court indicated that the Notice of Removal was improper, I returned to the Hibbler Help Desk for clarification. A different attorney Mrs. Lari Dierks at the help desk reviewed the situation and confirmed the earlier advice, stating again that removal was proper.

As I am not represented by private legal counsel, I have relied entirely on the guidance provided by the Hibbler Help Desk attorneys. My actions were taken with 100% good faith, and I had no intention of causing undue delay or burden to the Court or opposing parties. Without a attorney we don't stand any chance in this court or really in any. We don't have the background in these laws and now if the Hibbler help desk attorneys that we depend on are giving us false information, then we are forced to fail in this case.

Under rule 5.3 the attorney never discussed the fees with me prior to filing for his fees. As the court explained, no case was moved and the closure of the state case in Dekalb county was because the case was moved to Mchnery county by the order of the Supreme Court.

I respectfully request that the Court consider the following:

1. **Good Faith Efforts:** My decision to file the Notice of Removal was based on the professional advice I received, and I believed I was acting appropriately under the circumstances.

2. **Limited Access to Legal Resources:** As a pro se litigant, I do not have the means to retain private counsel and have relied solely on the assistance of the Hibbler Help Desk for legal advice.

3. **Equity and Fairness:** Given the circumstances and the advice I received, I ask the Court to consider waiving any imposition of attorney fees or other penalties associated with the filing of the Notice of Removal.

I sincerely apologize for any inconvenience this matter has caused the Court or the opposing parties. My intention was only to follow the law as it was explained to me.

**Prayer for Relief:**
I respectfully ask the Court to:

1. Acknowledge my good faith in filing the Notice of Removal;
2. Refrain from imposing attorney fees or other sanctions; and
3. Provide any further guidance to ensure I proceed correctly moving forward.
4. A expedited hearing on this matter

Thank you for your understanding and consideration of this matter.

Respectfully submitted,

Robert and Karen Sam
12/5/2024

**Nov 1 Notes from Scott Watson**

Client's Name:                              Robert Sam

Type of Case:

Upcoming Deadline:

Procedural Disposition:              Federal case remains pending

Case Note:                              Mr. Sam claims that in an ongoing federal court action he filed a motion to strike a pleading and defendant's attorney filed a motion for direct contempt in state court.  He claims he brought this to the attention of the federal court judge who stated that he would not intervene.  According to Mr. Sam, the contempt motion has been appealed and the appellate court has set the case to be heard in a different venue but is still active.

 While it is unclear what is happening here, I advised Mr. Sam that if he wanted to get the contempt claim before the federal judge (which was his stated goal) he should file a notice of removal with the federal court.  We went through the logistics of such of a motion.

**Nov 12 Notes from Victoria Vanderschaaf**

**Hibbler Appointments 11/12/24:**

1:30pm

 The Pro Se litigant meeting with you is Robert Sam.
 Case Number: 3:23-cv-50301
 Email address: harpees5@yahoo.com

 Case Description: "I filed the notice of transfer as the lawyer suggested but the judges have not made any ruling in this and it's been weeks."

Notes:

Said he has about 5 motions that are pending that he is waiting for the Court to rule on. Suggested that he reach out to the Judge's chambers, list the motions he has pending, attach file-stamped copies and if he does not have those include the docket number of each filing. Tell the Judge the date each motion was filed and ask when he can expect a ruling which should prompt the court to act.

Discussed his motion to transfer and some considerations for his reply. Reminded him that for the case to be transferred to the Eastern Division he needs to be able to argue that the case could have been properly brought in that venue. Discussed that normally cases get transferred based on convenience so he will want to be aware of any witnesses or evidence located in the Eastern Division. His argument for transfer because he feels he is not getting a fair shake in the Western Division is not one I have seen before so he should make sure he has case law to support that this can be a basis to transfer.