**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**

Robert Sam, et al.

      Plaintiff,

v.              Case No.: 3:23−cv−50301
               Honorable Iain D. Johnston

Melissa Mobile, et al.

      Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 10, 2024:

   MINUTE entry before the Honorable Iain D. Johnston: Federal Rule of Civil Procedure calls for the "just, speedy, and inexpensive determination of every action and proceeding." This Court and Magistrate Judge Schneider have kept that directive in mind in their attempts to move this case along, but Plaintiffs have flooded the docket with motions that have only resulted in the delay. One recent example is Plaintiffs' notice of removal of a state court eviction proceeding into this case. Dkt. 164. The Court remanded, allowed defendant BKA Holdings, LLC to file a petition in support of its request for fees incurred as a result of the removal, and gave Plaintiffs a chance to respond. In their reply, the pro se plaintiffs apologize and contend that they believed they were acting in good faith based on advice they received. The Court will not award fees. But Plaintiffs are warned against engaging in further conduct delaying this case. Motions to dismiss have now brought by all of Defendants, and once they are fully briefed the Court will address them and Plaintiffs' other pending motions as it moves this case towards a just, speedy, and inexpensive determination of the claims Plaintiffs have raised. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.