



GMM

FILED

12/15/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**Case No. 23-cv-50301**
**Robert Sam, et al., Plaintiffs**

v.

**Mobile, et al., Defendants**

## MOTION TO APPOINT GUARDIAN AD LITEM OR PROVIDE LEGAL REPRESENTATION FOR DEFENDANT KAREN SAM

NOW COMES Defendant Robert Sam, on behalf of Defendant Karen Sam, by and through pro se representation, and respectfully moves this Honorable Court to appoint a Guardian ad Litem or provide legal representation for Defendant Karen Sam, a disabled individual, to ensure her meaningful participation in these proceedings. This motion is brought pursuant to the Federal Rules of Civil Procedure, the Americans with Disabilities Act (ADA), and principles of due process and equal protection under the Constitution. In support of this motion, Defendants state as follows:

## 1. Background on Defendant Karen Sam

Defendant Karen Sam is a disabled individual suffering from she has been suffering with more advanced"cognitive and physical impairments"that significantly hinder her ability to:

- Comprehend and respond to legal filings and proceedings.
- Attend court hearings without undue hardship.
- Advocate for her legal rights effectively.

Defendant Karen Sam's condition is well-documented and substantially limits her ability to participate in the legal process without accommodations. Her participation is essential to ensure that her legal rights are protected and that the proceedings are fair and just. Her doctors If need be should be called in to testify to these issues.

## 2. Legal Basis for the Request

### a. Federal Rules of Civil Procedure

Rule 17(c)(2) of the Federal Rules of Civil Procedure authorizes the Court to appoint a Guardian ad Litem or issue other protective orders for a party who is incompetent or otherwise unable to protect their interests. Defendant Karen Sam's condition qualifies under this rule, necessitating such protections.

### b. Americans with Disabilities Act (42 U.S.C. § 12101 et seq.)

The ADA mandates that public entities, including courts, provide reasonable accommodations to individuals with disabilities to ensure equal access to services, programs, and proceedings. Reasonable accommodations for Defendant Karen Sam may include:

- Appointing a Guardian ad Litem or providing legal representation.
- Granting additional time to meet court deadlines.
- Allowing remote participation in hearings.
- Providing assistance with legal filings.

## c. Constitutional Protections

The Due Process and Equal Protection Clauses of the United States Constitution ensure that individuals with disabilities are not deprived of their rights or subjected to unequal treatment in judicial proceedings. Without proper accommodations, Defendant Karen Sam's rights to a fair and impartial process are at risk of being violated.

# 3. Requests for Relief

To ensure Defendant Karen Sam's meaningful participation and to protect her legal rights, Defendant Robert Sam respectfully requests that the Court grant one of the following forms of relief:

## a. Appointment of a Guardian ad Litem

Pursuant to Rule 17(c)(2) of the Federal Rules of Civil Procedure, appoint a Guardian ad Litem to represent Defendant Karen Sam's interests in this case.

## b. Provision of Legal Representation

Assign pro bono legal counsel to assist Defendant Karen Sam in navigating these proceedings.

## c. Reasonable ADA Accommodations

In the alternative, if the above requests are denied, provide the following reasonable accommodations:

- Permit remote participation in hearings to reduce the burden of in-person appearances.
- Assist with the preparation and filing of legal documents.

## 4. Evidence Supporting Defendant's Request

Defendants are prepared to provide:

- Medical records and documentation substantiating Defendant Karen Sam's disability, to be submitted under seal upon the Court's request.
- Sworn affidavits detailing the limitations caused by her condition and the necessity for accommodations.

## 5. No Prejudice to Plaintiffs

The relief requested in this motion is narrowly tailored to address Defendant Karen Sam's unique needs and will not prejudice Plaintiffs. The accommodations sought are essential to ensure fairness and compliance with federal laws protecting individuals with disabilities.

## 6. Harm Without Relief

Without the requested relief, Defendant Karen Sam will face irreparable harm, as she is unable to adequately defend her rights and interests in this case. Proceeding without accommodations or representation would effectively deny her access to justice, resulting in an unjust and inequitable outcome.

## WHEREFORE

Defendants respectfully request that this Court:

1. Appoint a Guardian ad Litem to represent Defendant Karen Sam in this matter;
2. Assign pro bono legal counsel to assist Defendant Karen Sam;
3. In the alternative, provide reasonable ADA accommodations as outlined herein; and
4. Grant such other and further relief as this Court deems just and equitable.

Dated: 12/15/24

Respectfully submitted,

**/s/ Robert Sam**

Robert Sam, Pro Se