



FILED
1/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

Case No.: 3:23-cv-50301

**Robert & Karen Sam, Plaintiffs,**

v.

**Melissa Mobile, et al., Defendants.**

## PLAINTIFFS' MOTION TO RECONSIDER THE COURT'S DENIAL OF GUARDIAN AD LITEM APPOINTMENT AND RELATED MATTERS

NOW COME the Plaintiffs, **Robert and Karen Sam**, pro se, and respectfully move this Honorable Court to reconsider its decision denying the appointment of a guardian ad litem for Plaintiff Karen Sam. Plaintiffs further raise concerns about the lack of rulings on pending motions and express their belief and concern that fairness and due process may have been a bit compromised. In support of this motion, Plaintiffs state as follows:

## 1. Procedural History and Basis for Reconsideration

1. Plaintiffs filed a motion requesting the appointment of a guardian ad litem for Plaintiff Karen Sam due to her documented disabilities.
2. This Court denied that request.

3. Plaintiffs respectfully contend that the Court's denial fails to consider material facts, including:
a. Medical documentation from Plaintiff Karen Sam's treating physician, Dr. Joyce C. Rabbat of Loyola Medicine, that has already been attached to this file over a year now, confirming that Karen suffers from **Common Variable Immunodeficiency (CVID)**, a chronic and incurable disease, along with other conditions such as Hashimoto's disease, asthma, and lymphocytic colitis.
b. Dr. Rabbat specifically notes that Karen's cognitive impairment, chronic fatigue, and sleep disturbances associated with CVID place her at a significant disadvantage in representing herself in legal matters. (See **Exhibit A** attached).
c. The inherent challenges faced by a disabled individual representing herself pro se in federal court proceedings, compounded by the complexity of this case.

## 2. Plaintiffs' Concerns Regarding Fairness

4. Plaintiffs assert that their motions and concerns have not been adequately addressed, leaving them disadvantaged and causing significant procedural delays.

5. Specifically:
a. Pending motions remain unresolved, leaving

critical issues in limbo.

b. Despite clear medical evidence, questions about Plaintiff Karen Sam's disabilities have been repeatedly raised and challenged, adding undue burden and stress.

6. Plaintiffs believe that this Court has not fully considered the unique challenges faced by a disabled pro se litigant, including her inability to effectively advocate for herself without accommodations or legal assistance.

7. Plaintiffs brought to this courts attention Many times the defendant Nicholas Cronauer and BKA holdings constant harassing motions and frivolous filings and nothing had been done to address any of this.

8. Plaintiffs are very concerned that there complaint will not be taken seriously since they are Pro Se as all efforts requesting a attorney where denied.

## 3. Renewed Request for Appointment of Counsel or Guardian Ad Litem

9. Plaintiffs respectfully renew their request for the appointment of legal counsel or a guardian ad litem for Plaintiff Karen Sam.

a. The complexities of this case, combined with Plaintiff's disabilities, create an insurmountable

obstacle to her ability to litigate effectively.
b. Pursuant to the Court's discretion under 28 U.S.C. § 1915(e)(1), appointment of counsel is warranted to ensure fairness and equity in these proceedings.
c. A guardian ad litem, or equivalent representation, is necessary to safeguard Plaintiff's rights given her cognitive and physical impairments as documented by her physician.

## 4. Relief Requested

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

1. Reconsider its denial of Plaintiffs' request for the appointment of a guardian ad litem for Plaintiff Karen Sam;
2. Expedite rulings on all pending motions to ensure timely resolution of the issues presented in this case;
3. Grant Plaintiff Karen Sam's renewed request for the appointment of legal counsel or a guardian ad litem;
4. Grant any other relief this Court deems just and proper under the circumstances.

Respectfully submitted,

**Robert Sam**
**Karen Sam**
Plaintiffs, Pro Se
1/14/25



**LOYOLA
MEDICINE**

*We also treat the human spirit.*

1/14/2025

Re: **NAME: Karen K AUKSI-SAM**
      **DOB:    12/16/1977**

To Whom It May Concern:

Karen Auksi Sam is under my care for Common Variable Immunodeficiency (CVID), a form of primary immunodeficiency. She also has recurrent lymphocytic colitis, hashimoto's disease, asthma, and allergic rhinitis. Karen initially presented to my clinic in 2015 for evaluation of recurrent infections since she was a child, some of which required hospitalization.

CVID is characterized by low total immunoglobulin G (IgG) antibody levels, low immunoglobulin A (IgA) antibody levels and/or low immunoglobulin M (IgM) antibody levels, and poor response to immunizations. Karen's initial laboroatory values were consistent with these.

CVID is a chronic disease for which there is no cure. Cognitive impairment, chronic fatigue, and sleep disturbance are symptoms frequently seen in CVID, even when the disease is treated; Karen has experienced said cognitive challenges and fatigue over the years. Accordingly, Karen would be at a disadvantage to represent herself in legal matters.

Should you have any questions, feel free to contact me.

Sincerely,

Joyce C. Rabbat, M.D.
Professor, Division of Allergy and Immunology
Departments of Internal Medicine and Pediatrics
2160 S. First Ave., Maguire 3rd Floor
Maywood, IL  60153-3328
Tel: (708) 327-9114
Fax: (708) 327-9132