**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**


Robert Sam, et al.
                                    Plaintiff,

v.                                                      Case No.: 3:23–cv–50301
                                                        Honorable Iain D. Johnston

Melissa Mobile, et al.
                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, January 17, 2025:


     MINUTE entry before the Honorable Margaret J. Schneider:Plaintiffs' motion for reconsideration [193] is denied without prejudice. The motion presents new evidence that Plaintiff Karen Sam suffers from medical ailments which put her "at a disadvantage" in representing herself in this case. However, the motion once again fails to provide any evidence that Karen Sam "lacks sufficient understanding of the nature and effect of this litigation and/or lacks the capacity to communicate responsible decisions regarding this litigation." Wallace v. Jeffreys, 2024 WL 1331802, at *1 (S.D. Ill. March 28, 2024). See also Vogelsberg v. Kim, 2019 WL 3802874, at *1 (W.D. Wisc. Aug. 13, 2019) ("The logistical and practical difficulties a plaintiff may face in litigating a case do not show that the plaintiff is unable to make rational choices."). The Court also notes that Plaintiff Karen Sam appeared telephonically before the Court on 07/25/24. At that hearing, Plaintiff Karen Sam appeared and participated. She expressed understanding of the case and clearly communicated decisions regarding the litigation, including her decision to discharge her appointed counsel and proceed pro se. The motion presents no evidence that a new disability has developed since that date. Recruited counsel was provided to Plaintiffs on four separate occasions. The Court has repeatedly advised Plaintiffs that the Court would not be inclined to recruit new counsel, given Plaintiffs 9; inability to work with prior counsel. See [103], [119]. Additionally, there appears no reason to appoint legal counsel at this time because there are no pending deadlines or court appearances. Mailed notice. (jxk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.