





FILED
2/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

ROBERT SAM and Karen Sam
Plaintiff,

v.

BKA HOLDINGS, LLC;
NICHOLAS CRONAUER;
RILEY ONCKEN,  etc.

Defendants.

Case No.: 23-cv-50301
Judge: Iain D. Johnston

## MOTION FOR JUDICIAL NOTICE OF NEWLY DISCOVERED EVIDENCE

NOW COMES Plaintiff's, Robert Sam and Karen Sam , and respectfully moves this Honorable Court to take Judicial Notice of newly discovered evidence that is relevant to the claims and proceedings in this case, pursuant to Federal Rule of Evidence 201. This motion is filed in light of recent evidence demonstrating judicial misconduct and conflicts of interest by Chief Judge Bradley Waller of DeKalb County, which directly impacts the legal proceedings involving Defendants BKA Holdings, LLC, Nicholas Cronauer, and Riley Oncken.

## I. LEGAL STANDARD FOR JUDICIAL NOTICE

1. Under Federal Rule of Evidence 201(b), a court may take judicial notice of a fact that is not subject to reasonable dispute because it:
  a) is generally known within the court's jurisdiction, or
  b) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

2. Courts have consistently held that public records, official communications, and judicial misconduct are proper subjects of judicial notice. See United States v. Ritchie, 342 F.3d 903, 909 (9th Cir. 2003) (holding that courts may take judicial notice of "public records and government documents").

3. The newly discovered evidence Plaintiff seeks to introduce consists of email communications from Chief Judge Bradley Waller that reveal improper judicial influence, conflicts of interest, and attempts to coerce Plaintiff into an unfair settlement. This evidence is not reasonably disputable and should be recognized by this Court.

## II. NEWLY DISCOVERED EVIDENCE OF JUDICIAL MISCONDUCT

4. Plaintiff has obtained email correspondence from Chief Judge Bradley Waller of DeKalb County** that demonstrates:
  a) Improper ex parte communications with Plaintiff regarding settlement discussions.
  b) Judicial interference in legal negotiations related to Defendants Nicholas Cronauer and BKA Holdings.
  c) A conflict of interest in which Waller encouraged Plaintiff to

accept a settlement favorable to Defendants while presiding over related cases.

5. These communications directly impact the current federal case, as they reveal that Plaintiff was denied a fair and impartial legal process due to coordinated misconduct involving Judge Waller, Defendant Cronauer, and Defendant Oncken.

6. Given the serious nature of this judicial misconduct, Plaintiff requests that this Court take judicial notice of these emails and their implications in this case.

## III. IMPACT OF JUDICIAL MISCONDUCT ON THIS PROCEEDING

7. The evidence of judicial misconduct is relevant to this case because:
  a) It directly undermines the legitimacy of state court proceedings involving Defendants.
  b) It supports Plaintiff's claims that Defendants benefited from improper judicial influence.
  c) It provides grounds for further review of previous rulings and procedural fairness.

8. This Court has the authority to take judicial notice of corruption and judicial misconduct in lower courts, as recognized in Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009), where the Supreme Court ruled that judicial bias and conflicts of interest violate due process.

9. Furthermore, under Monell v. Department of Social Services,

436 U.S. 658 (1978), municipalities and county governments can be held liable for unconstitutional practices when their officials engage in misconduct. This reinforces Plaintiff's claims that DeKalb County and its officials facilitated judicial bias against him.

## IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:
1. Take judicial notice of the email communications from Chief Judge Bradley Waller, which reveal improper judicial influence and misconduct.
2. Acknowledge that these communications impact the fairness of proceedings involving Defendants BKA Holdings, Nicholas Cronauer, and Riley Oncken.
3. Permit Plaintiff to introduce this evidence formally into the record in support of existing claims.
4. Grant any other relief that this Court deems just and proper in the interest of justice.**

Respectfully submitted,

Robert Sam
harpees5@yahoo.com
2/8/25

# NOTICE OF COURT DATE
# FOR MOTION
IN THE STATE OF ILLINOIS, CIRCUIT COURT

**FILED**

**FEB 07 2025**

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

**COUNTY:** _DeKalb_

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** _BHA holding LLC_

*Who started the case.*          *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** _Robert San_

*Who the case was filed against.*

_24 EV 125_

**Case Number**

_First, Middle, and Last Name, or Business Name_

## 1. MOTION TITLE

*Explain in a few words what you are asking the judge to do. This should match the title you write in 1 on the Motion.*

Motion to: _introduce new evidence._

## 2. COURT DATE INFORMATION

*Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks. If you are e-filing in Cook County, you may get the court date when you e-file.*

a.   The court date for the *Motion* I filed is scheduled on:

   _2-14-25_ at _9_ ☑ a.m. ☐ p.m. in _____.

   *Month, Day, Year*          *Time*                     *Courtroom Number*

*Court dates may be scheduled in-person, remotely or a combination of in-person and remotely. Find out how your court date will be scheduled and provide that information here. Add the Clerk's phone number and website.*

b.   Attend court in any of the ways checked:

   ☐ **In person** at: _____
                        *Courtroom Address*                              *Courtroom Number*

   ☐ **Remotely** (video or telephone option)

       **By video conference** at: _____
                                    *Video Conference Website*

       **Log-in information:** _____
                                *Video Conference Log-in Information, Meeting ID, Password, etc.*

       **By telephone** at: _____
                            *Call-in Number for Telephone Remote Appearance*

Case Number: _____

To find out more about remote court options:

Phone: _____ or Website: _____
*Circuit Clerk's Phone Number*                *Website URL*

## SIGN

Under Illinois Supreme Court Rule 137, your signature means that you:

1) read the document, 2) believe it is true and correct, and 3) are not filing it to cause delay or for another bad reason.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _____   Print Your Name *Robert Sr*

Your Address _6 ) 9  Stag 1_____
             *Street, Apt. #*                    *City*              *State*    *Zip Code*

Your Phone Number _779-777.2___   Attorney Number (if any) _____

Your Email (if you have one) _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

## 3. PROOF OF DELIVERY

*Fill out the information below to show how you are sending this document to the other people in the case. If a person in the case has a lawyer, **you must send this document to their lawyer.***

a. **I am sending this document to:**

Name: _Victor_____ _Claud_____
      *First*              *Middle*              *Last Name*

Address: _____
         *Street, Apt. #*          *City*          *State*     *Zip Code*

Email Address: _NC  al en. l_____

By: ☐ Electronically to the email address in 3a:
    ☐ By email *(not through an EFSP)*.
    ☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the document by:
    ☐ Mail or third-party carrier to the address in 3a, with postage or delivery charge prepaid.

    Location of mailbox or third-party carrier: _____ _____
                                                *City*                    *State*

    ☐ Personal hand delivery at this address:
    *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

    Address _____
            *Street, Apt. #, City, State, and Zip Code*

    ☐ Mail to the address in 3a, from a prison or jail: _____
                                              *Name of Prison or Jail*

**This document will be sent on:** Date: _8-7-15_ Time: _5 Pm_
                                         *Month, Day, Year*        *Include AM or PM*

---

Case Number: _____

b. ☑ I am not sending these documents to additional people.

-OR-

☐ I am sending these documents to an additional person not listed in **3a**:

Name: _____
First             *First*           *Middle*          *Last Name*

Address: _____
       *Street, Apt. #*          *City*        *State*       *Zip Code*

Email Address: _____

**By:** ☐ Electronically to the email address in **3b**:
     ☐ By email *(not through an EFSP)*.
     ☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the document by:
     ☐ Mail or third-party carrier to the address in **3b**, with postage or delivery charge prepaid.

       Location of mailbox or third-party carrier: _____ _____
                                      *City*                         *State*

     ☐ Personal hand delivery at this address:
       *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

       Address _____
                  *Street, Apt. #, City, State, and Zip Code*

     ☐ Mail to the address in **3b,** from a prison or jail: _____
                                             *Name of Prison or Jail*

**This document will be sent on:** Date: _____ Time: _____
                                      *Month, Day, Year*              *Include AM or PM*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ I am sending the document to more than 2 people and have completed an *Additional Proof of Delivery* form.

## SIGN

Under 735 ILCS 5/1-109, your signature means that you:

1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _____ Print Your Name _Robil_ _____

Your Address _679 Street_ _____ _City_ _____ _State_ _Zip Code_
          *Street, Apt. #*                             *City*             *State*     *Zip Code*

Your Phone Number _779-777-766_ Attorney Number (if any) _____

Your Email (if you have one) _hgimm_ _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

# MOTION TO INTRODUCE NEW EVIDENCE IN SUPPORT OF DEFENSE

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS

**FILED**

FEB 0 7 2025

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

BKA HOLDINGS, LLC, an Illinois Limited Liability Company,
Plaintiff,

v.

ROBERT SAM and KAREN SAM, & Unknown Occupants,
Defendants.

Case No. 2024 EV 136

## MOTION TO INTRODUCE NEW EVIDENCE IN SUPPORT OF DEFENSE

NOW COMES the Defendant, Robert Sam, and respectfully moves this Honorable Court for leave to introduce new evidence that is material to the resolution of this case. The newly discovered evidence consists of email communication that demonstrates improper judicial influence, conflicts of interest, and violations of due process, which directly impact the fairness of these proceedings.

## I. BACKGROUND AND NATURE OF THE NEW EVIDENCE

1. Defendant has recently received an email from Chief Judge Waller, which may indicate improper judicial influence over Defendant's case.

2. This email reveals that Chief Judge Waller engaged in discussions with Defendant regarding financial assistance from the Chief judges banker and suggested that Defendant consider releasing Mobile and Nicholas Cronauer from liability depending on the amount defendant gets. It now appears that these discussions were an attempt to pressure Defendant into an unfair agreement to think about releasing mobile. Defendant was very upset and told Judge waller that was wrong, after all these people did to his family, so settle for pocket change was wrong. That's when defendant knew this was about helping Cronauer and mobile. Since the defendants last email to judge Waller about being upset, no further communication has taken place. Defendant was to hear back this week from Judge Waller about if his banker would help defendant with a loan, mortgage or grant, nothing has taken place.

3. Defendant trusted Judge Waller and believed that he sincerely wanted to help. Judge Waller assured Defendant that he cared about his family and would stand by him. He explicitly promised that he "would never leave" and "would be here" for Defendant. Judge Waller was the only person Defendant had to go to in this legal battle, and now Defendant has no one. For the past year defendant and judge Waller communicated and defendant confided in the judge. Told Judge Waller things no one else knows. Defendant has no idea what the judge reported back to Cronauer and mobile if anything. But one thing defendant believes the judge might have told Cronauer as it was used against defendant in the plaintiffs stalking no contact order.

4. Judge Waller acknowledged that what Riley Oncken and others did to Defendant was wrong, but he never did anything to stop it despite having the power and authority to intervene.

Defendant brought all the illegal court abuses to Judge Waller's attention, including illegal criminal charges, judicial conflicts, and procedural violations, yet nothing was done.Now, it is clear why—Judge Waller was never truly going to help.

5. When Defendant launched his website exposing details of the case, Judge Waller asked Defendant to call him, judge Waller wanted to ask if defendant was okay"and stated that he "didn't want anything to happen"to Defendant. This statement raised concerns that there could be retaliation or other coordinated actions in response to Defendant's efforts to expose the misconduct on the website.

6. Defendant is not afraid of threats or intimidation. Defendant has already faced retaliation—Mobile, Cronauer, and Oncken have already sent people after Defendant in an effort to harass and pressure him into silence. Defendant knows that his life may be in danger after this, but defendants family is much more important to him. So fighting for shelter for his family is priority.

7. Defendant has been requesting bank records-from the court for over a year, yet every request has been ignored or denied. The court continues to withhold financial records that could prove misconduct.

8. The judges have repeatedly stated that Defendant's criminal case is unrelated to the eviction, yet Cronauer is now sidestepping those orders and attempting to act as a prosecutor within the eviction proceedings.If the courts truly believed these cases were separate, Cronauer's involvement would not be allowed.

9. Defendant has no objection to having everything brought out in the open—this only further exposes the corruption and bias

within these proceedings.

10. Judge Waller could have stopped all of this abusive litigation and court manipulation, but instead, he chose to do nothing. He repeatedly told Defendant that these actions were wrong, yet he stood by and watched while Defendant was attacked through the legal system.

11. However, Judge Waller had no problem asking Defendant whether he would consider releasing Mobile if he got "enough" from his banker. This strongly suggests that his role was not neutral but rather a facilitator in trying to coerce Defendant into settling.

12. Defendant has a pending lawsuit against Cronauer that is currently before Judge Waller, raising serious concerns about how fairly that case will be handled given everything that has transpired.

13. Defendant no longer has any trust in the judicial process. He believed Judge Waller was a friend, but now realizes he was being misled the entire time.

14. This entire campaign against Defendant and his family stems from an initial $914.00 claim of back rent, which was already paid. Despite this, the legal harassment has continued, revealing that the true goal is not to recover rent but to force Defendant and his family out of their home through coordinated judicial manipulation.

## II. LEGAL BASIS FOR INTRODUCING NEW EVIDENCE

### A. Newly Discovered and Material Evidence

1. The newly discovered evidence was not previously available to Defendant at the time prior motions were filed.

2. The emails and documents are directly relevant to the core issues of judicial misconduct, conflict of interest, and due process violations.

3. The evidence is material and non-cumulative, and its introduction is necessary to ensure a just resolution of this case. I have been blacklisted by law firms and attorneys, the sycamore PD has worked directly with Riley Oncken, Melissa Mobile and Nicholas Cronauer to post press releases and frame me with a fake arrest. I will expose everything, I am not ever giving up. I believe now more than ever the chief judge knew about what all these people where planning and allowed it to not only happen but was apart of this like his other judges Stephanie Klyn and Jill Konen where personally involved. This case is compromised and I have no chance in the circuit courts, this needs to go to the federal courts and appeals courts and I am doing that.

## B. Ensuring Fairness and Due Process

1. The Due Process Clause of the Fourteenth Amendment guarantees Defendant a fair legal proceeding.

2. Suppressing or disregarding this evidence would deprive Defendant of a meaningful opportunity to present a full defense.

3. The introduction of this evidence is essential to protect the integrity of these proceedings and to ensure that Defendant is not subjected to an eviction based on manipulated and biased judicial involvement.

## III. REQUEST FOR RELIEF

WHEREFORE, Defendant respectfully requests this Court:

1. GRANT this Motion to Introduce New Evidence.

2. PERMIT the submission of the newly discovered emails and

supporting documentation into the court record.

3. SCHEDULE a hearing to consider the impact of this new evidence on the pending motions.

4. GRANT any other relief this Court deems just and necessary in the interest of justice.

Respectfully submitted,
Robert Sam

 Outlook

## Fwd: Robert Sam

**From** robert sam <harpees5@yahoo.com>

**Date** Fri 2/7/2025 8:15 AM

**To** The UPS Store #4801 <store4801@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Cal I need this entire email thread printed out

Begin forwarded message:

**From:** "Waller, Bradley" <bwaller@dekalbcounty.org>
**Date:** January 31, 2025 at 2:41:27 PM CST
**To:** robert sam <harpees5@yahoo.com>
**Subject: Robert**

I only asked you to think about it and only if monies are forthcoming from the bank.

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 31, 2025 2:35 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Re: Robert

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

No they won't help us. Don't worry about it. It's the way it is. And to ask me to settle and release these people for nothing but a security deposit and few months of rent that they don't even pay and for a place that we can't get because no one will rent to us to bad. They get away with what they did to us? I won't bother you anymore. I am on my own.

On Jan 31, 2025, at 2:06 PM, Waller, Bradley <bwaller@dekalbcounty.org> wrote:

Prairie State? I know you have checked there but it might make sense to ask again at least on the OP.

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 31, 2025 9:48 AM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Re: Robert

---

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

---

So as expected she declined granting me a lawyer as this is a civil matter. So she gave me 3 weeks to get a lawyer, I think you know, I won't get one because I am blacklisted and no lawyer will help me. So, another wonderful day of hanging in there.
She is also impounding parts of my exhibits and removing them from public record, well that only helps and protects mobile. So, that is it for today. Would really be nice someday if someone spoke
Up for me or represented me properly so I could be vindicated, I just don't get why this won't happen for me.

> On Jan 31, 2025, at 7:35 AM, Waller, Bradley <bwaller@dekalbcounty.org> wrote:
>
> Morning. You are entitled to an attorney in any case that has jail as a possibile penalty. I would persist in that request. The civil matter is going to resolve one way or another. Tell Mr Cronauer you have something pending regarding getting out sooner but you will know more next week. I'm asking you to think about the following: again think about it. You both execute mutual releases if sufficient money comes from the bank. I'm talking about Mobile only at this point. Please just think about it. I can talk more later this afternoon. Thanks.
>
> Get Outlook for iOS
>
> ---
>
> **From:** robert sam <harpees5@yahoo.com>
> **Sent:** Friday, January 31, 2025 7:19:43 AM
> **To:** Waller, Bradley <bwaller@dekalbcounty.org>
> **Subject:** Re: Robert
>
> ---
>
> **CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> ---
>
> Morning judge,
> So, what are your thoughts?
>
>> On Jan 30, 2025, at 9:09 PM, Waller, Bradley <bwaller@dekalbcounty.org> wrote:

Let's chat tomorrow morning. I'll email you tomorrow morning, I have some thoughts

Get Outlook for iOS

---

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Thursday, January 30, 2025 8:09:14 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Robert

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Hi Judge,
Hope your week is going ok? Spoke to a realtor that finally responded to me, most never respond like lawyers. I guess All the landlords wants now back ground check, employment, 2 to 3 times income of the rent, We don't check any box.

I don't know what we are going to do, it's very hard to stay positive when not one day can be a positive move to something good. I will try some other states, but I can't even really do that because of the criminal case and the probation.

These people have seriously destroyed me completely and they have taken away are only means for housing, the vouchers. This affects us and I just can't let that happen. I am trying to hang on and wait and see what the banker says, but I have to care for my family and get them in a home. I can't have my daughter living in the projects either.

 I am tired of begging for help and pleading and no one cares or listens or stops these people. I can't get a lawyer to help us, can't get a realtor or loan, can't get a house or move. I have tried everything and nothing is working. Thank you again for trying to help us. But I am afraid of what's to come. Sorry to dump all this, I Just, don't have anyone to turn to. But on that, listen I also don't want you to feel obligated in anyway to be here for me, I can understand if it's just to much, I have been alone for a long long time, I don't want you to feel that you have to stay for me. I don't want to hurt you either or cause you any problems.
This hearing tomorrow worries me, I worry how they have manipulated the court. Can I appear by zoom tomorrow? And can I ask and get an evidentiary hearing? I have witness's I need called. Judge, I am so tired of all this, I want so badly to move on with my life and try to create something. I am afraid that all of this will be my demise, I really am. I don't know how much longer or physically, how much more I can take of this, all of this is lies, lies to make me out to be something I am not and it's just me standing in the center of the pit. Pretty soon no one will believe me, she gets this no contact order they will use it against me for the eviction, they will use it in everything. I can't see away out of this. I needed a lawyer. Anyway I am trying, I am trying to be positive and take it day by

day. But that is just surviving, it's not living. Thank you again for being here for me, sorry again to be this way.

 Outlook

## Fwd: Robert Sam

**From** robert sam <harpees5@yahoo.com>

**Date** Fri 2/7/2025 8:16 AM

**To** The UPS Store #4801 <store4801@theupsstore.com>

> CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Cal and this entire email thread

Begin forwarded message:

> **From:** "Waller, Bradley" <bwaller@dekalbcounty.org>
> **Date:** January 29, 2025 at 2:20:14 PM CST
> **To:** robert sam <harpees5@yahoo.com>
> **Subject: Robert**
>
> Just hung up with the banker. It was a good conversation. He will get back to me next week. Your income makes it a bit challenging but he wants to talk to a couple of the other lenders at the bank to see what they can do. It may come down to a one time grant that would give you sufficient funds for a security deposit and enough rent for a head start for a number of months. He is trying to be creative. I will call you when I have a definite answer from him. Take care.
>
> **From:** robert sam <harpees5@yahoo.com>
> **Sent:** Saturday, January 25, 2025 11:21 PM
> **To:** Waller, Bradley <bwaller@dekalbcounty.org>
> **Subject:** Robert
>
> <p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00"><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>
>
> Judge,
> Attached is the financial statement, hopefully that will help us. Also attached is the response I am filing Monday in this ridiculous no contact stalking motion. The BK case I am going to have Karen dismiss, there is no point to move forward with this for two reasons. First, the trial won't be until after the eviction trial and two, she can't be a lawyer and put on a trial. So they will end up getting away with it.
> The eviction case worries me and here is why, this judge that Cronauer claims to know made no ruling on my motions, so I am sure somehow I won't be able to put on the proper trial. They will block witnesses liked they block the bank statements. The 30 day notice and complaint expired and we are still moving forward on this. It's crazy.
> The criminal case, I can't believe chip thinks even though I was assigned a PD, and they ignored my request

to withdraw, they can just remove themselves. That worries me judge, I feel they are also apart of this huge conspiracy. What has happened here is I exposed alot of stuff, and that's why we can't get any help. We have exposed an entire conspiracy by a town , county , lawyers , etc and we are now ostracized by everyone. We can't get anyone to rent to us because of the news paper. The only way I could combat this negative stain was to run my website. I don't know if it will help but I have to get my story or my side out. I have concerns there going to get away with all this I really do. But, all I can do is try, but judge, things have to be fair, I have to be heard and be able to prove our case.

Thank you for helping us, really. I have to come through this, somehow I have to come through this, so much riding on all of this. I am trying to believe it will work out, but nothing has and I need a break.