**U.S DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

ROBERT SAM,                                    )
                                               )
      Plaintiff                            )
                                               )
      vs.                                  )            No.  3:23-cv-50301
                                               )
MELISSA MOBILE, et al.                         )
                                               )
      Defendants.                          )

## FRCP 42 MOTION TO CONSOLIDATE

NOW COME the Defendant, Melissa Mobile and BKA Holdings, LLC, by and through their undersigned counsel, and move this Honorable Court pursuant to Federal Rule of Civil Procedure 42(a) to consolidate the above-captioned case with Plaintiff's newly filed case in the Eastern District, and in support of this motion, Defendant states as follows:

## INTRODUCTION

This case, cause No. 23-CV-50301, involves claims against BKA Holdings, LLC, Melissa Mobile, Riley Oncken, and others alleging, *inter alia*, unlawful eviction actions, violations of housing rights, and associated claims stemming from the Plaintiffs pending eviction from 639 Stonegate Drive, Sycamore, IL 60178 scheduled for a three (3) jury trial on February 24, 2025.

On or about February 10, 2025, Plaintiff Robert Sam filed in the Eastern District,[1] 25-cv-01420, involving the same or similar allegations seeking remedies arising from the same core of facts at issue in this pending 2023 case, but included the Chief Judge of DeKalb County Circuit Court as a Defendant and Riley Oncken in his capacity as the DeKalb County State's Attorney. *See* Exhibit A, complaint for 25-cv-01420. The 25-cv-01420 claims relate to the same core of facts underlying the eviction proceedings being addressed in this case. 24-cv-01420 has been assigned to Judge Shah and

---

[1]. Plaintiffs previously filed a motion to transfer this 2023 case to the Eastern District. *See* ECF # 162.

Magistrate Judge Cole.

## LEGAL STANDARD

Federal Rule of Civil Procedure 42(a) allows for consolidation of cases involving common questions of law or fact. Specifically, Rule 42(a) provides that when actions involve a common question of law or fact, the court may:

(1) join for hearing or trial any or all matters at issue in the actions;

(2) consolidate the actions; or

(3) issue any other orders to avoid unnecessary cost or delay.

## ARGUMENT

### A.     Common Questions of Law and Fact Justify Consolidation.

Both cases arise from the same underlying events concerning the expired tenancy of Plaintiffs Robert and Karen Sam at 639 Stonegate Drive, Sycamore, Illinois, and the subsequent eviction actions initiated by BKA Holdings, LLC. The 2025 case extends the litigation to include claims of judicial misconduct, conflicts of interest, and constitutional violations, all of which stem from and are intertwined with the eviction proceedings and legal disputes described in the 2023 case. The allegations in the 2025 filing are the exact same allegations that the Plaintiffs are asking this court to take judicial notice of in ECF # 195 in support of this case. Specifically, setting aside the duplicative filings by Plaintiff in ECF # 195 in the 2025 case, the following overlapping issues justify consolidation:

1.  The conduct of BKA Holdings, LLC and Melissa Mobile regarding the tenancy, eviction attempts, and alleged failure to comply with the law.

2.  The alleged retaliatory and wrongful eviction efforts, involving similar facts and overlapping evidence in both cases.

3.  Common witnesses, including Robert Sam, Karen Sam, Riley Oncken, and

2

representatives connected to BKA Holdings, which will be central to both cases.

4. The alleged role of C. Nicholas Cronauer and Chief Judge Bradley Waller in facilitating or enabling violations of Plaintiffs' rights during the ongoing eviction proceedings as outlined in ECF # 195.

**B.** **Consolidation Will Promote Judicial Economy and Avoid Inconsistent Rulings.**

Consolidating the cases will prevent duplicative discovery, reduce litigation costs on the parties and Courts who have to bear actual costs in these matters, and avoid potential inconsistent legal and evidentiary rulings by ensuring that the overlapping legal and factual issues are resolved in a coordinated manner. In the event either case proceeds passed dismissal, consolidation will also streamline witness testimony, as many of the same individuals will be called to testify regarding the same or overlapping underlying events.

**C.** **No Prejudice or Delay Will Result from Consolidation.**

Consolidation will not result in any prejudice to the Plaintiffs. To the contrary, it will benefit all parties by ensuring a coordinated and efficient discovery process and trial schedule and reduce unnecessary legal fees to all parties and this court for the cases to be consolidated. The cases are at a procedural stage as well where consolidation is appropriate and will not cause any delay in the resolution of either case because discovery has not yet commenced.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court:

1. Consolidate Case No. 2025-cv-01420 with Case No. 23-CV-50301 for all purposes, including discovery and trial; and

2. Grant such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

By: /s/ C. Nicholas Cronauer
One of its Attorneys

CRONAUER LAW, LLP

3

1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
(815) 895-8585 / (815) 895-4070 Fax

5

## CERTIFICATE OF SERVICE

Defendants, through their undersigned counsel, electronically served Defendants' Melissa Mobile and BKA Holdings, LLC supplement response above to all parties of record through the PACER/ECF system.

Dated: February 11, 2025.

*/s/ Nicholas Cronauer*
CRONAUER LAW, LLP
1101 DeKalb Ave Ste 2
Sycamore, IL 60178
Telephone: (815) 895-8585
Email: nc@cronauerlaw.com