


RECEIVED
QR
2/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM,**
*Plaintiff,*

**1:25-cv-01420**
**Judge Manish S. Shah**
**Magistrate Judge Jeffrey Cole**

V.

**DEKALB COUNTY, ILLINOIS;**
**CHIEF JUDGE BRADLEY WALLER, in his**
**individual and official capacity;**
**NICHOLAS CRONAUER, in his individual and**
**official capacity;**
**RILEY ONCKEN, in his individual and official**
**capacity as State's Attorney;**
**BKA HOLDINGS, LLC;**
**MELISSA MOBILE,**

*Defendants.*

**Case No.:** [To be assigned upon filing]
**Jury Trial Demanded**

# COMPLAINT

Plaintiff, **Robert Sam**, by and through himself, brings this action under **42 U.S.C. § 1983 and 42 U.S.C. § 1985** for **violations of his constitutional rights, due process violations, judicial bribery, obstruction of justice,**

**conspiracy to interfere with civil rights, and violations of the Equal Protection Clause.** Plaintiff seeks **compensatory and punitive damages, injunctive relief, declaratory relief, and federal oversight.**

# I. JURISDICTION AND VENUE

1. This Court has jurisdiction under **28 U.S.C. § 1331** (federal question jurisdiction) and **28 U.S.C. § 1343** (civil rights violations).
2. Venue is proper in the **Northern District of Illinois** under **28 U.S.C. § 1391(b)** because all Defendants reside in this district and the events giving rise to this claim occurred in DeKalb County, Illinois.

# II. PARTIES

3. Plaintiff **Robert Sam** is a resident of DeKalb County, Illinois.
4. Defendant **DeKalb County, Illinois** is responsible for the actions of its officials, including the courts and sheriff's office, pursuant to **Monell v. Department of Social Services, 436 U.S. 658 (1978).**
5. Defendant **Chief Judge Bradley Waller** engaged in improper judicial conduct, violating Plaintiff's due process rights under **Caperton v. A.T. Massey Coal**

**Co., 556 U.S. 868 (2009)** and **Tumey v. Ohio, 273 U.S. 510 (1927).**

6. Defendant **Nicholas Cronauer** acted as both legal counsel for Plaintiff's adversaries and a named defendant in a related case, violating due process under **Gibson v. Berryhill, 411 U.S. 564 (1973).**

7. Defendant **Riley Oncken** conspired with Cronauer to manipulate legal proceedings against Plaintiff.

8. Defendant **BKA Holdings, LLC, and Melissa Mobile** engaged in coordinated efforts with the named officials to remove Plaintiff unlawfully.

# III. FACTUAL ALLEGATIONS

## A. Timeline of Events – Demonstrating Conspiracy and Retaliation

9. Plaintiff was involved in **legal disputes, including eviction, criminal and civil matters, in DeKalb County.**

10. Plaintiff sought **fair legal proceedings**, only to be subjected to **coordinated judicial misconduct, conflict of interest, and retaliation.**

11. **Chief Judge Waller falsely portrayed himself as an ally** while simultaneously working to **pressure Plaintiff into settling claims against his legal adversaries.**

12. **Nicholas Cronauer, acting as both a defendant in a lawsuit and opposing counsel,** engaged in legal conflicts of interest that violated Plaintiff's constitutional rights.
13. **Plaintiff confided in Waller** about his **emotional distress and hardships,** believing the conversation was confidential.
14. That private disclosure was later **weaponized against Plaintiff** in a **stalking no-contact order falsely labeling him as suicidal and dangerous and seriously disturbed** —a blatant act of retaliation.
15. **Judicial bribery occurred** when **Waller attempted to induce Plaintiff to drop legal claims in exchange for financial assistance.**
16. After Plaintiff exposed Waller's emails, **Waller attempted to reshape the record and control the narrative,** constituting **obstruction of justice.**

# IV. LEGAL CLAIMS

## COUNT I – VIOLATION OF DUE PROCESS (42 U.S.C. § 1983)

17. Plaintiff re-alleges and incorporates all previous paragraphs.
18. Defendants **DeKalb County, Waller, Cronauer** violated Plaintiff's due process rights by engaging in judicial misconduct and conflicts of interest.

## COUNT II – CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS (42 U.S.C. § 1985)

19. Plaintiff re-alleges and incorporates all previous paragraphs.
20. Defendants **Waller, Cronauer, Oncken, BKA Holdings, and Melissa Mobile** conspired to manipulate legal proceedings against Plaintiff.

## COUNT III – VIOLATION OF EQUAL PROTECTION CLAUSE (14TH AMENDMENT)

21. Plaintiff re-alleges and incorporates all previous paragraphs.
22. The **Equal Protection Clause prohibits** government officials from treating individuals differently without a legitimate reason.
23. Defendants, acting under color of state law, **used the legal system as a weapon against Plaintiff** while shielding their allies from legal accountability.
24. The **disparate treatment and selective enforcement of legal processes** violated Plaintiff's **Fourteenth Amendment rights**.

## COUNT IV – RETALIATION FOR EXERCISING FREE SPEECH (1ST AMENDMENT)

25. Plaintiff re-alleges and incorporates all previous paragraphs.

26. Defendants retaliated against Plaintiff for exposing their misconduct, including by misusing private mental health disclosures to discredit and silence him.

## COUNT V – JUDICIAL BRIBERY (18 U.S.C. § 201)

27. Defendant **Judge Bradley Waller** engaged in bribery by **offering financial assistance through his personal banking contacts in exchange for Plaintiff's consideration of releasing legal claims against Defendants.**

## COUNT VI – OBSTRUCTION OF JUSTICE (18 U.S.C. § 1503)

28. Defendant **Judge Bradley Waller** attempted to **manipulate the record and interfere with legal proceedings** by contacting Plaintiff **immediately after learning that his emails were being introduced as evidence in federal court.**

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff **respectfully requests** this Court grant the following relief:
 **Compensatory damages** in an amount to be determined at trial.

**Punitive damages** against Defendants for their unconstitutional actions.

**An injunction preventing further legal retaliation** against Plaintiff.

**A declaratory judgment** affirming that Defendants violated Plaintiff's constitutional rights.

**Federal oversight of judicial misconduct** to prevent further corruption in DeKalb County courts.

Nickolas Cronauer is a illigitement lawyer. All his cases in Dekalb county should be investigated as I don't believe he has won any of his cases without the help of his friends and judges.

**Any other relief this Court deems just and proper.**

**Respectfully submitted,**
**Robert Sam**

harpees5@yahoo.com
779-777-3265
02/8/25

 Outlook

*Exhibits 1 - 7*
*Pages*

## Fwd: Robert Sam

**From** robert sam <harpees5@yahoo.com>

**Date** Fri 2/7/2025 8:16 AM

**To** The UPS Store #4801 <store4801@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Cal and this entire email thread

Begin forwarded message:

> **From:** "Waller, Bradley" <bwaller@dekalbcounty.org>
> **Date:** January 29, 2025 at 2:20:14 PM CST
> **To:** robert sam <harpees5@yahoo.com>
> **Subject: Robert**
>
> Just hung up with the banker. It was a good conversation. He will get back to me next week. Your income makes it a bit challenging but he wants to talk to a couple of the other lenders at the bank to see what they can do. It may come down to a one time grant that would give you sufficient funds for a security deposit and enough rent for a head start for a number of months. He is trying to be creative. I will call you when I have a definite answer from him. Take care.
>
> **From:** robert sam <harpees5@yahoo.com>
> **Sent:** Saturday, January 25, 2025 11:21 PM
> **To:** Waller, Bradley <bwaller@dekalbcounty.org>
> **Subject: Robert**
>
> <p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>
>
> Judge,
> Attached is the financial statement, hopefully that will help us. Also attached is the response I am filing Monday in this ridiculous no contact stalking motion. The BK case I am going to have Karen dismiss, there is no point to move forward with this for two reasons. First, the trial won't be until after the eviction trial and two, she can't be a lawyer and put on a trial. So they will end up getting away with it.
> The eviction case worries me and here is why, this judge that Cronauer claims to know made no ruling on my motions, so I am sure somehow I won't be able to put on the proper trial. They will block witnesses liked they block the bank statements. The 30 day notice and complaint expired and we are still moving forward on this. It's crazy.
> The criminal case, I can't believe chip thinks even though I was assigned a PD, and they ignored my request

to withdraw, they can just remove themselves. That worries me judge, I feel they are also apart of this huge conspiracy. What has happened here is I exposed alot of stuff, and that's why we can't get any help. We have exposed an entire conspiracy by a town , county , lawyers , etc and we are now ostracized by everyone. We can't get anyone to rent to us because of the news paper. The only way I could combat this negative stain was to run my website. I don't know if it will help but I have to get my story or my side out. I have concerns there going to get away with all this I really do. But, all I can do is try, but judge, things have to be fair, I have to be heard and be able to prove our case.

Thank you for helping us, really. I have to come through this, somehow I have to come through this, so much riding on all of this. I am trying to believe it will work out, but nothing has and I need a break.

Let's chat tomorrow morning. I'll email you tomorrow morning. I have some thoughts

Get Outlook for iOS

---

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Thursday, January 30, 2025 8:09:14 PM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Robert

<p style="border:2px; border-style:solid; border-color:#000000; padding: .7em; background-color:#FFFF00 "><b>CAUTION:</b> This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.</p>

Hi Judge,
Hope your week is going ok? Spoke to a realtor that finally responded to me, most never respond like lawyers. I guess All the landlords wants now back ground check, employment, 2 to 3 times income of the rent, We don't check any box.

I don't know what we are going to do, it's very hard to stay positive when not one day can be a positive move to something good. I will try some other states, but I can't even really do that because of the criminal case and the probation.

These people have seriously destroyed me completely and they have taken away are only means for housing, the vouchers. This affects us and I just can't let that happen. I am trying to hang on and wait and see what the banker says, but I have to care for my family and get them in a home. I can't have my daughter living in the projects either.

 I am tired of begging for help and pleading and no one cares or listens or stops these people. I can't get a lawyer to help us, can't get a realtor or loan, can't get a house or move. I have tried everything and nothing is working. Thank you again for trying to help us. But I am afraid of what's to come. Sorry to dump all this, I Just, don't have anyone to turn to. But on that, listen I also don't want you to feel obligated in anyway to be here for me, I can understand if it's just to much, I have been alone for a long long time, I don't want you to feel that you have to stay for me. I don't want to hurt you either or cause you any problems.
This hearing tomorrow worries me, I worry how they have manipulated the court. Can I appear by zoom tomorrow? And can I ask and get an evidentiary hearing? I have witness's I need called. Judge, I am so tired of all this, I want so badly to move on with my life and try to create something. I am afraid that all of this will be my demise, I really am. I don't know how much longer or physically, how much more I can take of this, all of this is lies, lies to make me out to be something I am not and it's just me standing in the center of the pit. Pretty soon no one will believe me, she gets this no contact order they will use it against me for the eviction, they will use it in everything. I can't see away out of this. I needed a lawyer. Anyway I am trying, I am trying to be positive and take it day by

day. But that is just surviving, it's not living. Thank you again for being here for me, sorry again to be this way.

**From:** robert sam <harpees5@yahoo.com>
**Sent:** Friday, January 31, 2025 9:48 AM
**To:** Waller, Bradley <bwaller@dekalbcounty.org>
**Subject:** Re: Robert

---

**CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

---

So as expected she declined granting me a lawyer as this is a civil matter. So she gave me 3 weeks to get a lawyer, I think you know, I won't get one because I am blacklisted and no lawyer will help me. So, another wonderful day of hanging in there.
She is also impounding parts of my exhibits and removing them from public record, well that only helps and protects mobile. So, that is it for today. Would really be nice someday if someone spoke
Up for me or represented me properly so I could be vindicated, I just don't get why this won't happen for me.

> On Jan 31, 2025, at 7:35 AM, Waller, Bradley <bwaller@dekalbcounty.org> wrote:
>
> Morning. You are entitled to an attorney in any case that has jail as a possibile penalty. I would persist in that request. The civil matter is going to resolve one way or another. Tell Mr Cronauer you have something pending regarding getting out sooner but you will know more next week. I'm asking you to think about the following: again think about it. You both execute mutual releases if sufficient money comes from the bank. I'm talking about Mobile only at this point. Please just think about it. I can talk more later this afternoon. Thanks.
>
> Get Outlook for iOS
>
> **From:** robert sam <harpees5@yahoo.com>
> **Sent:** Friday, January 31, 2025 7:19:43 AM
> **To:** Waller, Bradley <bwaller@dekalbcounty.org>
> **Subject:** Re: Robert
>
> ---
>
> **CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> ---
>
> Morning judge,
> So, what are your thoughts?
>
>> On Jan 30, 2025, at 9:09 PM, Waller, Bradley <bwaller@dekalbcounty.org> wrote:

 Outlook

## Fwd: Robert Sam

**From** robert sam <harpees5@yahoo.com>
**Date** Fri 2/7/2025 8:15 AM
**To** The UPS Store #4801 <store4801@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Cal I need this entire email thread printed out

Begin forwarded message:

> **From:** "Waller, Bradley" <bwaller@dekalbcounty.org>
> **Date:** January 31, 2025 at 2:41:27 PM CST
> **To:** robert sam <harpees5@yahoo.com>
> **Subject: Robert**
>
> I only asked you to think about it and only if monies are forthcoming from the bank.
>
> **From:** robert sam <harpees5@yahoo.com>
> **Sent:** Friday, January 31, 2025 2:35 PM
> **To:** Waller, Bradley <bwaller@dekalbcounty.org>
> **Subject:** Re: Robert
>
> **CAUTION:** This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
>
> No they won't help us. Don't worry about it. It's the way it is. And to ask me to settle and release these people for nothing but a security deposit and few months of rent that they don't even pay and for a place that we can't get because no one will rent to us to bad. They get away with what they did to us? I won't bother you anymore. I am on my own.
>
> On Jan 31, 2025, at 2:06 PM, Waller, Bradley <bwaller@dekalbcounty.org> wrote:
>
> Prairie State? I know you have checked there but it might make sense to ask again at least on the OP.

 Outlook

---

**Robert Sam**

---

**From** robert sam <harpees5@yahoo.com>

**Date** Sat 2/8/2025 3:33 PM

**To** The UPS Store #4801 <store4801@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Please print

Begin forwarded message:

> **From:** "Waller, Bradley" <bwaller@dekalbcounty.org>
> **Date:** February 8, 2025 at 12:14:45 PM CST
> **To:** robert sam <harpees5@yahoo.com>
> **Subject: Banker**
>
> I just heard from the banker. Not good news but I emailed another guy I know at a locally owned bank to give me a call on Monday. I'll keep you posted.
>
> Get Outlook for iOS