

**FILED**
2/11/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM,**
*Plaintiff,*

v.

**DEKALB COUNTY, ILLINOIS;**
**CHIEF JUDGE BRADLEY WALLER, in his individual and official capacity;**
**NICHOLAS CRONAUER, in his individual and official capacity;**
**RILEY ONCKEN, in his individual and official capacity as State's Attorney;**
**BKA HOLDINGS, LLC;**
**MELISSA MOBILE,**

*Defendants.*

**Case No.: 3:23-cv-50301**


**Jury Trial Demanded**


**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO CONSOLIDATE CASES**

**NOW COMES Plaintiff, Robert Sam**, pro se, and respectfully **objects** to Defendants' Motion to Consolidate this action with prior litigation, on the following grounds:

1. **The Cases Are Not the Same and Must Remain Separate**

   - The **2025 case includes NEW claims of judicial misconduct, bribery, and due process violations** that were **not part of the previous case.**
   - **Federal Rule of Civil Procedure 42(a)** allows consolidation only when cases **"involve a common question of law or fact"** and consolidation would **promote judicial efficiency.**
   - **Consolidation is inappropriate when it would cause unfair prejudice to one party** (*Johnson v. Celotex Corp., 899 F.2d 1281, 1285 (2d Cir. 1990)*).
   - **Plaintiff's new lawsuit has distinct facts, claims, and defendants.** Merging the cases **would improperly weaken the constitutional claims** raised in the 2025 case.

2. **Defendant Cronauer Has a Conflict of Interest That Disqualifies Him**

   - **Cronauer is both a Defendant in this case AND an attorney in the eviction case.**

- ◦ **Under Illinois Rule of Professional Conduct 1.7**, attorneys cannot represent a client **when there is a significant risk that the representation will be materially limited by the lawyer's personal interests.**
- ◦ **Cronauer's dual role raises serious ethical concerns and taints the legal process.**

3. **Consolidation Would Result in Prejudicial Judicial Bias**

- ◦ Chief Judge **Bradley Waller personally has stated to plaintiff that he knows Judge Ian Johnston,** raising concerns of judicial bias if this case is assigned to him.
- ◦ **Due process requires a neutral and impartial tribunal** (*Caperton v. A.T. Massey Coal Co., 556 U.S. 868, 881 (2009)*).
- ◦ **Judges must recuse themselves when their impartiality can reasonably be questioned** (*Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 860 (1988)*).
- ◦ Given Waller's past interference, there is a **significant likelihood of bias** if Judge Johnston hears the case.

4. **Defendants Are Attempting to Consolidate to Control the Narrative**

- ◦ Consolidation would allow Defendants to **mischaracterize the 2025 lawsuit as just**

- **another extension of the eviction case, minimizing its importance.**
  - Defendants' strategy seeks to **bury serious constitutional violations** by making them appear like routine landlord-tenant disputes.
  - Courts have denied consolidation **where it would cause confusion, delay, or strategic disadvantages to one party** (*In re Repetitive Stress Injury Litig., 11 F.3d 368, 373 (2d Cir. 1993)*).

5. **The Supreme Court Moved the Eviction Case to McHenry County, Further Demonstrating These Are Separate Cases**

   - The **Illinois Supreme Court already determined the eviction case should be heard in McHenry County, not DeKalb.**
   - **That decision confirms these are two distinct matters** that should not be consolidated.
   - Defendants' attempt to merge the cases is an **attempt to circumvent that ruling and manipulate jurisdiction.**

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. **Deny Defendants' Motion to Consolidate.**

2. **Maintain this case as a separate and distinct lawsuit.**
3. **Disqualify Cronauer due to his conflict of interest.**
4. **Ensure judicial neutrality by assigning a judge unconnected to Waller.**
5. **Grant any further relief this Court deems just and proper.**

Respectfully submitted,

**Robert Sam**

harpees5@yahoo.com

1/11/25