

**BC**

FILED
2/11/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM,**
*Plaintiff,*

v.

**DEKALB COUNTY, ILLINOIS;
CHIEF JUDGE BRADLEY WALLER, in his individual and official capacity;
NICHOLAS CRONAUER, in his individual and official capacity;
RILEY ONCKEN, in his individual and official capacity as State's Attorney;
BKA HOLDINGS, LLC;
MELISSA MOBILE,**

*Defendants.*

**Case No.:** 3:23-cv-50301

Jury Trial Demanded

**PLAINTIFF'S EMERGENCY MOTION TO ADDRESS JUDICIAL INTERFERENCE, PROTECT PLAINTIFF'S FAMILY FROM RETALIATION, AND REQUEST FEDERAL INTERVENTION AND REQUESTS A HEARING**

**NOW COMES Plaintiff, Robert Sam,** pro se, and respectfully moves this Honorable Court to:

1. **Address the ongoing judicial manipulation, misconduct, and retaliation against Plaintiff and his disabled family.**
2. **Immediately stay all related proceedings, including the eviction case, to prevent further harm.**
3. **Order an independent federal investigation into judicial bribery, obstruction of justice, and due process violations committed by Defendants, including Chief Judge Bradley Waller, Nicholas Cronauer, and Riley Oncken.**

# I. FEDERAL COURT HAS NOT ADDRESSED OPEN MOTIONS WHILE DEFENDANTS CONTINUE ATTACKS

1. Plaintiff has some **motions pending in this federal court that have gone unanswered**, while Defendants **continue filing retaliatory motions against him.**
2. The **court has delayed ruling on key issues,** allowing Defendants to continue weaponizing the judicial system against Plaintiff and his disabled family.
3. Defendants have used these delays to **exhaust Plaintiff's time, resources, and ability to defend himself.**

4. The court not acting has **created an environment where judicial misconduct is allowed to continue unchecked.**

**REQUEST:**
**Plaintiff asks that this Court address the pending motions and explain why they remain unresolved while Defendants continue to attack Plaintiff.**

# II. FRAUDULENT MOTION TO CONSOLIDATE & CRONAUER'S DESPERATE ATTEMPT TO CONTROL THE CASE

5. Defendant Nicholas Cronauer filed a **false and misleading motion to consolidate**, in which he:
   ◦ **Claimed the case was filed in the Eastern District when it was filed in the Northern District.**
   ◦ **Filed the motion before he or anyone else was even served in the new case.**
   ◦ **Has not even entered an appearance in the new case, yet is trying to manipulate it.**
   ◦ **Is trying to consolidate cases where Plaintiff's wife is not even a party, making the motion legally improper.**

6. **Cronauer is attempting to steer the case to Judge Ian Johnston, whom Chief Judge Waller personally stated to plaintiff, he knows.**
7. This is **a direct attempt to manipulate judicial assignments** and should not be allowed.

**The newly assigned judge, Hon. Manish S. Shah, is a former U.S. Attorney and an independent judge.** Plaintiff believes Defendants are scrambling to avoid having this case heard by an unbiased judge.

**Defendants have repeatedly used connections within the judiciary to gain an advantage, as shown by emails from Cronauer where he references his influence over judges in the new courthouse in Mchnery county. Nicholas Cronauer used his personal friendship with Judge Jill Konen, Riley Oncken used his personal relationship with Judge Stephanie Klyn. The Supreme Court stripped Dekalb of all the cases. But, Cronauer found a loop hole and filed a no contact stalking order in Dekalb in front of another judge he knows very well Judge Marcy Buick. Her husband works for the firm Foster Buick and represent the town of sycamore who is a defendant in this case. I have a current lawsuit against Nicholas Cronauer right now being heard by Judge Waller.**

## LEGAL STANDARD:

- **Due process requires cases to be assigned fairly and free from outside influence.** *Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009).*
- **A party cannot file motions in a case where they have not even entered an appearance.** *Foman v. Davis, 371 U.S. 178 (1962).*

**REQUEST:**

**Plaintiff demands that this Court immediately deny the motion to consolidate and sanction Defendants for making fraudulent statements in their filing.**

# III. THE FEDERAL COURT REFUSED TO APPOINT COUNSEL THEN BLAMED PLAINTIFF

8. Plaintiff has been repeatedly denied court-appointed counsel, despite **the extreme complexity and misconduct involved in this case.**
9. The court then **blamed Plaintiff for not cooperating with counsel, even though:**
   - The **first attorney withdrew** after delegating the case to an associate and being threatened with Rule 11 sanctions by Cronauer.
   - The **second attorney had to decline** because he was the **son of an appeals court judge.**
   - The **third attorney lied about retiring** yet continues to practice law.

- ◦ The **fourth attorney had ties to Cronauer's law firm**, raising concerns about a conflict of interest.

10. The **court cannot blame Plaintiff for this when there is a pattern of judicial interference and professional conflicts preventing fair representation.**

**LEGAL STANDARD:**

- **The Sixth Amendment guarantees the right to effective legal representation in complex civil rights cases.***Gideon v. Wainwright, 372 U.S. 335 (1963).*

**REQUEST:**

**Plaintiff requests that the Court immediately appoint independent counsel or explain why he has been systematically denied fair legal representation. Plaintiff requests a hearing on these matters.**

**LIFE-THREATENING IMPACT ON PLAINTIFF'S DISABLED FAMILY**

6. **Plaintiff's wife and daughter are disabled, and their lives hang in the balance as this corrupt eviction case continues.**

7. **Plaintiff and his family have been subjected to relentless legal harassment, intimidation, and obstruction and now after the Plaintiff set up a website(<u>robertsam.com</u>) plaintiff was met with a**

stalking no contact order that as signed as a emergency by the same judge ( Jill Konen) whom the case was taken from by the Supreme Court. The reason for the no contact order was that plaintiff stated he was Serving Melissa Mobile at her personal residence, which he is going to ask the Marshall do.

8. Despite clear evidence of judicial bribery, manipulation, and bias, the court has failed to act, allowing Defendants to weaponize the legal system against Plaintiff and his family.

9. This is not just a legal battle—this is about survival. If this eviction proceeds under these corrupt circumstances, Plaintiff's family will face severe and irreparable harm like death.

10. This court must recognize that its inaction is enabling these constitutional violations to continue.

**LEGAL STANDARD:**

• Federal courts can intervene when there is a risk of irreparable harm to a party. *Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7 (2008).*

• Eviction proceedings conducted under tainted legal circumstances violate the Fourteenth Amendment's Due Process Clause. *Goldberg v. Kelly, 397 U.S. 254 (1970).*

**REQUEST:**

**Plaintiff respectfully requests that this Court issue an emergency stay on the eviction proceedings pending the resolution of this federal case.**

# IV. DEMAND FOR FEDERAL INVESTIGATION INTO JUDICIAL BRIBERY & OBSTRUCTION

11. Plaintiff has over **135 emails from Chief Judge Bradley Waller, met with him numerous times in chambers and spoke numerous times by phone** demonstrating improper ex parte communications, legal advice, and coercion. Plaintiff was promised Judge Waller would never leave him, he promised he would always be there for him. Plaintiff shared personal information that was fead back to Cronauer and used in the no staking order.

12. **Waller misled Plaintiff, claiming he wanted to help, while secretly working with Cronauer and BKA Holdings.**

13. **Waller offered financial assistance through a banker, dangled a carrot of a loan or potential grant but asked plaintiff to seriously consider releasing legal claims against Mobile.**

14. **This is judicial bribery.**

15. **After Plaintiff exposed Waller's misconduct in federal filings, Waller suddenly reached out again,**

**attempting to reshape the narrative and cover his tracks.**

16. **This is obstruction of justice.**

**LEGAL STANDARD:**

- **Judicial bribery is a federal crime under 18 U.S.C. § 201.**
- **Obstruction of justice is a federal crime under 18 U.S.C. § 1503.**
- **Federal courts can refer cases for criminal investigation when judicial corruption is suspected.** *United States v. Aguilar, 515 U.S. 593 (1995).*

**REQUEST:**

**Plaintiff asks that this Court refer this matter for an independent federal investigation into judicial corruption, bribery, and obstruction of justice.**

# V. CONCLUSION & RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

1. **Immediately address Plaintiff's pending motions that have gone unanswered.**
2. **Deny Defendants' fraudulent motion to consolidate and sanction them for misrepresentations.**

3. **Appoint independent counsel for Plaintiff or explain the pattern of denial at a hearing.**
4. **Issue an emergency stay on the eviction case to prevent further retaliation.**
5. **Refer this case for federal investigation into judicial bribery, obstruction, and due process violations.**
6. **Grant any other relief this Court deems just and proper.**

**Respectfully submitted,**

**Robert Sam**

harpees5@yahoo.com
2/11/2025