

**BC**

**FILED**
2/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM and Karen Sam**
*Plaintiff,*

v.

**NICHOLAS CRONAUER, in his individual and official capacity;**
**RILEY ONCKEN, in his individual and official capacity as State's Attorney;**
**BKA HOLDINGS, LLC;**
**MELISSA MOBILE,**

*Defendants.*

**Case No.:** 23cv50301

**Jury Trial Demanded**

## PLAINTIFF'S SUPPLEMENTAL NOTICE REGARDING JUDICIAL BIAS, RETALIATION, AND CONTINUED LITIGATION ABUSE

**NOW COMES Plaintiff, Robert Sam,** pro se, and submits this **Supplemental Notice** to ensure the Court is aware of additional **judicial bias, due process violations, and retaliatory legal abuse** that have tainted these proceedings. These facts are **critical to the Court's**

**consideration of Plaintiff's pending motions**, including the **Emergency Motion for a TRO and Preliminary Injunction.**

# I. INTRODUCTION

1. Plaintiff has been subjected to **ongoing legal abuse, judicial bias, and misconduct** designed to **harass, intimidate, and silence him.**
2. **Attorney Nicholas Cronauer has weaponized his law license and judicial connections to manipulate court outcomes, retaliate against Plaintiff, and ensure rulings in his favor.**
3. **The courts have ignored clear constitutional violations, allowing Defendants to use litigation as a tool for harassment.**
4. This **corrupt, one-sided legal assault** has left Plaintiff and his disabled family in constant danger of **losing their home, their stability, and their ability to fight back. They already lost there housing vouchers due to allegations and Riley Onken and Nicholas Cronauers personal involvement with the housing authority.**

**The federal court must intervene to stop this injustice.**

# II. JUDICIAL BIAS & RETALIATION

## A. Judge Ian Johnston Threatened Plaintiff With Sanctions for Objecting to Cronauer's Unlawful Fees

5. Plaintiff was **threatened with sanctions by Judge Ian Johnston** for challenging **Attorney Cronauer's request for legal fees** related to removing the eviction case from **state court to federal court.**

6. **Plaintiff was advised by three separate legal aid attorneys that the case had to be removed to federal court because Cronauers direct criminal contempt motion was inappropriately filed in state court.**

7. **Cronauer's attempt to charge legal fees for a legally required action was fraudulent and retaliatory.**

8. Judge Johnston's **threat of sanctions against Plaintiff for exercising his legal rights** is a **clear example of judicial bias. Why was Cronauer allowed to weaponize the courts against the Sam's? How would a state court be able to rule on a federal motion?**

**Key Legal Precedents:**
*Caperton v. Massey, 556 U.S. 868 (2009)* – A judge must step aside when there is a high probability of bias.

*Gibson v. Berryhill, 411 U.S. 564 (1973)* – Courts cannot allow conflicted parties to manipulate proceedings.

## B. Cronauer Attempted to Have Plaintiffs Held in Direct Criminal Contempt in state court for Filing a Federal Motion

9. Attorney Nicholas Cronauer **petitioned the state court to hold Plaintiffs in criminal contempt for filing a motion in federal court.**
10. This was a blatant attempt to **harass and punish Plaintiff for asserting his legal rights in federal court.**
11. The contempt request has still not been heard, proving it was **never legitimate and was purely retaliatory.**
12. The fact that **a state court judge even entertained this request** shows **how deep the bias against Plaintiff runs.**
13. **Cronauer has repeatedly used court proceedings as a tool for intimidation, and the courts have allowed him to do so.**

Key Legal Precedents:

*Goldberg v. Kelly, 397 U.S. 254 (1970)* – Courts cannot allow retaliatory legal actions to violate due process.

*Pulliam v. Allen, 466 U.S. 522 (1984)* – Judicial immunity does not protect judges who violate constitutional rights.

# III. CRONAUER'S ABUSE OF THE COURT SYSTEM MUST BE STOPPED

14. Attorney Nicholas Cronauer has used his law license as a weapon to manipulate the legal system, punish Plaintiff, and protect his own interests.

15. Cronauer is both a defendant in 2 federal lawsuits, one state lawsuit and the attorney for Plaintiff's landlord in the eviction case—this is a blatant conflict of interest.

16. Instead of disqualifying Cronauer, the courts have allowed him to continue his attacks unchecked.

17. This is pure corruption.

18. The courts have refused to protect Plaintiff, despite overwhelming evidence of judicial interference, bias, and legal abuse.

**Key Legal Precedents:**

*Gideon v. Wainwright, 372 U.S. 335 (1963)* – Courts must provide fair legal proceedings free from undue influence.

*Marbury v. Madison, 5 U.S. 137 (1803)* – When the legal system is corrupted, higher courts must step in.

# IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests this Honorable Court:

1. **ACCEPT this Supplemental Notice as additional evidence of judicial bias, retaliation, and legal abuse.**
2. **CONSIDER these facts when ruling on Plaintiff's pending motions, including the TRO and Preliminary Injunction.**
3. **INVESTIGATE the misconduct of Attorney Nicholas Cronauer and Judge Ian Johnston, who have used the legal system to target Plaintiff.**
4. **GRANT any other relief this Court deems just and necessary in the interest of justice.**

**Respectfully submitted,**

**Robert Sam**

harpees5@yahoo.com
779-777-3265
1/13/25