**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Western Division**

Robert Sam, et al.

                Plaintiff,

v.

                                       Case No.: 3:23–cv–50301

                                       Honorable Iain D. Johnston

Melissa Mobile, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 13, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: On 12/10/2024 the Court addressed the flood of motions by the plaintiffs that have caused delays not only in this case but in the Court's other pending cases. Dkt. 188. Since then the plaintiffs have filed more, including an emergency motion [198] asking the Court to address the other motions, and a motion for a TRO and preliminary injunction [200] to stop state court eviction proceedings. The defendants have raised serious questions about whether this Court has federal jurisdiction over this case at all, an issue that must be resolved before the Court could grant the plaintiffs any of the relief they seek. But the Court has been unable to reach that issue due in no small part to the flood of other motions in this case, as well as a pile of motions in other cases that are also awaiting rulings. The emergency motion [198] and motion for a TRO and a preliminary injunction [200] are denied. The Court will rule on the motions to dismiss and, if any part of the case remains, then address the plaintiffs' other requests. Until then, the Court will not address any further motions. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.