



**FILED**
2/13/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

# MOTION TO DISMISS FEDERAL CASE (23-cv-50301) WITHOUT PREJUDICE

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**ROBERT SAM and Karen Sam**
*Plaintiff,*

v.

**Mobile et al**

*Defendants.*

**Case No.: 23-cv-50301**

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

**NOW COMES Plaintiff, Robert Sam and Karen Sam ,** pro se, and respectfully moves this Honorable Court for an order dismissing this case **without prejudice** pursuant to **Federal Rule of Civil Procedure 41(a)(2).** In support of this motion, Plaintiff states as follows:

# I. INTRODUCTION

1.  Plaintiff originally filed this action in good faith, seeking relief for violations of his rights under **state and federal law.**

2.  Due to **the Court's indication that jurisdiction may be improper, Plaintiff now seeks to voluntarily dismiss this case without prejudice so that he may refile in a proper forum. We will be immediately filing our case in state court.**

# II. LEGAL STANDARD FOR VOLUNTARY DISMISSAL

3.  **Federal Rule of Civil Procedure 41(a)(2)** states that:"An action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph is without prejudice."

4.  Courts have consistently held that **dismissals without prejudice are appropriate when the plaintiff intends to refile the case in a proper jurisdiction.**

# III. REASON FOR DISMISSAL

5.  Plaintiff is **seeking dismissal to preserve judicial resources and to ensure that this case is litigated in the appropriate court.**

6. **Plaintiff respectfully requests that this dismissal be entered without prejudice**, allowing him the opportunity to refile the case in the appropriate jurisdiction.

# IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests this Honorable Court:

1. **GRANT this Motion to Dismiss Without Prejudice.**
2. **Permit Plaintiff to refile this case in an appropriate forum.**
3. **GRANT any other relief this Court deems just and necessary.**

**Respectfully submitted,**

**Robert Sam and Karen Sam**

harpees5@yahoo.com
779-777-3265