**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Western Division**

Robert Sam, et al.

                    Plaintiff,

v.                                                      Case No.: 3:23−cv−50301
                                                        Honorable Iain D. Johnston

Melissa Mobile, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

        MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiffs' motion to voluntarily dismiss without prejudice. Dkt. 202. None of the defendants have answered or moved for summary judgment, and so the motion is granted [202] and this case is dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). The pending motions [146], [158], [162], [163], [165], [173], [174], [176], [195], and [196] are stricken as moot. Civil case terminated. Mailed notice(yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.